IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH JOHNSON<br><br>         Plaintiffs,<br>- versus -<br><br>ELON MUSK, SPACE EXPLORATION TECHNOLOGIES CORP dba SPACEX, TESLA, INC.<br><br><br>         Defendants. | Case No.:  1:22-cv-05037<br><br><br><br>MOTION FOR ADMITTANCE PRO HAC VICE |

TO THE HONORABLE COURT:

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, <u>Santos A. Perez, Esq.</u>, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for plaintiff <u>Keith Johnson and The Class</u>, in the above-captioned action. I am in good standing of the bar(s) of the state(s) of and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  July 21, 2022        Respectfully Submitted,

                     _____
                     Santos A. Perez, Esq.
                     The Perez Law Firm
                     150 Speedwell,
                     Morristown, NJ, 07960
                     (973)910-1647, F(973)910-1922
                     www.NJLawCounsel.Com
                     sperez@njlawcounsel.com