IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH JOHNSON<br><br>Plaintiffs,<br><br>- versus -<br><br>ELON MUSK, SPACE EXPLORATION TECHNOLOGIES CORP dba SPACEX, TESLA, INC.<br><br>Defendants. | Case No.: 1:22-cv-05037<br><br>AFFIDAVIT IN SUPPORT OF<br><br>MOTION FOR ADMITTANCE PRO HAC VICE |

I, Santos A. Perez, Esq. of full age, do state:

1. A Certificate of Good Conduct dated July 11, 2022, is attached herein.
2. I have never been convicted of a felony.
3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.
4. There are no disciplinary proceedings pending presently against me.

I swear or affirm that the foregoing statements made by me are true. I am aware that if willfully false, I may be subject to punishment.

_____
Santos A. Perez, Esq.

Dated: July 25, 2022

Subscribed, sworn, and acknowledged before me, ___Joseph Delorbe___, a notary public, by ___Santos Perez___, this ___22___ day of July ___, 2022.

[NOTARIAL SEAL]

_____
Notary Public's Signature

My Commission Expires: __5/14/24__

JOSEPH DEMETRO
NOTARY PUBLIC OF NEW JERSEY
Commission # 50104999
My Commission Expires 05/14/2024