IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH JOHNSON<br><br>　　　　　　　　　Plaintiffs,<br><br>- versus -<br><br>ELON MUSK, SPACE EXPLORATION TECHNOLOGIES CORP dba SPACEX, TESLA, INC.<br><br>　　　　　　　　　Defendants. | Case No.: 1:22-cv-05037<br><br>**AFFIDAVIT IN SUPPORT OF**<br><br>**MOTION FOR ADMITTANCE PRO HAC VICE** |

I, Santos A. Perez, Esq. of full age, do state:

1. I am a member in good standing of the bar of New Jersey since 1998.
2. A Certificate of Good Standing dated July 11, 2022, is attached herein.
3. I have never been convicted of a felony.
4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.
5. There are no disciplinary proceedings pending presently against me.
6. I now respectfully seek admittance pro hac vice in this Court.

I swear or affirm that the foregoing statements made by me are true. I am aware that if willfully false, I may be subject to punishment.

_____
Santos A. Perez, Esq.

Dated: July 22, 2022

Subscribed, sworn, and acknowledged before me,
_____, a notary public, by
_____, this _____ day of July ___, 2022.

[NOTARIAL SEAL]

_____ 7/22/2022
Notary Public's Signature

My Commission Expires: 5/14/2024

JOSEPH DEMETRO
NOTARY PUBLIC OF NEW JERSEY
Commission # 50104999
My Commission Expires 08/14/2024