IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KEITH JOHNSON**<br><br>Plaintiffs,<br>- versus -<br><br>**ELON MUSK, SPACE EXPLORATION TECHNOLOGIES CORP dba SPACEX, TESLA, INC.**<br><br>Defendants. | Case No.: **1:22-cv-05037**<br><br>**ORDER FOR ADMISSION ON MOTION** |

Upon the motion of <u>Santos A. Perez, Esq</u>., for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state of **New Jersey**, and that his contact information is as follows:

> Santos A. Perez, Esq.
> The Perez Law Firm
> 150 Speedwell,
> Morristown, NJ, 07960
> (973)910-1647, F(973)910-1922
> sperez@njlawcounsel.com

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

_____
Hon. Judge Sarah L. Cave
United States Magistrate Judge