IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH JOHNSON<br><br>                              Plaintiffs,<br>- versus -<br><br>ELON MUSK, SPACE EXPLORATION TECHNOLOGIES CORP dba SPACEX, TESLA, INC.<br><br><br>                              Defendants. | Case No.:  1:22-cv-05037<br><br><br><br>MOTION FOR ADMITTANCE PRO HAC VICE |

TO THE HONORABLE COURT:

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, <u>Santos A. Perez, Esq.</u>, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for plaintiff <u>Keith Johnson and The Class</u>, in the above-captioned action. I am a member in good standing of the bar of the state of **New Jersey** since 1998 and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  August 15, 2022

Respectfully Submitted,

_____
Santos A. Perez, Esq.
The Perez Law Firm
150 Speedwell,
Morristown, NJ, 07960
(973)910-1647, F(973)910-1922
www.NJLawCounsel.Com
sperez@njlawcounsel.com