Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

@BillyM2k (from:elonmusk)

Top | Latest | People | Photos | Videos

Elon Musk @elonmusk · Aug 1
Replying to @elonmusk @teslaownersSV and 2 others
Maybe Twitter can become that
480 305 4,557

Elon Musk @elonmusk · Aug 1
Replying to @teslaownersSV @BillyM2k and @WholeMarsBlog
It sure is hard to find a news source that's accurate, relevant & not totally depressing!

Old-school version of The Economist & Jon Stewart Daily Show / Colbert Report were great.
440 398 5,215

Elon Musk @elonmusk · Aug 1
Replying to @BillyM2k and @WholeMarsBlog
The media has strong negative bias & are driven by clicks (they can't help it).

Unfortunately, I generate lots of clicks.

But these things move in cycles.

When it starts boring readers to knock me down, they will build me up.

This cycle has happened so many times …
541 652 8,268

Elon Musk @elonmusk · Aug 1
Replying to @BillyM2k and @WholeMarsBlog
🤣🤣
236 184 4,991

Elon Musk @elonmusk · Jul 20
Replying to @BillyM2k
Haha true
1,700 1,205 43.2K

Elon Musk @elonmusk · Jul 18
Replying to @BillyM2k
Already did it
4,812 3,968 87.1K

Elon Musk @elonmusk · Jul 18
Replying to @EvaFoxU and @BillyM2k
💯🤣
175 118 2,802

Elon Musk @elonmusk · Jul 18
Replying to @BillyM2k
Arguably, we know more than nothing. "Death & taxes are a certainty" – BF.
1,787 1,513 26.8K

Elon Musk @elonmusk · Jul 15
Replying to @topherAlba26 @itsALLrisky and 11 others
🤣
642 336 7,773

Elon Musk @elonmusk · Jul 15
Replying to @BillyM2k and @CryptoWhale
😋 bagels
628 288 4,865

Elon Musk @elonmusk · Jul 13
Replying to @BillyM2k
🤣🤣
590 483 10.6K

Elon Musk @elonmusk · Jul 12
Replying to @ChrisDungeon @alexkehr and 2 others
Rereading The Life of Greece by Durant. In recent months, read American Caesar, Masters of Doom, Not Much of an Engineer, Wages of Destruction and Storm of Steel.

Not much book fiction lately. Video games seem to have better stories these days.
509 531 5,573

Elon Musk @elonmusk · Jul 12
Replying to @alexkehr @BillyM2k and @levie
I do recommend a lot of books
171 122 1,974

Elon Musk @elonmusk · Jul 12
Replying to @BillyM2k and @levie
YouTube keeps playing me the same annoying scam ads every time I use it.

[illegible]

672 426 6,534

Elon Musk @elonmusk · Jun 18
Replying to @elonmusk and @BillyM2k
The only thing keeping the other orbital rocket programs alive is government protection or they'd be deader than a doornail and everyone knows it.

But oh well … comme ci, comme ça.
476 695 7,314

Elon Musk @elonmusk · Jun 18
Replying to @BillyM2k
The super weird thing is that Falcon 9 is still the only orbital booster to land or refly after all these years!
433 682 8,975

Elon Musk @elonmusk · Jun 18
Replying to @BillyM2k
More currency-like
608 583 6,276

Elon Musk @elonmusk · Jun 18
Replying to @BillyM2k
Tesla and SpaceX merch, maybe more down the road
1,116 1,292 18.6K

Elon Musk @elonmusk · Jun 17
Replying to @EvaFoxU and @BillyM2k
I'm a dirty rocket
917 375 5,662

Elon Musk @elonmusk · Jun 17
Replying to @BillyM2k and @Austen
🤣🤣
452 355 6,739

Elon Musk @elonmusk · Jun 17
Replying to @_SeriousGemini and @BillyM2k
🤣
142 92 1,838

Elon Musk @elonmusk · Jun 16
Replying to @BillyM2k @_SeriousGemini and @bennyjohnson
Accurate
375 268 4,089

Elon Musk @elonmusk · Jun 16
Replying to @BillyM2k and @Rainmaker1973
💯
301 192 3,261

Elon Musk @elonmusk · Jun 16
Replying to @dogeofficialceo and @BillyM2k
Also, In Sink band should let in a tiny sink
180 112 1,938

Elon Musk @elonmusk · Jun 16
Replying to @BillyM2k and @dogeofficialceo
🤣🤣
283 179 3,187

Elon Musk @elonmusk · Jun 16
Replying to @BillyM2k
Haha 💯
435 385 10.2K

Elon Musk @elonmusk · Jun 15
Replying to @BillyM2k and @KBluezr
💯
410 290 5,258

Elon Musk @elonmusk · Jun 15
Replying to @BillyM2k and @paulg
Ok then I'm second
446 277 5,745

Elon Musk @elonmusk · Jun 15
Replying to @TeslaOwnersEBay and @BillyM2k
🤣
144 107 2,366

Elon Musk @elonmusk · Jun 15
Replying to @BillyM2k
In Sink was 🔥🔥
578 394 10K

Elon Musk @elonmusk · Jun 15
Replying to @BillyM2k
True
1,687 2,336 54.6K

Elon Musk @elonmusk · Jun 12
Replying to @RenataKonkoly @harsimranbansal and @BillyM2k
James
114 89 1,608

Elon Musk @elonmusk · Jun 12
Replying to @harsimranbansal and @BillyM2k
My son, Saxon, suggested having a party for the whole world, a world party day!
508 340 4,865

Elon Musk @elonmusk · Jun 12
Replying to @BillyM2k
Indeed, the rivalry is strong
507 297 6,193

Elon Musk @elonmusk · Jun 12
Replying to @BillyM2k
Even if you're being crucified?
7,362 2,296 48.6K

Elon Musk @elonmusk · Jun 10
Replying to @_SeriousGemini and @BillyM2k
🤣
105 99 2,273

Elon Musk @elonmusk · Jun 10
Replying to @BillyM2k and @CNN
💯
407 357 7,207

Elon Musk @elonmusk · Jun 5
Replying to @BillyM2k
🤣👍
748 657 18K

Elon Musk @elonmusk · Jun 4
Replying to @BillyM2k
BTS music videos are 🔥🔥
1,667 12.6K 40.2K

Elon Musk @elonmusk · Jun 3
Replying to @BillyM2k @adam_tooze and @gladstein
That is quite the trend
579 399 6,648

Elon Musk @elonmusk · May 31
Replying to @BillyM2k @PinballReed and 3 others
You're humble bro.

Billy's sense of humor & irreverence is a big part of why people love Dogecoin.
931 1,289 12.1K

Elon Musk @elonmusk · May 28
Replying to @BillyM2k and @waitbutwhy
I had a car named Hubris once
942 472 8,860

Elon Musk @elonmusk · May 28
Replying to @BillyM2k
Why do we still have so many paper documents in 2022!?
9,716 6,669 108.5K

Elon Musk @elonmusk · May 27
Replying to @BillyM2k
Haha 🔥🔥
709 582 20.6K

Elon Musk @elonmusk · May 27
Replying to @BillyM2k
Seems like they would be pretty vulnerable to lions, given their yaw moment of intertia, but I guess they're really tall and hard to reach?
665 313 5,151

Elon Musk @elonmusk · May 27
Replying to @BillyM2k
Giraffes are surreal
1,211 981 27K

Elon Musk @elonmusk · May 26
Replying to @BillyM2k
Yeah
308 236 5,495

Elon Musk @elonmusk · May 26
Replying to @BillyM2k
Who controls the memes
Controls the Universe
8,653 8,163 72.1K

Elon Musk @elonmusk · May 26
Replying to @_mintydoge @BillyM2k and @DadMurdos
True haha
102 70 1,267

Elon Musk @elonmusk · May 25
Replying to @BillyM2k and @waitbutwhy
We can't be one of those lame one-planet civilizations!
1,327 1,210 13.7K

Elon Musk @elonmusk · May 24
Replying to @xBenJamminx and @BillyM2k
Yeah
246 144 3,107

Elon Musk @elonmusk · May 24
Replying to @BillyM2k
🤣💯
1,402 1,405 47.9K

Elon Musk @elonmusk · May 24
Replying to @john_beans and @BillyM2k
Wow
336 181 4,917

Elon Musk @elonmusk · May 24
Replying to @BillyM2k
Then why is it that the richer someone is, the fewer kids they have?
7,548 1,973 31K

Elon Musk @elonmusk · May 21
Replying to @BillyM2k
He can be a little negative at times tbh
874 699 14.5K

Elon Musk @elonmusk · May 20
Replying to @BillyM2k
🤣
455 356 7,369

Elon Musk @elonmusk · May 19
Replying to @BillyM2k and @LucrativeLuApe
🍿🥛😎
624 753 10.9K

Elon Musk @elonmusk · May 18
Replying to @BillyM2k
Pretty much. The dirty tricks attacks will be next-level.
2,096 2,214 31.9K

Elon Musk @elonmusk · May 16
Replying to @BillyM2k
🤣
608 511 11K

Elon Musk @elonmusk · May 16
Replying to @BillyM2k and @jarokrolewski
💯
403 290 6,532

Elon Musk @elonmusk · May 16
Replying to @S0meW0rri3s @BillyM2k and 2 others
🤣
188 133 2,996

Elon Musk @elonmusk · May 16
Replying to @BillyM2k
Billy is the best
1,051 888 11.5K

Elon Musk @elonmusk · May 15
Replying to @BillyM2k
I'm a bot & so's my wife
5,870 4,182 99.1K

Elon Musk @elonmusk · May 13
Replying to @BillyM2k
The axiomatic error was that housing prices only go up. I don't support predatory lending, but many of those lenders were severely wounded or didn't survive.

They dug their own graves – a lesson we should all take to heart, including me.
1,284 1,631 21.3K

Elon Musk @elonmusk · May 12
Replying to @BillyM2k
If Twitter can tell the difference between real and fake users, why does it allow these in our comments?

> Shibetoshi Nakamoto···· @agusv... · 23s
> Replying to @BillyM2k
> 💥 Attend crypto airdrop!
> ⏳ tinyurl.com/YA76F4OS
>
> Shibetoshi Nakamoto···· @snow... · 20s
> Replying to @BillyM2k
> 💥 Use crypto?
> ⏳ tinyurl.com/YC52BTW3
>
> Shibetoshi Nakamoto···· @jonas... · 25s
> Replying to @BillyM2k
> 💥 Crypto giveaway!
> ⏳ tinyurl.com/YBZBJPGQ

966 955 11.1K

Elon Musk @elonmusk · May 12
Replying to @PPathole and @BillyM2k
Didn't occur to founders of USA that people would live so long, so they put in age minimums (for wisdom), but not age maximums (for … 😴)
886 1,092 15.1K

Elon Musk @elonmusk · May 12
Replying to @BillyM2k
And also younger than 8000 years old!
1,499 1,394 42K

Elon Musk @elonmusk · May 12
Replying to @BillyM2k
It has potential as a currency
3,683 4,695 49.3K

Elon Musk @elonmusk · May 10
Replying to @BillyM2k
Exactly
1,061 737 17.3K

Elon Musk @elonmusk · May 10
Replying to @BillyM2k and @BNONews
Haha 💯
877 865 17.3K

Elon Musk @elonmusk · May 10
Replying to @BillyM2k
🤣
1,080 741 26.4K

Elon Musk @elonmusk · May 6
Replying to @BillyM2k
!!
1,612 1,200 25.2K

Elon Musk @elonmusk · May 6
Replying to @BillyM2k
Like thrust on a 🚀!
1,899 1,406 27.9K

Elon Musk @elonmusk · May 6
Replying to @BillyM2k
🤣
551 482 14.3K

Elon Musk @elonmusk · May 3
Replying to @BillyM2k and @waitbutwhy
You guys are awesome 🤩
829 731 12.3K

Elon Musk @elonmusk · May 3
Replying to @BillyM2k
🤣
650 431 10.7K

Elon Musk @elonmusk · May 3
Replying to @BillyM2k @CoinDesk and 2 others
Or twitter
747 549 9,399

Elon Musk @elonmusk · May 3
Replying to @BillyM2k and @cb_doge
Can only read one side. Looks like "ax the itch"?
2,115 1,907 26.1K

Elon Musk @elonmusk · May 2
Replying to @BillyM2k
🤣
791 557 19.4K

Elon Musk @elonmusk · May 1
Replying to @BillyM2k
Not a bad idea
1,705 1,667 22.6K

Elon Musk @elonmusk · Apr 29
Replying to @BillyM2k and @waitbutwhy

**Search filters**

People
From anyone
People you follow

Location
Anywhere
Near you

Advanced search

**What's happening**

Politics · This morning
Trump takes the Fifth Amendment in New York attorney general's investigation
Trending with Fifth Amendment, Melania

Entertainment · Trending
Jennette McCurdy
74.7K Tweets

BuzzFeed · Earlier today
Lady Gaga Got Hit In The Head By Something While Performing, And This Needs To Stop

Deadline Hollywo... · 5 hours ago
Johnny Depp as King Louis XV: First image released of actor in Maïwenn's 'Jeanne Du Barry'

Anywhere
Near you

Advanced search

**What's happening**

Politics · This morning
Trump takes the Fifth Amendment in New York attorney general's investigation
Trending with Fifth Amendment, Melania

Entertainment · Trending
Jennette McCurdy
74.7K Tweets

BuzzFeed · Earlier today
Lady Gaga Got Hit In The Head By Something While Performing, And This Needs To Stop

Deadline Hollywo... · 5 hours ago
Johnny Depp as King Louis XV: First image released of actor in Maïwenn's 'Jeanne Du Barry'

Show more

**Who to follow**

Peter Schorsch @PeterSchorschFL Follow
Aces Games @aces_games Follow
Zidnia Padin @PadinZidnia Follows you Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

Rage Against the Machine never specified what type of machine they were furious with but I reckon it was probably a printer.

That's why I'm pro Doge

4,110 · 6,616 · 30.2K

**Elon Musk** @elonmusk · Dec 22, 2021
Replying to @BillyM2k @daelmor and @DanCrenshawTX
💯

468 · 285 · 4,631

**Elon Musk** @elonmusk · Dec 22, 2021
Replying to @daelmor @BillyM2k and @DanCrenshawTX
🤣 People who don't create products & services don't realize that it takes hard work to produce products & services

474 · 764 · 6,367

**Elon Musk** @elonmusk · Dec 21, 2021
Replying to @BillyM2k
Just keep going. It's in there somewhere.




1,238 · 673 · 14.4K

**Elon Musk** @elonmusk · Dec 20, 2021
Replying to @BillyM2k
With Starlink, you could stream video & play online games

1,396 · 966 · 13.3K

**Elon Musk** @elonmusk · Dec 19, 2021
Replying to @BillyM2k
🤣

922 · 966 · 49.7K

**Elon Musk** @elonmusk · Dec 18, 2021
Replying to @BillyM2k
🤣

481 · 308 · 8,815

**Elon Musk** @elonmusk · Dec 17, 2021
Replying to @sagemanfx and @BillyM2k
I saw it. Whoa, pretty dark! Nice Bladerunner reference.

110 · 76 · 1,895

**Elon Musk** @elonmusk · Dec 16, 2021
Replying to @BillyM2k
🤣

939 · 593 · 17.2K

**Elon Musk** @elonmusk · Dec 16, 2021
Replying to @BillyM2k
🤣

478 · 251 · 6,465

**Elon Musk** @elonmusk · Dec 14, 2021
Replying to @BillyM2k
🤣

813 · 498 · 10.8K

**Elon Musk** @elonmusk · Dec 12, 2021
Replying to @BillyM2k
True ❤️

1,702 · 1,073 · 20.9K

**Elon Musk** @elonmusk · Dec 11, 2021
Replying to @ItsGime and @BillyM2k
Maybe a little 😉

327 · 94 · 2,738

**Elon Musk** @elonmusk · Dec 11, 2021
Replying to @BillyM2k
Sulla and the original Nero who was instrumental in defeating Hannibal are underrated

780 · 289 · 5,993

**Elon Musk** @elonmusk · Dec 9, 2021
Replying to @BillyM2k and @TheCryptoCPA
😬

542 · 250 · 4,388

**Elon Musk** @elonmusk · Dec 7, 2021
Replying to @BillyM2k
🤣

867 · 474 · 12.9K

**Elon Musk** @elonmusk · Dec 4, 2021
Replying to @BillyM2k
NFTs are jpeging the dollar

3,018 · 4,142 · 27.4K

**Elon Musk** @elonmusk · Dec 4, 2021
Replying to @BillyM2k
🤣

518 · 340 · 6,983

**Elon Musk** @elonmusk · Dec 2, 2021
Replying to @BillyM2k
🤣

984 · 457 · 11.7K

**Elon Musk** @elonmusk · Dec 1, 2021
Replying to @BillyM2k
🤣🤣

619 · 348 · 7,412

**Elon Musk** @elonmusk · Dec 1, 2021
Replying to @BillyM2k
Exactly

555 · 283 · 7,070

**Elon Musk** @elonmusk · Nov 25, 2021
Replying to @GailAlfarATX @SpaceX and 9 others
Absolutely!

727 · 476 · 14.7K

**Elon Musk** @elonmusk · Nov 24, 2021
Replying to @BillyM2k and @lexfridman
Same

670 · 460 · 9,431

**Elon Musk** @elonmusk · Nov 24, 2021
Replying to @BillyM2k @WSBChairman and 9 others
🔥🔥

593 · 639 · 5,913

**Elon Musk** @elonmusk · Nov 22, 2021
Replying to @BillyM2k and @WholeMarsBlog
🤣

463 · 268 · 5,721

**Elon Musk** @elonmusk · Nov 22, 2021
Replying to @BillyM2k and @DavidSacks
🤣

291 · 248 · 5,689

**Elon Musk** @elonmusk · Nov 19, 2021
Replying to @BillyM2k
It's good to be open about ur vulnerabilities

1,261 · 899 · 16.7K

**Elon Musk** @elonmusk · Nov 16, 2021
Replying to @BillyM2k and @heydave7
Indeed. Over time, Tesla will generate hundreds of billions for the government in terms of employee income tax, product sales tax and property tax, in addition to profit taxation.

1,402 · 1,360 · 13.5K

**Elon Musk** @elonmusk · Nov 15, 2021
Replying to @BillyM2k
Normal money is actually a bunch of ancient mainframes running cobol in batch mode, where govt can edit money database whenever they want

2,485 · 5,715 · 37.2K

**Elon Musk** @elonmusk · Nov 6, 2021
Replying to @lifeplusreward and @BillyM2k
Wrath of the Khans @HardcoreHistory

137 · 81 · 1,638

**Elon Musk** @elonmusk · Nov 6, 2021
Replying to @BillyM2k
I say this frequently

1,871 · 756 · 12.3K

**Elon Musk** @elonmusk · Nov 5, 2021
Replying to @dogeofficialceo and @BillyM2k
🤣

579 · 229 · 4,132

**Elon Musk** @elonmusk · Nov 4, 2021
Replying to @BillyM2k
Hype^Hype

2,887 · 1,964 · 27.7K

**Elon Musk** @elonmusk · Nov 3, 2021
Replying to @BillyM2k
So are tunnels

3,786 · 1,920 · 52.4K

**Elon Musk** @elonmusk · Nov 2, 2021
Replying to @BillyM2k
☺️

1,236 · 1,081 · 11K

**Elon Musk** @elonmusk · Nov 2, 2021
Replying to @BillyM2k
👏

671 · 806 · 9,264

**Elon Musk** @elonmusk · Nov 2, 2021
Replying to @BillyM2k
How about my lil doge Floki? He would make a great CEO! His judgment is 👌.

5,688 · 5,332 · 25.1K

**Elon Musk** @elonmusk · Nov 2, 2021
Replying to @BillyM2k
Me!

3,852 · 4,179 · 47.2K

**Elon Musk** @elonmusk · Nov 1, 2021
Replying to @shiraeis and @BillyM2k
It's simulations all the way down, until eventually it's just 1 bit

941 · 404 · 5,040

**Elon Musk** @elonmusk · Nov 1, 2021
Replying to @BillyM2k
- Everything on the Internet is true!
- Externalize responsibility!
- If you are able to do this, buy crypto!

2,289 · 3,027 · 19.4K

**Elon Musk** @elonmusk · Oct 31, 2021
Replying to @BillyM2k
❤️❤️❤️

1,722 · 1,643 · 20.1K

**Elon Musk** @elonmusk · Oct 28, 2021
Replying to @BillyM2k
💯

2,761 · 2,172 · 45.5K

**Elon Musk** @elonmusk · Oct 27, 2021
Replying to @BillyM2k
If I send you 2 Doge, will you promise to send me 1 Doge?

10.6K · 6,770 · 45.9K

**Elon Musk** @elonmusk · Oct 24, 2021
Replying to @BillyM2k @TeslaGong and 2 others
💯

767 · 1,188 · 8,527

**Elon Musk** @elonmusk · Oct 24, 2021
Replying to @BillyM2k
Plus crypto scams haha

2,022 · 1,479 · 16.7K

**Elon Musk** @elonmusk · Oct 17, 2021
Replying to @BillyM2k
😛

837 · 1,231 · 13K

**Elon Musk** @elonmusk · Oct 13, 2021
Replying to @BillyM2k
💯

1,008 · 1,413 · 9,896

**Elon Musk** @elonmusk · Oct 13, 2021
Replying to @BillyM2k
🤣

770 · 969 · 13.9K

**Elon Musk** @elonmusk · Oct 13, 2021
Replying to @BillyM2k
👍

748 · 1,288 · 10.2K

**Elon Musk** @elonmusk · Sep 28, 2021
Replying to @NewFolderF @dogeofficialceo and @BillyM2k
🤣

308 · 140 · 2,227

**Elon Musk** @elonmusk · Sep 28, 2021
Replying to @BillyM2k
Hamster has mad skillz!!

1,535 · 1,463 · 13.8K

**Elon Musk** @elonmusk · Sep 22, 2021
Replying to @BillyM2k
Super important for Doge fees to drop to make things like buying movie tix viable

2,186 4,473 23.4K

**Elon Musk** @elonmusk · Sep 11, 2021
Replying to @BillyM2k
🤣🤣

1,651 1,370 42K

**Elon Musk** @elonmusk · Jul 14, 2021
Replying to @michilumin and @BillyM2k
48 61 68 61 20 74 72 75 65

4,270 5,244 35.5K

**Elon Musk** @elonmusk · Jul 2, 2021
Replying to @BillyM2k and @NatGeo
💩

633 416 5,042

**Elon Musk** @elonmusk · Jun 24, 2021
Replying to @BillyM2k
🍻

947 1,793 15.3K

**Elon Musk** @elonmusk · Jun 18, 2021
Replying to @BillyM2k
Haha

1,275 757 7,889

**Elon Musk** @elonmusk · Jun 15, 2021
Replying to @BillyM2k
🤣🤣

1,242 1,253 22.4K

**Elon Musk** @elonmusk · Jun 6, 2021
Replying to @WatchersTank and @BillyM2k
VIC-20 with 8KB memory

257 194 3,510

**Elon Musk** @elonmusk · Jun 6, 2021
Replying to @KennyLoaded and @BillyM2k
Some engineers I worked with went on to help create WoW, but it was too addicting. Couldn't afford the time (sigh).

385 425 6,584

**Elon Musk** @elonmusk · Jun 6, 2021
Replying to @BillyM2k
Tbh, I was into PC & still into PC

1,093 829 9,317

**Elon Musk** @elonmusk · Jun 3, 2021
Replying to @BillyM2k




2,346 7,905 47.2K

**Elon Musk** @elonmusk · May 30, 2021
Replying to @hiddin2urleft @greg16676935420 and 6 others
🤣🤣

1,304 2,052 35.9K

**Messages**