**Nitin Chandel** @NitinCh45727169 · Dec 14, 2021
Replying to @MattWallace888
yeahhh,,,to the mooOon our @dogecoin ...hoDl is 🥇

**SUNDEY VICTOR🇹🇿** @sundey_fx · Dec 14, 2021
Doge to The MOOOON 💪💪

> **Elon Musk** @elonmusk · Dec 14, 2021
> Tesla will make some merch buyable with Doge & see how it goes

**Tommy** @puredoge500ATMO · Dec 13, 2021
Replying to @DianaAlice888 @MattWallace888 and @elonmusk
Well Diana. You already got your horse, and a good one to.
And the Doge spike, that's my wish to.
So let's wish very hard together, and wait for it..

Merry Christmas lady D.
🎄🎅✨🎁

To the Moooon🌕🌕

**🔥🔥🔥POYBAκωνας💣💣💣** @yiannis31 · Dec 13, 2021
Only Doge Because Hodling is funnier than driving..and not even a custom DOGETesla can take you TO THE MOOOON!!!
@cz_binance @elonmusk
#DOGEorTesla #Binance

**Alex Long.doge** @AlexLongD69 · Dec 12, 2021
That doge indeed is the peoples crypto and is a currency 🐶❤️🚀 To the mooon bish

Show this thread

**Nolan Ritter** @FitforCryptos · Dec 11, 2021
youtu.be/NBASMACETpo

New Teaser Video just posted from @ZinuToken Woah!!! 🤯🤯🤯🤯 $ZINU to the moooon!!! #ZombieMob #ZINU #DOGE #SHIB #SAFEMOON #BTC #ETH #SAITAMA #SHINJA




> youtube.com
> ZombieVerse: A Peek Behind the Curtain... presente...
> Welcome to the ZombieVerse presented by Zombie Inu!Please read the whitepaper on our website to ...

**grawhel** @grawhel · Dec 11, 2021
Replying to @jungpec
Doge coin to the MOOOON

**Andrejka** @_KnOwhOw_ · Dec 11, 2021
I will undoubtedly choose $50,000 in $DOGE because in this case I'd be able to make $500,000 out of them using the power of Binance Futures. To the mooon! 😜
#DOGEorTesla #Binance

**Mike Lerro** @mrmikelerro · Dec 10, 2021
Replying to @dogecoin
To the mooon

**Toghrul Shikhlinski** @TShikhlinski · Dec 10, 2021
I want to win dogecoin for 50000$.I will HODL it 1 year, after doge to the mooon i will buy my own villa with Tesla inside my garage and will share picture of it in my profile!!! #Binance , #DOGEorTesla .

**RogerSaid** @RoqerSaid · Dec 10, 2021
Replying to @Groe__
we going to the mooon no doge ❤️

**allef stanley** @allef_stanley · Dec 8, 2021
Replying to @doge1moon_CEO and @elonmusk
Just bought it recently on BFX. Let's really do it. Let $DOGE go to the mooon 🚀

**Luggi1512** @luggi1512 · Dec 8, 2021
#DOGEorTesla #Binance I am Team 50K Doge because i believe in the Community & think Doges Price will rise that high that i can afford a DOGERocket & actually fly to the moooon

**shaun** @shaun12287004 · Dec 8, 2021
Replying to @MattWallace888
Hodl doge and shib to the moooon baby

**Fegod** @ElfegoGomezRam1 · Dec 7, 2021
Replying to @Investments_CEO
Even if it takes a few years, I have lots of patience!! 😌 #doge to the mooon.

**Bored Man** @ClarencePrivad3 · Dec 6, 2021
Replying to @binance
@doge_dash to the mooon🚀🚀🚀

**CaBlaze** @CaBlaze61 · Dec 6, 2021
Replying to @elonmusk
Son of Doge is 30m marktcap. In 3 days to the mooon

**TechnicalRabbani** @AsifRabbani911 · Dec 6, 2021
Replying to @itsALLrisky
From millions of doge I am left with only few thousands now but still believe it will go to the Mooon!

**TechnicalRabbani** @AsifRabbani911 · Dec 6, 2021
Time to gather energy for doge and take it to the Mooon... Always remember 1 doge = 1 doge #dogecoin #doge #dogearmy #ELON #DogecoinToTheMoon

**Chandra** @Chandra47623944 · Dec 6, 2021
Replying to @WatcherGuru
Doge to the mooon

**Sainath Naik** @Sainath44235532 · Dec 6, 2021
Replying to @cz_binance @elonmusk and @binance
I will want $50,000 in doge, bcoz this would be help in my financial problm and can make my dream business by going with my own Tesla 😜 after doge pump have faith patience and I will hodl my doge. Although I knowthat u cannot win so already hodl some doge to the mooon 🚀🚀

**Avicehna** @avicehna · Dec 5, 2021
Replying to @HELLOClubHQ and @doge_dash
Awesome job guys. This Amazing team brings this coin to the mooon!

**小羊咩咩** @6XUREU7vgAvrid4 · Dec 4, 2021
Replying to @BillyM2k
我依然相信狗狗 doge to the mooon

**Jose** @JoseCor93271324 · Dec 4, 2021
Had to buy this dip. Doge will go to the mooon. #buythedip #dogecoin

**Birton Attila** @birtonattila · Dec 3, 2021
I want to win the custom DOGE Tesla and ride it to the MOOOON !!!!
#DOGEorTesla #Binance

**Pythadoge** @pythadoge · Dec 3, 2021
Replying to @DogeAccept @BigImpactHumans and 8 others
Thank you 🤗🤗 to the mooon !!!!!!!!

**$lim Ðogenator** @Timothy19599409 · Dec 3, 2021
12/3/21 #doge to the mooon



**Ðrich** 🇫🇷 @drich42dev · Dec 2, 2021
50k$ $DOGE for sure ! #dogecoin is the future, to the mooon 🚀
#DOGEorTesla #binance

**RDRcrypto** @RDRcrypto · Dec 2, 2021
Replying to @BscGemzzz @davidgokhshtein and @SODSonOfDoge
Son of doge to the mooon 🚀🚀🚀

**TOTHEMO🌑N** @radekkubacc · Dec 2, 2021
Replying to @elonmusk
DOGE to the moooon !

**Benjamin** @Benjami94924125 · Dec 2, 2021
I would love to get $50.000 in doge, cause doge to The mooon 🚀

> **CZ 🔶 Binance** @cz_binance · Nov 29, 2021
> I'm giving away a DOGE Tesla & $50,000 in $DOGE. Which do you want?
>
> To enter:
> 🔸 Retweet
> 🔸 Follow @elonmusk, @binance, @cz_binance
> 🔸 Have a KYC'd Binance account
> 🔸 Tweet the prize you want & why with hashtags #DOGEorTesla & #Binance
>
> Our favorite answer from each 'team' will win.
> Show this thread




**Wasif Khan** @WasifKh83795924 · Dec 2, 2021
I want DOGE Tesla so that I can take DOGE to the moooon!!! 🚀
#DOGEorTesla #Binance

**Paul T** @tympaul · Dec 2, 2021
I want the DOGE so i can get 2 Teslas, after it goes to the moooon!
#DOGEorTesla & #Binance

**Lambominer** @lambominer · Dec 2, 2021
Replying to @elonmusk @CoinDesk and @godbole17
Doge to the mooon

**Lahiru** @Lhr_Supun · Dec 2, 2021
#doge to the mooon

> **Elon Musk** @elonmusk · Dec 2, 2021
> Replying to @CoinDesk and @godbole17
> Dooooge

**Doge Doll #SheHulk** @doge511 · Dec 2, 2021
Spike #DOGECOIN going to the moooon $DOGE



**EV-HQ** 💛💙 @EVHQ2 · Dec 2, 2021
Replying to @elonmusk @CoinDesk and @godbole17
When can we expect Doge to the mooon?

**Max** @Madmaxat · Dec 2, 2021
Replying to @elonmusk @CoinDesk and @godbole17
Doge to the mooon




**TechnicalRabbani** @AsifRabbani911 · Dec 1, 2021
Replying to @itsALLrisky
Doge to the Mooon




**DTH-Crypto** @DthCrypto · Dec 1, 2021
Replying to @hhoolllzzz @DogeXMetaverse and @mikeytodo
Let's get #DOGE to the moooon!!!! And #doge worlds biggest #METAVERSE #NFTs #NFTCommunity on a 🚀🚀🚀

**Yasin Kartal** @YasinKa60125977 · Dec 1, 2021
Replying to @elonmusk
Doge to the mooon



















**Klunt Bumskrint** @KluntyB · Nov 24, 2021
Replying to @okx
Get in early to the $island #metaverse
Island **Doges** (🏝️,🏝️)
ayy islain dogges **to the mooooon**... to the moon.. to the moon.. Welcome to tha $ISLAND.


t.me
Island Doges
You can contact @islanddoges right away.

2

**Levinho** @dacryptomemer · Nov 24, 2021
Replying to @HELLOClubHQ and @doge_dash
My painting work done for **@doge**_dash

**@doge**_dash **to the mooooon**!!

Final work in comments

#DogeDash #DogeDashArmy #DogeDashMemes
**@doge**_dash @bomber_crypto
@CryptoDust4 @CryptoMemer5



1

**juan diego** @juandie22508033 · Nov 23, 2021
DTyHqicrSmgcZuJMfjmtVUSTCAQurVbE7h **Doge** tips welcome Ty in advance. **To the MoooOn**.😳((((📢🦕

**Klunt Bumskrint** @KluntyB · Nov 22, 2021
Replying to @CryptoTony__ and @islanddoges
Come meet everyone and hang out in our Island **Doges** (🏝️,🏝️)
ayy islain dogges **to the mooooon**... to the moon.. to the moon.. Welcome to tha $ISLAND.


t.me
Island Doges
You can contact @islanddoges right away.

**DogeDogg** @dominant7b5 · Nov 22, 2021
Replying to @hjklhlwj
**Doge To the Moooon**!!!!!!

**Ghostables NFT** @GhostablesNFT · Nov 21, 2021
Replying to @BOOMsauceBOSS
To **the moooon**🚀🚀🚀 **#DOGE** #NFT




**TechnicalRabbani** @AsifRabbani911 · Nov 21, 2021
Replying to @Investments_CEO
Plz check again... **Doge to the Moooon**!



| | | | |
|---|---|---|---|
| 2 ETH | | | |
| Binance Coin | 3 BNB | $591.68 | ▲2.08% |
| Tether | 4 USDT | $1.00 | ▲0.00% |
| Solana | 5 SOL | $217.53 | ▲4.40% |
| Cardano | 6 ADA | $1.88 | ▼0.08% |
| XRP | 7 XRP | $1.08 | ▲1.26% |
| Polkadot | 8 DOT | $41.48 | ▲3.19% |
| USD Coin | 9 USDC | $1.00 | ▲0.10% |

1 1 7

**Sohan Singh** @DOGE169 · Nov 21, 2021
# **DOGE TO THE MOOOON**# dogearmy

**DaengCRYPTO** @muda_milyarder · Nov 21, 2021
Replying to @CryptoKojima
Buff **doge** coin **to the mooooon**

2 11

**Zeal** @Zeal05239587 · Nov 20, 2021
Replying to @Lilmook4real and @opensea
0xc3b36e4af2a8ba06bface0d42812caed90425f15

Never won anything before. But im also a full **doge** believer. I love your mixtape on **doge**. Dogecoin **to the moooon**

1

**Bradley Sokolowski** @SokoDirect · Nov 20, 2021
Moonbeam taking the lead for total contributions and funds raised! Moonbeam **to the Moooon**!

#buythedip $SHIB **$DOGE** $ETH $BTC $ETH $USDT $ADA $SOL $XRP $DOT $SUNDAE $BNB $LINK $MOVR $GLMR #trading $ethereum #ethereum




2 3

**A Future Online** @A_Future_Online · Nov 20, 2021
Check out my new NFT on OpenSea! opensea.io/assets/0x495f9... via @opensea @elonmusk What do you think of my **Doge** Rocket? **To The MOOOON**

opensea.io
The Doge Rocket up close - DannieAFO Collection ...
A closer look at the beautful stainless steel Doge Rocket

2

**It's me .** @IsmailChaibi00 · Nov 19, 2021
Replying to @BartBaker @Shibtoken and 5 others
Saitama Saitama let's goooooooooo to the mooooon ahooooo 🔥🙏

1

**murat sentürk** @muratsentrk2 · Nov 19, 2021
Replying to @BKEXGlobal and @BabyDogeCoin
Sure baby **doge**
Lets go **to the mooooon** baby **doge**

**MEBA MOH** @meba_moh · Nov 19, 2021
Replying to @BartBaker @Shibtoken and 5 others
pit to the moooon 🚀🚀🚀

1

**khaled 4444** @aimman1392 · Nov 19, 2021
Replying to @BabyDogeCoin
Wooooow #babydoge **to the moooon**
I love baby **doge** coin



1 1

**ClayMoreGuy** @ClayMoreGuy2 · Nov 19, 2021
Replying to @dogecoin_r
Who let the **doge** out!! Welcome, **to the moooon** #dogecoin

2

**Linh Ngo** @jaydee_ngo · Nov 19, 2021
Replying to @Mostafa77813068 and @BabyDogeCoin
Wooooow #babydoge **to the moooon**
I love baby **doge** coin



**khaled 5555** @Jasem1669 · Nov 19, 2021
Replying to @BabyDogeCoin
Wooooow #babydoge **to the moooon**
I love baby **doge** coin



1 1

**Marjoryjdd1** @marjoryjdd1 · Nov 17, 2021
Replying to @BurgerKing and @RobinhoodApp
GOT MY 1 **DOGE** YESTERDAY. **TO THE MOOOON**

2

**andik** @andik_jayaku · Nov 17, 2021
Replying to @CryptoKingdom07 @coinscouter and 6 others
Buff **doge**...ia good lets go **to the moooon**...

1

**Juanan_Crypto** @CryptoJuanan · Nov 16, 2021
Who else is ready for this new listing??? I'm so excited to see how $VINU / $VITE pair goes directly **to the moooon**!!
Are you going to buy the new **#doge** token? $SHIBA **$doge** $floki #dogecoin this **doge** cost 0 fees

> **VITA INU (VINU)** @VitaInuCoin · Nov 16, 2021
> 🚨 The $VINU token will be upgraded today in preparation for tomorrow's listing.
>
> Please do not do any transfers until upgrade completes, or you risk losing your VINU.
>
> More news to come 🎉🎉

2 9

**P▲TT PODO-Decagonian** @PATTPODO · Nov 16, 2021
Replying to @CryptoKaiketsuZ and @DogeGenerals
Doge to the moooon🚀

1 1

**OUEDRAOGO Pawendtaoré S...** @OUEDRAOGOPa... · Nov 16, 2021
Replying to @BabyDogeCoin
Baby **Doge** Coin. **To the** moooon.🔥🔥🔥

**TechnicalRabbani** @AsifRabbani911 · Nov 15, 2021
Today @elonmusk is active on twitter.. **doge to the Moooon**.. #dogecoin

**Island ~ Knight** (🏝️,🏝️) @theappr09568118 · Nov 15, 2021
Island **Doges** (🌴,🌴)
ayy islain dogges **to the mooooon**... to the moon.. to the moon.. Welcome to tha $ISLAND.


t.me
Island Doges
You can contact @islanddoges right away.

1 4

**crypto waw #RichQuack** @issamcrypto1 · Nov 14, 2021
Replying to @HELLOClubHQ and @doge_dash
nice listing dogedash...**to the MOOOON**
#dogedash #crypto

1 4

**Tatiana** @Tati[…] · Nov 14, 2021
Replying to
@BabyDogeCoin
Wooooow #babydoge **to the mooooon**
I love baby **doge** coin

> **Baby Doge** @BabyDogeCoin · Nov 13, 2021
> Celebrating #BabyDoge1MillionHolders 🎉
>
> We will giveaway:
>
> Our first ever #NFT 🤩 1/1
>
> +$10,000 in BabyDoge
>
> To enter:
> 1.Follow @BabyDogeCoin
> 2.Retweet this tweet & comment #BabyDoge below
> 3.Make this image your profile picture
>
> MUST do all to win
>
> *Ends soon after 1mil holders*



2

---

**橡皮** @ls121231717 · Nov 14, 2021
Replying to @BabyDogeCoin
#BabyDoge **to the mooooon**
I love baby **doge** coin
Give me #BabyDoge NFT

---

**cassio** @cassiogome17 · Nov 14, 2021
Replying to @BabyDogeCoin
Wooooow #babydoge **to the mooooon**
I love baby **doge** coi brazilllll

---

**Yasin Kartal** @YasinKa60125977 · Nov 14, 2021
Replying to @MattWallace888 @elonmusk and 2 others
When will you post a picture @doge**coin** **tweet** @elonmusk ?
To the moooon ? 🚀🚀🐕🐕🙏🙏




4

---

**cassio** @cassiogome17 · Nov 14, 2021
Replying to @BabyDogeCoin
Brasil tá com. Vc baby Wooooow #babydoge **to the mooooon**
I love baby **doge** coin

3

---

**Nathan F.** @NathanF_NWM · Nov 14, 2021
Replying to @MattWallace888
**Doge to the mooooon**

1

Messages