"to the mooon" doge until:2022-01-01

Top | Latest | People | Photos | Videos

Steven Beagle @TheDogeBeagle69 · Dec 31, 2021
Replying to @WSBChairman
Doge and GME to the mooon! 💎🙌

Faisal Ahmad mir @FaisalAhmadmir6 · Dec 26, 2021
Replying to @ElonMuskNewsOrg
Doge to the mooon

HYPERMIX @HYPERMIX4 · Dec 25, 2021
Replying to @elonmusk
Doge and Shib to the mooon!!!

SpammerNeverDie | BDCA @HilmanFinger · Dec 25, 2021
Replying to @Dogecoinvalue
I hope @buffdogecoin have MCAP like $DOGE
bring #BuffDogeCoin to the mooon 🚀🚀🚀

Ria @Ria11286509 · Dec 25, 2021
Replying to @TOPDOGE007
Oh yes #doge to the mooon🚀🚀🚀🚀

Sendy L @sendylim23 · Dec 25, 2021
Replying to @binance
Go go buff doge to the mooon and mars

La Doge de Papel @ladogedepapel · Dec 24, 2021
Wooooh! Hello guys @LBank_Exchange The pack is so excited to be here! LA DOGE DE PAPEL TO THE MOOON! And to our investors: you saw this one coming did you?;) #CEXlisting #LBank #ladogedepapel #BSC #binance

LBank.info @LBank_Exchange · Dec 24, 2021
🔥New #listing
$LDDP(La Doge de Papel) will be listed on LBank at 21:00 on December 27, 2021 (UTC+8)! @ladogedepapel
La Doge de Papel is a project working on a brand new entertainment show on international VOD platforms.
❤️DETAILS: bit.ly/3enRQye
#crypto




MORGAN @Helloimmorgan · Dec 23, 2021
Replying to @elonmusk @BillyM2k and 7 others
Doge to the mooon 🚀🚀🚀

Faisal Ahmad mir @FaisalAhmadmir6 · Dec 22, 2021
Replying to @ElonMuskNewsOrg
Doge to the mooon

Aldahir Murga @aldahir_murga · Dec 22, 2021
$doge and $coc to the mooon🚀🚀🚀

Bored Man @ClarencePrivad3 · Dec 21, 2021
Replying to @HELLOClubHQ and @doge_dash
$dogedash to the mooon🚀🚀🚀🚀

jaspratap singh @jasper1677 · Dec 20, 2021
Replying to @dogesupportteam
DOGE TO THE MOOON REMBER

the lorax @slptwater · Dec 20, 2021
Replying to @Michael04665246
Picahna aka top sirloin cap :) doge to the mooon!

Kevin @kevinsaama · Dec 20, 2021
Replying to @smokemelen23
Doge to the mooon
youtube.com
Ð is for Dogecoin To the moon! 2021 Dogecoin ALIVE!

KING GOMDA @Wiz_Babz · Dec 19, 2021
Replying to @Michael04665246 and @11thmetergalaxy
For me I don't think is over done. In Africa we prefer them over done with no red in the meat 🥩 than the semi done y'all love in the USA. Anyway since I'm not invited I will prefer $Doge as invitation. Lol have a wonderful day TO THE MOOON or Maybe not but either way we HOLD.

Ria @Ria11286509 · Dec 19, 2021
Replying to @TOPDOGE007
It just blasted #doge to the mooon mark my word next year by this time we will be waiting for #doge to be $10

LaffyTaffy @LaffyTa01175140 · Dec 17, 2021
@CyberDogesNews anyone minting today? @doge is going to the mooon! @MattWallace888 #doge @elonmusk

A B R A N T I E @AbrantieSimms · Dec 15, 2021
😂😂 DOGE TO THE MOOON

Puccino day @Andypuccino · Dec 15, 2021
Smh we really thought $Dogecoin was gonna touch a dollar by the end of the year 😬

RageX @RageX14938060 · Dec 15, 2021
Replying to @MattWallace888
Dogecoin coin 1$ to the mooon it's fun to hold dogecoin i will kepp holding doge to the mooonnnnnn

Sharanam Jaiswal @SharanamJaiswal · Dec 15, 2021
Replying to @WatcherGuru
Doge to the mooon

💎 Emily Doge Girl 🐕🚀🌕 @emily_doge_girl · Dec 14, 2021
I ❤️my #doge Laser Eyes #dogecoin to the MOOON



22 16 104

Toshwosh @sasaki_toshirou · Dec 14, 2021
Replying to @freddiepass_94 and @doge_dash
Dang! To the Mooon!

Pratik Patel @Pratik101patel · Dec 14, 2021
#doge to the mooon! 😍😍😍

Elon Musk @elonmusk · Dec 14, 2021
Tesla will make some merch buyable with Doge & see how it goes

A Z A D @independentA7 · Dec 14, 2021
Replying to @ItsALLrisky
We all doge army needs to buy merch to show that we all want to go to the mooon 🚀 #dogecoin trending ❤️🔥🚀

wgm @iPod8g · Dec 14, 2021
Replying to @BarrySilbert
Doge to the mooon

Mira Andraini @AndrainiMira · Dec 14, 2021
Replying to @LouisVNFTs
Doge to the mooon

Suyzenn @Suyzen14 · Dec 14, 2021
Replying to @buffdogecoin and @dogecoin
#buffdogecoin to the mooon

SpammerNeverDie | BDCA @HilmanFinger · Dec 14, 2021
Replying to @buffdogecoin and @dogecoin
Trending on moment make we fly to the mooon #BuffDogeCoin

Just_Tom @Tomlew22141389 · Dec 14, 2021
Replying to @DCrypto1488 @gate_io and @doge_cola
To The Mooon 😎🚀

$ADA $BTC @pastiberjaya1 · Dec 14, 2021
Doge to the mooon!

Lord MobiusS @mord_lobius · Dec 14, 2021
Doge to the mooon

Elon Musk @elonmusk · Dec 14, 2021
Tesla will make some merch buyable with Doge & see how it goes

RageX @RageX14938060 · Dec 14, 2021
Replying to @elonmusk
Omg doge to the mooon its happening 1$$$$

Chris Mitchell @ChrisMi40579292 · Dec 13, 2021
Replying to @MikeDavisYT and @elonmusk
Its the peoples coin!!! Doge to the MOOON!!! and thanks for continuing to pound the table everyday Mike!!!

Airdrop Look @airdroplook · Dec 13, 2021
Replying to @TIME and @elonmusk
DOGE TO THE MOOON !!!! 🚀🚀🚀🚀🚀

Aldahir Murga @aldahir_murga · Dec 12, 2021
Replying to @MattWallace888
Buy a house and reinvest. #doge and $coc to the mooon 🚀🚀🚀

Toshwosh @sasaki_toshirou · Dec 11, 2021
Replying to @HELLOClubHQ and @doge_dash
Doge Dash to THE MOOON!!!

Aldahir Murga @aldahir_murga · Dec 10, 2021
Replying to @MattWallace888 @ITS_DOGEABLE and @TheMoonCarl
$coc and $doge to the mooon 🚀🚀🚀

mks333.eth @MillerK2s · Dec 9, 2021
Replying to @cryptogems007
baby doge to the mooon!!!!!1

Race to a million X ✨ @racetoamillionx · Dec 9, 2021
Replying to @ProTheDoge
It will be crazy! $DOGE $SHIB and $GOGE to the mooon!




MAX @poopypapi · Dec 7, 2021
I'll never sell $DOGE. Why? Because of how rich and smart I felt on that day that it hit 74 cents (lol) and the fact that it's tattooed to the brain of the worlds richest man. It surely will pump again soon enough. TO THE MOOON!!

juan diego @juandie22508033 · Dec 7, 2021
Replying to @Helloimmorgan and @elonmusk
An algorithm can pick up on positive and negative and some in between.either way he can look back on them later.#doge to the mooon.

Penjemput rezeki @PenjemputRezeki · Dec 7, 2021
Replying to @metabuff_doge
Meta buff dogecoin to the Mooon

Mike Lerro @mmikelerro · Dec 6, 2021
Replying to @BillyM2k and @DogeDillionaire
@dogecoin to the mooon!

Ria @Ria11286509 · Dec 5, 2021
Replying to @MikeDavisYT
Wait untity#doge father @elonmusk wishes doge happy Birthday I'm sure he has a big plan for tomorrow #doge coin to the mooon🚀🚀🚀🚀🚀

Ria @Ria11286509 · Dec 5, 2021
Replying to @BillyM2k
#doge will be 8 years old and it will shoot up to 0.80 cents and next year it will be $9 on his birthday 🚀🚀🚀🚀🚀#doge to the mooon🚀🚀🚀🚀🚀

NFK @nfkmobile · Dec 4, 2021
#BITCOIN ₿ ( $btc) #crypto be like to the mooon! #dogecoin ( $doge) welcomes you to the club!



juan diego @juandie22508033 · Dec 4, 2021
Replying to @sabacantone
This 👆 says to the mooN #doge



sabrooo · Dec 4, 2021
Replying to @CryptoWhale
Bitcoin $100k before the year ends to the mooon

Minion Inu (Banana) @minion_inu · Dec 3, 2021
Lets go to the MOOON guys!
minion-cash.com
nomics.com
Minion Inu Price, BANANA Live Chart, All-Time Hig...
Minion Inu / BANANA price, Real-time & historical BANANA data, exchange rates, charts, ATH, &...

Mr X @Lamttanker1993 · Dec 2, 2021
Replying to @bigbullmycrypto @Shibtoken and 2 others
#Doge to the mooon 1000x




Matej Kocuvan @MKocuvan · Dec 2, 2021
#DOGEorTesla & #Binance 🎁 i take the #doge to send it to the mooon🚀🚀

CZ 🔶 Binance @cz_binance · Nov 29, 2021
I'm giving away a DOGE Tesla & $30,000 in $DOGE. Which do you want?
To enter:
• Retweet
• Follow @elonmusk, @binance, @cz_binance
• Have a KYC'd Binance account
• Tweet the prize you want & why with hashtags #DOGEorTesla & #Binance
Our favorite answer from each 'team' will win.
Show this thread



Maddy Kay - Cryptonics @Maddykayyes · Dec 2, 2021
Replying to @Santy_Rink
#SantaRink to the mooon!!

Vidak @jelvec · Dec 2, 2021
I want to win 50,000 Doge to go to the mooon with it 🚀 #DOGEorTesla #Binance

Williams Theis · Dec 2, 2021
DogeTesla because with Doge and Tesla I will always stay to the mooon! #DOGEorTesla #Binance

Daniel Canto @canto_daniel0 · Dec 2, 2021
I would choose the $30k in DOGE prize so that i would be one step closer to financial freedom before my 30s. I never ever won in my life anything, so this would be fun 🚀🚀 To the mooon 🚀 #DOGEorTesla #Binance

wasil_shah @wasilshah01 · Dec 2, 2021
@elonmusk #Doge to the mooon🚀🚀




MadBoy101 @madboy101_ · Dec 2, 2021
You can tell him your mum died and he will be like "oh that's cause Doge coin to the mooon"

Rajeeka Wijesundara · Dec 2, 2021
Replying to @elonmusk
Doge to the mooon 🚀

Josh Power @JoshThePower · Dec 2, 2021
Hey my #doge #dogecoin #community please check out #BabyDoge it's a real thing no rug pull all legit #BabyDogeCoin to the mooon! 🚀🚀🚀 @BabyDogeCoin

Moon Jeanie @Moon_jeanie · Dec 2, 2021
Look like #doge made some new friends on his journey to the mooon! 🚀

Bayu Rizqi @BayuRizqi3 · Dec 1, 2021
Replying to @metabuff_doge
To the mooon

juan diego @juandie22508033 · Nov 30, 2021
These guys to the MooON🚀🚀🚀Tuesday for tippers #doge




Doge Hodler · Nov 30, 2021
Replying to @CryptoWhale
#doge to the mooon 🚀

Ibrahim SSA · Nov 30, 2021
Replying to @cz_binance
Doge to the Mooon

S2K75 · Nov 29, 2021
Replying to @BabyDogeCoin and 7 others
BabyDoge to the mooon

zaamin · Nov 29, 2021
@cz_binance presenting me with the hardest decision of his life.
Doge to the mooon
#binance
#DOGEorTesla

CZ 🔶 Binance @cz_binance · Nov 29, 2021
I'm giving away a DOGE Tesla & $30,000 in $DOGE. Which do you want?
To enter:
• Retweet
• Follow @elonmusk, @binance, @cz_binance
• Have a KYC'd Binance account
• Tweet the prize you want & why with hashtags #DOGEorTesla & #Binance
Our favorite answer from each 'team' will win.
Show this thread



**Yo** @OtsuboYosuke · Nov 29, 2021
**Doge** because I goes **to the MOOON**

> **CZ 🔶 Binance** @cz_binance · Nov 29, 2021
> I'm giving away a DOGE Tesla & $50,000 in $DOGE. Which do you want?
>
> To enter:
> 🔸 Retweet
> 🔸 Follow @elonmusk, @binance, @cz_binance
> 🔸 Have a KYC'd Binance account
> 🔸 Tweet the prize you want & why with hashtags #DOGEorTesla & #Binance
>
> Our favorite answer from each 'team' will win.
> Show this thread




**Samgd** @Samgd02 · Nov 29, 2021
Replying to @cz_binance @elonmusk and @binance
I want the **doge** go **to the mooon**!!!

**0xNunez27** @0xNunez27 · Nov 29, 2021
Replying to @cz_binance @elonmusk and @binance
**#Doge to the mooon**

**mks333.eth** @MillerK2s · Nov 29, 2021
Replying to @okx @BabyDogeCoin and 4 others
Baby **doge to the mooon**

**Gusnaldi** @GusnaldiDarmawa · Nov 28, 2021
Replying to @DevnexNR1
No you are not bro, **doge** and shib already prove now it's your turn don't listen to them $shak **to the mooon**
1 1 4

**DOPE-DOGES** @DOPEDOGES · Nov 28, 2021
Dope **Doge** #16
Dope **doges** is an NFT collection that is donating 10% of all profits to helping dogs in need. JOIN US BEFORE WE GO **TO THE MOOON** 🚀🚀 also we will be choosing 1 person who follows to win a free dope **doge** NFT
..
#NFTs #NFTGiveaway #NFT #cryptocurrency #dogs #Viral #FYP



2 2

**DOPE-DOGES** @DOPEDOGES · Nov 28, 2021
Dope **Doge** #15
Dope **doges** is an NFT collection that is donating 10% of all profits to helping dogs in need. JOIN US BEFORE WE GO **TO THE MOOON** 🚀🚀 also we will be choosing 1 person who follows to win a free dope **doge** NFT

#NFTs #NFTGiveaway #NFT #cryptocurrency #dogs #Viral #FYP



1 1 1

**Yash Khobragade** @yash_khobragade · Nov 28, 2021
Replying to @MadhurmeetJ
And **doge to** the **mooon** 😅😂

**jasw adi** @AdiJasw · Nov 27, 2021
Replying to @pascal_kardinal @Shibtoken and 10 others
**To the mooon**
2

**GoodCallsPH** @Bitaccelerate · Nov 27, 2021
Replying to @mommy_doge @mayemusk and @dressforsuccess
#MOMMYDOGE TO THE MOOON! 🚀🚀🚀
2 1

**DOPE-DOGES** @DOPEDOGES · Nov 26, 2021
Dope **Doge** #14
Dope **doges** is an NFT collection that is donating 10% of all profits to helping dogs in need. JOIN US BEFORE WE GO **TO THE MOOON** 🚀🚀 also we will be choosing 1 person who follows to win a free dope **doge** NFT

#NFTs #NFTGiveaway #NFT #cryptocurrency #dogs #Viral #FYP



1 1 1

**Diego Caleiro, PhD.** @diegocaleiro · Nov 26, 2021
Yeah! Crypto dipped so hard my **Doge** YOLO clown 🤡 buy order triggered!

I'm now a very happy member of the **Doge** Army!
hahahahha

@BillyM2k @livingwithluci

Dogecoin **to the mooon**! 🐶 🌛
2

Show this thread

**LEO** @LeoCrypto05 · Nov 25, 2021
**$DOGE** ~ Dogecoin
~ About To make Some real big moves upside.
Buying more **$Doge** here !! Time to explode **@dogecoin** #dogearmy
~ YOU HEARD IT HERE FIRST ~
**DOGE TO THE MOOON** ~~~~!!!
#dogecoin #dogearmy #Crypto #cryptocurrency



**Aaron Salentine** @SalentineAaron · Nov 24, 2021




















1 3

**Juanan_Crypto** @CryptoJuanan · Nov 19, 2021
Replying to @vinu_boss1
$VINU is flyingggf!! This **doge** is going directly **to the mooon**
1 2

**Freedom2mankind** @Freedom2Dpeople · Nov 19, 2021
Replying to @elonmusk @hohocho and @Tesla
Also an error on **doge**, it isn't going to the mooon 😬

**ابو عزوز** @laf02308195 · Nov 19, 2021
Replying to @BartBaker @Shibtoken and 5 others
Saitama let's gooooo **to the mooon**
1

**CSOcoin** @CsOcoin · Nov 18, 2021
$CSO coin loading up the rocket fuel **to the mooon**!!!!!!!!!!!!!!!!!!! **$doge** $shiba #bsc #bnb #crypto #dogelon $btc
@coinbase

@binance

@PancakeSwap

@Gemini

@krakenfx




1 3 8

**Juanan_Crypto** @CryptoJuanan · Nov 18, 2021
I'm going to put some more buy orders into $VINU I like a lot this roadmap.
🔹 exchange listing
🔹 nfts
🔹 staking
🔹 sbp rewards
🔹 burning coins
🔹 definitely this **#doge** is going **to the mooon** 🚀🚀
WOOOOOF $vite

> **VITA INU (VINU)** @VitaInuCoin · Nov 18, 2021
> 🔥 #ROADMAP / #PAWMAP 🔥
>
> TIME TO #HODL $VINU FAM!!!
>
> WE ARE ONLY JUST GETTING STARTED 🔨




1 2 12

**mohsen Zolfaghari** @m_Zolfaghary · Nov 18, 2021
Replying to @BabyDogeCoin
Baby **doge to the mooon**

**NFT LUVER** @SnipesWeird · Nov 18, 2021
Replying to @parkerjaysmith
@CRay181 @MetaPengus **Doge** solana and shibbbaaaa **to the mooon**

**no2. Hong jun pyo** @wMZ5rr1b15vn9uE · Nov 17, 2021
Replying to @Gemini
**Doge to the mooon**





**Dixon** @Dixon86862301 · Nov 17, 2021
Replying to @TheDogePoundNFT and @RarityRanks
@keatler @arielkuok @Saiyan41542296

DOGE TO THE MOOON

**Cryptos017** @Cryptos017 · Nov 17, 2021
Replying to @Dogemongo_Daily @Eljaboom and 3 others
Woww **to the mooon**...

$DOGO the next $Dogecoin

2

**mohsen Zolfaghari** @m_Zolfaghary · Nov 16, 2021
Replying to @BabyDogeCoin and @CoinMarketCap
Baby **doge to the mooon**

**Crypto Now Cry Later** (🌴, 🌴) @CryptoNowCryLtr · Nov 16, 2021
He sold his soul to buy $island **doges**. That's what makes him happy again.

Wanna see it?

Seems quite happy while singing about @islanddoges to the moon to the moon **to the mooon** 🎶



1

**CryptoCraig** @MchargCraig · Nov 16, 2021
Replying to @ryutza_ @TheMoonCarl and @doge_dash
DOGEDASH **to the mooon**!!

**Aldahir Murga** @aldahir_murga · Nov 15, 2021
Replying to @ARTIF4CTT and @MattWallace888
**Doge** and coc **to the mooon** 🚀🚀🚀

1

**Elonoshi Muskamoto** @occupymars42069 · Nov 15, 2021
Replying to @BillyM2k and @elonmusk
Thanks a lot for the clarification and unblock dude 👍🙏👏 **#doge** daba doooooo **to the mooon** 🚀🚀🚀 together

1 2

**Psycho** @RiyadhMahmud16 · Nov 15, 2021
Replying to @BabyDogeCoin
#BabyDoge
Baby **Doge** to **the mooon** 🔥🔥🔥
1 million holders sooon🔥🔥

**Mujib.Eth** @MujibRZ · Nov 14, 2021
**@doge**_dash is going **to the mooon** baby #dogedash #playtoearn #nft #crypto #moon



1

**RAMONES** @RAMONES00099881 · Nov 14, 2021
STRONG PROJECT AND THE BEST TEAM
**@Doge**_Army_Token goo **to the mooon** 🚀🚀🚀🚀🚀🚀🚀🚀🚀🚀🚀🚀
@yuliagitulo653
@SAMRIDHABANERJ2
@gatrabayu933

#DGAT #DOGEARMYTOKEN #DOGEARMY

> **Doge Army Token (DGAT)** @Doge_Army_Token · Nov 7, 2021
> BIG GIVEAWAY. You have 7 days to participate. Remember to send proof on telegram to SpecialForceDGAT. The rewards are:
>
> 1. Macbook Pro
> 2. Iphone 13
> 3. PlayStation 5
> 4. Ipad 2020
> 5. Airpods
>
> #DGAT #DOGEARMYTOKEN #DOGEARMY




1 2

**wira kurniawan** @wiracoin88 · Nov 13, 2021
Replying to @Doge_Army_Token
DGAT to the MOOon🚀🚀🚀😍😍😍

**Ardi Febriyansyah** @Ardifebri46 · Nov 13, 2021
Replying to @Doge_Army_Token
**Doge** army token **to the mooon**

**Mehdi rasolzadeh** @Mehdirasolzade1 · Nov 13, 2021
Replying to @BabyDogeCoin
Baby **doge to the mooon**

**Muhammad Saleem** @Muhamma69335265 · Nov 13, 2021
Replying to @WatcherGuru
**DOGE** DASH **to the MOOON** 🚀




1 1

**DaengCRYPTO** @muda_milyarder · Nov 12, 2021
Replying to @ChinaPumpWXC
Buff **doge** coin new ATH **to the mooon**

2

**George Robert Martin III aka: "Nemesis ...** @Player... · Nov 12, 2021
Replying to @TaraBull808
Now THAT I$ BULLI$H AF! GOOOOO @ShibainuCoin GOOOOO **@dogecoin** to the MOOON!



1

**FrankGallagher**🔶 @TurkInvestor01 · Nov 12, 2021
**to the mooon** omg will make pump take your position #omg #btc🎁 #eth #hot **#doge** #dogecoin

**Sinatraaa** @rishi82843019 · Nov 12, 2021
Replying to @CriptoGivesBack
BEP20
0x84055124bceb1151f97acc2c0b6d6f591ec16432

#criptogiveaways Fire
#criptogiveaways Fire
**$DOGE To the mooon**

**XAVI** @0G_MiKe246 · Nov 11, 2021
Let's go **to the mooon**

@ThompsonAdede
@Ekayberry
@SaraaaWilliam

#SolanaAirdrop #SOL #SAMO #SHIB #Airdrops #memecoin **#DOGE**
#AirdropSolana

**Arjuna.klay** 🌱 🎉 (❄️, ❄️) 👏 klap ... @tha2nk... · Nov 11, 2021
Replying to @SOLKuahCoto and @crablana
#SOL #Solana #memecoin #SolanaAirdrop $CRAB #SHIB **#DOGE**
@CareneHessoun
@greater_glory20
@Anggurhijau8

let's join guys
$CRAB **to the mooon**🚀🚀🚀 🌙

**afrika** @realafrikaman · Nov 10, 2021
Bored **Doge to the mooon**

@dagx411
@fairEmma2
@SaraaaWilliam

#SolanaAirdrop #SOL #SAMO #SHIB #Airdrops #memecoin **#DOGE**
#AirdropSolana

**PUMP SEASON** @CybertruckProt1 · Nov 10, 2021
Replying to @gdogefinance and @cryptobullfish
**TO THE MOOON** #GDOGE **#DOGE** #DOGECOIN #SHIB #SHIBA #100XGEM #SHIBAINU #KISHU #DOE

**Aldahir Murga** @aldahir_murga · Nov 10, 2021
Replying to @Helloimmorgan
Me too **doge to the mooon**

1

**Rehoboth Okpoyo** @2kOdogwu · Nov 10, 2021
Bored **Doge to the mooon**

@solbullfrog
@MhiztaSagacity
@SaraaaWilliam

#SolanaAirdrop #SOL #SAMO #SHIB #Airdrops #memecoin **#DOGE**
#AirdropSolana

**jmlcapital.eth** @JMLcapital · Nov 10, 2021
ENS going **to the mooon**!

For sale DogeArts.com send me an offer.

#DOGELOVER **#DOGE** #BSC #ERC #ETH #BNB🔶 #NFTCommunity #NFT

> DOMAINS
> **dogearts.com**
> Full Domain Privacy & Protection
> NOT SETUP

3

**PUMP SEASON** @CybertruckProt1 · Nov 9, 2021
Replying to @ZPwegat @Nausicaalnu and 2 others
**TO THE MOOON** # NAUSICAAINU
#SHIB #safeoon**#doge**

**yil** @poquesada81 · Nov 9, 2021
Replying to @boxmining
Baby **Doge to the mooon**

**Doger Hodler** @dogtrader77 · Nov 9, 2021
Replying to @oscarmayer
**#Doge to the mooon**🚀

1 1

**neg** @currencymarc · Nov 9, 2021
Replying to @PaulChrisma1115
**TO THE MOOON** #DOGEZERO **#DOGE**

1 4

**RachmadiTriatmojo** @RachmadiTriatm1 · Nov 9, 2021
Replying to @samuskyio
This was Indeed a great project, smart idea. Of course this project will be exploded and success!! Lets make it **to the mooon!!!** 👏👏👏

[illegible]




[illegible]




2 6

**Şengünlerdilerim** @erdemsngn · Nov 8, 2021
**$doge** to the moon yazıcağım aklıma gelmezdi ama evet **TO THE MOOON**
0.26 civarında trene atladık dün gece

1

**Ria** @Ria11286509 · Nov 7, 2021
Replying to @MattWallace888 @elonmusk and 2 others
**Doge** father changed his name to lords edge = doge lord #dogecoin **to the mooon**🚀🚀🚀

1 3

**Ria** @Ria11286509 · Nov 7, 2021
Replying to @TOPDOGE007
May **#doge** bless you so your dream become true #dogecoin **to the** mooon 🚀

1 1

**Aashn** @Aashnfive · Nov 7, 2021
Replying to @elonmusk
Now **$Doge to the mooon**.

2

**SpammerNeverDie | BDCA** @HilmanFinger · Nov 7, 2021
Replying to @elonmusk and @BillyM2k
hello papa @elonmusk see we are the guardian **#Doge** will bring together @buffdogecoin **to the mooon** kill zero togther $1 soon comeon guys #buffdogecoinarmy

**SpammerNeverDie | BDCA** @HilmanFinger · Nov 7, 2021
Replying to @WatcherGuru
how about @buffdogecoin we the guardian **$Doge** Coin?
We are #buffdogecoinarmy will bring **to the mooon**

1 9

**Nathan F.** @NathanF_NWM · Nov 6, 2021
Replying to @MattWallace888 @elonmusk and @BillyM2k
SHIB AND **DOGE TO THE MOOON**

1

**Yasin Kartal** @YasinKa60125977 · Nov 6, 2021
Replying to @elonmusk and @BillyM2k
**@dogecoin to the mooon** update finished 🚀🚀🐕🐕🙏🙏

**Rashid Nasir** @RashidN45731585 · Nov 6, 2021
Replying to @elonmusk and @BillyM2k
When **doge** is going **to the mooon** ???

**The Seer** @Apostate1123 · Nov 6, 2021
Replying to @DougJBalloon
What HAVE they done for us lately? Ugh I'm so disgusted that I'm going to vote for GOP this time around. I don't want Congress to actually work. I want them to scream about Critical Race Theory and give Elon Musk tax cuts so **Doge** coin can go **to the mooon**

2 21

**BullRunnner77** @BullRunnner77 · Nov 6, 2021
Replying to @Investments_CEO
**$Doge** to a dollar 165k coins **to the mooon**

1 1

**Sam** @MarkSteve007 · Nov 5, 2021
wow. @Tesla testing payment with #SHIB. Seems like **#doge** gonna fly **to the mooon**. Buy more at the dip.

> **Due Today** **$250**
>
> Non-refundable Order Fee
>
> By placing this order, I agree to the Model S Order Agreement, Terms of Use, and Privacy Notice.
> View additional information
>
> ORDER WITH CARD
>
> ORDER WITH SHIBA
>
> ORDER WITH BITCOIN

1 2

**DOGE SON** @jkwak70036278 · Nov 5, 2021
Replying to @HODLdogeNOTdebt and @davidgokhshtein
that is so true. **doge** will go **to the mooon** sooo

**Beltalowda** 🧬 @beltalowda89 · Nov 5, 2021
**#doge** girlfriend
has a proper marketcap on coingeck now 🤯 it is much lower than I expected
Even lower than $XRdoge
$DOGEGF **to the mooon**
@mattygdogegf

DOGEGF $0.000000003129 7.8%

Price Chart | Exchanges | Portfolio

| | |
|---|---|
| CONTRACT ADDRESS | 0xfb130...a456bc5 |
| MARKET CAP RANK | 641 |
| MARKET CAP | $55,901,161 |
| TRADING VOLUME | $1,757,078 |
| 24H HIGH | $0.000000003176 |
| 24H LOW | $0.000000002550 |
| AVAILABLE SUPPLY | 17606816.1 Billion |
| TOTAL SUPPLY | 69420000.0 Billion |

**Mr.Doge Pro** @WiraTwins23 · Nov 5, 2021
Replying to @dogecoin @StonksOnTheMoon and 3 others
10 DAYS TO EXCHANGE! **TO THE MOOON**!#buffdogecoin
#buffdogecoinarmy @buffdogecoin




2

**Zulfi ahmad** @Zulfiahmad19 · Nov 5, 2021
Replying to @elonmusk
Do be do be buff **doge**
Do be do be buff **doge**




**Ria** @Ria11286509 · Nov 2, 2021
Replying to @MattWallace888
#doge **to the mooon**🚀🚀🚀🚀 ATH soooon
1 · 2

**SJST** @srhjntrjn · Nov 2, 2021
Next **DOGE** of @elonmusk ! @ShibaInuX_ **to the mooon**! Follow them for more details 😄

> **ShibaInuX (8.5k+ Followers - Beware o...** @ShibaI... · Nov 2, 2021
> Help us spread the word! Tell others about the new doge in town and post evidence of it.
> We will pick 5 winners and give them 100k ShibaInuX.
>
> You gonna need to show us a screenshot and link to the post, also be the same account that posted it. <3
> #ShibaInuX #SHIBARMY #XRPArmy
> Show this thread

1 · 2 · 7

**Crypto Invest** @skcrypto100 · Nov 2, 2021
Replying to @elonmusk and @BillyM2k
**#Doge** #Floki **to the mooon** !!

**Mat** @CryptoMateusz · Nov 2, 2021
Replying to @the_CAT_TOKEN
Let's gooooo, pet $CAT **to the mooon!!!** 🚀🚀🚀🐈🐈🐈😄😄😄
#catpetters **#doge** #shib #elonsomething




1 · 7

**Crypto_King**🚀 @thekabeerkhann · Nov 1, 2021
Shiba **to the mooon** #shiba #SHIB #ShibaCoin #ShibainuCoin #SHIBARMY **#doge** #shibainu 🚀🚀🚀🚀🚀🚀🚀 hold up now

> **$SHIB KNIGHT** @army_shiba · Nov 1, 2021
> $SHIB is out of the triangle and riding for the new ATH! 🚀🌙
>
> Targets are from .7426 to .10994!
> Support is .7005!




1 · 3 · 5

**Bg Steele** @bg_steele · Nov 1, 2021
Replying to @MattWallace888 and @ProTheDoge
DOGE TO THE MOOON 🚀🌙

**MORGAN** @Helloimmorgan · Nov 1, 2021
Replying to @Doge_Army_17
**DOGE TO THE MOOON**
1 · 11

**Mariska.ika** @Mariskalka89 · Nov 1, 2021
Replying to @nathannotdev @elonmusk and 2 others
Bufff...bufff...**doge**....**doge**...ddddoge
Bufff...bufff...**doge**....**doge**...ddddoge
Bufff...bufff...doge....

To the mooon with SpaceX
🚀🚀🚀🚀🚀🚀🚀🚀🚀🚀🚀🚀🚀🚀
3 · 25

**DaedaTrader** @daedaluss187 · Nov 1, 2021
Congrats to all #CateArmy we still early from here.
170m mcap still early compare to shib and **doge** with 40b mcap.
**To the mooon!!** 🚀🚀🚀🚀🤑🤑🤑🤑🤑🤑🤑🤑🤑🤑🤑🤑🤑🤑
#catecoin #Cateclub




7 · 9

**CSOcoin** @CsOcoin · Nov 1, 2021
$CSO coin loading up the rocket fuel **to the mooon**!!!!!!!!!!!!!!!!!!! **$doge**
$shiba #bsc #bnb #crypto #dogelon $btc
@coinbase

@binance

@PancakeSwap

@Gemini

@krakenfx




10

**CSOcoin** @CsOcoin · Nov 1, 2021
$CSO coin loading up the rocket fuel **to the mooon**!!!!!!!!!!!!!!!!!!! **$doge**
$shiba #bsc #bnb #crypto #dogelon $btc
@coinbase

@binance

@PancakeSwap

@Gemini

@krakenfx



11

**kek4269** @kek4269 · Oct 31, 2021
Replying to @elonmusk
SOLANA **DOGE TO THE MOOON**




**Da Doge Coin** @nabil9594_dk · Oct 31, 2021
Replying to @elonmusk and @BillyM2k
When tesla accept **doge**? **Doge** cybertrucks **to the mooon**
4 · 1 · 7

**Ria** @Ria11286509 · Oct 31, 2021
Replying to @ShawnDoge @StonksReddit and 9 others
#doge to the mooon🚀🚀🚀
3

**Ria** @Ria11286509 · Oct 31, 2021
Replying to @MikeDavisYT
**#doge** to the mooon🚀🚀🚀🚀

**Ria** @Ria11286509 · Oct 31, 2021
Replying to @MikeDavisYT and @elonmusk
**#Doge to the mooon**

**cryptoGoddess** @EmaB334 · Oct 31, 2021
Replying to @DjPrestigeUk @dogecoin and 3 others
Troller to the mooon🚀
2

**ZBK9246** @ZAINBRO5 · Oct 31, 2021
Replying to @FoxGives and @elonmusk
yes yes yes ,,, **#doge to the mooon**
,,,D8REvbLqbii3CLCKbMxBmfgPQ9wvsFbmFZ

**Priscilla.sol**😎 @Pricila03847059 · Oct 31, 2021
Replying to @TheTrollercoin @dogecoin and 3 others
#troller **to the mooon.** @TheTrollercoin **@dogecoin** go go go #trollercoin

**Scuba Steve** @Scuba_Steve_41 · Oct 31, 2021
Replying to @intocryptoverse and @TheOnlyFronk
If everyone who invested in SHIB, FLOKI or that kitty cat coin bullshit invested in **Doge** instead,imagine the potential. But no people want to buy a million tokens for 6 bucks and say "**to the mooon**" hoping it goes to a dollar so they become millionaires 🙈
5 · 6

**reza_zakaria** @rezaaa45663176 · Oct 30, 2021
Replying to @Swoleface0x @SwoleDoge and 2 others
**To the mooon**

@13kuchisabishii
@graciagabriell7
@Guntur_san1

**CryptoPool** @CryptoPooll · Oct 30, 2021
DOGS OUT 👊 CATS İN 👍 LOL 🚀🚀
$CATE **TO THE MOOON** 🌚🚀🚀🚀💪

**#doge** #CATE #catecoin #ShibaArmy
$HOT #bitcoin ₿ #holochain #mana



| Tüm Piyasalar | Son Fiyat | 24s değişim |
|---|---|---|
| SHIB /AUD | 0.00008651 | -11.78% |
| SHIB /USDT | 0.00006494 | -11.54% |
| SHIB /BUSD | 0.00006495 | -11.52% |
| SHIB /BRL | 0.00037087 | -11.44% |
| SHIB /EUR | 0.00005625 | -11.32% |
| SHIB /TRY | 0.00062508 | -11.07% |
| FTM /BRL | 15.00 | -9.69% |
| DOGE /BUSD | 0.2624 | -9.55% |
| DOGE /USDT | 0.2625 | -9.51% |
| FTM /AUD | 3.5000 | -9.38% |

1 · 1

**threesixnine** @bbb_threesix99 · Oct 30, 2021
@davidgokhshtein heyyy check out @XRdoge, a few days old coin thriving its way **to the mooon**. You'll never regret this, swear!!!

#XRdoge #SHIB **#doge** #XRPArmy




1

**Beltalowda** @beltalowda89 · Oct 30, 2021
Replying to @Patt24K
ALL IN **DOGE** GIRLFRIEND
**DOGE** GF **TO THE MOOON** 🚀🚀🚀



1

**Trederdusun** @trederdusun · Oct 30, 2021
Replying to @DefiBayOfficial
**To the mooon**
#ShibaArmy
#shiba
**#doge**
#SAFEMOON
#dogecoin
1 · 1

**CSOcoin** @CsOcoin · Oct 29, 2021
$CSO coin loading up the rocket fuel **to the mooon**!!!!!!!!!!!!!!!!!!! **$doge**
$shiba #bsc #bnb #crypto #dogelon $btc
@coinbase

@binance

@PancakeSwap

@Gemini

@krakenfx



8

**TechnicalRabbani** @AsifRabbani911 · Oct 29, 2021
Replying to @BigImpactHumans and @elonmusk
Nope.. d is for D..k .... But **Doge to the mooon** for sure...

**sensei** @IsmailDeveci20 · Oct 29, 2021
$flokıelon 🚀🚀🚀🔥
go **to the mooon** 🚀🚀🚀













**JacobDean Arbes** @ArbesJacobdean · Oct 26, 2021
Replying to @ArbesJacobdean
On Twitter I never been this popular although it's only a couple thank you **doge** family!!!my **doges to the mooon**



**Mary Moonrun** @CryptoClub77 · Oct 26, 2021
@elonmusk imagina por un momento decir a elon musk, shiba inu **to the mooon** #ShibaCoin **#doge Doge** #shibainu #shibainucoin Dogecoin #ShibaCoin #etherium #Bitcoin
1

**Crypto💎Money** @CRYPTO_MONEY3 · Oct 26, 2021
**#doge to the mooon**
2

**nyxf #65** @kelpper_1 · Oct 25, 2021
Replying to @FoxGives
**#doge**

**TO THE MOOON**

**MORGAN** @Helloimmorgan · Oct 25, 2021
Replying to @DogeChuy
**DOGE TO THE MOOON**
1 2 3

**J Conaway** @investorman5 · Oct 25, 2021
Replying to @itsALLrisky and @elonmusk
**To the mooon**! Got in on some options calls! Converting to **doge**!

**Mustafa** @Mustafa58101360 · Oct 25, 2021
Replying to @ShibaInuHodler and @Doge_Army_Token
@Doge_Army_Token TO **THE MOOON IN THE NE**XT MONTS 🚀🚀🚀🚀🚀🚀 almost on coinmarketcap 🚀🚀
1

**Tykon_Photography** @TykonP · Oct 24, 2021
#Dogecoin #Keep_it_**Doge** #Got_**Doge** #Pump_pump_it_UP **#To_the_mooon**

**Naveed786** @Naveeed786 · Oct 24, 2021
Replying to @CryptoPoggers @CoinMarketCap and 9 others
Luffyyyyyyyy **to the mooon**!!! Loyal, legal and basedddd community

**TechnicalRabbani** @AsifRabbani911 · Oct 24, 2021
Replying to @itsALLrisky
**Doge to the Mooon**..! @elonmusk



**Alaaddin** @Alaaddi47912461 · Oct 24, 2021
Replying to @elonmusk
**Doge to the mooon** why ?

**Thrifters_space** @thrifters_space · Oct 24, 2021
**$DOGE**
Dogecoin **to the mooon** !!! 😄

👉 benzinga.grsm.io/spooky35
Use Coupon Code: "SPOOKY35"

#Bullish **#DOGE**




**Halloween Gifts** 🎃 @Dumika6 · Oct 24, 2021
**$DOGE** real price for $SHIB is 0.000000000000000 **to the mooon** apes !! ❤️

**#DOGE** #Bearish #SHIB




1

**M W Rabbani** @Vickyrabbani · Oct 24, 2021
Replying to @ShibaInuHodler and @elonmusk
Hahahahaha **DOGE TO THE MOOON** BABY!!!!

**Yasin Kartal** @YasinKa60125977 · Oct 24, 2021
Replying to @BillyM2k
I'm depressed **@dogecoin** not rising @elonmusk support please. **To the mooon** 🚀🐕🙏🚀
1

**DogeCoin_Mexico** 🇲🇽 @dogecoin_mexico · Oct 24, 2021
I can see **DOGE** hitting over 30c soon. **To the mooon** we go.
3 19 63

**Thrifters_space** @thrifters_space · Oct 24, 2021
**$DOGE** shiba **to the mooon** can't believe it dodge finished washed up

**#DOGE**




**Thrifters_space** @thrifters_space · Oct 24, 2021
$SHIB **$DOGE** $ETH

Wake your ass up and hit your socials! We're goin **to the mooon** with or without your friends. Wouldn't it be nice tho if they rode this rocket with us? Good times 👇

#SHIB #Bullish #ETH **#DOGE**



**Surendra** @Surendr93974545 · Oct 23, 2021
Replying to @MattWallace888
🐕 **doge to the mooon**

**Yasin Kartal** @YasinKa60125977 · Oct 23, 2021
Replying to @SpaceX and @elonmusk
@elonmusk **@dogecoin** spacex do you have it in ? To the mooon 🙏🚀🐕

**Crypto Future** @SF_Futurist · Oct 23, 2021
Proton $XPR **to the MoOoN**! 🚀🚀🔥

$btc $eth $shib $dot $ubx $vra $tel $trias $toko $fx $wom $nim $ftm $sol $axs $avax $bnb $cake $rad $inj $xlm $clv $vet $one **$doge** $kcs $uni $ada $qrdo $nft #SHIB $shiba $locg $dego $slp $movr $ksm $map #XPR **#DOGE** #saitama $yooshi

**Metal Pay** @metalpaysme · Oct 23, 2021
Did you know that Metal employees can opt to receive some of their paycheck in $XPR? Our team figured how to handle the taxes, making it easier for employees to be paid in crypto - if they want.

Looking for a job? We're hiring! View openings here: jobs.lever.co/metalpay

2 3

**Yasin Kartal** @YasinKa60125977 · Oct 23, 2021
@elonmusk **@dogecoin** enterance log in Please , **to the mooon** 🚀🐕🙏🐳




**Fendi** @Restaefendi · Oct 23, 2021
Replying to @elonmusk
**$Doge to the mooon**

**ChillTown23** @ChillTown23 · Oct 23, 2021
Replying to @thedogecapital
Woof woof awwoooo! Let's go **doge** gang. **To the mooon**!

**Mummy2502** @mummy2502 · Oct 22, 2021
Replying to @elonmusk and @CapBailey
**Doge** coin **to the mooon**

**walkinho** @walkinho3 · Oct 22, 2021
Replying to @elonmusk
**DOGE TO THE MOOON**!

**Joche** @Antrunsh · Oct 22, 2021
Replying to @CoinDesk
Baby **Doge** Coin **to the Mooon**

**876unruly** @876unruly1 · Oct 22, 2021
Replying to @elonmusk @MattWallace888 and @UberFacts
@dogecoin To The Mooon We Go ❗🚀
1

**Crypto💎Money** @CRYPTO_MONEY3 · Oct 22, 2021
#dogecoin **$DOGE**
**TO THE MOOON** @elonmusk 🚀
@CryptoWhale @MattWallace888




2

**nothing** @davidndrynt · Oct 22, 2021
**$DOGE to the mooon** 🚀
1 1

**Little Shibarmy** 🐶 @WalidAj8 · Oct 22, 2021
Replying to @ShytoshiKusama
U are clever man ever ... u did a great job to raise this amazing coin who is called **doge** killer of course its title speaks about it ... **to the Mooon** and after Moon . Put hear if u are a holder ✅❤️
4

**JacobDean Arbes** @ArbesJacobdean · Oct 22, 2021
Replying to @MattWallace888
Exactly I sold all 79,000 **doge** I had for nfts Dogex **to the mooon**!!! Will buy small amount every week....




1

**CSOcoin** @CsOcoin · Oct 21, 2021
$CSO coin loading up the rocket fuel **to the mooon**!!!!!!!!!!!!!!!!! **$doge** $shiba #bsc #bnb #crypto #dogelon $btc
@coinbase

@binance

@PancakeSwap

@Gemini

@krakenfx



[illegible] · Oct 21, 2021
[illegible] TO THE MOOOON [illegible]

[illegible] · Oct 21, 2021
@elonmusk @doge_dash
#Dogedash #dogecoin #dogearmy #dogegaming

TO THE MOOOON🚀🚀🚀🚀



[illegible] · Oct 21, 2021
[illegible]



ARON @tLsWBI9cTXtDJMz · Oct 21, 2021
@elonmusk @doge_dash
#Dogedash #dogecoin #dogearmy #dogegaming

TO THE MOOOON🚀🚀🚀🚀




4 11

⚡Romaan⚡ @RamenN0odle5 · Oct 20, 2021
#DogecoinToTheMoon send this doge to the mooon and beyond

Jose Jovel @JoseJovelAbarca · Oct 20, 2021
Replying to @ShibaInuHodler
SHIBA it will be more$.0.1
You guys remember what happen with Doge coin nobody believe and what happen after that I remember SHIBA TO THE MOOON. 🚀💎🚀
💎🚀💎🚀💎

💸💸💸 @itsALLrisky · Oct 20, 2021
To the MOOON! 🚀 $BTC $ETH $DOGE



Elon Musk

47 118 531

cryptoguintser @cryptoguintser · Oct 19, 2021
Doge to the MOOON

But this time the NFT @thedogecapital

1 sol mint Oct. 20 5pm est/2pm pacific

As a fellow @SolanaMBS member, I approve.

We like the pixels <3



3

🏴‍☠️RumpelDoge🏴‍☠️ @Rumpelstelzi · Oct 19, 2021
Replying to @Deb44757889 @DogeAccept and 30 others
Had to do a quick google search about her.. to the mooon 🚀




1

The Dogetoshi @SadsDogetoshi · Oct 18, 2021
A rare pic of Dogetoshi Snr, Matt Doge Snr & Elon Doge Snr after their trip to the moon in '69 (guess which is which). We'll make our fathers proud on our trip To The Mooon! LFG!!
@jasonmaxim @chef_moon_ape @mikeytodo @DogeXCuban @MattToa @cameramansketch @Uncle_Heff @agent_jwow



1 5 13

plasma @plasma_ninja02 · Oct 18, 2021
#dogecoin TO THE MOOON 🚀🚀💎🙌 #dogearmy #doge

1

∞blueprints @Prototype_rustl · Oct 18, 2021
howl to the mooon!! #DogecoinToTheMoon $doge #dogecoin #doge




2

Sensss @Sensss12610 · Oct 18, 2021
Replying to @anndylian @jennyzheng719 and 6 others
@Flokinomics to the mooon 🚀🚀

Naiimm @NaimForex · Oct 17, 2021
$Shib to the mooon! #shiba #SHIBARMY #shibainu #Crypto #dogecoin #doge

> Elon Musk @elonmusk · Oct 17, 2021
> (_/)
> ( •_•)
> / >🚀

1 1

Vane$a @SinAniSinu · Oct 17, 2021
Replying to @elonmusk
Just compare Shib and doge tokens whith each other, it's so EZ to understand what's all about.
Doge supports no NFT , no Token burning Plan , nothing but a meme coin ; what about the other coin? 🙃❤️
@shib to the MoOon.. ✌️

Zakaria Trissia @ZTrissia · Oct 17, 2021
Replying to @ShibInform @shibaa_token and @elonmusk
@dogecoin to the mooon

1

Cryptomoon @CRYPTOW78202593 · Oct 16, 2021
Replying to @Crypto__emily
@buffdogecoin new versi @dogecoin will go to the mooon 🚀🚀🚀
#Buffdogecoin #buffdogearmy




1 1

Dro t-rex mma @dro_mma · Oct 16, 2021
Replying to @doge369420
FOREVER!!!!! to the mooon soon with the launch of doge 1 rocket 🚀

1

Cryptomoon @CRYPTOW78202593 · Oct 16, 2021
Replying to @SpaceX @elonmusk and 3 others
Anda melupakan sesuatu @SpaceX @elonmusk , Aku juga @buffdogecoin salah satu Tim rahasia untuk pergi kebulan .. Ayoo segera kita berangkat #buffdogearmy to the mooon 🤩🚀🚀🚀
@dogecoin @cz_binance @binance @coinbase @krakenfx @gate_io @Hotbit_news @BitMartExchange




7 8 12

CSOcoin @CsOcoin · Oct 16, 2021
$CSO coin loading up the rocket fuel to the mooon!!!!!!!!!!!!!!! $doge $shiba #bsc #bnb #crypto #dogelon $btc
@coinbase

@binance

@PancakeSwap

@Gemini

@krakenfx



1 4

Cryptomoon @CRYPTOW78202593 · Oct 16, 2021
Replying to @elonmusk
@buffdogecoin with @elonmusk & #Buffdogecoin will go to the mooon hahahaha @SpaceX @cz_binance @binance @coinbase @Hotbit_news @BitMartExchange @gate_io @krakenfx @MattWallace888 @dogecoin




Tony Daniello @tonyslices · Oct 16, 2021
Replying to @lessewelle
Plus after that snoop music video gets released, doge to the MOOON 😉

1

¡ LinKinParK ! @farhadtalebiyan · Oct 16, 2021
🚀To The mooon #dogecoin #dogearmy #DogecoinToTheMoon $Doge



Elon Musk

1

Dumb-El-Dorado @DumbElDorado · Oct 15, 2021
$doge to the mooon. It's doing it's ting

HighUpManny @HighUpMan · Oct 15, 2021
Replying to @TeslaModelDoge
To the mooon 🚀 $DOGE #DoOnlyGoodEveryday

WarriorLLxd @LxdWarrior · Oct 15, 2021
Replying to @doge_cola
To the mooon !

1

Joshua @Joshua73078336 · Oct 14, 2021
Replying to @BergiBahadir and @elonmusk
Doge to the mooon

HighUpManny @HighUpMan · Oct 14, 2021
Replying to @TOPDOGE007
$DOGE to the mooon🚀

Doge @dogemoonme · Oct 13, 2021
Replying to @JirkaSaFuCalls
To The mooon Doge

widi yanto @jokarwili · Oct 13, 2021
Replying to @doge_cola
go to the mooon

1 2

farzad ahangi @FarzadAhangi · Oct 13, 2021
Replying to @dogesupporteam and @DogecoinRise
Yes Doge Coin to the mooon ><$100.8 🚀🚀🙌🚀🚀

6

farzad ahangi @FarzadAhangi · Oct 13, 2021
Replying to @DogecoinRise
Yes Doge Coin to the mooon ><$100.8 🚀🚀🚀

Messages