Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

"to the moooon" doge until:2022-01-01

Top | Latest | People | Photos | Videos

**TheĐogeGlory** @GloryDoge · Jun 30, 2021
#Dogecoin #Doge_1 to the moooon



Tweetoshi Đojomoto and 6 others
10 95 321

**Pythadoge** @pythadoge · Jul 16, 2021
Go go go ! Dogecoin to the moooon fam !!! Doge-1 🚀




3 15 40

**Doge Doll** @doge511 · Dec 2, 2021
#DOGECOIN going to the moooon $DOGE



11 15 85

**Very** · Jun 4, 2021
#ETH and #DOGE to the moooon!! 🚀
Have been trying to tell people for a while that Vitalik was never hating on #Dogecoin lol

> **handsomeboy** @handsomeboyyy07 · Jun 4, 2021
> Ehtereum CEO @VitalikButerin says: #Dogecoin deserves to be number 3 or even Nummer 2 #Crypto of the world #ToTheMoooooon 🚀🚀🚀



44 326 1,310

**Penelope Fairbanks** @PenelopeFairba1 · May 25, 2021
Thank you so much to everyone that followed me today. I was overwhelmed indeed with the amount of love and kindness the **Doge** Family shared with me today. I tried to follow everyone back, but if I missed you, please let me know.
Next stop... **to the moooon** 🚀🌕
23 25 178

**TOPDOGE** ✨ @TOPDOGE007 · Jun 23, 2021
Do I sell my $DOGE?! No cause it's going **to the MOOOON**!
5 16 85

**Doge Whisperer** @TDogewhisperer · Jul 9, 2021
Elon Musk responds to a tweet on the upcoming #Dogecoin transaction rate update, which will be much lower

Then...he goes back in time to find this video from 4/20 discussing **Doge** and LIKES the video!

Something is cooking.... 😊

#**Doge** **to the moooon**!




3 22 61

**Doge Italia** @dogeitalia · Oct 4, 2021
Avantiiiii Dooogeeeee!!! **To the mooon**!!! 🚀 #dogetothemoon #dogecoins #**doge** #dogearmy #Dogecoinarmy #dogecoinrise




2 4 20

**Doge Node Runner** @RizeDogecoin · May 28, 2021
**Doge**-1 ready for takeoff! Let's go **to the Mooon**!!! #Dogecoin #**doge** @SpaceX




3 8 30

**Nino Man - Accel Defi CEO** @nino_man · Jul 17, 2021
New $mxs will start a trend of new marketing strategies! **To the moooon**!
$**doge** $eth $tking $btc $ada
1 19 26

**Rico's_Into_Crypto** @RicosIntoCrytpo · Aug 15, 2021
#DaddyDaughterMeme ❤️❤️ she says daddy can we make one of those meme things for #Dogecoin ??
SHE SAYS DOGECOIN **TO THE MOOOON**‼️
She designed this one‼️
#dogearmy #**doge** #Dogementum #LoveOverHate #DoOnlyGoodEveryday



DARLENE PIZARRO and 9 others
13 13 29

**MemeMillionaires** @patrickesquerra · Nov 28, 2021
**Doge** is about to blast off! 🚀🚀🚀 #readit $**DOGE** $TKING $COC **to the Mooon**! #Hoskytozero 🙃
3 3 26

**DOGECOIN APPAREL Crypto KCO** @CryptoKCO · Jun 27, 2021
Where are the #dogecoin Queens at? Tag your favorite queen who should check this out! cryptokristalapparelco.com! We girls are going **to the mooon** toooo!!! #**doge** #dogearmy #DogecoinRise




2 5 12

**Automatic Workflow For Your Busin...** @ElvioLador... · Oct 24, 2021
$**DOGE** come to **doge**! Were going **to the mooon**
#**DOGE**



1

**Luci** @LivingwithLuci · Sep 5, 2021
I smile inside and outside knowing me & the **doge** fam are going **to the** moooon

**The Doge Movement** @TheDogeMovement · Jun 6, 2021
Great seeing the support, love, and potential collab between @ethereum and @dogecoin. This is gonna be an epic and beautiful ride my friends
#DOGE & #ETH TO THE MOOOON




**Luci** @LivingwithLuci · Jul 20, 2021
DOGE & ETH TO THE MOOOON 🚀🚀 #Dogecoin

**Victoria Crypto** @VictoriaMCrypto · Jul 19, 2021
Thank you so much to @TheDogeHouseNFT for the adorable NFT! Now let's use them fly to the mooooon 🚀 #Crypto #NFT #doge



**Mostafa** · Nov 13, 2021
Moooow #babydoge to the moooon
I love baby doge coin



**ShibaCash** · May 21, 2021
TO THE MOOOON

**DOGE_Pilot Matt** @DogecoinPilot · Jul 17, 2021
Wow ! #Dogecoinrise is trending on Twitter again.
Dogecoin to the mooon!
#doge #CryptoNews #Crypto #dogecoin




Is this Tweet relevant to your search? Yes No

**Sam** · May 19, 2021
#Dogecoin is very Bullish. I hope it breaks the line and starts the engine to the MOOOON #doge #DogeDollar



**Bender Ahmed** · Jul 2, 2021
Replying to @elonmusk
#Doge 0.24
Elon musk : Doge to the moooon
#Doge 0.24



May 8, 2021
YESSS SNL JUST STARTED AND ITS GOING TO THE MOOOON #DOGE

**The Dogenomic** · Jun 30, 2021
To the Mooooon!



**John-richard parkinsons** · Jul 2, 2021
I ADORE DOGE COIN TO THE MOOOON #DOGE

> **Elon Musk** @elonmusk · Jul 1, 2021
> Baby Doge, doo, doo, doo, doo, doo,
> Baby Doge, doo, doo, doo, doo, doo,
> Baby Doge



Show this thread

**Cryptosolo.io** · Aug 23, 2021
to the mooon !

> **The Chetoneman** · Aug 22, 2021
> Hey @elonmusk tweet about #dogecoin for us.
> Like and retweet if you're with me.

**juan doge** · Jun 26, 2021



**Juanan_Crypto** · Jun 20, 2021
to the moooon!

**crypto-thales** · Nov 29, 2021
To the moooon DOGE

**Myles E Investments** · May 17, 2021
Replying to @elonmusk
We are going to the Mooooon #doge

**Najeeb Haidari** · Jun 28, 2021
Thank you dogecoin community

**dogecoinnewsdaw** · Jun 16, 2021
Massive Dogecoin News By ROBINHOOD CEO

> Massive Dogecoin News By ROBINHOOD CEO

Thank you for everything you have done. Doge to the moooon

Search filters
People
From anyone
People you follow
Location
Anywhere
Near you
Advanced search
What's happening
Who to follow
Show more

the moooon!

**DTH-Crypto** @DthCrypto · Dec 1, 2021
Replying to @hhoolllzzz @DogeXMetaverse and @mikeytodo
Let's get #**DOGE** **to the moooon**!!!! And #**doge** worlds biggest #METAVERSE #NFTs #NFTCommunity on a 🚀🚀🚀

**____Milano_Mille** @milano_mille · Jun 19, 2021
Replying to @int0x801 @binance and 2 others
**To the moooon** Baby **doge** 3000x

**Russ** @AdventureRuss86 · Oct 28, 2021
Let's Go DogeCoin!!! **TO THE MOOOON**!
#**doge** #dogecoin #ToTheMoon




**FREÐ** @JustDogeIt1 · May 11, 2021
Hey #dogecoinarmy let's give @elonmusk our full support. $TSLA stock is currently on sale!! Let's load up #**doge** and #tesla and watch both go **to the MOOOON**!! #dogecoin #DogeCoins **$DOGE** 🐕🚀🌙💎

**Blunts** @BluntsNFT · May 24, 2021
Replying to @BillyM2k
**To the moooon**!!! #**doge** #dogecoin

**Crypto FabianX 💯 ETH BNB CAKE ...** @BergaxCry... · Aug 7, 2021
Stonk **Doge to the moooon** 🚀🚀🚀 best dev on board listen to his comunity and we paid 5k for babydoge marketing guy 💎 only 50k mcap right now ✅ poocoin.app/tokens/0x9bf8c... @stonk_**doge** @1goonrich @Taylor_Musk @elonmusk @FabriLemus7 @ZachBoychuk @Nova_Premium @CryptoBethany




**Ashish Raul** @AshishRaul85 · May 27, 2021
This #JUNE to The #MOOOON Stay Tune **@doge @dogecoin** @dogecoin_devs @elonmusk

**L.ollapaloozaG.uardiaB.alatron** @_RobertMeyer · Jul 12, 2021
#cryptoLove
@vegan
@food
@dates
@rule
#@you're
@MattWallace888
@YouTubeVideos_
@Rock
#SmashingThe
@like
#buttons
**@Dogecoin**
**Doge**
@cryptocurrency
**to the**
**moooon**!
#likeOppini @ToBoldly Go where no coin has gone before
@has gone before
@WholeMarsBlog

@DogecoinHODLers

Show this thread

**farzad ahangi** @FarzadAhangi · Oct 3, 2021
#dogecoin #NFTs People all over the world

**Doge**+@Tesla+@SpaceX+@amazon+@Apple+@elonmusk+@JeffBezos+(100%+$100)=dogecoin $100
DOGECOIN+**TO**+**THE**+**MOOOON**
**Doge** **Doge** **Doge** **Doge** **Doge**
🚀 🚀 🚀 🚀 🚀
WooooooooooooooooooooooW

**The Dogetoshi** @SadsDogetoshi · Sep 15, 2021
Replying to @agent_jwow @DogeXCuban and 4 others
Now or never! **To the Moooon**!
#**doge** #dogecoin #dogearmy #dogex #DogeXCru #DogeX #nft #NFT #nftcollector #Metaverse #Decentraland #cryptopunks #Crypto #dog #Dogex2021

**Sanjeev Prabhu** @sanjeev_6120 · Nov 30, 2021
Replying to @dogeofficialceo @elonmusk and 9 others
With the caption "Doge to the moooon!" 🚀🚀

**Ᵽrandon** @TheDazzleNovak · Sep 7, 2021
Replying to @MustoMou @MustoCrypto and @DogemonGoApp
#dogemongo **to the moooon**! #**doge** holders will eventually find out about it

**H⭕MER WOOHOO TIK TOK** @STAKINGCRYPTOS · Jul 31, 2021
Replying to @PantherSwap and @dogecoin
yesterday $panther was 0.033 $ today its 0.034 $
Wooo hooo **to the moooon** .......>>>>> LMAO

$BTC $EATH **$DOGE** $SHIB @PantherSwap

**Chris Underwood** @Bootneck_Bund · Jun 21, 2021
So annoyed with **@Dogecoin** and @MattWallace888 at the minute!! So decided to buy another 2,000 **doge** to cheer me up!! Keep up the good work @MattWallace888 **To the Moooon**!!!! X

**RogerSaid** @RoqerSaid · Dec 10, 2021
Replying to @Groe__
we going **to the moooon** no **doge** ❤️

**Jane Chioma Vitalis** @vitalis_jane · Oct 15, 2021
Replying to @BabyDogeCoin
Baby **Doge to the Moooon**! Baby **Doge** Rocks like kilode!

**Pi Coin⚡π** @jiucaicaijing · May 13, 2021
Replying to @elonmusk
**to the moooon**, **Doge** father

**PUMP SEASON** @CybertruckProt1 · Nov 6, 2021
@ShakitaInu #SHAKITAINU #SHAK **TO THE MOOOON** #**DOGE** #DOGECOIN #SHIB #SHIBa #dogelon

**Thrust** @ishotasegod · Jun 5, 2021
Replying to @Chartronics
Cumrocket **to the moooon** #**doge**

**.** @JustinScerini · Jul 18, 2021
**$Doge** **To The Moooon**!




**Plasma Faith Physics** @PlasmaFaithPhys · Jun 21, 2021
Replying to @MattWallace888
Forget the #DogeFather **to the moooon** .... #**doge** to MAAAARS

**Rafa** @rlp1990 · Dec 22, 2021
Replying to @MattWallace888 and @Shibtoken
#shiba **to the Moooon** and #**doge** to the Floor!

**Ᵽrandon** @TheDazzleNovak · Sep 8, 2021
Replying to @mightyrichh and @elonmusk
$dogo #DogemonGo **to the moooon**! **$doge** holders will eventually join!

**Chandra** @Chandra47623944 · Oct 27, 2021
Replying to @elonmusk and @BillyM2k
When you will send **doge to the moooon**,we all are waiting... please launch **doge to the moooon**, already Shiba has reached soooo far than **doge**.

**David Simpson** @ragedsoldier · Sep 16, 2021
Replying to @gt05540 and @MattWallace888
He try's hyping it up every day he treats "**doge to the moooon**" or "**doge** will hit 0.70 today" just stupid tweets like that in trying to get his blue check removed by Twitter

**Shoaib Agha** @AghaJe3 · Apr 23, 2021
Replying to @coingecko and @dogecoin
Y'all are haters!!!
@safemoon is the best!!!

Stop putting MEME coins like **Doge** on the top!!.

#SAFEMOON
#SAFEMOONFORLIFE

**To the MO**OOON baby!!! 🚀🚀🚀🌕

**Arief Rasyiidu** @arief_rasyiidu · Oct 11, 2021
Replying to @GalaxyHeroesGHC @BabyDogeCoin and 3 others
Buff doge to the moooon 🚀🚀🚀🚀

**Steve King** @SKTHEPREZ · Oct 6, 2021
Replying to @DrPsychh @CoinMarketCap and @dogecoin
**Doge** Blok **to the moooon** @elonmusk @ProTheDoge

**Kurd_Crypto** @Kurd_Crypt · Oct 31, 2021
**To the moooon DOGE** 🙌🙌

> **Elon Musk** @elonmusk · Oct 31, 2021
> Tuition is in Dogecoin & u get a discount if u have a dog
> Show this thread

**cryptoivan** @IvanCea9 · Jun 4, 2021
Replying to @elonmusk
Just imagine what would happen if **Doge** eventually flips Bitcoin. If the whole crypto market will follow **Doge**, then all cryptos will go **to the Moooon**! The **Doge** Father becomes the Alts (All) Father!

**Freelancer G** @FreelancerGC · Aug 13, 2021
**To the moooon**! #**doge**

> **doge** @Dogeinvesting · Aug 13, 2021
> $doge




**Cortie Wilson** @CortWils · Oct 31, 2021
**TO THE MOOOON**! #**doge** #dogecoin #SHIB #SHIBARMY




**DhirajBhandari** @DhirajBhandari_ · Jun 1, 2021
Ride **to the moooon** #**DOGE**. 😎😎😎

**Imran Ahmed** @ai_ahmedimran · Oct 18, 2021
#**Doge** **to the moooon** 🚀 #dogecoin #DogecoinRise




**Sam Aylward** @OriginalSamBo · May 8, 2021
Replying to @elonmusk
**To the moooon doge** coin

**eatingzeros** @eatingzeros · Jun 6, 2021
**$DOGE** **to the moooon**.

**Pepe Silvia** @Band_aid_memes · May 24, 2021
**To the moooon** **$DOGE** #dogecoin #dogetothemoon




**Marcus J** @debbiejoy14263 · Jul 13, 2021
Replying to @itsALLrisky
**to the moooon**
#**doge** #uquid!!!




**Sergio Joshua** @KingSergg · May 14, 2021
Book the trips to Bora Bora baby, **DOGE TO THE MOOOON**

**Major League Doge** @MajorLeagueDoge · Aug 23, 2021
Replying to @DogecoinRise
**To the moooon**!
#**Doge** **$Doge** #Dogecoin



**정민기** @U3Vtci033MQel5E · May 18, 2021
Replying to @elonmusk
**TO the moooon doge**

**Vivian📈🇨🇦🏳️‍🌈(I don't DM)** @blockchainedbb · Oct 31, 2021
**$DOGE** coin **to the moooon**

Messages