

# GUIDE TO COIN BURNING: WHAT IS COIN BURN AND HOW DOES IT WORK?



## INTRODUCTION TO COIN BURNING

## WHAT IS COIN BURNING?

## REASONS FOR COIN BURN

## 1. MORE EFFECTIVE CONSENSUS MECHANISM

## 2. PROTECTION AGAINST SPAM

### EXAMPLE

## A SIGN OF LONG-TERM COMMITMENT

## CATEGORIES OF COIN BURNING

## CATEGORY 1: PROTOCOL-LEVEL MECHANISM

## CATEGORY 2: ECONOMIC POLICIES

## SUMMING IT ALL UP

## BENEFICIAL RESOURCES TO GET YOU STARTED








