hivewallet OP · 8 yr. ago
party shibe

Another piece on this concept:

http://labs.humint.is/proof-of-charity/

3 Reply Give Award Share Report Save Follow

Sealyy · 8 yr. ago

Wendell, you are a legend.

8 Reply Give Award Share Report Save Follow

humint_is · 8 yr. ago · edited 8 yr. ago
party shibe

Lot of legendary people on this team. :-) Hope to add more from the DOGE community!

4 Reply Give Award Share Report Save Follow

rnicoll · 8 yr. ago
Reference client dev

Awesome to see new technology being built around Doge, thanks for your work on this.

However... I'm going to be contrary and say I think Proof of Burn is a better idea universally. Proof of Charity effectively means having your cake and eating it; the coins are spent but also still exist, and new coins exist representing their old value. Proof of Burn is a much more elegant solution where the value is destroyed and created, rather than risking dilution.

Failing that, I'd rather we use a charity of some kind as the exodus address, but... yeah, I think PoB is much neater, safer, and less drama-prone.

22 Reply Give Award Share Report Save Follow

hivewallet OP · 8 yr. ago
party shibe

Interesting. Well, Proof of Burn is also way easier to manage, so it's also not a bad option at all. Since this is the top-voted post, it looks like a lot of folks agree.

5 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

Wholeheartedly agree

8 Reply Share Report Save Follow

langer_hans · 8 yr. ago
Core / Android / MultiDoge dev

I agree on both points. Not much to add :)

6 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

Let's burninate!

1 Reply Share Report Save Follow

dogecoindripper · 8 yr. ago
family shibe

I feel like Towelie right now reading all this stuff, but I'm sure to those it makes sense to it is awesome ;) +/u/dogetipbot 100 doge

5 Reply Give Award Share Report Save Follow

AdamBLevine · 8 yr. ago
avian shibe

we all start there.

Soon you'll be thinking with tokens.

Welcome to 2015 :)

4 Reply Give Award Share Report Save Follow

dogecoindripper · 8 yr. ago
family shibe

This is a test, please ignore...

+/u/dogetipbot DBx5T8jatBW5Qrv2pYJBLNXu5v27yxgNpU 100 doge

1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

So I was telling my husband about dogeparty and he got it immediately.

"Oh you mean it's like those video arcades where you win prize tickets? And then you go to the desk and change your tickets in for prizes?

And it doesn't matter what color your ticket is or what machine you won it from, when you go to the desk your prize is Doge!"

He's the smarty shibe in our family. The clown just dances. ;)

Dance danceonceifinallyunderstoodwhatthisis its awesomedance!

5 Reply Share Report Save Follow

[deleted] · 8 yr. ago

Dance!

2 Reply Share Report Save Follow

[deleted] · 8 yr. ago

+/u/dogetipbot silentshibe

*shhhhhhhh, don't let the other shibes know ima kitty cat shibe. They might bark. ;)*

1 Reply Share Report Save Follow

dogetipbot · 8 yr. ago
dogepool

[wow such silent ^tip]: /u/IlikePez -> /u/XxCannibalxX Ð1000 ^Dogecoins _($0.223582)_ [help]

1 Reply Give Award Share Report Save Follow

humint_is · 8 yr. ago
party shibe

SUPERDOGE: The first app of the Dogeparty layer:

http://www.reddit.com/r/dogecoin/comments/2blilt/superdoge_the_first_app_of_the_dogeparty_layer/

6 Reply Give Award Share Report Save Follow

dogecoinsuchwow · 8 yr. ago
smarty shibe

Very cool! I'm watching the countdown ;)

5 Reply Give Award Share Report Save Follow

hjras · 8 yr. ago
astrodoge

Just heard about the concept and I am very excited about its development!

5 Reply Give Award Share Report Save Follow

JayeK · 8 yr. ago

Heard about this on Let's Talk Bitcoin....good work guys!

2 Reply Give Award Share Report Save Follow

stlcp · 8 yr. ago · edited 8 yr. ago
party shibe

This is great, I'm so glad you guys decided to do this. Another great platform on a more suited currency for it it seems like after hearing the podcasts about the kinda pricey transaction fees you were paying on bitcoin.

5 Reply Give Award Share Report Save Follow

-_-NomenUsoris-_- · 8 yr. ago
avian shibe

Good work Shibe, this sounds great. This should really add greater functionality to Dogecoin. And for what its worth, I think PoB is the better option.

4 Reply Give Award Share Report Save Follow

currency4world · 8 yr. ago · edited 8 yr. ago
doge of many hats

So I was thinking about PoB vs PoC for a few hours.

*I am going with friends for holidays on a remote island. We found a bunch of nice shells and we decided to make a game to play over holidays with shells as tokens. We change 1$ for 1Shell and use PoB - burn dollars. After a week we go back home. We are not playing the game anymore, we took those shells with us but nobody is willing to buy them back. PoB now looks quite foolish - yes, it is a bit simplified, but shows that PoB, although looks like an elegant solution at first - may be quite silly.*

.

*We start 100 games with tokens/coins based on Ð (dogeparty tokens / coins), for each we buy 1bn Ð and burn. After a year people stop playing those games. Let's assume there is no Ð inflation (~ Ð5bn a year). Now there is no Dogecoin and 100 worthless, unused tokens, unless they were also destroyed, making them even more worthless.*

.

On economic level, burning means limitation of supply. If it will be quite big amounts, it will affect Ð price. If it will be comparatively small amounts, it will mean nothing to Ð price. On the other hand, giving Ð to charities, Wikipedia maybe etc. would not pull Ð price down, it could be even some positive effect.

.

**Question.** How tokens/coin from one game (or whatever project) could be exchanged easily for tokens from other one? What would be the exchange rate, how technically they would be exchanged?

.

Interesting idea of dogeparty, I will think more about pros and cons of each solution...

5 Reply Give Award Share Report Save Follow

archw12 · 8 yr. ago · edited 8 yr. ago

Lets say there is Token A and Token B (both on Dogeparty) going on at the same time... If you wish to switch A for B, you'd do so by trading Token A (at market price of A) for Doge, then Doge for Token B (at market price of B). I think this is how 'utility' increases the value of a currency - by having many uses and therefore higher demand. In which case, I think that even though POC will have a short term negative affect on price of doge but it is probable that it will also have a long term positive impact.

1 Reply Give Award Share Report Save Follow

hivewallet OP · 8 yr. ago
party shibe

Jackson Palmer calls Dogeparty proposal "Pretty darn incredible"

Positive news, we hope!

http://www.reddit.com/r/dogecoin/comments/2brgqq/jackson_palmer_calls_dogeparty_proposal_pretty/

5 Reply Give Award Share Report Save Follow

raid5 · 8 yr. ago

Awesome idea! Can't wait to see this project grow.

3 Reply Give Award Share Report Save Follow

braddoge · 8 yr. ago
DDF - Mining Corps - [Ensign]

So what about supporting the dogecoin Dev AND the dogeparty Dev with equal distribution on the Proof of Charity? this would strengthen the coin on both ends! Full time devs would be AWESOME!

3 Reply Give Award Share Report Save Follow

humint_is · 8 yr. ago
party shibe

Interesting idea, but the community would have to sincerely choose something like that. We wouldn't want to force it on anyone.

2 Reply Give Award Share Report Save Follow

archw12 · 8 yr. ago

I think this would be much better than a burn, because this would add even more potential to both doge and dogeparty... I also like PoC because of potential news this could generate and attract even more people to join the doge community :)

1 Reply Give Award Share Report Save Follow

LukeZaz · 8 yr. ago

I heard about this way too late.

+/u/dogetipbot 300 doge verify

2 Reply Give Award Share Report Save Follow

dogetipbot · 8 yr. ago
dogepool

[wow so ^verify]: /u/LukeZaz -> /u/hivewallet Ð300 ^Dogecoins __($0.0622619)__ [help]

1 Reply Give Award Share Report Save Follow

archw12 · 8 yr. ago

I see many people have voted for BURN and one of the biggest reason seems to be "Because it is easy and drama-free..."

Let me start with a quote you may all know well: "**We choose to go to the moon!** We choose to go to the moon in this decade and do the other things, not because they are easy, but because they are hard." - John F Kennedy

Remember... change does not come about by doing the same things but by doing something different, something new. The more difficult it is... the more worthy a cause it will be!

**Go Proof of Charity!!** :)

2 Reply Give Award Share Report Save Follow

Martholomule · 8 yr. ago

Well. If we need trusted members, let's go ahead and nominate /u/GoodShibe and just say we need *two* trusted members.

4 Reply Give Award Share Report Save Follow

Halio1984 · 8 yr. ago
Keep it Silly Shibe

so let me get this straight you are working on a coin that is based off the dogecoin blockchain? would it not be ideal to just use the original dogecoin blockchain? what's the benefits of doing something like this?

2 Reply Give Award Share Report Save Follow

AdamBLevine · 8 yr. ago
avian shibe

You do not have it straight :) This uses the Dogecoin blockchain and lets you build new tokens that ride on top of dogecoin transactions.

So this will add utility to dogecoin and thus transaction volume since every dogeparty action requires a dogecoin transaction.

3 Reply Give Award Share Report Save Follow

zero_over_zero · 8 yr. ago
doge of many hats

Adam, I love you man! I'm an avid listener of the LTB network. I just listened to your interview on Bitcoins & Gravy and nearly exploded with excitement. I'm completely in awe with what you have accomplished with LTB coin. I truly believe your plans to incentivize content creators/users are going to work. Thanks for doing the interview and explaining the whole LTBc process. AND thank you for coming to our forum and explaining these ideas to our group. Big bro hug!

5 Reply Give Award Share Report Save Follow

AdamBLevine · 8 yr. ago
avian shibe

Well we just released todays episode and the first ten minutes is me talking about the path that led to dogeparty, I literally just released the episode

http://letstalkbitcoin.com/blog/post/lets-talk-bitcoin-129-dogeparty-and-delegated-proof-of-stake

Thanks for your comments :) I'm just happy people can see what I see here.

3 Reply Give Award Share Report Save Follow

Halio1984 · 8 yr. ago
Keep it Silly Shibe

Sorry for the ignorance but can you provide an example of what those tokens are and how those tokens can be used? i'm sensing that from your conversation your not talking about creating a new coin but some sort of utility...

2 Reply Give Award Share Report Save Follow

AdamBLevine · 8 yr. ago
avian shibe

No worries at all, these are very new types of things. For an example of what can be created you can visit http://ltbcoin.com, which is my project on the bitcoin counterparty protocol.

LTBCOIN is the official crypto-rewards program of the LTB network and letstalkbitcoin.com, and we couldn't do it if we had to pay miners. Using a layer like counterparty or dogeparty means we only need to focus on how our coin has value, rather than the technical concerns of running a blockchain.

3 Reply Give Award Share Report Save Follow

Halio1984 · 8 yr. ago
Keep it Silly Shibe

So can you provide details to how this type of a relationship is symbiotic and how it benefits dogecoin?

1 Reply Give Award Share Report Save Follow

AdamBLevine · 8 yr. ago
avian shibe

Right, Doge has little actual utility right now. This is because doge is a currency-token which means it competes with bitcoin directly.

Adding Dogeparty turns Dogecoin into a *platform* for other tokens. It is the US dollar to the US stock market, except instead of dollars its doge and instead of stocks its any token somebody wants to think up and make valuable.

4 Reply Give Award Share Report Save Follow

ginger_beer_m · 8 yr. ago · *edited 8 yr. ago*

I still don't understand what the benefits are for using these user-created tokens rather than the original coin (dogecoin, bitcoin) directly ?

For e.g. from www.dogeparty.io:

> Create
>
> Want to publish a book or album without a publisher or have an amazing product ? Create your own token, put up a page explaining your goals and collect DOGE donations from your supporters! You get the funds, your backers get a token that can give them access or a share of the project. When you're ready, reward your backers by trading your work for the coin you gave out.

So in this scenario, the only benefit of using Dogeparty is we can provide our backers with tokens that serve as some sort of proof that they've supported the project. And these tokens are valuable / useful because they can ultimately be traded for the work when the fundraising stage is completed. Is this just complicating things ? Kickstarter doesn't bother with all these tokens business, and seems to work just fine.

And suppose the content creators abandons the project and disappears overnight. Would backers be able to exchange these tokens back into DOGE ?

4 Reply Give Award Share Report Save Follow

Comment deleted by user · 8 yr. ago

Halio1984 · 8 yr. ago
Keep it Silly Shibe

The difference in your example is that people are required to use USD to purchase US stock in most cases..from what i can tell you'll be building a service that isn't directly linked to dogecoin (when it comes time to purchase) but could be done using BTC or other crypto's correct?

2 Reply Give Award Share Report Save Follow

Comment deleted by user · 8 yr. ago

[deleted] · 8 yr. ago

Praise Adam!

1 Reply Share Report Save Follow

AdamBLevine · 8 yr. ago
avian shibe

lol

1 Reply Give Award Share Report Save Follow

cryptonaut420 · 8 yr. ago

It gives dogecoin more utility. These tokens you can build on counterparty (err dogeparty in this case) are actually encoded in each transaction. So for example if I send you LTBcoin right now, im actually sending you a little bit of BTC dust with some extra data attached to it that proves you now also own X amount of LTBcoin. Same concept for doge.

3 Reply Give Award Share Report Save Follow

Comment deleted by user · 8 yr. ago

Comment deleted by user · 8 yr. ago

Comment deleted by user · 8 yr. ago

frontpagedoge · 8 yr. ago
robo shibe

Congrats on making the frontpage of r/dogecoin! Have some doge! +/u/dogetipbot 68 doge.

current balance: Ð112,061 tips left for 30.6 days. Learn to +/help!

2 Reply Give Award Share Report Save Follow

hivewallet OP · 8 yr. ago
party shibe

Hi guys, just to be clear, this isn't a Hive project, it's a Humint+Socialgiver project. We tried to post under the Humint Reddit account, but unfortunately it's too young and the bots killed it. :)

2 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

I nominate /u/GoodShibe, /u/Mumble, and /u/Greek18

2 Reply Share Report Save Follow

Slingacoinw69 · 8 yr. ago
aristodoge

Im liking what im seeing!

1 Reply Give Award Share Report Save Follow

Fiddy_doge · 8 yr. ago
got doge 4 karma at r/fiddydoge

+/u/dogetipbot 50 doge

burn baby burn! I just followed you and retweeted one of your tweets. You can rely on me to help get the word out about your initiative.

This is a great idea and I hope we'll be hearing from you again on r/dogecoin.

1 Reply Give Award Share Report Save Follow

Junkydatale · 8 yr. ago
astrodoge

I'm so sorry i dont understand :(

1 Reply Give Award Share Report Save Follow

humint_is · 8 yr. ago
party shibe

Happy to try to explain. :) Do you want to come onto Skype?

http://www.reddit.com/r/dogecoin/comments/28xmf0/have_skype_want_to_chat_about_dogeparty/

2 Reply Give Award Share Report Save Follow

bitchen · 8 yr. ago

why my email cannot submit in China?

1 Reply Give Award Share Report Save Follow

humint_is · 8 yr. ago
party shibe

Sorry, can you try again? Maybe not related to China. I hope not related to China. :)

1 Reply Give Award Share Report Save Follow

Comment deleted by user · 8 yr. ago

Comment deleted by user · 8 yr. ago

humint_is · 8 yr. ago
party shibe

Proof of Charity Vs Proof of Burn discussion:

http://www.reddit.com/r/dogecoin/comments/28oan5/proof_of_charity_or_proof_of_burn_for_the/

1 Reply Give Award Share Report Save Follow

Comment deleted by user · 8 yr. ago

humint_is · 8 yr. ago
party shibe

Dogeparty AMA happening NOW:

http://www.reddit.com/r/dogecoin/comments/28bdl5/shibes_we_are_the_dogepartyio_team_reads_for_you/

1 Reply Give Award Share Report Save Follow

archw12 · 8 yr. ago

Why it would be awesome to do a PROOF OF CHARITY :)

http://redd.it/28waxq

1 Reply Give Award Share Report Save Follow

Wavechacker · 8 yr. ago

First post here...

I love the Dogeparty/Counterparty option. It's got a LOT going for it.

For the record I'm a proponent of POB. I like charity but... taking any human factor out of the process is always preferable in crypto.

Proof of charity... even in the hands of 3 is still too little security for me. For Dogeparty to really work & be dependable.... BURN.

1 Reply Give Award Share Report Save Follow

mycryptooutn · 8 yr. ago

Survey is too hard to find. Should be at the top here and very visible @ dogeparty.io

1 Reply Give Award Share Report Save Follow

muntook · 8 yr. ago

https://www.surveymonkey.com/s/dogeparty_issuance_method for any looking

1 Reply Give Award Share Report Save Follow

currencyworld · 8 yr. ago
doge of many hats

Oh no, somehow I have missed voting!

Let's see how it works. I do not see a point in PoB, hopefully I miss something....

1 Reply Give Award Share Report Save Follow

dogecoindripper · 8 yr. ago
family shibe

Test, please ignore...

+/u/dogetipbot DBx5T8jatBW5Qrv2pYJBLNXu5v27yxgNpU 1000 doge

1 Reply Give Award Share Report Save Follow

dogetipbot · 8 yr. ago
dogepool

[wow so ^verify]: /u/dogecoindripper -> DBx5T8jatBW5Qrv2pYJBLNXu5v27yxgNpU Ð1000 ^Dogecoins __($0.149605)__ [help]

1 Reply Give Award Share Report Save Follow

godlovespizza · 8 yr. ago

Sign me up!

1 Reply Give Award Share Report Save Follow

TeddyLhasa137 · 8 yr. ago
family shibe

Cool posting.. right? The token still is interesting. Can one spend these XPD for goods and services? I was always always confused about this matter. Somebody uniquely verified a "group set" of Satoshi and we now call it 1kÐ? .. in exchange for delaying the doge a teeny bit. .. can I spend XDP at Amazon?

1 Reply Give Award Share Report Save Follow

dalovindj · 8 yr. ago
doge of many hats

Well, if you need three guys, you can count on me and my two buddies. We can work out the bribe schedule later.

0 Reply Give Award Share Report Save Follow

Comment deleted by user · 8 yr. ago

Comment deleted by user · 8 yr. ago

Comment deleted by user · 8 yr. ago