reddit r/dogecoin Search Reddit

to the moon! r/dogecoin

Posted by u/NeutralityMentality incognidoge 9 years ago

245

# Helpful shibes needed to take the first ever dogeparty to the moon!

We're a little less than two weeks away from the first ever Dogeparty (February 7th, 6:30pm at Huffington Post NYC), and it's going to be great! We've got an awesome space, a pinata, a DJ, snacks and a whole lot of other goodies. We'll be premiering the top 5 submissions from the hype video contest and raffling off 1,000,000 DOGE. It's gonna rock.

BUT if we want to make this a record-breaking world-shaking press-sensating extravaganza, we're gonna need a bunch of big apple shibes to join the New York Senior Royal Imperial Doge Council and help turn our wildest moon dreams into reality!

If you're interested in lending a hand and have time to give between now and February 7th, please join me over in r/newyorkdoges!

153 Comments Award Share Save ...

u/DatadogHQ · Promoted

In this Cheatsheet, learn how to keep track of important performance and usage metrics for AWS Lambda and get a quick-start guide for monitoring AWS Lambda using Datadog's out-of-the-box integration dashboard. Download the Cheatsheet now ->

datadoghq.com Download

Comment as StochasticLawyer

What are your thoughts?

Markdown Mode Comment

Sort By: Best

DangerPulse · 9 yr. ago
friendshibe
This is actually really cool...wish I lived in New York, Oh Canada.
29 Reply Give Award Share Report Save Follow

platinums · 9 yr. ago
astrodoge
Our home and native land !
12 Reply Give Award Share Report Save Follow

[deleted] · 9 yr. ago
True patriot Doge!
7 Reply Share Report Save Follow

platinums · 9 yr. ago
astrodoge
In all thy doge command
5 Reply Give Award Share Report Save Follow

[deleted] · 9 yr. ago
Doge keep our coins
4 Reply Share Report Save Follow

[deleted] · 9 yr. ago
glorious and doge
5 Reply Share Report Save Follow

tiny_ninja · 9 yr. ago
middle-class shibe
doge save the queen
3 Reply Give Award Share Report Save Follow

horusrogue · 9 yr. ago
digging shibe
And depose harper.
3 Reply Give Award Share Report Save Follow

[deleted] · 9 yr. ago
Unity and Doge and Freedom
1 Reply Share Report Save Follow

Comment deleted by user · 9 yr. ago

Lewis_Pike · 9 yr. ago
doge of many hats
With glowing hearts we see the rise [to the moon]
1 Reply Give Award Share Report Save Follow

Comment deleted by user · 9 yr. ago

swagger-hound · 9 yr. ago
poor shibe
Where? Much roadtrip, many killometers.
6 Reply Give Award Share Report Save Follow

imiaou · 9 yr. ago
Bull Doge
This is actually really cool...wish I lived in Canada, Oh China.
7 Reply Give Award Share Report Save Follow

NathanJang · 9 yr. ago
poor shibe
Air pollution :/
3 Reply Give Award Share Report Save Follow

coldfurify · 9 yr. ago
digging shibe
This is actually really cool...wish I lived in China, Oh The Netherlands
3 Reply Give Award Share Report Save Follow

NathanJang · 9 yr. ago · edited 9 yr. ago
poor shibe
Air pollution is never cool.

Edit: fixed the link.
1 Reply Give Award Share Report Save Follow

coldfurify · 9 yr. ago
digging shibe
True. Have this, but only to buy a mask!
+/u/dogetipbot 15 doge
2 Reply Give Award Share Report Save Follow

Acidminded · 9 yr. ago
magic shibe
Such jiggy, much work it. Wow. [*#*]
4 Reply Give Award Share Report Save Follow

Acidminded · 9 yr. ago · edited 9 yr. ago
magic shibe
No need for New York when you're on the moon, shibe! +/u/dogetipbot 50 doge

/edit forgot the doge! xD
3 Reply Give Award Share Report Save Follow

LordDaedalus · 9 yr. ago
smarty shibe
It's happening
10 Reply Give Award Share Report Save Follow

noelrojo · 9 yr. ago
dogecoinball.com (wow such ball)
Best of luck guys, i would love to go. In Denver right now, however i know nobody to show me around NY.
7 Reply Give Award Share Report Save Follow

NeutralityMentality OP · 9 yr. ago
incognidoge
Will you be in the New York area then? I'm sure some fellow shibes could help you make your way to the party!
3 Reply Give Award Share Report Save Follow

noelrojo · 9 yr. ago
dogecoinball.com (wow such ball)
I've been wanting to visit NY for sometime now, ive never been there. The plane tickets are not that bad.
3 Reply Give Award Share Report Save Follow

MysticFear · 9 yr. ago
...you only live one dogelife
3 Reply Give Award Share Report Save Follow

Comment deleted by user · 9 yr. ago

swagger-hound · 9 yr. ago
poor shibe
I really want to go to this. It will either be really cool, or really lame. I want it to be cool so badly. It would so awesome to talk Doge with some fellow shibes.
11 Reply Give Award Share Report Save Follow

NeutralityMentality OP · 9 yr. ago
incognidoge
It will be cool! And you can help make it cool by helping with ideas :)
7 Reply Give Award Share Report Save Follow

swagger-hound · 9 yr. ago
poor shibe
Keep the meeting family friendly but have a great after party. One day I want to pay a stripper in Doge.
8 Reply Give Award Share Report Save Follow

Lewis_Pike · 9 yr. ago
doge of many hats
r/girlsgonedogecoin have fun
3 Reply Give Award Share Report Save Follow

antuna · 9 yr. ago
42 shibe
Reddit you never fail me.

+/u/dogetipbot 5 doge verify
2 Reply Give Award Share Report Save Follow

dogetipbot · 9 yr. ago
dogepool
[wow so verify]: /u/antuna -> /u/Lewis_Pike Ð5.000000 Dogecoin(s) ($0.00700421) [help]
1 Reply Give Award Share Report Save Follow

swagger-hound · 9 yr. ago
poor shibe
Wow. Such boobs. Many cheeks. I havent set up tip bot yet but pm me a wallet, this id definitely tip worthy.
1 Reply Give Award Share Report Save Follow

DogeWorker · 9 yr. ago
working shibe
Big wall of dogecoin backdrop to take pictures in front of on the way in!
3 Reply Give Award Share Report Save Follow

babyshibe · 9 yr. ago
This is an awesome idea!
2 Reply Give Award Share Report Save Follow

Nine_Cats · 9 yr. ago
CanOShibe
Hint: if you go and can't make it cool, you're as lame as it is.

GO FORTH AND AWESOMEIFY
1 Reply Give Award Share Report Save Follow

thenewestdoge · 9 yr. ago
investor shibe
Wish I could be there. It's gonna be way fun. Let's have it in Zurich next year :)
7 Reply Give Award Share Report Save Follow

Diplomjodler · 9 yr. ago
poor shibe
Sounds good. I'll be there. Flying to NY is not feasible for me, but Zurich would be fine.
3 Reply Give Award Share Report Save Follow

[deleted] · 9 yr. ago
Wow! Lucky shibes, good luck from the other side of the country (SoCal)!
4 Reply Share Report Save Follow

Chaos_Kitty · 9 yr. ago
Can you buy plane tickets with Doge?
5 Reply Give Award Share Report Save Follow

NeutralityMentality OP · 9 yr. ago
incognidoge
Not yet, but if you exchange your DOGE for BTC, CheapAir.com will take them :)
3 Reply Give Award Share Report Save Follow

karmaHug · 9 yr. ago
shibe
Wow awesome! Soon - Doge Airlines
2 Reply Give Award Share Report Save Follow

ranarahul · 9 yr. ago
smarty shibe
Have a live stream and make a hashtag on Twitter so Shibes that don't live in New York can also enjoy.
4 Reply Give Award Share Report Save Follow

NeutralityMentality OP · 9 yr. ago
incognidoge
Good call, will do!
5 Reply Give Award Share Report Save Follow

Nine_Cats · 9 yr. ago
CanOShibe
If you need help setting up a stream I can help.
1 Reply Give Award Share Report Save Follow

babyshibe · 9 yr. ago
Hi, im helping organize the NY dogecoin party. We've finally nailed down a bigger venue so that more shibes can attend. We really want to create an awesome livestream experience so that everyone that can't attend in person will at least be able to be at the party virtually. I don't have much experience livestreaming but would love to pick your brain if you have a few minutes.
1 Reply Give Award Share Report Save Follow

Nine_Cats · 9 yr. ago
CanOShibe
Okay! First off, will you be budgeting any money just to livestream?
What internet will be there? You need a really nice reliable and fast upload speed.
What camera/cameras?
Capture card?
Will you have someone be in charge of the stream, or do you want a "set up and leave it" system?
What audio gear will you have?

I suggest you go with either Livestream or Ustream.. The $50 Livestream plan would probably be ideal.
1 Reply Give Award Share Report Save Follow

babyshibe · 9 yr. ago
Yes, there will be a budget for the livestream. Still havent nailed down how much though. The idea is to make the livestream as kick ass as possible. It's as important as the Real Life party.

I still need to iron out all the technical details. Not sure what the internet will be. But I can get that information for you. We're hosting it at the bitcoin center in NY which is a pretty large event space. Don't have any cameras, capture cards or audio gear yet. We plan on having someone in charge of the livestream. It would be great to have a quick chat about all this stuff.
1 Reply Give Award Share Report Save Follow

Call_of_the_Void · 9 yr. ago · edited 9 yr. ago
poor shibe
A flier for the party?
4 Reply Give Award Share Report Save Follow

cooleyandy · 9 yr. ago
ninja shibe
:-) DogeStep :-)
1 Reply Give Award Share Report Save Follow

Sporklin · 9 yr. ago
Doge of Many Hats
Pending snow..I am going o_o
5 Reply Give Award Share Report Save Follow

Reply Share Report Save Follow

EarthTraveller · 9 yr. ago

Let's have a party in London ... Go Doge!

2 Reply Give Award Share Report Save Follow

dilcliff · 9 yr. ago
shibe

gonna miss it by a week... hopefully be able to make the next one...

2 Reply Give Award Share Report Save Follow

PercyPiz · 9 yr. ago · edited 9 yr. ago
Hype Shibe

You are also going to be live-streaming the event correct? Might want to add that to OP if so.

I'm excited for you shibes even though I won't be there. Looking forward to hearing about it afterwards!

2 Reply Give Award Share Report Save Follow

3dasolide · 9 yr. ago
digging shibe

I live nearby (Central NJ) but I'm a puppy shibe and I'm not ready to join the big dogs.

2 Reply Give Award Share Report Save Follow

babyshibe · 9 yr. ago

This is an all ages event! Ask your parents to take you to NY for a night.

1 Reply Give Award Share Report Save Follow

MikeReinhardt · 9 yr. ago

Really wishing there want not a 200 person cap on this :(

2 Reply Give Award Share Report Save Follow

babyshibe · 9 yr. ago

We're working on seeing if we can secure a bigger venue that will be able to accommodate more shibes. Are you local?

1 Reply Give Award Share Report Save Follow

MikeReinhardt · 9 yr. ago

No I would be antracking in from Ohio.

1 Reply Give Award Share Report Save Follow

New_To_This_Place · 9 yr. ago
robo shibe

I would totally be down if I could find a cheap place to crash down there. I'm located in Albany so I could easily hop on a bus. However, it costs an arm and a leg for a hotel for one night.

2 Reply Give Award Share Report Save Follow

babyshibe · 9 yr. ago

I just added a couchsurfing /room sharing thread over at r/NewYorkDoges Post that you're looking for a room and a fellow shibe may be able to host you.

1 Reply Give Award Share Report Save Follow

cokedola · 9 yr. ago
racing shibe

Google Party Mode for crowsourced pics of the event!

2 Reply Give Award Share Report Save Follow

New_To_This_Place · 9 yr. ago
robo shibe

Are there any cheap hostels down in the city that i wont get mugged at? I don't have an extra $120-$150 for a hotel room.

2 Reply Give Award Share Report Save Follow

babyshibe · 9 yr. ago

I just added a couchsurfing /room sharing thread over at r/NewYorkDoges Post that you're looking for a room and a fellow shibe may be able to host you.

1 Reply Give Award Share Report Save Follow

appleiscool13 · 9 yr. ago
video shibe

:( Why does new mexico have to be so far away

2 Reply Give Award Share Report Save Follow

sigee · 9 yr. ago
chef shibe

General Chang's Kombucha will be there!

2 Reply Give Award Share Report Save Follow

NeutralityMentality OP · 9 yr. ago
incognidoge

And we're very glad to have you guys there!

1 Reply Give Award Share Report Save Follow

Killerkonnut · 9 yr. ago
astrodoge

> We've got an awesome space

SPAAAAAAAAAAACE!!!

(To the moon)

2 Reply Give Award Share Report Save Follow

fensonguw · 9 yr. ago
digging shibe

Ottawa shibes?

2 Reply Give Award Share Report Save Follow

[deleted] · 9 yr. ago

Next Dogeparty should be in the Midwest!

2 Reply Share Report Save Follow

ginger_beer_m · 9 yr. ago

Every time something cool happens, it's always in America. Us Europeans are feeling no love here :(

H1B, here I come.

Just kidding. Immigration is a nightmare to deal with.

2 Reply Give Award Share Report Save Follow

AbstractEnigma · 9 yr. ago
astrodoge

Wish I lived closer to New York!! I'll be there in spirit! Woof!

2 Reply Give Award Share Report Save Follow

D-Robert · 9 yr. ago

BuyGlowSticks.co can produce dogecoin party stuff if any of you are interested in supplies for the party. Feel free to contact the business owner about it. He accepts dogecoins. I wish I could go to the party.

2 Reply Give Award Share Report Save Follow

NeutralityMentality OP · 9 yr. ago
incognidoge

Yes! Please pm me :)

1 Reply Give Award Share Report Save Follow

TireironMike · 9 yr. ago
poor shibe

I wish this was on the weekend, then I can just Drive up from Philly.

2 Reply Give Award Share Report Save Follow

Solaihs · 9 yr. ago
doge of many hats

Wow

Such live on wrong side of planet

Much regret

Very stay at home and eat pancakes

2 Reply Give Award Share Report Save Follow

jcreed · 9 yr. ago
poor shibe

+/u/dogetipbot 1 doge verify

2 Reply Give Award Share Report Save Follow

T-ravMcNavis · 9 yr. ago
dogebiz.net founder

I will be busing in from virginia beach :D I cant wait to meet everyone!

2 Reply Give Award Share Report Save Follow

babyshibe · 9 yr. ago

I'd love to help out! If there are enough local shibes that want to get involved maybe it would make sense to organize an in person meeting to brainstorm ideas.

1 Reply Give Award Share Report Save Follow

ANDTHEMETSWIN · 9 yr. ago
middle-class shibe

I wish I could go =(

1 Reply Give Award Share Report Save Follow

tsubom33 · 9 yr. ago
rainbow shibe

Aw, so far... if there was a San Diego or Los Angeles equivalent, I'd definitely go!

1 Reply Give Award Share Report Save Follow

rayfin · 9 yr. ago
ninja shibe

Daaamn. I'll be in NYC on the 9th. Looks like I'll just miss it. Have fun!

1 Reply Give Award Share Report Save Follow

[deleted] · 9 yr. ago

sounds cool wish i could be there

1 Reply Share Report Save Follow

shibe_quote · 9 yr. ago

> We can have a World War, I see absolutely no reason why we shouldn't have a World Party. Vanna Bonta

1 Reply Give Award Share Report Save Follow

sandiegoite · 9 yr. ago
poor shibe

I wish I could but alas, many sandiegos! SUCH SUNSHINES though. Wow!

1 Reply Give Award Share Report Save Follow

DeadSol +3 · 9 yr. ago

Oma gosh! sounds so much fun!

1 Reply Give Award Share Report Save Follow

imaredditדי userhooray · 9 yr. ago
conspirdoge

Didn't dogecoin "start" in Sydney? I say we host the next one here. ;)

1 Reply Give Award Share Report Save Follow

harddata · 9 yr. ago
Dogelicious

Holy shit, I'm gonna be in NY when this happens!

1 Reply Give Award Share Report Save Follow

NeonEvangelion · 9 yr. ago
illuminati shibe

i need to move back to dogeyork

1 Reply Give Award Share Report Save Follow

imtriing · 9 yr. ago
happy shibe

I wish I could come :(

1 Reply Give Award Share Report Save Follow

redcoatwright · 9 yr. ago
rich shibe

You can...technically, it just may be a little...inconvenient.

1 Reply Give Award Share Report Save Follow

imtriing · 9 yr. ago
happy shibe

12 hour commute.

2 Reply Give Award Share Report Save Follow

redcoatwright · 9 yr. ago
rich shibe

psh, 12 hours is eaaasssyyyy.

2 Reply Give Award Share Report Save Follow

imtriing · 9 yr. ago
happy shibe

Are you going? Are you paying for me?

1 Reply Give Award Share Report Save Follow

redcoatwright · 9 yr. ago
rich shibe

If you're in the UK...wouldn't that be more than a 12 hour commute?

1 Reply Give Award Share Report Save Follow

imtriing · 9 yr. ago
happy shibe

To NY? Nah, 5 hours flight there and back and a couple of hours airport time. Okay, maybe 16 including airport time.

1 Reply Give Award Share Report Save Follow

redcoatwright · 9 yr. ago
rich shibe

Haha, I've been to England many times from the US and it's a 6 hour flight there and a 7 hour flight back. 2.5 hours airport time each way, so 5 hours total.

All in all, you're looking at 18 hours time.

2 Reply Give Award Share Report Save Follow

imtriing · 9 yr. ago
happy shibe

Well, whatever.. So, are you paying for me to go?

1 Reply Give Award Share Report Save Follow

redcoatwright · 9 yr. ago
rich shibe

I would if I could, but I don't think I can swing a roundtrip ticket from England.

2 Reply Give Award Share Report Save Follow

Continue this thread →

Comment deleted by user · 9 yr. ago

clock68 · 9 yr. ago
bob ross

i hope dogecoins come out of the pinata

1 Reply Give Award Share Report Save Follow

timtooltime · 9 yr. ago
smarty shibe

I'd love to come from montreal and represent the Canada Clan. I come at least once a month to NYC.

1 Reply Give Award Share Report Save Follow

JaraCimrman · 9 yr. ago
technician shibe

europe shibes are sad :(

1 Reply Give Award Share Report Save Follow

JediJimbo · 9 yr. ago
shibe

Wish I could go. Hope you all have fun there. :)

1 Reply Give Award Share Report Save Follow

appleslica · 9 yr. ago
vape shibe

This sounds so beautiful! Much love from germany:)

1 Reply Give Award Share Report Save Follow

pcvcolin · 9 yr. ago

Much luck to many shibes. Personally, I am avoiding New York, but I wish you the best in your pioneering efforts. While you are there, please do not get arrested by the frothing-at-mouth rabid anti-doge / anti-btc / anti-everything statist regulators who are morbidly obsessed with centralized economies. The shibes must be free.

And now, for: Some other reflections on the subject

0 Reply Give Award Share Report Save Follow