r/dogecoin

r/dogecoin Search Reddit

the moon!
r/dogecoin

326

Posted by u/meme-com-poop shop.moolah.io/ShibeKnives 8 years ago

# I'm really disappointed with dogeparty and the wasted opportunity

As I'm writing this, 1,395,485,236 doge have been burned for dogeparty. At the current fiat value, that's a little over $150,000 USD. *In less than a week*. Maybe the whole dogeparty concept becomes something huge, but I can't help but feel that the majority of coins made are just going to be wasted. Now imagine if we had focused that much doge somewhere else:

- Just for perspective, we could have funded the dogecar for 2 complete races and most of a 3rd.
- We could have awarded a scholarship and paid someone's entire tuition.
- We could have put up a shit ton of billboards advertising dogecoin ($1,500-$10,000/month, depending on the market)
- We could have put up facebook, youtube and/or other online ads all over the place.
- We could have ran a 30 second commercial during all airings of the Puppy Bowl, *twice*, for a total of 12 times.
- Imagine this: if we had a buy something with dogecoin week and spent $150K at merchants who accept dogecoin, I can pretty much *guarantee* that a lot of big retailers would have taken notice, plus you support the merchants who had already taken the step to accept doge.
- We could have funded VoidSpace to over half of its original Kickstarter goal and got it a *lot* closer to being available and incorporating dogecoin.
- We could have funded the Developer Fund well enough to have paid, full-time developers.
- We could have copied Bitcoin's MIT project and given all incoming freshman at a college X amount of dogecoin
- We could have gone to an entire strip of stores in a mall and offered to fund setting them all up with POS systems that could handle doge. Imagine going to a mall and having pretty much every store able to take crypto. Even if they all ended up actually taking bitcoin instead, that'd be a huge accomplishment (from /u/The_Evil_Within)
- We could have set up our own mining farm to secure the network and generate doge. (/u/1xhopeless2)
- We could have financed the new foundation (/u/1xhopeless2)
- I'm just guessing here, but I'm pretty sure $150,000 is more than we've raised for all of our charities and fundraisers *combined*.

These are just a few of the things I thought of off the top of my head from previous discussions and proposals over the last year. I hope the dogeparty thing does well for everyone, but I think we *really* wasted a big opportunity.

**Edit** added dev fund to the list

**Edit2** The purpose of this post wasn't necessarily to say that we *should* have done one of these options, it was meant more to point out what we *could* have done with this amount of doge being used. I honestly don't get the hype behind dogeparty and still don't see why it's necessary to do the things that have been suggested be done with it. Hopefully someone comes up with some ingenious use for it that no one would have ever thought of and it becomes huge, but I'm not seeing that based on most of the proposed uses I've seen so far.

267 Comments Award Share Save ...

Comment as StochasticLawyer

What are your thoughts?

Markdown Mode Comment

Sort By: Best

rnicoll · 8 yr. ago
Reference client dev

So... I've said this elsewhere, but I didn't expect nearly that many Doge to be burnt. Estimates were closer to 20-25mil total.

There's lots of stuff that money could do, absolutely. From the developer point of view, there's a hardware wishlist it would be awesome to put it towards (iMac so more than just /u/langer_hans can compile the client for OS X, Trezor for testing, amongst other ideas).

I don't think the community would have given away 1bln+ coins if it had been exodus/charity instead of burning. I'm not sure how I feel about that. The economics of trying to cash out over 1% of our total supply (to pay for many of the things you've listed, which do need to be done via conventional currency) are also terrifying.

Certainly, it feels very odd people seem happier destroying money than spending or donating, and I worry we've created a huge oversupply of XDP.

+/u/dogetipbot 100 doge

70 Reply Give Award Share Report Save Follow

meme-com-poop OP · 8 yr. ago
shop.moolah.io/ShibeKnives

I knew I remembered something and forgot to put it on the list. The dev fund.

17 Reply Give Award Share Report Save Follow

Uriniass · 8 yr. ago

While we are burning doge we still received something in return the hope that maybe one day XDP will actually be worth something. If it comes out the gate swinging after 30 days everyone that burned might actually get some profits instead of losing 90% in loss. We can always buy doge back with XDP and help our currency even more. Now if XDP is worthless that's another story.

3 Reply Give Award Share Report Save Follow

1 more reply

[deleted] · 8 yr. ago

I don't know what is going on, what do we mean by doge being burnt?

14 Reply Share Report Save Follow

Uriniass · 8 yr. ago

People burn doge it sends it to an address and in return you get XDP at a rate of 1000 doge to 1 xdp. The doge leaves the supply chain and hopefully prices rise on both doge and XDP after the 1 month burn is over.

4 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

that is stupid, why would anyone do that

13 Reply Share Report Save Follow

ELFAHBEHT_SOOP · 8 yr. ago
programmer shibe

It's an attempt to create more scarcity for the coin. Supply and demand says that if you have more of something than people want, then the prices will go down. If you have less of something than people want they will be more willing to shell out a bit more for that something.

That was the goal anyway.

6 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

One would have to be dumb to think this would work. This would only work if the coin was actually used for transactions of goods/services.

11 Reply Share Report Save Follow

Ojisan1 · 8 yr. ago
shibing shibe

It reminds me of those "boycott oil companies for one day" campaigns. As if having a small number of people (or even a large number) delaying their inevitable oil/gasoline purchases by one day would have any impact whatsoever on the big oil companies, it's kind of absurd.

11 Reply Give Award Share Report Save Follow

•_•NomenUsoris•_• · 8 yr. ago
avian shibe

or Earth Hour

2 Reply Give Award Share Report Save Follow

ELFAHBEHT_SOOP · 8 yr. ago
programmer shibe

Hey, I'm only the messenger.

3 Reply Give Award Share Report Save Follow

Uriniass · 8 yr. ago

Only problem is we need to burn billions more for any noticeable change in prices.

4 Reply Give Award Share Report Save Follow

pseudopseudonym · 8 yr. ago
Ð

> That was the goal anyway.

No, no no no.

That was NOT the goal. For the love of god, why is this misconception still a thing?

It had nothing to do with deflation and everything to do with creating value for XDP which would be valueless without it.

3 Reply Give Award Share Report Save Follow

6 more replies

Grainfromrain · 8 yr. ago
soldier shibe

+/u/dogetipbot 10 doge retards, they burnt doge, instead of giving it away like normal shibes.

4 Reply Give Award Share Report Save Follow

helix09 · 8 yr. ago
Analytical shibe

Trezor :O? Happening?

5 Reply Give Award Share Report Save Follow

rnicoll · 8 yr. ago
Reference client dev

Well. Probably not without one to test on :-/ Hoping we'll attract more devs as we stabilise, and one of them might have one. My next focus probably has to be UI and adoption.

9 Reply Give Award Share Report Save Follow

helix09 · 8 yr. ago
Analytical shibe

Good to hear. Hope more devs join ship :)

Keep up the good work, rnicoll!

1 Reply Give Award Share Report Save Follow

rnicoll · 8 yr. ago
Reference client dev

Once we've got AuxPoW in place we should stop hearing about the hashrate as much, at least, unless something catastrophic happens to Scrypt as a whole. We're now 90% mined for the main mining period, so can focus on getting people to use the Doge they now have, as a real currency.

Hopefully it's smoother going from here!

5 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

90% mined, but i thought doge was eternal, due to block rewards never dropping

dogememe · 8 yr. ago
sombrero shibe

Why not virtualize OSX? Surely no need to buy an imac for that..?

2 Reply Give Award Share Report Save Follow

rnicoll · 8 yr. ago · edited 8 yr. ago
Reference client dev

Mostly I'm apparently badly out of date on how much of a terrible hack that is to do, http://www.macbreaker.com/2014/05/os-x-mavericks-in-virtualbox-with-niresh.html doesn't look at all bad...

Edit: Not that this will happen soon; there's a list of things I need which are higher priorities than an OS X license, including things like maintenance on the flat I live in! Just a lot sooner

1 Reply Give Award Share Report Save Follow

dogememe · 8 yr. ago
sombrero shibe

Setting it up is way easier than compiling and what ever else OSX is needed for in this context. You can pretty much download preconfigured everythings and just run them, provided you have an intel cpu. AMD cpus are a lot trickier.

1 Reply Give Award Share Report Save Follow

Grainfromrain · 8 yr. ago
soldier shibe

+/u/dogetipbot 10 doge

2 Reply Give Award Share Report Save Follow

meme-com-poop OP · 8 yr. ago
shop.moolah.io/ShibeKnives

Yeah, the cashing out part would be difficult, except for maybe the buy something with doge drive. Hopefully, a lot of the actually shibe merchants would see support and keep a lot of the doge from going back on the market.

3 Reply Give Award Share Report Save Follow

rnicoll · 8 yr. ago
Reference client dev

Agreed; the devs have options (and we need to talk to the community about funding), but you guys need to be supported too. Everyone wants merchants who won't cash out, but if you're not cashing out obviously there's a risk incurred, and people forget that too easily :(

2 Reply Give Award Share Report Save Follow

meme-com-poop OP · 8 yr. ago
shop.moolah.io/ShibeKnives

+/u/dogetipbot DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 25000 doge verify

I was paying money to buy doge anyway, so figured I'd buy some product and sell it for dogecoin. I still get my dogecoin and I get to help the doge economy. The goal is to keep profits in dogecoin and just cash out some here and there to cover costs/buy product. Now, I just need to work towards seeing those profits.

4 Reply Give Award Share Report Save Follow

rnicoll · 8 yr. ago
Reference client dev

Many thanks for the dev fund donation!

What's your main costs? B2B is one of the big things I want to start pushing for crypto payments in, so we can minimise where cryptocurrencies functionally have to be exchanged, and it's probably better to ask than to go with my best guess of shipping costs. Obviously the items you sell also cost, but I'm aiming for generic services so we can get multiple businesses with each adoption.

3 Reply Give Award Share Report Save Follow

meme-com-poop OP · 8 yr. ago
shop.moolah.io/ShibeKnives

My main cost is product. I have a Moolah storefront, so don't have to pay for that. Shipping and packing materials are really my only other major cost. If we could find a shipping supply company that accepted dogecoin, that would actually be pretty huge. The supply company would probably cash out, but it would allow merchants to use their dogecoin to cover part of their needs without cashing out.

3 Reply Give Award Share Report Save Follow

rnicoll · 8 yr. ago
Reference client dev

Well, if we can move the problem of needing to cash out immediately to pay for shipping & packaging, to one step down, we can then address what costs shipping companies have (probably mostly fuel?)

It all takes time, but eventually we'll start making closed loops of Doge that just goes round and round :)

6 Reply Give Award Share Report Save Follow

meme-com-poop OP · 8 yr. ago
shop.moolah.io/ShibeKnives

That's the dream. Then 1 doge can truly equal 1 doge and I can stop getting angry when people use it in the wrong context =)

3 Reply Give Award Share Report Save Follow

dogetipbot · 8 yr. ago
dogepool

[wow so ^verify]: /u/meme-com-poop -> DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 Ð25000 ^Dogecoins ($2.92356) [help]

1 Reply Give Award Share Report Save Follow

metablockism · 8 yr. ago

> and I worry we've created a huge oversupply of XDP.

Can you see a reason for XDP to exist at all? The functionality it adds is all well and good, but surely this is something that the dogecoin wallet could ultimately have?

I have no idea why XDP needs to exist

2 Reply Give Award Share Report Save Follow

Fulvio55 +4 · 8 yr. ago
DDF - Mining Corps - [[Lieutenant]]

Its an enabling technology, that's all. The value is in the tokens, and how they're put to use, not in XDP, which has no function other than to create tokens.

2 Reply Give Award Share Report Save Follow

dogememe · 8 yr. ago
sombrero shibe

Which gives XDP value and is why people are burning doge to get them: it's an investment and the burning period is an analogy to pos.

2 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

I still don't understand the point of having a limited burning period (instead of keeping the ability to burn at anytime in the future). The only thing it caused is this kind of speculation and land-rush, where everyone is burning everything in fear of missing an opportunity.

4 Reply Share Report Save Follow

dogememe · 8 yr. ago
sombrero shibe

If I'm being cynical, I'd say it's because then the devs can ride the pump and sell out. After all they were among the first to burn. Other plausible reasons could be to separate XDP from the dogecoin market. This way it's a coin of it's own.

6 Reply Give Award Share Report Save Follow

patricklodder +2 · 8 yr. ago
shibe

> This way it's a coin of it's own.

Except if DOGE has massive service disruption or worse, so will XDP.

1 Reply Give Award Share Report Save Follow

dogememe · 8 yr. ago
sombrero shibe

True, and that risk certainly factor into the value of the coin. But not having an unlimited doge/XDP conversion means XDP will be more stable in terms of price fluctuations than if it was directly tied to doge.

1 Reply Give Award Share Report Save Follow

Fulvio55 +4 · 8 yr. ago
DDF - Mining Corps - [[Lieutenant]]

Uhhuh... lets wait and see then, shall we?

ginger_beer_m · 8 yr. ago

> I am in a Frat running a Keg Party next Friday for Homecoming. I would like to take Crypto, namely Doge as payment. However, I don't want to get into the whole Doge discussion with every potential invitee. So, I sell tokens via my phone, website, Twitter, or Facebook contact info. I'll take Paypal, Cash, Doge, BTC, LTC, etc. I give you, the customer, a Token called KEGGER in exchange for your preferred form of payment. All of the money I collected is used to cover the outlay for Beer and Food. All of the KEGGER Tokens were created using 507 DOGE and .5 xdp. I can make as many as I want for small Doge fees and transact them repeatedly for years to come.

You could have done all those easily too by selling actual paper tickets and using a text document to keep track of your guest lists. Or EventBrite. Or even Access database or a spreadsheet. I know the selling point of these counterparty/DogeParty tokens is that they can be traded and sold in a decentralised market etc, but really, if all you want is to raise funds to hold a party, none of those added features matter.

3 Reply Give Award Share Report Save Follow

mcin5174 · 8 yr. ago

middle-class shibe

...without having to meet the customer in person before sale.

2 Reply Give Award Share Report Save Follow

ginger_beer_m · 8 yr. ago

Send the ticket out by post ? ;) My point is, those are good examples but probably not the killer app we are looking for. People tend to be resistant to changes, and a paper ticket for admission would be preferred by most people out there in the Real World than having to download some unknown wallet app, if they even have a smartphone.

2 Reply Give Award Share Report Save Follow

mcin5174 · 8 yr. ago

middle-class shibe

What college kid doesn't have a smart phone? The non-early adopting masses are not the immediate target. The wallet and address are the link for transfer and receipt. The ledger is viewed by reviewing the registered addresses in your wallet address book and who has bought and then submitted a token.

2 Reply Give Award Share Report Save Follow

ginger_beer_m · 8 yr. ago

You'd be surprised if I tell you how many of my friends are still running those $20 indestructible Nokia phones lol

1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

agreed, its meant mainly for developers, not everyday users

10 Reply Share Report Save Follow

ultimatebob · 8 yr. ago

My hunch is that there are a lot of people who are still holding onto a TON of Dogecoin that isn't really worth much anymore. They're willing to try ANYTHING new to bring up the price.

8 Reply Give Award Share Report Save Follow

Jediguy · 8 yr. ago

What is dogeparty?

5 Reply Give Award Share Report Save Follow

rogue_pineapple · 8 yr. ago

doge-eebacking on your comment because I'm curious as well. I leave for a few weeks and now we're burning doge? WAAAAAT?? Weren't we all about the love?? {Insert gif of Troy walking into the apartment and everything is on fire}

3 Reply Give Award Share Report Save Follow

Comment deleted by user · 8 yr. ago

rockymc · 8 yr. ago

dogeconomist

saying it again, what makes the price is not the coin, but our community. when they stop and realise that it's **not a joke**, our price shall rise.

7 Reply Give Award Share Report Save Follow

Tanuki_Fu · 8 yr. ago

shibe

There is no wasted opportunity.

You have the ability to decide how you spend your coins.

Other people have the ability to decide how they spend theirs.

There should be no disappointment when other people don't want to spend on the same things you do -> (well unless you look at others as slaves whose actions ought to be directed).

We -> that doesn't apply here... people have freewill and these coins let them use it.

I have no idea why so many doges went to XDP -> maybe it was greed, maybe there is a hidden reasonm maybe someone was making a statement -> it doesn't matter.

Sure I would have preferred lots of other projects get more attention (some more than others) but I don't get to tell people how to act (or have the authority to judge their actions later) -> it doesn't matter.

All I can do is choose what I will do...

25 Reply Give Award Share Report Save Follow

marfarama · 8 yr. ago

Thank you for saying this. OPD is OPM. Other people's doge is other people's money. They earned it. They can hoard it or blow it as they wish. They had the opportunity to sponsor cars and devs but chose to sponsor a new technology. It's their choice.

2 Reply Give Award Share Report Save Follow

pseudopseudonym · 8 yr. ago

Đ 🚀 🌙

> OPD is OPM

Why the hell did you acronym this?

2 Reply Give Award Share Report Save Follow

1 more reply

meme-com-poop OP · 8 yr. ago · edited 8 yr. ago

shop.moolah.io/ShibeKnives

> There should be no disappointment when other people don't want to spend on the same things you do

Not sure how you figure that. That's pretty much the definition of disappointment, when things don't go the way you wanted or hoped for.

> I don't get to tell people how to act

Neither do I and I didn't. Just trying to point out some other things we could do if we got a bunch of people on board and willing to part with their dogecoin.

> or have the authority to judge their actions later

Not sure who grants that authority. Judging others is pretty much a part of human nature.

For all I know, the whole XDP thing could be what sends Doge to the moon and I'm all in favor of that. Only time will tell.

7 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

They offered 50% extra XDP for early burners. They brought it on themselves. I personally burned 2.5 million coins, not realizing it would be such a rush, gambling that the price would not go down more than 50% by the end of the burn. I probably am a bagholder because they let too many coins get burned.

1 Reply Share Report Save Follow

Grouchy_Shibe · 8 yr. ago

dogeconomist

I think you are posting with good intentions, and greatly enjoy your posts usually, but I think this current post doesn't stand up to scrutiny.

It isn't a wasted opportunity for Dogecoin. It might be a wasted opportunity for *those individual shibes* who bought XDP. The XDP buying shibes have raised the value of everyone else's Dogecoin by reducing the supply. You are comparing apples with oranges by saying they they should have funded an advertisement, because that would not have reduced the supply.

Hypothetically, if someone owned 50% of all Dogecoins and then lost them all in a hard drive crash, would you regard that as a missed opportunity for Dogecoin? No. It would be a tragedy for that individual, but it would make everyone else's coins now more valuable.

I'm not saying that the shibes who bought XDP are equivalent to someone who has lost their coins in a hard disk crash. They've made a bet on XDP being a huge thing. Many are unconvinced they made a sensible bet but it's on the XDP holders to make some fantastic application of the new technology. Let's see if they can. At least their bet has been benefiting the non-XDP holding shibes.

Dogeparty is one of the reasons Dogecoin has weathered this week rather well, even though it's been a terrible week for cryptocurrency in general.

16 Reply Give Award Share Report Save Follow

3 more replies

GoodShibe · 8 yr. ago

One Good Shibe

The thing is that if this had've been done as proof of charity, it most likely wouldn't have had nearly as many coins donated to it.

I suspect that one of the reasons so many have dumped their coins in there is because they either a) believe it will help buoy Dogecoin's price b) create a new 'better' currency or c) just want to watch their Doge burn...

All-in-all, it's easy to look at that money and go 'damn', but I think the only reason that money is even there is because it's 'trusted' and it's perceived as not actually 'removing' value from Dogecoin like a DOGE to Fiat conversion would (however right or wrong that is...).

In retrospect, I wish we had've had the option of 'Proof of Dev' which would've seen all donated funds given to the devs... but sadly none of us thought of that option (or, if they did, didn't express it publicly).

7 Reply Give Award Share Report Save Follow

abolish_karma · 8 yr. ago

rocket shibentist

> c) just want to watch their Doge burn...

If that's the case, shibes would send coins directly to... http://dogechain.info/address/DDogepartyxxxxxxxxxxxxxxxxxxw1dfzr :)

1 Reply Give Award Share Report Save Follow

GoodShibe · 8 yr. ago

One Good Shibe

Hrmm... that's true... ;D)

1 Reply Give Award Share Report Save Follow

meme-com-poop OP · 8 yr. ago

shop.moolah.io/ShibeKnives

Damn, proof of dev would have been brilliant. I agree that the total would have been lower under the other systems. What's frustrating to me is that we can get that big a "turn out" for this, but we're doing good to hit even a fraction of that amount for other things that most of the community seem to be behind. I'm definitely starting to think we have a bit of a "put up or shut up" problem.

1 Reply Give Award Share Report Save Follow

Nihhrt · 8 yr. ago

I like the tuition idea, it really sucks being in debt. That amount would have paid off mine 5 times over. Those things really tie you down, if it weren't for my debt I could have bummed around the country or taken trips to other countries to get a better perspective on life. Instead because i'm responsible I have to hold a job and stay in a place I don't really care for just to be able to pay all my bills.

There are still a lot of people that really don't know the gravity of the job market right now. A lot of parents still think that getting a degree will guarantee you a job and it's just not the case anymore. They will usually end up in a situation like mine or worse simply because they weren't informed of other choices.

Anyways i'm rambling. At least we can say that we aren't just hoarding our doge like other cryptocurrencies!

6 Reply Give Award Share Report Save Follow

kim_so_il · 8 yr. ago

digging shibe

As someone who is fortunate enough to have their tuition paid for, I would totally be behind helping someone else out.

+/u/dogetipbot dogecar

3 Reply Give Award Share Report Save Follow

Nihhrt · 8 yr. ago

Thanks! There are a lot of people struggling luckily I have a stable decent paying job, but there

charity. It was completely voluntary to burn Dogecoin and it's not equivalent to donating it. It's a different thing. What's disappointing to me is all the judgement directed at the Dogeparty project without understanding it technically or economically. Sorry, I usually try to be a nice Shibe but this post is very effective FUD (because it's easy to believe).

5 Reply Give Award Share Report Save Follow

1 more reply

psyberwolf1100 · 8 yr. ago
nyandoge

I wish the v8 got funded, i would have attended the clipsal for it even. I donated all my reddit doge to that.

2 Reply Give Award Share Report Save Follow

Fulvio55 +4 · 8 yr. ago
DDF - Mining Corps - [[Lieutenant]]

Its not dead yet. Sydney or Phillip Island is looking doable, *IF* we decide to pull our collective fingers out and actually fund it this time, since the price crash pretty much wiped out most of what we raised already.

2 Reply Give Award Share Report Save Follow

munister · 8 yr. ago
Munistrius LiteShibe!

Ugh. The price crash really wiped out any momentum we had from Dogecar. I just wish shibes here understand that Dogeparty's announcement can help boost us back into gaining momentum for doing further projects. Posts like the OP isn't really helping us (even though he may have a valid point).

1 Reply Give Award Share Report Save Follow

Fulvio55 +4 · 8 yr. ago
DDF - Mining Corps - [[Lieutenant]]

I guess you can't help bad luck, eh? And we had plenty of it. I could comment on comprehension skills, but every time I do I get into trouble. :) As for the OP, it is a valid point, but do keep in mind that anybody can replicate dogeparty, and apparently several groups are already working on it.

2 Reply Give Award Share Report Save Follow

munister · 8 yr. ago
Munistrius LiteShibe!

Even if they did replicate Dogeparty, Dogeparty has first-mover's advantage.

1 Reply Give Award Share Report Save Follow

mcln5174 · 8 yr. ago
middle-class shibe

Get a Dogeparty Wallet. Private message me with the address. I registered PUPPYBOWL. I will transfer ownership to you plus 10,000 doge and 10 xdp. No strings attached. You can take in 1,000,000 USD in Dogecoin donations for portions of PUPPYBOWL. The token will act as a receipt of donation shares.

2 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

Instead we created an application for dogecoin, something that people can use dogecoin on.

What good is a dogecoin if you cant use it for anything?

2 Reply Share Report Save Follow

totes_meta_bot · 8 yr. ago

This thread has been linked to from elsewhere on reddit.

- [r/Buttcoin] The dark side of muttcoin: a community founded on giving and altruism has resorted to throwing money away to make rich people more rich.

*If you follow any of the above links, respect the rules of reddit and don't vote or comment. Questions? Abuse? Message me ^here.*

2 Reply Give Award Share Report Save Follow

munister · 8 yr. ago
Munistrius LiteShibe!

That's pretty funny.

1 Reply Give Award Share Report Save Follow

meme-com-poop OP · 8 yr. ago
shop.moolah.io/ShibeKnives

Definitely made me chuckle.

2 Reply Give Award Share Report Save Follow

greyman · 8 yr. ago

OP: But your logic is a bit flawed, because people would not donate that much money for the items "we could have..." you mentions. You don't have 150k usd for that.

2 Reply Give Award Share Report Save Follow

meme-com-poop OP · 8 yr. ago
shop.moolah.io/ShibeKnives

> people would not donate that much money for the items "we could have..."

That's kind of the point. If we could get a fraction of that doge focused on a project, it could do wonders. Lately, no one really wants to part with their doge for much of anything.

1 Reply Give Award Share Report Save Follow

marketp2p · 8 yr. ago
investor shibe

Looking at the price, it seems a lot of people have been willing to part with their doges for something else. Pricewise giving doge away to charity that will cash out is no different from selling doge for fiat yourself, it depresses price and confidence.

1 Reply Give Award Share Report Save Follow

meme-com-poop OP · 8 yr. ago
shop.moolah.io/ShibeKnives

If all you look at is an exchange, then there is no difference. However, if people know the reason the price dipped is because we just cashed out a charity drive, it shouldn't affect confidence too much.

Also, of the things I listed, most of them could be cashed out over a long period of time so that it wasn't a large, immediate dump and some wouldn't require a dump at all.

1 Reply Give Award Share Report Save Follow

Jools1802 · 8 yr. ago
giving shibe

We could have funded the dogeV8 and opened dogecoin to a whole new market. As fulvio has been saying for some time. Not entirely a missed opportunity as such because hopefully V8 will reappear to try again and be funded, but it could/should have been funded first time round.

1 Reply Give Award Share Report Save Follow

Fulvio55 +4 · 8 yr. ago
DDF - Mining Corps - [[Lieutenant]]

Heh, thanks for reminding me. Old wounds... ;)

I don't mind that people use money for other things, because we all have choices we make every day. But the stupidity of burning that amount of money for basically nothing is a little galling, I must admit.

Heck, we could have bought a ton of hashpower to protect our network, AND earn an income.. in doge, of course. :)

3 Reply Give Award Share Report Save Follow

Jools1802 · 8 yr. ago
giving shibe

So much could have been done. But hey too late now i suppose, what is done is done. Hopefully it will be a learning curve.

2 Reply Give Award Share Report Save Follow

Fulvio55 +4 · 8 yr. ago
DDF - Mining Corps - [[Lieutenant]]

Not too late. The car is still a goer. Eki still needs to pay this month's rent, and find a flatmate, and get a bike. The sick shibe may or may not be dead by now, but if alive, is certainly in lots of pain we could relieve.

2 Reply Give Award Share Report Save Follow

Jools1802 · 8 yr. ago
giving shibe

Sad situation and still cannot believe shibes did not get on board. How are the hats and Tshirts coming along.

2 Reply Give Award Share Report Save Follow

Fulvio55 +4 · 8 yr. ago
DDF - Mining Corps - [[Lieutenant]]

Not having much joy with a cheaper shirt I actually like the look of. Trying to wangle a discount on the original ones, and I also need to find out if they'll wear the patches as part of the minimum quantity. I'd bet the embroiderers would, but the shirt suppliers may have an issue with that. Ten bucks is cost anyway on those patches, so if they said yes, all it would really do is let me fulfill the existing orders, sweep the deal under the rug and move on. Assuming we can dig up a couple dozen non-haters that is.

2 Reply Give Award Share Report Save Follow

Jools1802 · 8 yr. ago
giving shibe

You got one hell of a lot of upvotes on your birthday. Surely they get behind the V8 and the merchandise now. To me r/dogecoin is looking for something to get behind. Posts are few and far now. Numbers of subscribers is dropping every hour. Need an advertisement at top of the page with donation address on it, dates, the car, the whole bloody works.

2 Reply Give Award Share Report Save Follow

Fulvio55 +4 · 8 yr. ago
DDF - Mining Corps - [[Lieutenant]]

None of which I can do until after this meeting. Should be soon, they said early August.

The upvotes blew me away.. but I doubt they were upvoting me. More likely Birdie's awesome art. She's amazing.. we were chatting on Skype, and I mentioned something in passing. Next thing I know she sends me the link to the post! Took all of two minutes I reckon.

2 Reply Give Award Share Report Save Follow

Jools1802 · 8 yr. ago
giving shibe

Blimey. Show off hahaha

2 Reply Give Award Share Report Save Follow

Fulvio55 +4 · 8 yr. ago
DDF - Mining Corps - [[Lieutenant]]

Who?

2 Reply Give Award Share Report Save Follow

Continue this thread →

cicerothedog · 8 yr. ago
shibe

The people who have chosen to burn their Doge have essentially just purchased a product that they wanted. The only difference between this and any other purchase, is that nobody gets paid.

Now while I personally may not understand how that works as a business model, I can't really challenge the right of other people to spend their money (Dogecoins or any other currency) as they see fit.

Your post reminds me of one thought I have every year at New Year: If only I could have a fraction of the money other people spend on fireworks, I'd be rich. But I can't - because they choose not to give the money to me, but to "burn" it instead. Dogeparty is just New Years Eve or 4th of July for the Dogecoin community. Not everyone thinks it's fun, but that doesn't mean we shouldn't allow it.

2 Reply Give Award Share Report Save Follow

meme-com-poop OP · 8 yr. ago
shop.moolah.io/ShibeKnives

No one said anything about not allowing it. I just wanted to point out some other options for what we could do with that kind of money so that maybe some future endeavors get bank rolled a little better.

1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

Heres my issue with this post. I dont disagree with your points but you are missing the very essence of dogecoin. When we started this, it was a huge joke. Seriously its the r/circlejerk of crypto currency. we tip each other thousands of coins because fuckit, it has the same value to us as reddit karma.

Then it started to take hold and it turned from jokers to investors. People who want to raise awareness so they can actually use and spend their doge (which im not against.) We are a split community now, some of us who came in for a legit investment and want to see the coin succeed. And others who still have the joke "haha fucking doge on a race car" mindset.

The latter are the people burning coins because "why the fuck not?" Seriously think about what youre saying, **You're disappointed a group of people are not taking a joke currency seriously** I dont even know what to say about that.

Yes Doge has the potential to be successful and if we all came into this with the sole pourpose of making money then yes your type of plan would be the way to go. But thats not the reason why this currency was started, thats not what this community was in the beginning, so dont treat it that way. If you want to do the things you listed then go ahead and do them and a large number of us will join you. But truly understand what we are, what this coin is.

Hell this whole subreddit is in comic sans for christ sake.... at what point did you think the majority took this coin seriously?

3 Reply Share Report Save Follow

[deleted] · 8 yr. ago

I think it became a serious coin the moment hard workof peoples daily lives were paid with it.

People complain like hell why the coin is not getting adopted, well then they have to put effort into getting it noticed and used. this means the raver party TO THE MOON needs to get a little more serious if they want an actual currency and not something that will die in a year

2 Reply Share Report Save Follow

[deleted] · 8 yr. ago

> this means the raver party TO THE MOON needs to get a little more serious if they want an actual currency and not something that will die in a year

But thats the beauty of it. We dont have to get serious for this to happen. We literally circlejerked our way to national recognition.

Wouldn't it be funny if we could sponsor a car in the LARGEST AMERICAN SPECTATOR SPORT. And people start to think this is serious?

And thats exactly what we fucking did! This whole thing is still a giant inside joke that people are now taking seriously. And believe me, im ecstatic that its gaining traction. And i have a pretty penny worth of coins across multiple wallets. But you cannot expect this community to do things for the sole purpose of gaining traction as a legit currency.

We will however, love to get to the point where we convinced a politician to lobby on our behalf using a currency we made up last year.

its funny because every serious thing we do, we're basically doing it sarcastically. its actually worth something now and people are trading it and investing in it. This coin, based on a meme, created by a sarcastic community.

Seriously, look at the back of the doge car....just look at it. I do think more and more people will take it seriously and help to manipulate the value and demand upward. But there will always be that group of us, that witnessed a huge inside joke become worth billions of dollars.

3 Reply Share Report Save Follow

[deleted] · 8 yr. ago

Sadly currency does not work on just silly. We have to have a system for businesses to get involved. Much less that they know about cryptocurrencies enough to even accept them.

I walked the strip mall the other day and asked people who owned the stores if they had interest in taking even bitcoin. all of them had no idea how they would do that, or even what bitcoin was. the last guy I talked to said " oh its that internet money thing, its just a scam"

150k worth of professional outreach by a company that can introduce businesses to consider alt currencies could and would have changed not all minds .. but some.. if we even got 1% .. 1 ... saturation into businesses the coin and crypto would fucking EXPLODE

No .. no .. cant do that, lets burn them and create an oversaturation of XDP ...

1 Reply Share Report Save Follow

mattsmith0W · 8 yr. ago

programmer shibe

Honestly, i take this coin seriously. i understand it has a meme behind it, and that it is a circlejerk,

but we are very popular, and it is worth money. I love watching the coin do its thing, while i wish people would do better things with their doge, i know they wont. because we would become the same as bitcoin, with minimal tipping. our community would fade. but hey, wouldnt it be nice to get all the doge they sent to dogeparty? the things i could do! i would honestly by an island. because i could. i wold move their, and be happy. whatever i had left, i would be tipping back into the community. or i would buy that ferrari that is 510 million doge. that would be cool.

1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

The thing that bothers me is that most of these will NEVER be used because people who had them don't know how to use them. Their speculating that someone in the future will pay more for it.

2 Reply Share Report Save Follow

meme-com-poop OP · 8 yr. ago

shop.moolah.io/ShibeKnives

That was the impression I got. I'm sure there will be some genius uses for XDP that come out, but most of the ones I've seen listed could use Doge or any other crypto just as easily.

2 Reply Give Award Share Report Save Follow

humint_is · 8 yr. ago

party shibe

It takes time to figure out all the possibilities. People are just getting their heads wrapped around bitcoin a bit.

2 Reply Give Award Share Report Save Follow

munister · 8 yr. ago

MunistHux LiteShibe!

Much impatience. Need creativity. So fascinating.

2 Reply Give Award Share Report Save Follow

rkfg · 8 yr. ago

You can always look at how other people could have spent their money and find ways that you think it could have been done better. Heck, roughly $100 billion a year is spent on illegal drugs in the US. That certainly could go to better causes, but even if everyone quit doing drugs tomorrow, that money wouldn't go to all great causes anyway.

Long story short, it's real easy to decide how other people should spend their money.

2 Reply Give Award Share Report Save Follow

ROFLQuad · 8 yr. ago

racing shibe

Maybe it's been said before but. . . .

"Spending" the Doge instead of burning it just lowers our market cap because whoever accepted payment in Ð will most likely be instantly cashing it back in for fiat.

Literally funding anything with that Doge would be like guaranteeing the market cap would have dropped by at least that much (plus the panic selling if it were all sold at once).

This really just helped increase scarcity of the coin.

There may be good things in the future (hint, hint, r/thevotecoin) but for now, this wasn't a fund raiser for Dogecoin at all but a method to boost scarcity :s

2 Reply Give Award Share Report Save Follow

guinader · 8 yr. ago · edited 8 yr. ago

ninja shibe

This 100,000,000,000 times =)

I think it's important to make people aware no matter how much "decentralization" we have with the currency. The dogecoin as a community needs an efficient easy to access central platform. When people go to, be aware of all the events, all the markets where to buy stuff. Think about how the 1000 years old markets used to work.

People would travel for days to reach the largest market on the region because they knew they could get everything they wanted in one place. That's what dogecoin needs and reddit is a place for discussion/meeting dogecoin.com should be the virtual market. Where a 10yrs old or a 70yrs old person can click a few buttons and start using it. Dogecoin wants to be everywhere, but it first needs to be somewhere.

2 Reply Give Award Share Report Save Follow

Comment deleted by user · 8 yr. ago

Simcom · 8 yr. ago

Reduced supply means your coins are more valuable. We should all be grateful imo.

2 Reply Give Award Share Report Save Follow

5 more replies

Justlife · 8 yr. ago

I'm glad you brought this up because we have 3 of weeks to make more utility out of dogeparty. However, I'm just so tired of all the josh wise votes and to top it off, proposing money to be donated to dogecar is annoying as it seems it would have little or no benefit to doge IMO.

While I'm an advocate of donating to the dev fund as much as possible I don't think it's right to offer socialist views on spending other people's money and living in regret because you believe it to be a wasted opportunity. The essence of charity is free will with an open heart, people donate because they feel free to - not forced or forced to look at the error of their ways by donating. There are plenty of posts that *encourage* to donate to a particular cause with the reasons provided. That's perfectly fine.

0 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

Yeah ,, well welcome to the front page.. I am glad you could say the things I want to say about this. We could have done any other number of things like Marketing firms to introduce us to new businesses. we could have put together a point of sale system as well for that kind of money.

People here are fad driven.. not logic driven. Think of Dogecoin as a giant rave party with little or no direction or goals except fun. And you have a recipe for what we have now. If we were wanting to build an infrastructure and support system to increase adoption, You would have been pushed to the back of the bus. So don't feel quite so bad.

Other people like me have tried ( and failed repeatedly ) to get to get some of the things you spoke about . Self promotion to make this bigger. and time and time again any attempt to do constructive things for either the devs, the coin and its infrastructure spiral into the blackness of the downvote.

This is not a community of solutions. This is a community of 1doge=1doge and to the moooon!, If this had been looked at s a real currency and supported as such we would be in an much better situation

Really im JP got it right. I should not have been so hard on him when he abandoned this forum , But he owns the fact he showed no leadership to make this anything more than a joke.. Now the jokes on us.

2 Reply Share Report Save Follow

frontpagedoge · 8 yr. ago

robo shibe

Congrats on making the frontpage of r/dogecoin! Have some doge! +/u/dogetipbot 100 doge.

current balance: Đ191,720. tips left for 42.23 days. want to ^help?

1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

+/u/dogetipbot 10 doge

1 Reply Share Report Save Follow

Crully · 8 yr. ago

astrodoge

Forgot to tip after my earlier comment (does tipbot work on edits?).

+/u/dogetipbot random500 verify

1 Reply Give Award Share Report Save Follow

meme-com-poop OP · 8 yr. ago

shop.moolah.io/ShibeKnives

*sometimes*, if you edit quick enough. Thanks by the way.

1 Reply Give Award Share Report Save Follow

Crully · 8 yr. ago

astrodoge

I'm such a plum, bot won;t send that...

+/u/dogetipbot random1000 doge verify

1 Reply Give Award Share Report Save Follow

dogetipbot · 8 yr. ago

dogepool

[wow so ^verify]: /u/Crully -> /u/meme-com-poop Đ162.055 ^Dogecoins

1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

+/u/dogetipbot 10 doge

motivateyourself · 8 yr. ago

Dogeparty is not a bad thing in itself. It can be a good way to promote Doge if people see an easy opportunity to play with the tokens. I am sure the reason why more people were willing to burn doge than to donate is because of the reward given in XDP for the doge burned.

1 Reply Give Award Share Report Save Follow

keb14 · 8 yr. ago

Now start working on your list +/u/dogetipbot 100 doge

1 Reply Give Award Share Report Save Follow

timeisnow77724 · 8 yr. ago

party shibe

see my thread:

http://www.reddit.com/r/dogecoin/comments/2dyi9h/realizing_the_potential_of_dogeparty_and_wanting/

1 Reply Give Award Share Report Save Follow

cowboyhaze · 8 yr. ago

digging shibe

Puppy bowl would have been fantastic

1 Reply Give Award Share Report Save Follow

kim_so_il · 8 yr. ago

digging shibe

+/u/dogetipbot 98 doge

1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

+/u/dogetipbot 10 doge

1 Reply Share Report Save Follow

Duhad · 8 yr. ago

doge of many hats

I think that you make some very valid points of what we could do and hopefully there are some here that can coordinate those ideas into projects that we can make happen, with an opportunity to donate if we so wish. We can vote with our wallet if we chose.

The Dogeparty stuff, I look at as an opportunity to use Doge in a new way.

BTW, whenever I donate, or give away, I buy them first for that purpose, so the "dumping/cashing in" should be washed out by my previously made purchase, while allowing Dogecoin to move around.

1 Reply Give Award Share Report Save Follow

Tartooth · 8 yr. ago

middle-class shibe

Also, another perspective thing, if doge was at 100 sat's like it was for awhile, that would have been ~ $500,000 worth or more. (just rough estimate)

1 Reply Give Award Share Report Save Follow

meme-com-poop OP · 8 yr. ago

shop.moolah.io/ShibeKnives

...and if doge ever makes it up that high again, there are going to be a *lot* of people working full time trying to crack that wallet.

2 Reply Give Award Share Report Save Follow

marketp2p · 8 yr. ago

investor shibe

Exactly, dogeparty has been the greatest thing happened to doge in a long while. Its a good confidence builder. if doge falls to 1sat's ,giving 10bn doge won't do you or the charity any good.

1 Reply Give Award Share Report Save Follow

shawn2025 · 8 yr. ago

farmer shibe

I read it twice just to be sure. He's totally right. When will the foundation be ready to fulfill some of these charities? Even stunts like the Puppy Bowl, I'm 100% in for. It sounds FUN. Remember that? ;)

1 Reply Give Award Share Report Save Follow

i_eatProstitutes · 8 yr. ago

Magical Ninja Conspirdoge of Many Hats & Total Recall Things

Great post, and my thoughts exactly... but seriously, almost 1.4 billion doge? What the fuck? It just shows that some people don't actually care :/

Seriously though, we could've done so much better than destroying $150000 of CURRENCY (seriously, if people burnt that much fiat for car wash tokens or some shit, shit would go down)

1 Reply Give Award Share Report Save Follow

meme-com-poop OP · 8 yr. ago

shop.moolah.io/ShibeKnives

I just don't see where XDP is going to be the next big thing. Every example I've seen so far for its use could be done directly with dogecoin or kept track of on a spreadsheet. The only feasible idea for it I've seen is issuing "stock." Only problem is, what merchant in their right mind would want to do that. It's the same thing Moolah did pre-XDP with Moolah pie that he gets called a crook and criminal for doing every single time he posts.

So where the hell have you been? Haven't seen you around in awhile.

2 Reply Give Award Share Report Save Follow

i_eatProstitutes · 8 yr. ago

Magical Ninja Conspirdoge of Many Hats & Total Recall Things

Hehe... I've been in and out of the sub, it's been a while since I've seen you too! But I've mainly been exploring what else reddit has to offer, I got a little disconnected with non-doge reddit for a little while :)

1 Reply Give Award Share Report Save Follow

meme-com-poop OP · 8 yr. ago

shop.moolah.io/ShibeKnives

non-doge Reddit...I think I remember that.

1 Reply Give Award Share Report Save Follow

i_eatProstitutes · 8 yr. ago

Magical Ninja Conspirdoge of Many Hats & Total Recall Things

Nah, I'm just yankin' your dick, there's no such thing!! Heh

1 Reply Give Award Share Report Save Follow

thefarias · 8 yr. ago

ball shibe

Perhaps we should give tokens for donate doge? I think is the "Token"thing that people see as an investment...

websites that return us no money.

5. What other coins ? Dogecoin is the perfect coin to do this with + has a good, active community. Build this into Dogecoin wallet ? Would that allow us to create tokens ? No. Only a Counterparty fork allows burn + simple token creation, which is the whole point of doing this. Not answer questions - we have an open Skype channel where we have been answering all questions, where have you been ?

If you want to code an alternative, please do, and we do honestly wish you good luck. You might find it harder than you think. We are looking for help because we want it to survive, and despite your suspicions we are not doing this just for ourselves.

If you'd been in our Skype channel checking out the level of excitement from people creating their own custom crypto, cheaply & simply, you'd probably understand why we did this.

4 Reply Give Award Share Report Save Follow

metablockism · 8 yr. ago

1: Unlimited tokens are now apparently impossible - which is a huge error on your part. As for inflation - that is simply not a problem unless you are concerned about the value of XDP, and you have no reason to be concerned about that have you?

2: Computers get better over time - or did you not notice that? The encryption of that key remains static. It may be 10 years or 20, but the doge are going nowhere except out of that wallet eventually. The only hope would be that all systems that employ blockchains at that time in the future are not backwards compatible, so you find the key but have no blockchain to move the funds around.

3: You gave them a deadline to choose, you took the initial responses and reacted because that was by far the easiest way out for you.

4: You could have done much better and you know it

5: Any other scrypt coin would have been able to service whatever need you have for your own project. Your choice of dogecoin over LTC is baffling other than the fact that you wanted to generate the hype by using a community that had enough people willing to buy in

Why did you set the price at 1000 doge per XDP?

> We are looking for help because we want it to survive

So you launch it half-baked then go begging to help keep it alive. Cheap - you do it all for yourselves at minimum effort to you and maximum input from others.

If I had been following your skype channel like some sort of live feed of chatter then maybe I could have taken notes of the key points, maybe even produced a summary, maybe delivered that information to others outside skype. You did none of this. You picked the obscurity of skype to cover your inadequacies and you refer back to skype like it is some magic space where all the difficult questions are answered.

So seeing as I was not in Skype doing all you suggest, can you tell me why you say that the "level of excitement" was "why we did this" other than the fact that you have a profitmaking idea that relies on that artifice of excitement?

> You might find it harder than you think.

You mean like you did, which is why you gave up on doing more than the bare minimum, and even that fell over 2 days ago.

-3 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

Why are you continuing to make the "someone will solve primary key" argument? If that happens you may as well pack up crypto and call it good, the whole thing is dead. That has nothing to do with dogeparty.

Basically it demonstrates that you don't know anything about cryptocurrency and everyone should discredit everything you say which is unfortunate because you could have a point or two.

3 Reply Share Report Save Follow

keferl · 8 yr. ago

lol @ "obscurity of Skype"

What do you suggest as better for instant communication involving lots of people at the same time?

-1 Reply Give Award Share Report Save Follow

keferl · 8 yr. ago

In addition to Matt's comments I want to add that we could have done Dogeparty anyway without a public burn, and it would have worked the same for us. The point was to provide a new tool to the community, and we are genuinely surprised by not only the massive positive feedback and adoption, but the high level of excitement and super smart people in the community that want to take this even further.

1 Reply Give Award Share Report Save Follow

xman5 · 8 yr. ago
rocket shibentist

If someone cracks that address he can crack any other dogecoin address and also almost any other cryptocoin adress including bitcoin.

Moore's law doesn't cut it... it would still need billion years of classical computer evolution.

deal with the repercussions in my lifetime. Dogeparty have put a fucking huge lump of variability in the future of dogecoin, just like the massive BTC addresses for which nobody apparently knows the key are a reward and will make a difference to BTC value when they are opened

It is currently a treasure hunt of immense improbability, maybe equivalent to finding a grain of sand somewhere on earth or whatever the maths are. These are simply computational matters, no more and no less.

1 Reply Give Award Share Report Save Follow

xman5 · 8 yr. ago · edited 8 yr. ago
rocket shibentist

Actually that way it is more hardened than it can ever be. Because no one ever had the private key. The private key was not just destroyed it never existed in the first place. It is not trivial to hunt for it, even with a powerful quantum computer. The time doesn't matter if you can crack that address you can crack every address on every blockchain. It is not some weak password waiting to be hacked... it does not need to change to be secure. It is is more secure than most other address on the blockchain. Coins are more in danger when move. Because of that there are cold wallets and paper wallets. But this is more safe than a cold wallet. I think you should search and read about Proof of Burn. Actually Proof of Burn can be used some day to secure Degecoin and Bitcoin networks, not to undermine their security.

Also you falsely think that this addresses with massive amounts of coins are there to crack. They are not, they are more secure than any bank or financial institution on earth. If someone cracks a bitcoin private key it would be trivial for him to hack any bank and steal the money. Today banks are like in stone age compared to bitcoin. It is much easier to just hack some big exchange and steal all the coins from there than to crack a bitcoin address without a private key.

Someday maybe there would be a quantum computer that can crack a bitcoin private key. But if that happens then we would need a new blockchain and actually would have to forfeit all coins in the old one. In practice that would mean a new altcoin with a new blockchain that is very different from what we have today.

And about the probability of finding an bitcoin private key... it is like a grain of sand in the whole universe or maybe even smaller. It would be more probable for the whole universe to explode than for someone to find a bitcoin private key. Only true quantum computer which in theory uses parallel universes would be capable of cracking bitcoin address. These things are highly theoretical and most people just don't grasp the whole scope and implications of quantum computer technology. Maybe when we have quantum computers we would not need money... or bitcoin or anything from today's life.

1 Reply Give Award Share Report Save Follow

keferl · 8 yr. ago

You know....you STILL CAN do all of those things. Heck, you can even use Dogeparty to do it in a way you never imagined!

0 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

Face it, Doge is a cooked goose. It was always meant to be short term and that's how it's ending. So be it, we did good things but the party is over now. Don't be crazy and burn your coins, it's just stupid. Bitcoin tried that back in the day and there was no sustainable results from that experiment that we can point to as a 'coin booster'.

Where are your Portland Hipsters now, all mining Bitcoin... It's over, the party is over.

-1 Reply Share Report Save Follow

Crully · 8 yr. ago
astrodoge

I know, you've echoed my feelings exactly, so many wasted Doge, I think people just got carried away or are hoping that it'll be worth more in the long run. A lot of the "could be used for xxx" cases are nonsense that you could just as easily do with regular Dogecoin.

Would be nice to see that money donated to something as you say, like the Dogebike (http://www.reddit.com/r/dogecoin/comments/2d85qm/anyone_fancy_a_dogebike/), or yes, the Dev Fund.

Maybe some bounties for Devs to actually make something useful with Doge.

0 Reply Give Award Share Report Save Follow

meme-com-poop OP · 8 yr. ago
shop.moolah.io/ShibeKnives

That was my main problem with it...why not just use dogecoin in the first place? Just seemed like an unnecessary extra step. I'm sure some developers can come up with novel uses for it, but I can only imagine that amounting to a pretty small percentage of the total generated.

2 Reply Give Award Share Report Save Follow

Fulvio55 +4 · 8 yr. ago
DDF - Mining Corps - [[Lieutenant]]

Mmmm... except XDP does things doge can't. I have no problem with the concept, or with everybody burning a few doge to have a play. Its only the quantity that's problematic. There is no way 700,000+ new currencies/tokens are ever going to be created/used.

1 Reply Give Award Share Report Save Follow

siaubas · 8 yr. ago
dogeconomist

> There is no way 700,000+ new currencies/tokens are ever going to be created/used.

You are so wrong. I'm actually upset at the devs because the burn time is limited. Any and each business can find some sort of use from the tokens. And I'm not even talking about individuals. 700k is very very little. Besides, as more and more XDP get used, it increases the value of the remaining ones. Which over time will limit Dogeparty only to financial uses.

1 Reply Give Award Share Report Save Follow

Fulvio55 +4 · 8 yr. ago
DDF - Mining Corps - [[Lieutenant]]

700k in one day, remember? It won't stop there.

1 Reply Give Award Share Report Save Follow

siaubas · 8 yr. ago

dogeconomist

P.S.: just fyi, there are around 2 million XDP already created.

1 Reply Give Award Share Report Save Follow

Fulvio55 +4 · 8 yr. ago
DDF - Mining Corps - [[Lieutenant]]

Yup, I know.

1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

> There is no way 700,000+ new currencies/tokens are ever going to be created/used.

I can think of more than one situation in future where unique tokens might be the essential element ;)

+/u/cryptotokentransferbot OneWeekStayAt123AcaciaAvenueUSA123456 token verify

the restrictions on letters/token length of XDP are annoying. Something more versatile will come along when the demand arises. For now having a demand and usage is pretty cool. I still don't get the 0.5 XDP fee though - at 1k doge per XDP (currently) that seems very high. Of the 700k XDP that exists, some is being spent on each transaction too, not just on making the token names. That's if I understand it correctly! YMMV

0 Reply Share Report Save Follow

[deleted] · 8 yr. ago

> That was my main problem with it...why not just use dogecoin in the first place? Just seemed like an unnecessary extra step.

Hey, you've should said so in the main post. You don't see the potential of DogeParty. I don't blame you, when bitcoin was introduced it was ridiculed.

If everything goes well, then DogeParty will become a stock market everyone in the world would be able to join.

0 Reply Share Report Save Follow

powerfunk +2 · 8 yr. ago
blues shibe

Exactly. Dogecoin can't do what Dogeparty does. Dogecoins are currency. XDP is a tool to issue IOU's.

2 Reply Give Award Share Report Save Follow

meme-com-poop OP · 8 yr. ago
shop.moolah.io/ShibeKnives

That's what I don't get. I can issue and IOU with a pen and paper. All of the publicly listed things the could be done with it just don't seem like XDP was needed to do them. Maybe someone can come up with a use for them that will blow my mind and make this post look stupid.

1 Reply Give Award Share Report Save Follow

amalied88 · 8 yr. ago
digging shibe

But now that people have shown they can give large amounts to burning - could we make shibes give an equal amount to one or a few of the ideas from OP? Ie make a buy run - everybody buy lots of stuff using doge just like everybody burned doge earlier? It would be good PR, help the doge community and be a positive drive showing merchants that doge is a good valuta to support?

1 Reply Give Award Share Report Save Follow

xithy · 8 yr. ago

this is why doge is dead

0 Reply Give Award Share Report Save Follow

Full_Velocity · 8 yr. ago
rocket shibentist

I dont really know what dogeparty is. I couldn't tip either becuz lack of doge. Srry shibes. Im a poor part of this community.

```
        Such regret

                                        Much sorrow

                  So sad
```

0 Reply Give Award Share Report Save Follow

cqm · 8 yr. ago

thats because dogecar and charities were always fucking stupid

dissenting opinions were simply downvoted and now people get to vote with their wallets

decentralized asset exchange created by removing doge from circulation actually makes all the other doge more scarce, and makes doge more attractive

-1 Reply Give Award Share Report Save Follow

CaptainDogeSparrow · 8 yr. ago
Doge of the Sea

> thats because dogecar and charities were always fucking stupid

https://img.4plebs.org/boards/x/image/1382/84/1382842512280.jpg

2 Reply Give Award Share Report Save Follow

Fulvio55 +4 · 8 yr. ago
DDF - Mining Corps - [[Lieutenant]]

Except it doesn't. 1% of our total circulation would, at best, move the price 1%. It actually moved it 10%.. down. :(

2 Reply Give Award Share Report Save Follow

The_pun_fart · 8 yr. ago
upsidedown shibe

Didn't all the top coins lose value during that same period? BTC was about $8B, now it's about $6B. Down over 20%, my thought was XDP kept us from sliding as far. The timing of XDP and the markets dropping was just unfortunate.

1 Reply Give Award Share Report Save Follow

Fulvio55 +4 · 8 yr. ago
DDF - Mining Corps - [[Lieutenant]]

BTC's drop was the sale of that big stash of siezed coins though. Its already recovering.

0 Reply Give Award Share Report Save Follow

The_pun_fart · 8 yr. ago
upsidedown shibe

True, the markets tend to drop when BTC does, but we didn't slide as drastically. Markets sure look happy this morning! :D

1 Reply Give Award Share Report Save Follow

Fulvio55 +4 · 8 yr. ago
DDF - Mining Corps - [[Lieutenant]]

i don't often look, but I just did, and we're 11.6¢/k. It was 20¢ not that long ago. :(

1 Reply Give Award Share Report Save Follow

the_bum_fart · 8 yr. ago

Ok. lol

0 Reply Give Award Share Report Save Follow

meme-com-poop OP · 8 yr. ago
shop.moolah.io/ShibeKnives

My concern was that outsiders would see that we were "throwing away" our dogecoin and it wasn't worth investing in.

1 Reply Give Award Share Report Save Follow

cqm · 8 yr. ago

so dogeparty will create XDP which will have their own exchange rate. it doesn't matter how much doge was burned

1 Reply Give Award Share Report Save Follow

pixelkicks · 8 yr. ago
punk shibe

Half of your points would have been done and forgotten in a few weeks. Dogeparty is here to stay.

-2 Reply Give Award Share Report Save Follow