r/dogecoin

Posted by u/echo85 8 years ago

41

# DogeParty For Dummies

Disclaimer: I may be wrong about some details below and if so, I hope to be corrected in the comments.

The point of this post is to help explain DogeParty again to people who still feel utterly clueless about what it is. To start with, DogeParty (XDP) is just another coin with a couple special features that allow it to be used in different ways than a regular currency. The things that make it special are:

1. DogeParty is minted (created) by turning Dogecoin into it (instead of mining).
2. You can convert 0.5 XDP into your own brand new type of coin! The new coin you create can be called anything you want, in all capital letters like SHIBE. Then the coin you created, SHIBE, can be sent to anyone using the wallet.

Those are the fundamental pieces that make DogeParty work. You might be asking "what's the point". Well, think about any kind of fake coin/token like the ones you use at the car wash, or digital ones like "air miles". Air Miles are basically a digital currency which is centralized. Instead of Air Miles, you could have a reward program that uses DogeParty tokens. It can be used for any situation where you want a user to be able to prove ownership and transfer ownership of an asset.

Hope that helps :)

85 Comments Award Share Save ...

Comment as StochasticLawyer

What are your thoughts?

Markdown Mode Comment

Sort By: Best

BurdInFlight · 8 yr. ago
avian shibe

Thank you. I understood the proof of burn concept a while ago, but I still didn't understand the point, especially now that I have some random tokens from people. I do now. The car wash / airline points analogies were good.

Do you know what recalling is? I've seen it as an option on the info page of tokens but there's not much of an explanation. You seem to know what you're talking about.

+/u/dogetipbot 250 doge

7 Reply Give Award Share Report Save Follow

Comment deleted by user · 8 yr. ago

1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

meh, how are you planning to make indivitual cards with that type of a system

1 Reply Share Report Save Follow

echo85 OP · 8 yr. ago

Using the API, to generate a token type for each card. Otherwise it would be pretty tedious. Then when a user joins the game, issue them a starter pack and reward with more new cards as they play. Some cards could be sold in packs for Dogecoin. When you play, the server would query DogeParty to see what cards you own, and display those on your screen.

1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

good enough, but then you need to create a mew dogeparty user per mew player

1 Reply Share Report Save Follow

echo85 OP · 8 yr. ago

It's a good point, I'm looking into that. I think that I can use a local wallet address for users who do not have an account, and let them link an external one optionally. Of course that negates most of the benefits of doing this.

1 Reply Give Award Share Report Save Follow

Continue this thread →

echo85 OP · 8 yr. ago

Doger looks pretty neat! I'm going to link you from the resources page on my site (which is a bit similar but different purpose), dogelet.com

1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

thanks mate :)

1 Reply Share Report Save Follow

[deleted] · 8 yr. ago

uuuu dogelet, i remember it, i bought something!!!!!

.

ps: what did you use to style your site, i am so jelly

1 Reply Share Report Save Follow

echo85 OP · 8 yr. ago

The gallery is called masonry.

1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

mmmmmm, imma copy some elements maybe

1 Reply Share Report Save Follow

[deleted] · 8 yr. ago

Please stop spreading FUD to EVERY. SINGLE. FUCKING. DOGEPARTY POST.

0 Reply Share Report Save Follow

ginger_beer_m · 8 yr. ago

Because it is kind of useless. Why not use doge ?

1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

I'll go back to the party analogy. For example, people going to a party donate dollars/dogecoin to the host for setup. The host can then issue donators DogeParty tokens, redeemable for drinks, food, etc.

0 Reply Share Report Save Follow

Crully · 8 yr. ago
astrodoge

Only time I've been to places that gave drinks tokens, I walked away with a pocketful of tokens I forgot to or couldn't redeem.

0 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

relax mate

-1 Reply Share Report Save Follow

marfarama · 8 yr. ago

If somebody offered a reasonable example to help you understand dogeparty, would you accept it and move on or keep saying you don't understand? Just curious. I thought it was stupid too until I took the time to comprehend it. It's a good thing for Dogecoin IMHO.

1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

if someone gives me a good example, which cannot be done with dogecoin/centralized platforms already, then yes, i will accept dogeparty (except the doge disposal thing)

1 Reply Share Report Save Follow

marfarama · 8 yr. ago

How can you embrace a decentralized currency and not see the elegance of a decentralized token ledger? They go hand in hand, literally. As far as burning, perhaps an unfortunate term. Tell me how 5M dogecoins sitting in a wallet with a billion more coins contributes to the doge economy? Burn all you want, we'll make more.

1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

that is not a good example, currencies are different than single-use tokens. why to create something else, that is not as usable, and then play around with that. almost as same as creating a totally new crypto, just made easier and more useless

1 Reply Share Report Save Follow

marfarama · 8 yr. ago

If you look carefully, I did not give you an example! Plenty of examples are floating around the reddit now and I'm not that smart to give you a genius example before coffee. This is not creating a new crypto, though you are free to create VALTTERI coins and try to get people to give you fiat for them, but that is distinctly not the point. The "in real life" examples are easier to explain because a token is like one of those silly game tickets you get at the arcade that are only good at that one park. Those are easy to shoot down because, you know paper money and paper tokens... Just like dogecoins are meant to be used online, so are dogeparty tokens.

I'll try. Let's say you sell web hosting services and you want to increase customer loyalty. You make tokens that can be redeemed for domain name registration fees. With every invoice for hosting, I give you tokens that can be applied to domain registration, but ONLY on my registry site. Maybe I set it up so that one year of premium hosting service from me gets you enough tokens to register a domain for a year. Now you have a reason to continue hosting with me. What if you don't need domain registration tokens? You can't sell them on open exchanges. You CAN go onto my user forum for my hosting website and offer them up for sale to somebody who wants them because they do have a value. Once I release these tokens, I don't need to keep track of who owns how many of which tokens. I just need to redeem them as they are returned to me.

There. I just created a new application for dogeparty tokens before my first cup of coffee. Don't forget to tip your waitress. BRB. need coffee.

1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

why would i use a de-centralized token platform for that, centralized would be much better, and i would not have to burn my lovely doges!

1 Reply Share Report Save Follow

marfarama · 8 yr. ago

Dude. Don't burn your dogecoins. Don't tell somebody else what to do with their money. I wasted my time on a perfectly good example if not the best. You cannot see the irony that you like a lovely decentralized coin but you cannot unwrap your mind enough to see the extension of decentralization to other applications. go play with your pretty coins and stop trolling on dogeparty if you don't get it and don't want to get it. The next time you ask somebody to take time to explain something to you and they make a sincere effort, try saying thank you or try to be in the spirit of this sub and tip them. You're welcome, now go away.

1 Reply Give Award Share Report Save Follow

Continue this thread →

[deleted] · 8 yr. ago

Why shouldn't we just get dogecoin spread out and use that everywhere, instead of creating a ton of shitcoins?

0 Reply Share Report Save Follow

powerfunk +2 · 8 yr. ago
blues shibe

You can't add custom data to a Dogecoin.

2 Reply Give Award Share Report Save Follow

Futile-Resistance · 8 yr. ago
aristodoge

This. The Dogecoin protocol creates a public ledger system. The Dogeparty protocol creates an accounting system using that public ledger. It has very different applications.

3 Reply Give Award Share Report Save Follow