# Dev fund reached 10 Million - Thank you!

dogetipbot · 8 yr. ago
dogepool

[wow so ^verify]: /u/radical_pi -> DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 Đ2419.63 ^Dogecoins ^($0.328468) [help]

2 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

+/u/dogetipbot 10 doge

dogecoindripper · 8 yr. ago
family shibe

More! +/u/dogetipbot DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 5000 doge

dogetipbot · 8 yr. ago
dogepool

[wow so ^verify]: /u/dogecoindripper -> DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 Đ5000 ^Dogecoins [help]

pembo210 · 8 yr. ago
DDF ~ support shibe

Many thanks for the many hours!!

+/u/dogetipbot DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 10000 doge verify

nov3a4 · 8 yr. ago
pilot shibe

We are going to update WowDoge Dogecoin Lightway Wallet for upcoming Dogecoin 1.8 fork. Could you give us enough information and technical details about requirements which needs to be done to make the fork for WowDoge users seamless, please? Regards

langer_hans OP · 8 yr. ago
Core / Android / MultiDoge dev

Check the 0.12-auxpow branch of my DogecoinJ repo. It has everything included you need.

debtfreegoal · 8 yr. ago
ninja shibe

Thanks man for all the work! Thanks to all the devs!

odiseo2014 · 8 yr. ago

Thank you for you hard work dev team! We should keep funding the dev team on a more consistent level. Shouldn't be on the dogecoin.com web a small section to remind all users the importance of the developers team, with the link to the dev fund? That would increase the contributions from supporters who don't spend much time on reddit. +/u/dogetipbot DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 2000 doge

derTechniker · 8 yr. ago
inverted shibe

I can't imagine doing something as labor intensive as this in my free time-- the devs truly love doge! +/u/dogetipbot DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 10000 doge verify

The_pun_fart · 8 yr. ago
upsidedown shibe

Now we just need a few rallies to make that Dogecoin soar! Thank you devs, today's sacrifices are tomorrow's rewards. :D

2 Reply Give Award Share Report Save Follow

subnavmixtapes · 8 yr. ago
pineapple shibe

thx!

+/u/dogetipbot DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 420 doge

2 Reply Give Award Share Report Save Follow

munister · 8 yr. ago
Munistrius LiteShibe!

Here's some more!

+/u/dogetipbot DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 1000 doge

2 Reply Give Award Share Report Save Follow

dogetipbot · 8 yr. ago
dogepool

[wow so ^verify]: /u/munister -> DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 Đ1000 ^Dogecoins ($0.138934) [help]

1 Reply Give Award Share Report Save Follow

MrStrabo · 8 yr. ago
incognidoge

What hardware is currently being used as the community funded ASIC?

2 Reply Give Award Share Report Save Follow

langer_hans OP · 8 yr. ago
Core / Android / MultiDoge dev

A 13MH/s Black Widow from GAW :)

1 Reply Give Award Share Report Save Follow

MrStrabo · 8 yr. ago
incognidoge

Perhaps it's time to upgrade that to at least a Thunder X6!

+/u/dogetipbot DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 all doge verify

1 Reply Give Award Share Report Save Follow

dogetipbot · 8 yr. ago
dogepool

[wow so ^verify]: /u/MrStrabo -> DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 Đ4928 ^Dogecoins ($0.567978) [help]

1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

+/u/dogetipbot 10 doge

1 Reply Share Report Save Follow

SuchNameWows · 8 yr. ago
soldier shibe

You guys are the best! Thank you so much! +/u/dogetipbot 5000 doge verify

2 Reply Give Award Share Report Save Follow

dogetipbot · 8 yr. ago
dogepool

[wow so ^verify]: /u/SuchNameWows -> /u/langer_hans Đ5000 ^Dogecoins ($0.668759) [help]

1 Reply Give Award Share Report Save Follow

voyagerdoge · 8 yr. ago
news doge

+/u/dogetipbot DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 5000 doge

2 Reply Give Award Share Report Save Follow

dogetipbot · 8 yr. ago
dogepool

[wow so ^verify]: /u/voyagerdoge -> DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 Đ5000 ^Dogecoins ($0.668759) [help]

1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

+/u/dogetipbot 10 doge

1 Reply Share Report Save Follow

EgoAnt · 8 yr. ago
coder shibe

Awesome! Those dev shibes can HUNT! +/u/dogetipbot DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 3000 doge verify

2 Reply Give Award Share Report Save Follow

dogetipbot · 8 yr. ago
dogepool

[wow so ^verify]: /u/EgoAnt -> DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 Đ3000 ^Dogecoins ($0.41028) [help]

1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

+/u/dogetipbot 10 doge

1 Reply Share Report Save Follow

Comment deleted by user · 8 yr. ago

Sporklin · 8 yr. ago
Doge of Many Hats

To everyone who has donated, to those that have been ongoing supporters of the Dogecoin coredevs, even to the creator of the Slack Dogetipbot who made special commands to go directly to the devfund! THᵃNK ʎoU9ɘᵈ

3 Reply Give Award Share Report Save Follow

Comment removed by moderator · 8 yr. ago

[deleted] · 8 yr. ago

have some doge mate +/u/dogetipbot 5 doge

2 Reply Share Report Save Follow

meme-com-poop · 8 yr. ago
shop.moolah.io/ShibeKnives

It's a shame we're celebrating 10 million in the doge fund when over 1.5 billion have been burned this week.

+/u/dogetipbot DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 25000 doge verify

2 Reply Give Award Share Report Save Follow

xman5 · 8 yr. ago
rocket shibentist

It is much different. If 1.5 billion doge has been donated to someone they would convert them to fiat or bitcoin and then doge would be destroyed.

Little inflation for long period is good... much inflation for short period is very bad.

It was the right thing to do. That 1.5 billion doge would keep the price steady. Also no one can steal this coin, much more secure that way.

Proof of Burn in some way is better than PoW or PoS.

1 Reply Give Award Share Report Save Follow

meme-com-poop · 8 yr. ago
shop.moolah.io/ShibeKnives

I guess time will tell. As for the "they would convert them," they wouldn't have to be converted all at once. If it was for something planned out well enough, you could slowly dump them over a several month period.

1 Reply Give Award Share Report Save Follow

munister · 8 yr. ago
Munistrius LiteShibe!

> That 1.5 billion doge would keep the price steady.

Until the next halving. All this burning of doge really doesn't do much to mitigate the hyperinflation scenario we're in. The only way that the price can be steady/rising is after Dogecoin goes through it's last halving. That's when Dogecoin really hits it's stride and afterwards, goes to the moon.

1 Reply Give Award Share Report Save Follow

munister · 8 yr. ago
Munistrius LiteShibe!

It's been pointed out from your thread that the 1.5 billion doge burned came from those who are seeking profits. They probably wouldn't have put a ton of money into dev funds, or some other projects you described. Why would you be disappointed that the profiteers acted the way they acted?

Let's just encourage more people to donate to the dev fund, since *they* are the ones who keep the code running.

1 Reply Give Award Share Report Save Follow

meme-com-poop · 8 yr. ago
shop.moolah.io/ShibeKnives

I think I'm disappointed with their ability to look to the future. Dogeparty *may* lead to a price increase, but I kind of doubt it. A lot of the options I listed seem to have a better chance of increasing the demand for doge either by increasing visibility and acceptance or leading to innovation that makes dogecoin more responsible. The saying is you have to spend money to make money. I guess they're spending it, but I think there were more promising ways to do it.

1 Reply Give Award Share Report Save Follow

munister · 8 yr. ago
Munistrius LiteShibe!

The solutions you've described have subtle and abstract effects. The Dogeparty burning had a similar history of success (Counterparty) and thus had tangible effects. Is it really that wrong for those who'd rather go with a plan that had demonstrable results?

This is not to cast a negative light on your proposed solutions, but you can't deny how successful Counterparty was.

1 Reply Give Award Share Report Save Follow

meme-com-poop · 8 yr. ago
shop.moolah.io/ShibeKnives

Okay, I'd never heard of counterparty before. Hell, I thought dogeparty was just another meet up until all the talk of proof of burn got me curious enough to read some of the posts. Looked into counterparty for bitcoin a little bit but not really finding anything to tell me how successful it was. As far as dogeparty goes, time will tell. The price is up right now and hopefully it stays that way after the initial burning hoopla is over.

1 Reply Give Award Share Report Save Follow

munister · 8 yr. ago · edited 8 yr. ago
Munistrius LiteShibe!

> Looked into counterparty for bitcoin a little bit but not really finding anything to tell me how successful it was.

Counterparty started off with $1.6-2 million worth of BTC burned at Jan 2014 (Source). It's current market cap is at $4.7 million (Source). Granted, it's been less than a year, but it's safe to assume it's a success.

It is harder to say whether Dogeparty would be just as successful as XCP (since there's no exchange for XDP/BTC). Dogeparty's success is very dependent on it's usage and activity.

1 Reply Give Award Share Report Save Follow

meme-com-poop · 8 yr. ago
shop.moolah.io/ShibeKnives

Thanks for the links. I'll check it out.

2 Reply Give Award Share Report Save Follow

dogetipbot · 8 yr. ago
dogepool

[wow so ^verify]: /u/meme-com-poop -> DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 Đ25000 ^Dogecoins ($3.24356) [help]

0 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago

Only 10 million? We have got to put more!

1 Reply Share Report Save Follow

abolish_karma · 8 yr. ago
rocket shibentist

Love the Community ASIC thing. It's like a delayed donation (payout have passed 50% towards ROI), that also gives the gift of hash rate while it's powered. I'd be pretty happy to see similar initiatives around later on.

Dogecoin is not backed by any central bank, but only shibes and math, and faster math = more fun for everyone!

1 Reply Give Award Share Report Save Follow