Search Reddit    Shop Avatars 

## r/dogecoin

**Posts**

Posted by u/foundationelection 8 years ago

**395**



# Community Discussion: The Dogecoin Foundation Bylaws

Hey all! GoodShibe here, writing from a neutral account.

One of the fun parts about trying to push something out the door is the process of trying to make sure you have everything covered.

The general goal was to have these Bylaws up this morning... and then we decided to take another read through, just to make sure that everything said what we wanted it to say.

Aaaand it didn't. As it turned out, some of the things we had agreed on, we'd actually forgotten to put into writing.

So... discussion.

And we got that done.

And then we prepped to send it out again.

Only to find something else - a spelling error, or a fragment of a sentence that didn't make sense.

And then we realized it wasn't fair to just put out a 'legalese' version of them -- so Jens went to work putting together a TL;DR version, section by section, to make sure that all Shibes would be able to take part.

    r/dogecoin    Search Reddit     1    Shop Avatars 

But, we've all had a read, we think we've finally got it where we want it...

And we've had the lawyers take a look at the legals and give the a-okay.

So here we are.

We tried to create a Dogecoin Foundation that would exist as a Legal Non-Profit entity, that would allow for a legal umbrella to protect our projects while allowing for as much autonomy as we could.

As requested by the community, this will **not** be a Foundation that 'speaks for' Dogecoin or the Community, but, instead, well, I'll let that part speak for itself:

**ARTICLE I. Name and Statement of Purpose.**

The Dogecoin Foundation (hereinafter also referred to as "the Foundation") is a non-profit Foundation created for and by the members of the worldwide Dogecoin Community.

The purpose of the Foundation is to facilitate the use of Dogecoin through goodwill, promotional, and charitable endeavors. It works to ensure the continued prospering of the worldwide Dogecoin Community and to empower people around the globe by spreading a spirit of camaraderie and playful discovery.

The Foundation provides guidance, essential infrastructure, services as well as a framework for self-governed and self-organizing community projects. It also encourages support for software and protocol development for Dogecoin and cryptocurrency related projects worldwide.

The Foundation shall have and may exercise all the rights and powers given to nonprofit corporations under the Colorado Revised Nonprofit Corporation Act.

You can read the entirety of the Bylaws that we've put together

**Right Here**.

We also have put together a non-legalese, **TL;DR version** here, that breaks it down section by section.

   Search Reddit      Shop Avatars 

This is all central to how your Foundation will function so we'd like to make sure you feel comfortable!

Below, please find a TL;DR of our Full membership process as it currently stands:

**Full member criteria and application process:**

To apply for full membership status the individual seeking this should exhibit:

- A dedication to the mission of the Foundation and the Dogecoin community as a whole
- Should be ready to potentially disclose personal information in the event of seeking a seated position
- Should be willing to privately verify identity (for legal reasons)
- Should be willing to publicly declare Conflicts Of Interest
- Must agree to follow bylaws and Foundation policies and procedures
- Should be able to represent Dogecoin respectfully and embrace the fun nature of the community

**Following application:**

- Full members will vote yay or nay based on candidate meeting these requirements.
- If application is voted as a "nay" applicant will have the opportunity to appeal said vote with a Board of Appeals panel of peers as established by policies and procedures. The Board of Appeals should be made up of neutral members, who are selected via vote when board seats are elected.

---

**TL;DR for Project Management Committees [PMCs]**

These are where various projects either short or long term and can be done with the support of the Foundation, in compliance with bylaws, policies and procedures without direct intervention by the Foundation board unless so required to be in compliance also or in the event of project abandonment by the organizing parties. **Any member can present to the board a PMC proposal for review and vote and have such PMC created upon approval.**

💬 247 Comments     ⊞ Award     ↗ Share     •••

 **u/snickers** · Promoted

Nothing more satisfying than sweet, sweet victory... and SNICKERS.

   Search Reddit    Shop Avatars 

Comment as StochasticLawyer

  **B**  *i*  @  ~~S~~  <c>  A  ...    **Markdown Mode**    Comment

Sort By: Best ▾

---

[deleted] · 8 yr. ago

I'm 100% behind this, btw.

More work, less talk. Let's get shit done.

That's the /u/mohland way (heh, these days) ;)

54    💬 Reply    Share    Report    Save    Follow

 **RedStarDawn** · 8 yr. ago

magic shibe

I don't see an f bomb in this post at all.

14    💬 Reply    Give Award    Share    Report    Save    Follow

[deleted] · 8 yr. ago

I know... It's weird, right?



RedStarDawn · 8 yr. ago

magic shibe

It's okay. I hope you feel better soon.

12        Reply    Give Award    Share    Report    Save    Follow

improbablydrunknlw · 8 yr. ago

digging shibe

Here, just to make me feel better. Take this

8        Reply    Give Award    Share    Report    Save    Follow

Comment deleted by user · 8 yr. ago

yesimathrowaway5 · 8 yr. ago

Great to see you backing this Mohland. So much fuck yes in the air...

5        Reply    Give Award    Share    Report    Save    Follow

voyagerdoge · 8 yr. ago

news doge

I will donate 5000 doge to a charity of your choice for a poem about the /u/mohland way during the period before these days.

3        Reply    Give Award    Share    Report    Save    Follow

MpenziBubu · 8 yr. ago

doge of many hats

Hey man.

It feels like this actually happened here.

http://en.wikipedia.org/wiki/Animal_Farm



1      Reply   Give Award   Share   Report   Save   Follow

**needspantsu** · 8 yr. ago

artsy shibe

Yea, lets start our own foundation, with hookers, and beer!

3      Reply   Give Award   Share   Report   Save   Follow

**MpenziBubu** · 8 yr. ago

doge of many hats

You've got to admit that idea has solid foundations.

2      Reply   Give Award   Share   Report   Save   Follow

**hapsteria** · 8 yr. ago

illuminati shibe

I WILL WOW HARDER

THE FOUNDATION IS ALWAYS RIGHT!

ALL SHIBES ARE WOW, BUT SOME SHIBES ARE MORE WOW THAN OTHERS

3      Reply   Give Award   Share   Report   Save   Follow

**autowikibot** · 8 yr. ago

**Animal Farm**:

> ***Animal Farm*** is an allegorical and dystopian novel by George Orwell, published in England on 17 August 1945. According to Orwell, the book reflects events leading up to the Russian Revolution of 1917 and then on into the Stalin era in the Soviet Union. Orwell, a democratic socialist, was a critic of Joseph Stalin and hostile to Moscow-directed Stalinism, an attitude that was critically shaped by his experiences during the Spanish Civil War. The Soviet Union, he

and in his essay "Why I Write" (1946), he wrote that *Animal Farm* was the first book in which he had tried, with full consciousness of what he was doing, "to fuse political purpose and artistic purpose into one whole".

====

**Image** [i]

Interesting: Animal ^husbandry | Animal Farm (1954 ^film) | Animal Farm (1999 ^film) | ^Livestock

Parent commenter can toggle ^NSFW or ^delete. Will also delete on comment score of -1 or less. | FAQs | ^Mods | Magic ^Words

2     Reply   Give Award   Share   Report   Save   Follow

**RedStarDawn** · 8 yr. ago
magic shibe

Well, I believe Orwell chose the wrong animals to lead the farm, considering he was satiring Soviet politics.

1     Reply   Give Award   Share   Report   Save   Follow

**MpenziBubu** · 8 yr. ago
doge of many hats

Orwell starts a congo of Shibes.

http://www.youtube.com/watch?v=POv-3yIPSWc

2        Reply   Give Award   Share   Report   Save   Follow

**thistime1** · 8 yr. ago · *edited 8 yr. ago*
high anxiety shibe

One issue that bothers me now.

**Who does the media contact if they want to have someone to talk with about dogecoin on TV or article quotes?**

10       Reply   Give Award   Share   Report   Save   Follow

**RedStarDawn** · 8 yr. ago

 

🔍 ⊚ r/dogecoin ✕    Search Reddit                💬 🔔¹ ➕ 📢   Shop Avatars 

**13**        💬 Reply   Give Award   Share   Report   Save   Follow

**thistime1** · 8 yr. ago
high anxiety shibe

After the things which happened today, that public relations contact better be on the Dogecoin.com site.

Jackson and Billy contacts are listed there as creators, but there is nothing about PR contacts on that website.

Can we get that put on their ASAP?

The community runs this show.

**10**        💬 Reply   Give Award   Share   Report   Save   Follow

**RedStarDawn** · 8 yr. ago · *edited 8 yr. ago*
magic shibe

I doubt it since the Foundation hasn't launched yet.

[r/Dogecoin_PR](#) is our best voice for now.

**6**        💬 Reply   Give Award   Share   Report   Save   Follow

**thistime1** · 8 yr. ago
high anxiety shibe

Isn't the Foundation completely separate from the PR Committee at [r/dogecoin_pr](#)?

**5**        💬 Reply   Give Award   Share   Report   Save   Follow

**RedStarDawn** · 8 yr. ago
magic shibe

Yes, but we are a decentralized currency. They are a good PR contact.

**8**        💬 Reply   Give Award   Share   Report   Save   Follow



So the media contacts the PR committee, which exists already, so why isn't that contact on Dogecoin.com?

3    💬 Reply    Give Award    Share    Report    Save    Follow

**RedStarDawn** · 8 yr. ago
magic shibe

The PR committee doesn't exist yet. The Foundation hasn't launched. I'm sure it will exist post-launch.

5    💬 Reply    Give Award    Share    Report    Save    Follow

**thistime1** · 8 yr. ago
high anxiety shibe

AHHHHHH!

I thought the PR committee from r/dogecoin_pr launched already.

my bad!

+/u/dogetipbot 100 doge

4    💬 Reply    Give Award    Share    Report    Save    Follow

**RedStarDawn** · 8 yr. ago · *edited 8 yr. ago*
magic shibe

Naw, the sub serves as a good source for public contact right now. If they have their own committee in the works, I can't comment because I don't know the details.

4    💬 Reply    Give Award    Share    Report    Save    Follow

**RedStarDawn** · 8 yr. ago
magic shibe

FYI, I may have been confused by what you mean. The Foundation is set up to allow for the creation of committees like a PR committee. There isn't one yet, but I can't really speak for whether the r/dogecoin_pr sub has it's own committee or not.



Continue this thread →

cryptosforacause · 8 yr. ago

42 shibe

The PR sub is unrelated to the Foundation. The new PR group in the sub just launched. Any suggestions you have would be appreciated at r/Dogecoin_PR :)

2        💬 Reply    Give Award    Share    Report    Save    Follow

Continue this thread →

cryptosforacause · 8 yr. ago
42 shibe

Yup, the two are separate. The two also work towards the similar ends and there will be sharing of ideas at the very least.

2        💬 Reply    Give Award    Share    Report    Save    Follow

cryptosforacause · 8 yr. ago
42 shibe

Hello, r/Dogecoin_PR member here. We're trying to be a coherent voice for dogecoin, whether or not we are designated 'official.'

Our new teams formed a week back and we're just rolling things out. If you have any suggestions for us, we'd love to hear it :)

3        💬 Reply    Give Award    Share    Report    Save    Follow

RedStarDawn · 8 yr. ago
magic shibe

I'm sure we will work closely with you all in the near future.

2        💬 Reply    Give Award    Share    Report    Save    Follow



3    Reply  Give Award  Share  Report  Save  Follow

**RedStarDawn** · 8 yr. ago

magic shibe

We know what's best for them. Just kidding!

3    Reply  Give Award  Share  Report  Save  Follow

**forlotto** · 8 yr. ago

technician shibe

http://www.youtube.com/watch?v=mYvAYwpUDv8

2    Reply  Give Award  Share  Report  Save  Follow

**stapler117** · 8 yr. ago

watch doge

I saw that as Public Restroom and was confused for a second

4    Reply  Give Award  Share  Report  Save  Follow

**EchelonOverride** · 8 yr. ago

astrodoge

Well, the President of the Board of the Dogecoin Foundation would seem like a decent person to talk to :)

4    Reply  Give Award  Share  Report  Save  Follow

**thistime1** · 8 yr. ago

high anxiety shibe

> this will not be a Foundation that 'speaks for' Dogecoin or the Community

Much confuse.

Obviously I will be the president.



EchelonOverride · 8 yr. ago
astrodoge

Ach. Good point.

2    💬 Reply   Give Award   Share   Report   Save   Follow

TheBus246 · 8 yr. ago
party shibe

Let the foundation sent the media to our subreddit. If they want to talk about something, let them make a post. We our not a conventional community, so the media is going to have to communicate with us in a non conventional way.

3    💬 Reply   Give Award   Share   Report   Save   Follow

coding_is_fun · 8 yr. ago
coder shibe

And when they want to do a live QandA with someone?

A laptop on set would look funny :)

2    💬 Reply   Give Award   Share   Report   Save   Follow

TheBus246 · 8 yr. ago
party shibe

Haha yes a live Q&A would be difficult

2    💬 Reply   Give Award   Share   Report   Save   Follow

TWx5f · 8 yr. ago
have you seen my hat?

Just hold a reverse AMA, what could go wrong

3    💬 Reply   Give Award   Share   Report   Save   Follow

RedStarDawn · 8 yr. ago



2          Reply   Give Award   Share   Report   Save   Follow

**PracticallyRational** · 8 yr. ago

doge of many hats

I look funny. I volunteer to stand in for the laptop. :-D

2          Reply   Give Award   Share   Report   Save   Follow

**2 more replies**

**sklite** · 8 yr. ago

round-shibe

This is brilliant GoodShibe. Something dogecoin needs :)

9          Reply   Give Award   Share   Report   Save   Follow

**stevexii** · 8 yr. ago

steve shibe

some structure...while still staying FUN

5          Reply   Give Award   Share   Report   Save   Follow

**Martholomule** 🔥 +1 · 8 yr. ago

This is well thought out and well received. I echo the question posed in this thread about media contact, but aside from that this looks promising.

I look forward to the publishing of membership fee information for Associate Members. I am absolutely interested in getting involved in any way I can.

edit: I didn't say what I really wanted to which was "You guys deserve a million high fives"

8          Reply   Give Award   Share   Report   Save   Follow

 

r/dogecoin ✕   Search Reddit      Shop Avatars   

magic shibe

Just FYI: https://twitter.com/TheDogecoinFdn

6    💬 Reply   Give Award   Share   Report   Save   Follow

**RedStarDawn** · 8 yr. ago

magic shibe

Glad this is progressing!

7    💬 Reply   Give Award   Share   Report   Save   Follow

**demoncorp** · 8 yr. ago

rainbow shibe

I'm very glad that we're seeing progress towards a more solid community :D

5    💬 Reply   Give Award   Share   Report   Save   Follow

**[deleted]** · 8 yr. ago

Finally, progress has been made to make the Foundation real.

6    💬 Reply   Share   Report   Save   Follow

**TheLobstrosity** · 8 yr. ago

viking shibe

Bravo!

6    💬 Reply   Give Award   Share   Report   Save   Follow

**EchelonOverride** · 8 yr. ago

astrodoge

  

🔍    r/dogecoin ✕    Search Reddit          💬    🔔    ➕    📢    Shop Avatars     

---

**ifyouregaysaywhat** · 8 yr. ago
technician shibe

Thank you all for the work you put into this.

5          💬 Reply    Give Award    Share    Report    Save    Follow

---

Comment deleted by user · 8 yr. ago

**MostlyRegrets** · 8 yr. ago
Photoshopping Shibe

I messed up.
I read the full bylaws and skimmed the tl;dr.
Migraine incoming...

4          💬 Reply    Give Award    Share    Report    Save    Follow

---

**Andymeows** · 8 yr. ago
astrodoge

Puppy Bowl?

+/u/dogetipbot 500 verify

3          💬 Reply    Give Award    Share    Report    Save    Follow

**RedStarDawn** · 8 yr. ago
magic shibe

I'm working on it. :)

3          💬 Reply    Give Award    Share    Report    Save    Follow



Yay! How can I help? +/u/dogetipbot 500 doge verify

3    Reply  Give Award  Share  Report  Save  Follow

dogetipbot · 8 yr. ago
dogepool

[wow so ^verify]: /u/Andymeows → /u/RedStarDawn Ð500 ^Dogecoins __($0.133008)__ [help]

3    Reply  Give Award  Share  Report  Save  Follow

RedStarDawn · 8 yr. ago
magic shibe

Be patient. :)

New info soon!

3    Reply  Give Award  Share  Report  Save  Follow

[deleted] · 8 yr. ago

good read

4    Reply  Share  Report  Save  Follow

Kayshin · 8 yr. ago

If it is a decentralized worldwide organisation, why run under some kind of Colorado rulebook?

3    Reply  Give Award  Share  Report  Save  Follow

RedStarDawn · 8 yr. ago
magic shibe

In order to be an official nonprofit, we have to register it somewhere. Colorado has some of the more relaxed laws regarding nonprofit organizations. At least, this was my understanding.

 

r/dogecoin ✕   Search Reddit

    Shop Avatars

**Kayshin** · 8 yr. ago

Still wondering why you would be based in the U.S. then. There are many better options for having a distributed organisation being based somewhere that is not a country with the stupid legislation the U.S. has. I do get a lot of people are from the U.S. but i think being registered there is not the way to go.

2        Reply   Give Award   Share   Report   Save   Follow

**RedStarDawn** · 8 yr. ago
magic shibe

Your opinion of US legislation may be painted by outside bias. If properly run, nonprofits get a lot of benefits and protection here. In addition, Dogecoin's user base is predominantly in the US, so it makes sense to best serve the majority of users, but that doesn't affect our ability to expand and operate internationally. IANAL, but I believe this was our best option for legal reasons.

/u/GoodShibe might be able to get an official statement from the legal team that assisted with establishing the Foundation.

2        Reply   Give Award   Share   Report   Save   Follow

**Kayshin** · 8 yr. ago

My opinion on us legislation is biased yes. For one because I am biased over a lot of u.s. legislation purely by the way I see things being handled from an outside view. But I would have made the same question if the location would have been somewhere else. In my ideal world there is no need to be based somewhere to be an organisation, as to me it kinda defies the decentralized principle. All this is from an interested perspective btw.

2        Reply   Give Award   Share   Report   Save   Follow

**RedStarDawn** · 8 yr. ago
magic shibe

Having a clear base of operations is fundamental to providing a transparent, legal entity.

3        Reply   Give Award   Share   Report   Save   Follow



Why?

**2**    💬 Reply   Give Award   Share   Report   Save   Follow

**RedStarDawn** · 8 yr. ago
magic shibe

The ability to collect and use funds, to protect members from liability, to have a legitimate presence to companies and other organizations.

**3**    💬 Reply   Give Award   Share   Report   Save   Follow

**4 more replies**

[deleted] · 8 yr. ago

The currency is decentralized but a foundation does need to be located somewhere. It doesn't change Dogecoin itself.

**3**    💬 Reply   Share   Report   Save   Follow

**Kayshin** · 8 yr. ago

I understand it does not change the coin but a thing like this makes me think of the fact that the world is getting smaller and smaller, especially with decentralized high end highly used software and services, should make it possible somehow to be a spread entity.

**2**    💬 Reply   Give Award   Share   Report   Save   Follow

[deleted] · 8 yr. ago

Thats a really good point

**2**    💬 Reply   Share   Report   Save   Follow

**NotHomo** · 8 yr. ago
shibe

  

r/dogecoin ✕  Search Reddit

 Shop Avatars  

**coding_is_fun** · 8 yr. ago
coder shibe

I assume membership fees could be paid in Dogecoins on a yearly/quarterly basis?

I also feel that the lengths of the terms are a bit long at 1 year considering the volatility of Digital Currency. If we are stuck with multiple Foundation leaders that drop the ball 3 months in, we need a simple was to fix it instead of waiting a year.

3    💬 Reply   Give Award   Share   Report   Save   Follow

> **RedStarDawn** · 8 yr. ago
> magic shibe
>
> Read the process on removing officers and directors.
>
> Also, I knew someone would ask about Dogecoins for dues!
>
> 2    💬 Reply   Give Award   Share   Report   Save   Follow

>> **coding_is_fun** · 8 yr. ago
>> coder shibe
>>
>> Seems only fitting that we should be able to use Dogecoins :)
>>
>> 5    💬 Reply   Give Award   Share   Report   Save   Follow

>>> **RedStarDawn** · 8 yr. ago
>>> magic shibe
>>>
>>> Agreed!
>>>
>>> 3    💬 Reply   Give Award   Share   Report   Save   Follow

**pjsnow0** · 8 yr. ago
doge of many hats

   r/dogecoin ✕ Search Reddit    💬 🔔¹ ＋ 📢 ✨ Shop Avatars ✨  ⌄

I would like to see end-of-life things added to the bylaws. It might sound silly and stupid to do so, but from what I read, the foundation will manage (quite) some funds. I think you should state what should happen to those funds. I would suggest to donate it to a cause, decided upon by the members (but that's just me). Even though I believe the Foundation will live for an eternity, adding these things to the bylaws will solve a lot of angry comments and conflicts if it would come to an end. After all, if we're talking about money, we're talking about problems.

I also have the following remarks:

2.3 Emiritus Members are not required to pay a fee?

2.7 - 2.3 If you are involuntarily converted to emeritus, how can you become a full member again? Is it by asking filing an appeal with the board of appeals, or is it by majority of the voters?

2.9 Upon termination, what happens to your membership fee? Can you get it back? partially? This might sound picky, but are members entitled to any funds of the foundation, given that they might have helped to raise those funds. (I would say no, of course, but that's just me)

What about voting by proxy?

5      💬 Reply    Give Award    Share    Report    Save    Follow

[deleted] · 8 yr. ago

The articles of incorporation (not posted) address the "end of life concern." There, there is a dissolution statement, which tracks an IRS safe harbor provision on tax exempt entities (in anticipation of playing the 501(c)(3) game).

3      💬 Reply    Share    Report    Save    Follow

RedStarDawn · 8 yr. ago
magic shibe

Indeed, but it would be nice to include this statement in the Bylaws or provide a ready source for people to access.

We are still determining these things though.

1      💬 Reply    Give Award    Share    Report    Save    Follow

 



Its not required to be in the bylaws - I won't go into all the whys and what have yous here, incredibly boring. The short answers are: 1) if the Board ever decides to pursue 501(c)(3) status, then the statement is required - including it gives the Foundation some options in the future without needing to amend its articles of incorporation; 2) its always best to track the IRS' suggested language; and, 3) articles of incorporation have been filed already. Articles can be obtained here (WARNING: your eyes will glaze over):

http://www.sos.state.co.us/biz/BusinessEntityHistory.do?quitButtonDestination=BusinessEntityDetail&pi1=1&nameTyp=ENT&entityId2=20141382719&srchTyp=ENTITY&masterFileId=20141382719

2     Reply   Share   Report   Save   Follow

**RedStarDawn** · 8 yr. ago

magic shibe

I know it's not required, but it would be nice to have the information readily available.

2     Reply   Give Award   Share   Report   Save   Follow

[deleted] · 8 yr. ago · *edited 8 yr. ago*

Fair. In my world, these things are public already, and I can forget that others don't see that way (I do try and work on that daily, so thank you for the comment). That being said, the link above will get you to the Articles of Incorporation where that language currently lives.

EDIT: To clarify - my long winded answer above was addressing the "still determining" part of your comment more than anything. The Articles of Incorp are set up to pass the assets of the Foundation, at dissolution, to a 501(c)(3) - either a charity, foundation, or successor org with 501(c)(3) status. This provides a means to ensure funds/assets don't go to an individual, a for profit entity, etc. As said before, its pretty much the standard language required by the IRS.

4     Reply   Share   Report   Save   Follow

**RedStarDawn** · 8 yr. ago

magic shibe

The still determining part would be how to present the information readily to people.

  r/dogecoin ✕ Search Reddit

💬 🔔 + 📢 ✦ Shop Avatars ✦  ⌄

**RedStarDawn** · 8 yr. ago

magic shibe

The Foundation actually will be taking over funds from the previous Foundation. I believe they were held in 'escrow' (unofficial, perhaps?) until v2 was established. I'm assuming that these funds will go to a charity or fundraiser du jour if the Foundation dies.

2    💬 Reply    Give Award    Share    Report    Save    Follow

**GoodShibe** 🦊 +1 · 8 yr. ago

One Good Shibe

Hey PJ, these are great questions!

End of life is a great point.

2.3 - re: Emeritus members - The Foundation will set fees once it's up and running, I suspect there will still be some sort of fee.

2.7 -2.3 - If you're involuntarily converted to an emeritus member, I believe your option is only to go to a Board of Appeals -- but that definitely seems like it should receive some more discussion for clarification.

2.9 - pretty sure membership fees are going to be non-refundable

Voting by proxy is interesting... not sure how that might work.

I'm definitely going to bring all your points up for discussion! Thanks so much for putting these out there :D)

I'll try and have some answers for you soon.

2    💬 Reply    Give Award    Share    Report    Save    Follow

**RedStarDawn** · 8 yr. ago · *edited 8 yr. ago*

magic shibe

To follow up, I don't think Emeritus would have to pay any sort of fees, but that would be up to the voting body.

EDIT: Read my new response to this post.



pjsnow0 · 8 yr. ago

doge of many hats

It doesn't say that Emiriti will still have fees.

In section 2.3, it says the following: (somehow can't copy-paste...):

```
Members may involuntarily  be converted to Members Emiriti upon an affirmative vote of two-thirds maj
```

Then in 2.7, it says:

```
In cases where [...] a Member is involuntairly converted to Member emeritus, the person may appeal t
```

My remarks were more of things that i think need fixing, not really questions of mine except for the vote-by-proxy.

2        Reply  Give Award  Share  Report  Save  Follow

GoodShibe 🐕 +1 · 8 yr. ago

One Good Shibe

Ahh okay, gotcha! Thanks :D)

I literally copy-pasted your whole post into the discussion - which it looks like it's actually started a good one!

3        Reply  Give Award  Share  Report  Save  Follow

mumzie 🐕 · 8 yr. ago

love shibe

we can add this to the list for clarification:)

2        Reply  Give Award  Share  Report  Save  Follow

RedStarDawn · 8 yr. ago

magic shibe

  r/dogecoin ⊗ Search Reddit 

2    💬 Reply  Give Award  Share  Report  Save  Follow

**RedStarDawn** · 8 yr. ago
magic shibe

Actually, after some discussion, we may add a new category of membership based on some of the questions you have raised. Thank you for your contributions!

2    💬 Reply  Give Award  Share  Report  Save  Follow

**mcin5174** · 8 yr. ago
middle-class shi...

Some Body needs to be the leadership. That leadership will make mistakes. However, those mistakes need to be made in order to grow. I am confident that the correct choices will outweight the poor ones. The hardest thing about leadership is you absolutely have to make choices and sometimes they are a mixed bag of bad and worse. So, from me and probably a few more out there, lets gets this thing rollin'.

4    💬 Reply  Give Award  Share  Report  Save  Follow

**RedStarDawn** · 8 yr. ago
magic shibe

This is still a work in progress. Comments and suggestions from the community are being reviewed and evaluated and changes may be made to the Bylaws as a result. We already have a new section we are going to add because of all of your discussions!

3    💬 Reply  Give Award  Share  Report  Save  Follow

**Tanuki_Fu** · 8 yr. ago
shibe

Hrmmm, overall seems pretty standard.

It would be nice to see something that describes what information will or will not be made public. Something like -> the foundation will maintain a website and make XXXXX information available to the public and YYYYY information available




Search Reddit



Shop Avatars

In particular it would be nice to see at least meeting dates/times, number of total members, number of attending members, and financial summaries disclosed.

It would also be nice to have transcripts of meetings or at least official summaries so it's clear what the foundation is accomplishing.

4        Reply    Give Award    Share    Report    Save    Follow

mumzie 🏔️ · 8 yr. ago
love shibe

Agreed:) and this is on our list of things to address. The ins and outs of that will most likely be something that is addressed in the policies and procedures portion of the foundation though and I would like to see these policies and procedures be made public. Still have stuff to do with this:) Transparency is very important with all of this and we are really focused on that being so.

2        Reply    Give Award    Share    Report    Save    Follow

Tanuki_Fu · 8 yr. ago
shibe

If it's transparent that's great -> if there is ambiguity or uncertainty then people (internal or external) with an ulterior motive can easily exploit it against the foundation to further their personal goals.

3        Reply    Give Award    Share    Report    Save    Follow

RedStarDawn · 8 yr. ago
magic shibe

The whole reason for posting the non-finalized bylaws is to get community input and demonstrate our transparency from the ground up. I only recently came on board, but [/u/GoodShibe](/u/GoodShibe) and [/u/mumzie](/u/mumzie) have spent months researching and talking to lawyers to make sure this is 100% above the board. The same attention to detail will go into keeping the community informed of our activities. We won't govern you, we will serve you, the users of Dogecoin.

2        Reply    Give Award    Share    Report    Save    Follow

Tanuki_Fu · 8 yr. ago
shibe




r/dogecoin ✕   Search Reddit   Shop Avatars

I've just seen how other foundations (and similar organizations) change over time and it almost always starts when the transparency disappears and justifications about why that's ok become commonplace.

I was just trying to point out a way to stop that from happening by making it clear in the bylaws what information the people that hold positions must make available and what information they don't.

Lawyers can be great for making sure you follow laws -> building trust with a diverse community is a different thing completely.

Saying you want to be transparent is great, but that isn't the same as allocating responsibility for it in the bylaws.

2        💬 Reply    Give Award    Share    Report    Save    Follow

**RedStarDawn** · 8 yr. ago
magic shibe

I understand your concerns about transparency. However, such information does not need to be declared within the bylaws. I've had the privilege of helping run several organizations. Some of these organizations maintained strict transparency, with one having to report monthly to several other organizations. None of them had such declarations and procedures within their bylaws.

I honestly do not feel it is wise to place restrictions on ourselves by being too explicit in the bylaws, since we are still determining the actual information we will handling. We will have procedures regarding transparency and they will be made public, but that will come later.

2        💬 Reply    Give Award    Share    Report    Save    Follow

**Tanuki_Fu** · 8 yr. ago
shibe

Ah, I understand now...

Sorry for causing any confusion, I just wanted to try to help.

2        💬 Reply    Give Award    Share    Report    Save    Follow

**RedStarDawn** · 8 yr. ago
magic shibe



2    Reply  Give Award  Share  Report  Save  Follow

**RecStaDawn** · 8 yr. ago
magic shibe

As /u/mumzie said, this has to do more with procedures and polices. As far as disclosures, that won't come for quite some time as the Foundation isn't technically 'open' yet.

2    Reply  Give Award  Share  Report  Save  Follow

**livefromheaven** · 8 yr. ago
rocking shibe

You guys have done an excellent job with this, and if I had any doge left I would tip. Thanks for your work!

3    Reply  Give Award  Share  Report  Save  Follow

**dogememe** · 8 yr. ago
sombrero shibe

+/u/dogetipbot 1000 doge verify

1    Reply  Give Award  Share  Report  Save  Follow

**dogetipbot** · 8 yr. ago
dogepool

[wow so ^verify]: /u/dogememe -> /u/livefromheaven Ð1000 ^Dogecoins _($0.27882)_ [help]

1    Reply  Give Award  Share  Report  Save  Follow

**keywordtipbot** · 8 yr. ago
magic glasses shibe

Congratulations **dogememe**! You got a word of the hour!
+/u/dogetipbot 27 doge verify.
This is your first time getting a word of the hour!





The word was dogetipbot '1000 doge

1 · Reply · Give Award · Share · Report · Save · Follow

**dogetipbot** · 8 yr. ago
dogepool

[wow so ^verify]: [/u/keywordtipbot](#) -> [/u/dogememe](#) Đ27 ^**Dogecoins** __($0.00752813)__ [help]

1 · Reply · Give Award · Share · Report · Save · Follow

**munister** · 8 yr. ago
Ministrius LiteShibe!

Geez. You guys put a lot of thought and work behind this. Bravo!

3 · Reply · Give Award · Share · Report · Save · Follow

**RedStarDawn** · 8 yr. ago
magic shibe

That's why it was so frustrating for them when people kept trying to rush it! lol

It's far from perfect, but I believe they have a great base, a *foundation* for the Foundation.

6 · Reply · Give Award · Share · Report · Save · Follow

**munister** · 8 yr. ago
Ministrius LiteShibe!

> That's why it was so frustrating for them when people kept trying to rush it! lol

If that's true, then I wish they wouldn't be frustrated when shibes try to rush them. I wish they'd think "Oh. There's a huge and growing demand for a Dogecoin Foundation. Let's get it set up properly, and right!" And it looks like they did.

> It's far from perfect, but I believe they have a great base, a foundation for the Foundation.

    

Shop Avatars 

🔍 r/dogecoin ✕  Search Reddit

6          💬 Reply   Give Award   Share   Report   Save   Follow

**RedStarDawn** · 8 yr. ago
magic shibe

Frustrated only because people don't like waiting. They want things done properly, but they want them immediately...most of the time you get to choose one of the two.

5          💬 Reply   Give Award   Share   Report   Save   Follow

**munister** · 8 yr. ago
Munistrius LiteShibe!

When dealing with large amounts of posters, I've learned that you can't respond to every single post. You have to answer them in aggregate. And how they deal with the response will be on them.

I guarantee you the ones who are the angriest bark the loudest and the ones who don't make a lot of noise silently appreciates what the team is doing.

3          💬 Reply   Give Award   Share   Report   Save   Follow

**RedStarDawn** · 8 yr. ago
magic shibe

:)

3          💬 Reply   Give Award   Share   Report   Save   Follow

**AmmyOkami** · 8 yr. ago
flower shibe

Looks fantastic, great work.

3          💬 Reply   Give Award   Share   Report   Save   Follow

**resonant1** · 8 yr. ago

r/dogecoin ✕    Search Reddit

Shop Avatars

3    💬 Reply    Give Award    Share    Report    Save    Follow

**totes_meta_bot** · 8 yr. ago

This thread has been linked to from elsewhere on reddit.

- [r/DogeNews] Framework For New Dogecoin Foundation Presented

*If you follow any of the above links, respect the rules of reddit and don't vote or comment. Questions? Abuse? Message me ^here.*

3    💬 Reply    Give Award    Share    Report    Save    Follow

**[deleted]** · 8 yr. ago

Thank You for the hard work. Much appreciated.

3    💬 Reply    Share    Report    Save    Follow

**-_-NomenUsoris-_-** · 8 yr. ago

avian shibe

I always seem to come late to the party. That said, it looks great so far. I look forward to applying for membership

3    💬 Reply    Give Award    Share    Report    Save    Follow

**vonnola** · 8 yr. ago

investor shibe

I want to apply for my full membership now and start working on projects.

3    💬 Reply    Give Award    Share    Report    Save    Follow

**stapler117** · 8 yr. ago

r/dogecoin ✕    Search Reddit    Shop Avatars

3    💬 Reply    Give Award    Share    Report    Save    Follow

[deleted] · 8 yr. ago

I like this. Especially being able to become a part of the foundation. Nice work on this, GoodShibe.

3    💬 Reply    Share    Report    Save    Follow

SGBE · 8 yr. ago

Excellent work. You have a PM at this address.

3    💬 Reply    Give Award    Share    Report    Save    Follow

DogeBean · 8 yr. ago

shibing shibe

When does the application for membership process begin?

3    💬 Reply    Give Award    Share    Report    Save    Follow

RedStarDawn · 8 yr. ago

magic shibe

Not for a little while. We are still sorting out the bylaws based on all of the feedback we've received. After that, we will be working on operating policies and procedures, during which we will determine the format of the applications.

6    💬 Reply    Give Award    Share    Report    Save    Follow

Section9ed · 8 yr. ago

You're someone who can get things done, I like that.

Thanks so very much for all the hardwork you Shibes are putting into this.

3    💬 Reply    Give Award    Share    Report    Save    Follow

   r/dogecoin ✕  Search Reddit   💬  🔔¹  +  📢  ✦ Shop Avatars ✦   ˅

This sounds good to me, excellent work GoodShibe and everyone else involved with the new foundation.

Best of luck to the foundation, I support this 100% and would be interested in helping with the foundation in the future.

Our foundation is coming back, let do this shibes!

3     💬 Reply    Give Award    Share    Report    Save    Follow

**MiniPapaTank** · 8 yr. ago
pineapple shibe

Sounds awesome! Can't wait to apply for the board!

3     💬 Reply    Give Award    Share    Report    Save    Follow

**couchdive** 🦞 · 8 yr. ago
No Durr Shibe

[/u/goodshibe](/u/goodshibe) /[/u/foundationelection](/u/foundationelection)

I would like to seriously be able to assist you all. If you ever need help, let me know.

3     💬 Reply    Give Award    Share    Report    Save    Follow

**lizardpoops** · 8 yr. ago
voting shibe

I can dig it.

I've got the warm and fuzzies again!

3     💬 Reply    Give Award    Share    Report    Save    Follow

**Q80** · 8 yr. ago · *edited 8 yr. ago*
OVER 9000!

  r/dogecoin Search Reddit  Shop Avatars 

I'm wondering about the requirement for full members to verify their identity, who will oversee this verification process? and will their identity be available publicly? (Because they're in seated position)

Also do associate members have to disclose personal information?

I think you should add another class in memberships something like "Ambassadors" members who help close the gap and give debriefs about their part of the world. Not to mention, help with language barriers whenever needed, start support/feedback groups and educational marketing campaigns in their respective countries.

3    Reply  Give Award  Share  Report  Save  Follow

**RedStarDawn** · 8 yr. ago
magic shibe

We are still working on the required information and what will be disclosed publicly. It's in the idea stage right now.

As far as Ambassadors, this could be an officer position rather than a new member class. This is something I will discuss with the others.

2    Reply  Give Award  Share  Report  Save  Follow

**Q80** · 8 yr. ago
OVER 9000!

Sounds good and it makes more sense to include such responsibilities under an officer position. Thanks for all the hard work you guys have put in. Looking forward for further updates in the future.

3    Reply  Give Award  Share  Report  Save  Follow

**fiddy_doge** · 8 yr. ago · *edited 8 yr. ago*
get doge 4 karma at /r/fiddydoge

Don't have anything in particular to say other than that I believe this "Should be willing to publicly declare Conflicts Of Interest" is essential, and also THANK YOU to you all for putting all this together.

I'm going to play seer and say that you'll find that many people will try and drag this initiative down - random trolls, vested interests and not-so-vested interests. Please respond and listen when appropriate, but don't take it personally.

  r/dogecoin ⊗  Search Reddit    💬  🔔¹  ＋  📢  Shop Avatars  ⌄

Please don't give up when that happens, even if it *seems* that a lot of people are against you. Emphasis on the seems - you will always enjoy the support of a quiet but overwhelming majority, even you end up with a minority of very loud detractors.

3    💬 Reply    Give Award    Share    Report    Save    Follow

**RedStarDawn** · 8 yr. ago

magic shibe

Declaring possible conflicts of interest is something I believe we will require as part of the application process.

5    💬 Reply    Give Award    Share    Report    Save    Follow

**[deleted]** · 8 yr. ago

- publicly declare Conflicts Of Interest

I have far too many interesting conflicts to declare them all. :]

Rather interested in how all this plays out. This addresses many of the concerns I have had when it comes to accountability in charitable DOGE giving.

It's oh so very officially official.

3    💬 Reply    Share    Report    Save    Follow

**wttal** · 8 yr. ago

Thanks, GoodShibe. Please keep up the good work.

5    💬 Reply    Give Award    Share    Report    Save    Follow

**Bioman312** · 8 yr. ago

smarty shibe

   r/dogecoin ✕  Search Reddit    💬  🔔 1  ＋  📢  ✦ Shop Avatars ✦   ⌄

Now before I get crucified here, think about the Dogecoin community: For the most part, we're fickle and unstable. Just look at how quickly the community's opinion on Ultra Pro changed. Just a few days we were parading against them as literally Hitler, but now we're talking about how great they are and how horrible Jackson is by going against our lord and savior Moolah, who was the subject of all the hate a while back when they were under attack from the original foundation.

Yes, I know that this effect gets dispelled a bit when there's an actual price put upon full membership, and that's a good thing, but there's still an issue when a large portion of the member body is going to be made of this easily-swayed, uninformed group of community members. I think there needs to be some re-evaluation of how exactly we can make it harder for an impulse decision to be made by the full member body that we could potentially regret.

3    💬 Reply  Give Award  Share  Report  Save  Follow

**RedStarDawn** · 8 yr. ago
magic shibe

Procedures take time and that limits impulse actions.

These bylaws are based on several sets of existing bylaws for successful organizations. They work.

9    💬 Reply  Give Award  Share  Report  Save  Follow

**EchelonOverride** · 8 yr. ago
astrodoge

While I can definitely see where you're coming from with your concern, I think in the big picture it will be alright. I don't have anything substantial to add as evidence, but I agree with [/u/RedStarDawn](/u/RedStarDawn) that the time it takes for actions to occur will do a lot to help even things out.

4    💬 Reply  Give Award  Share  Report  Save  Follow

**PracticallyRational** · 8 yr. ago
doge of many hats

I think that having a more organized front for information to be processed and vetted will allow us all to address situations as the emerge with a more level headed approach. I'm not going to say I didn't re-tweet a few things regarding




r/dogecoin

Search Reddit

Shop Avatars



Our opinions have to be able to change with new information. :-D I'm glad to see a community whose ideology is "be excellent to each other" being able to stick to premise even through rough patches. Being excellent to each other doesn't mean not defending ourselves, but it does mean being quick to forgive perceived trespasses and deal with them rationally. We need the barking shibes, working shibes, the legal minded shibes, and every shibe in between all working together to guarantee our shared success.

So, I view this as a measure to ensure that we can not only go along with the sway, ebb, and flow of the tasks ahead, but maintain our heading to the moon.

Sometimes we need others to help guide us as to which direction we should be facing before howling.

1          Reply    Give Award    Share    Report    Save    Follow

---

**yesimathrowaway5** · 8 yr. ago

So much fuck yes to you and Mumzie!! Looking good!

4          Reply    Give Award    Share    Report    Save    Follow

---

**MpenziBubu** · 8 yr. ago

doge of many hats

http://en.wikipedia.org/wiki/Magna_Carta

2          Reply    Give Award    Share    Report    Save    Follow

---

**mcsen2163** · 8 yr. ago

rocket shibe

hurray!

2          Reply    Give Award    Share    Report    Save    Follow

---

**slowpokex2** · 8 yr. ago

 

Search Reddit

 r/dogecoin ✕

💬  🔔¹  +  📢   ✦ Shop Avatars ✦    ⌄

- •

**Dream Big!**

**To The Moon!**

**Much Shibe Pride.**

+/u/dogetipbot 25 doge verify

2        💬 Reply   Give Award   Share   Report   Save   Follow

dogetipbot · 8 yr. ago
dogepool

[wow so ^verify]: /u/slowpokex2 -> /u/foundationelection Ð25 ^**Dogecoins** _($0.00662007)_ [help]

2        💬 Reply   Give Award   Share   Report   Save   Follow

voyagerdoge · 8 yr. ago
news doge

I would **suggest** for Art. I:

"The purpose of the Foundation is to facilitate the use of Dogecoin through goodwill, **promotion** and charitable endeavors. It works to ensure the continued prospering of **Dogecoin and** the worldwide Dogecoin Community and to empower people around the globe by spreading a spirit of camaraderie and playful discovery."

2        💬 Reply   Give Award   Share   Report   Save   Follow

RedStarDawn · 8 yr. ago
magic shibe

Goodwill, promotional, and charitable are meant to describe the types of endeavors.

I'd replace 'prospering' with 'prosperity', though. Just noticed that wrong word tense.

 

r/dogecoin ✕    Search Reddit    💬    🔔¹    +    📢    ✦ Shop Avatars ✦    

voyagerdoge · 8 yr. ago · edited 8 yr. ago
news doge

[/u/mumzie](/u/mumzie) and [/u/jwiechers](/u/jwiechers) may want to take note of this as well (no immediate response needed):

Ok, perhaps I am confused because I read "goodwill" as a noun and not as an adjective to endeavors, so the text comes across as weird, since "promotional" then hangs in the air grammatically as it is placed right after the comma, trying to be a noun itself. The Merriam-Webster dictionary mentions "goodwill" only as a noun. Can you confirm that "goodwill endeavors" is understandable English? I don't really see a difference between "promotion" and "promotional endeavors", nor between "goodwill" and "goodwill endeavors", and if there is no difference, I would prefer the option with less words.

Edit1: Btw, my most important suggestion was adding "Dogecoin and".

Edit2: the option with less words might perhaps also be: "goodwill, promotion and charity"

2    💬 Reply  Give Award  Share  Report  Save  Follow

RedStarDawn · 8 yr. ago · edited 8 yr. ago
magic shibe

You don't have to tag them. We are all working on documenting suggestions (and they constantly hunt through the thread).

Yes, "goodwill endeavors" is proper English. No, you are not incorrect that it is awkward phrasing. I don't feel that promotion is the right word, but I've been working on writing different versions to figure out what may sound best.

Your other suggestion was noted, but I didn't feel the need to comment on it. :)

2    💬 Reply  Give Award  Share  Report  Save  Follow

voyagerdoge · 8 yr. ago
news doge

Thank you. Allow me to interpret your last sentence as full and heart felt support for my suggestion to add "Dogecoin and"! :)

3    💬 Reply  Give Award  Share  Report  Save  Follow



Indeed, or something along that same line (depending on what the others want).

2    💬 Reply   Give Award   Share   Report   Save   Follow

**JD_and_ChocolateBear** · 8 yr. ago

ball shibe

When do you think we will see the next big charity drive?

2    💬 Reply   Give Award   Share   Report   Save   Follow

**RedStarDawn** · 8 yr. ago · *edited 8 yr. ago*

magic shibe

It depends. I'm personally talking to Animal Planet about Puppy Bowl sponsorship.

I believe there are a few charity drives currently ongoing. /u/moolah had something for homeless people, I believe. I'm not sure, but I don't think /u/mohland's Reading RainDoge is complete yet.

3    💬 Reply   Give Award   Share   Report   Save   Follow

**[deleted]** · 8 yr. ago

It isn't, and I'm posting an update tomorrow.

7    💬 Reply   Share   Report   Save   Follow

**JD_and_ChocolateBear** · 8 yr. ago

ball shibe

I think the Puppy Bowl should be our next fundraising effort, fun and good.

3    💬 Reply   Give Award   Share   Report   Save   Follow

**RedStarDawn** · 8 yr. ago

magic shibe

 

🔍  r/dogecoin ✕  Search Reddit          💬  🔔¹  ➕  📢  ✦ Shop Avatars ✦  

2        💬 Reply    Give Award    Share    Report    Save    Follow

**Andymeows** · 8 yr. ago
astrodoge

\o/ Puppy Bowl! ... Puppy Bowl! \o/

2        💬 Reply    Give Award    Share    Report    Save    Follow

**[deleted]** · 8 yr. ago

and also on the legal status and ability of the new foundation to meet the FinCEN money transmission regulations et al. Dogecoin is money first and foremost as far as the rest of the world sees it (rightly so). Shibes can't expect the same somewhat loose interpretation of regulation that has happened previously...

so welcome to the world of the Peloton - that's why we made the accord months back, and that has worked out well so far. I'm sure the Peloton will be happy to oblige the new Foundation with shared resources and services as and when the community has finally decided on what it is that the Foundation will be charged with doing, and what the Foundation decides it feels obliged to do, and how it goes about delivering those choices.

to be clear, the Peloton will 100% welcome the new DF with open arms, because as a decentralised group of like minded legal entities, we can share burdens, deliver specific skills/qualifications and thereby meet the needs of the regulators across the globe as well as enhancing the potential offerings of each member organisation. I don't speak for the Peloton entirely but I do know that what the foundation plans to be, having been part of the process of getting this far.

tl;dr - it takes two to tango, but three makes for a formation dance team

2        💬 Reply    Share    Report    Save    Follow

**23 more replies**

**1xhopeless** · 8 yr. ago
confused shibe

/u/mohland had something for homeless people,



2          Reply   Give Award   Share   Report   Save   Follow

**RedStarDawn** · 8 yr. ago

magic shibe

No, you are right. I was confusing it with another. His is Reading RainDoge of course.

1          Reply   Give Award   Share   Report   Save   Follow

**[deleted]** · 8 yr. ago

The homeless thing is moolah.

2          Reply   Share   Report   Save   Follow

**RedStarDawn** · 8 yr. ago

magic shibe

Yeah, I'll edit my post. lol, first time I actually confused you two!

1          Reply   Give Award   Share   Report   Save   Follow

**cbinrva** · 8 yr. ago

technician shibe

This! So wow. I hope that I (and a possible Doge coin business I am working on) can work together wth the Foundation very soon! I'm open to accepting any seat on the board or any other function, with the understanding that I am attempting to be a Dogentrprenuer (If it gets off the ground I will be happy to disclose anything necessary, but the business is built off of betterment and PR or the currency as a whole first and secondarily turning 1 DOGE into > 1 DOGE

2          Reply   Give Award   Share   Report   Save   Follow

**JayeK** · 8 yr. ago

I'd love to be a member, yet what can a Photographer really contribute.

  r/dogecoin ✕  Search Reddit

💬  🔔¹  ＋  📢   ✦ Shop Avatars ✦   ∨

**mcsen2163** · 8 yr. ago

rocket shibe

To the moon baby!

2          💬 Reply   Give Award   Share   Report   Save   Follow

**frontpagedoge** · 8 yr. ago

robo shibe

Congrats on making the frontpage of [r/dogecoin](r/dogecoin)! Have some doge! +[/u/dogetipbot](/u/dogetipbot) 100 doge.

current balance: Ð204,235. tips left for 38.25 days. [want to ^help?](want to ^help?)

2          💬 Reply   Give Award   Share   Report   Save   Follow

**socks-the-fox** · 8 yr. ago

soldier shibe

Unrelated to the actual bylaws, I think the Foundation should also take Moolah's stance of opposing any and all trademarks of both 'doge' and 'dogecoin.' A second set of eyes should definitely help, and the more opposition the stronger the case.

They should also reach out to the companies trying to file such trademarks to explain exactly why the opposition is being filed (i.e. by keeping the term in the public domain, all can use it without worry).

2          💬 Reply   Give Award   Share   Report   Save   Follow

**RedStarDawn** · 8 yr. ago

magic shibe

As far as trademarks, we could support opposition and reach out to those trying to obtain said trademarks, but for the moment companies like Moolah are better equipped to readily take action in such instances.

Eventually, I'd like the Foundation to take a more active stance, but until then, we are lucky to have corporate entities that feel as we do and will support our desires.

 

r/dogecoin ✕   Search Reddit

Shop Avatars 

**socks-the-fox** · 8 yr. ago
soldier shibe

Yeah, maybe at first they work with Moolah for opposition filings, and to reach out to the companies. Then as they gain funding and support they can start being more independent on these things.

4   💬 Reply   Give Award   Share   Report   Save   Follow

**RedStarDawn** · 8 yr. ago
magic shibe

That would be the goal!

2   💬 Reply   Give Award   Share   Report   Save   Follow

**artfully_doges** · 8 yr. ago
farmer shibe

I believe that one of the things the court will be looking for in the opposition is the ability to demonstrate that the trademark would cause financial harm. Moolah will be able to do this, the foundation won't. It really is a job for a business and not a non-profit.

2   💬 Reply   Give Award   Share   Report   Save   Follow

**XeroxSinner** · 8 yr. ago
incognidoge

I'm trying to dig a bit deeper since current dogecoin situations have got me just giggling at the drama. I think it's quite interesting but sorting through shit on reddit is a nightmare.

Where can I find more serious conversation and information? I'm at a bit of a loss.

1   💬 Reply   Give Award   Share   Report   Save   Follow

**gaman88** · 8 yr. ago

Great work!



1    Reply  Give Award  Share  Report  Save  Follow

dogetipbot · 8 yr. ago
dogepool

[wow so ^verify]: /u/gaman88 -> /u/foundationelection Ð1000 ^Dogecoins _($0.29274)_ [help]

1        Reply  Give Award  Share  Report  Save  Follow

taboret · 8 yr. ago
giving shibe

+/u/dogetipbot 4.20 doge

gj

1        Reply  Give Award  Share  Report  Save  Follow

livefromheaven · 8 yr. ago
rocking shibe

+/u/dogetipbot 5000 doge verify

1        Reply  Give Award  Share  Report  Save  Follow

papersheepdog · 8 yr. ago · edited 8 yr. ago
wise shibe

**May we be among your first projects?**

## Help Doge Thrive - A plea for support of the CryptoTown On The Ground project - message from CGB Core Team

I am ecstatic to see this level of organization! It's almost impossible to get discussion going through standard posts (are never noticed). CGB Backs CryptoTown, but CryptoTown needs an ecosystem of support!





r/dogecoin    Search Reddit


Shop Avatars


push forward to **actual adoption of cryptocurrencies!**

**What problem does it solve?**

That businesses have no local support to turn to if they want to accept crypto. They have to go online and talk to "internet people." Your local CryptoMall will have resources and consultants on board to tailor your adoption of crypto to your needs. This is in the spirit of self sufficiency and decentralization. Relying on local support networks.

Check this infographic! CryptoTown On The Ground open community project - The cryptosphere is losing cohesion. We need your support!

1    💬 Reply    Give Award    Share    Report    Save    Follow

**papersheepdog** · 8 yr. ago
wise shibe

Question: would this be a general crypto support or would is there specific stuff for say just the dogecoin community?

It's 100% community driven. It's based off of what your community brings to the project. All official material is completely coin neutral.

It's an interesting question and may be better answered by considering this:

- **Businesses** cant be forced to accept one crypto or the other, they will chose what they like.
- **CryptoMall**'s will support and recommend which ever cryptocurrency they feel is the best to their clients - and the clients have the last say anyhow!
- Anyone can make a CryptoMall, and they will even compete with each other in some cases for highest quality directory and services.

By participating, a cryptocurrency community will get direct, real world, experience with how their coin is being used by business and enthusiasts. This is the opportunity for a direct feedback loop to better develop Dogecoin to work in such environments.

Thanks for the question!

1    💬 Reply    Give Award    Share    Report    Save    Follow

  

Search Reddit

 Shop Avatars 

I would like to be KING DOGE, no laws, no rules, OFF with their head !

Just kidding ! Don't have a clue what your talking about, BUT it sure looks GOOD and you may keep your head.

Have a nice day :)

1       Reply   Give Award   Share   Report   Save   Follow

Comment deleted by user · 8 yr. ago

[deleted] · 8 yr. ago

(Please don't take this as retaliation. I'm not angry about this, but I have firm convictions on the matter that I want to make sure are addressed.)

First, **let's get this done today. Now. No more delay. This needs to be in place last week.** Let's not wait for other entities to respond. Throw together a temporary structure and we can work it out later.

Next, I have two questions:

1. **What is the Foundation going to do about the trademark issue?** 'Let __ handle it' is an invalid answer. Any legal Foundation *must* take responsibility for this from start to finish until this has been resolved. It is *not* acceptable for us to defeat this trademark issue and then leave things wide open for another company to do the exact same thing next week, which is what it feels like we are doing. As much as I dislike Moolah for other reasons, I respect them for standing up and actually *doing* something about this. But we need community-elected leaders who are going to take charge of this and make sure it happens, and we need this **today**.

2. **Who is temporary PR rep?** 'We are working on it' is unacceptable. We need names and faces and we need them now.

1       Reply   Share   Report   Save   Follow

mumzie 🐕 · 8 yr. ago

love shibe

 

lot that goes into this and it is not something that can be rushed.

To answer your questions, the legalities of the trademark issue is something that will have to be addressed. This is something that is a hot topic, has a great deal of controversy and many, many various opinions on what should happen. This is where those that are familiar with legalities will come in. As this is just a discussion post, and the doors are not officially open yet for memberships it is hard at this point to give any kind of answer without overstepping the bounds of what we were asked to do.

With regards to who is temp PR rep, for what specifically? We try to make ourselves available for anyone who may have questions, and we can speak to the development and what we have been doing, but until the actual launch, I don't know who will be in this role.

I am sorry if this answer just frustrates you or anyone else, we are busting our butts trying to do this right, get it done and are really close to having it done. Please understand, we do recognize the need to get this done ASAP, but have to do it as best as we can and not rush through things. It is too important.

5    💬 Reply   Give Award   Share   Report   Save   Follow

**DogeBean** · 8 yr. ago
shibing shibe

Nice work on the bylaws, BTW.

3    💬 Reply   Give Award   Share   Report   Save   Follow

**DogeBean** · 8 yr. ago
shibing shibe

> . This is where those that are familiar with legalities will come in.

[followup questions from 2nihon's post]

Who and When? Are there specific lawyers ready to go to work, or is this a suggestion that you anticipate non-professionals to offer their thoughts? When will this happen?

There appears to be an application process in the bylaws but I can't see any link to an application form. Are applications being accepted at this time?

2    💬 Reply   Give Award   Share   Report   Save   Follow

To answer your questions, there are already lawyers assisting.

No, applications are not available yet. We aren't open for business quite yet. This thread is a chance for you to examine and provide input on our bylaws, the backbone of the organization. Applications come at a later date once we determine what information we desire and proper procedures for handling such sensitive information.

3          💬 Reply    Give Award    Share    Report    Save    Follow

[deleted] · 8 yr. ago

OK. Thanks.

3          💬 Reply    Share    Report    Save    Follow

mumzie 🐕 · 8 yr. ago

love shibe

Anytime my fellow shibe:)

4          💬 Reply    Give Award    Share    Report    Save    Follow

RedStarDawn · 8 yr. ago · edited 8 yr. ago

magic shibe

You will receive information when we are ready to launch the Foundation. Rushing into this hastily will cause issues and serves no one. It could even damage the Dogecoin community if we do not handle this properly.

Moolah's opposition to the trademark will help prevent future companies from doing it, so we will let that run it's course.

As far as the PR individual, several of us are visible and any member can be contacted if need be.

2          💬 Reply    Give Award    Share    Report    Save    Follow

[deleted] · 8 yr. ago

OK. Thanks.

2          💬 Reply    Share    Report    Save    Follow



In regards to point 1, we (moolah.io) are in a far better position to oppose the trademark; by a considerable margin.

2    💬 Reply    Give Award    Share    Report    Save    Follow

**2 more replies**

**14 more replies**