r/dogecoin

Posted by u/kindoge Founder at SoChain.com 8 years ago

92

# Dogecoin Dev Fund Short URL + Giveaway 50K DOGE

**Dogecoin Dev Fund URL: doge.am/devfund**

As suggested by /u/GoodShibe, it would be in the community's best interests to support the shibes in the trenches, making the Dogecoin blockchain happen.

Up top is an easy to remember URL for the fund, share it+**donate to it**.

Giveaway funds leftover after this giveaway will go to the devfund. It's good to be a shibe!

P.S. The wallet is managed by /u/moolah .

Edit: Closing giveaway at 5pm Pacific :)
Edit: Sike! Keeping it going till 7pm Pacific

You can tip directly, too: "+/u/dogetipbot DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 50 doge"

Edit: Over 87K raised so far! Choo-choo!

Edit: 15K leftover donated. Over 103K raised! (link). **Good job, everyone! To the moon!**

249 Comments Award Share Save ...

u/peacocktv · Promoted
Hot new thrillers from theaters are streaming now on Peacock.
peacocktv.com Sign Up

Comment as StochasticLawyer

What are your thoughts?

Markdown Mode Comment

Sort By: Best

MidnightTide · 8 yr. ago · edited 8 yr. ago
jedi shibe
I just donated 7800 Doge, didn't use the tipbot though.

and to all the people saying "Why do the devs need support?" give your head a shake. They spend a lot of time in developing Dogecoin and since there wasn't any premine they may not have all that much....so give a little for all the long hours they put in.

4 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
Didn't go through, gotta separate:

+/u/dogetipbot 250 doge

1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 7800 doge verify

1 Reply Give Award Share Report Save Follow

dogetipbot · 8 yr. ago
dogepool
[wow so ^verify]: /u/kindoge -> DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 Đ7800.00000000 ^Dogecoin(s) _($4.7404)_ [help]

1 Reply Give Award Share Report Save Follow

1 more reply

mtwilson · 8 yr. ago
shibe
Has moolah's atms gained any traction? I dream of the day I can see a Doge or Crypto ATM next to a coffee shop.

3 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
I'm sure +/u/moolah can answer that, but from me:

+/u/dogetipbot 1000 doge

2 Reply Give Award Share Report Save Follow

dogetipbot · 8 yr. ago
dogepool
[wow so ^verify]: /u/kindoge -> /u/mtwilson Đ1000.00000000 ^Dogecoin(s) _($0.607743)_ [help]

1 Reply Give Award Share Report Save Follow

1 more reply

[deleted] · 8 yr. ago
Hello.

2 Reply Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
Hi :) +/u/dogetipbot 50 doge

1 Reply Give Award Share Report Save Follow

Gugubo · 8 yr. ago
nyandoge
Hi, how are you?

1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago
Good. How's your day been?

2 Reply Share Report Save Follow

modernsale · 8 yr. ago
vape shibe
Thanks!

1 Reply Give Award Share Report Save Follow

Comment deleted by user · 8 yr. ago

Ajerom · 8 yr. ago
educated shibe
Sounds good

1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 100 doge

1 Reply Give Award Share Report Save Follow

Chap82 · 8 yr. ago
coffee shibe
What is the fund for?

1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
It's to support the Dogecoin developers, the guys that stay up 3-4 nights in a row like /u/lleti did on the last major update. The real heroes :)

2 Reply Give Award Share Report Save Follow

Comment deleted by user · 8 yr. ago

Chap82 · 8 yr. ago
coffee shibe
Thanks, I just up rocket so to try to get it to the front page :)

1 Reply Give Award Share Report Save Follow

Zonlako · 8 yr. ago
racing shibe
Cool.

1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 100 doge

1 Reply Give Award Share Report Save Follow

dogedoggerton · 8 yr. ago
digging shibe
we have a great dev team!

1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
Indeed! +/u/dogetipbot 100 doge

1 Reply Give Award Share Report Save Follow

dioscoridesdph · 8 yr. ago
smarty shibe
Very easy.

1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 100 doge

2 Reply Give Award Share Report Save Follow

dioscoridesdph · 8 yr. ago
smarty shibe
Thank you!!

1 Reply Give Award Share Report Save Follow

Comment deleted by user · 8 yr. ago

Comment deleted by user · 8 yr. ago

franckuestein · 8 yr. ago
digging shibe
such amazing!!

wow

1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 100 doge

1 Reply Give Award Share Report Save Follow

Exodia1234 · 8 yr. ago
doge of many hats
Awesome job! And well done to you kindoge for this!

1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
Glad to help :) let's donate

+/u/dogetipbot 100 doge

1 Reply Give Award Share Report Save Follow

HamsterLady · 8 yr. ago
I'll check it out!

1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 100 doge

1 Reply Give Award Share Report Save Follow

Zowdie99 · 8 yr. ago
Wow such ZowDoge
To the moon!

1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
The. Moon!

+/u/dogetipbot 250 doge

1 Reply Give Award Share Report Save Follow

Zowdie99 · 8 yr. ago
Wow such ZowDoge
:D

Thank you!

1 Reply Give Award Share Report Save Follow

bigdred777 · 8 yr. ago
Very cool! :) Short url is short. :)

1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
Much doge is wow :)

+/u/dogetipbot 100 doge

1 Reply Give Award Share Report Save Follow

bigdred777 · 8 yr. ago
Wow!! Thank you. :)

1 Reply Give Award Share Report Save Follow

QueenSlamster · 8 yr. ago
You are one amazing shibe!

1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
The dev funds are! I am a little shibe, playing with yarn

+/u/dogetipbot 100 doge

1 Reply Give Award Share Report Save Follow

Poqs · 8 yr. ago
pineapple shibe
Thanks to those who keep the community going!

1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
Indeed!

+/u/dogetipbot 200 doge

1 Reply Give Award Share Report Save Follow

arrakian · 8 yr. ago
coffee shibe
To the moon!

1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 100 doge

1 Reply Give Award Share Report Save Follow

DogeWordCloudBot · 8 yr. ago
bot shibe
Word cloud out of all the comments.

If there are any problems please contact /u/ZucchiniDoge.

1 Reply Give Award Share Report Save Follow

imopinionated · 8 yr. ago
educated shibe
Good fund for a good cause :)

1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
Indeed

+/u/dogetipbot 200 doge

1 Reply Give Award Share Report Save Follow

imopinionated · 8 yr. ago
educated shibe
Thank you!

1 Reply Give Award Share Report Save Follow

Comment deleted by user · 8 yr. ago

toomuchwater · 8 yr. ago
magic shibe
I am loving the whole short url. We should implement this more into our sending/receiving methods :)

To the m^oon!

1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
To the moon!

+/u/dogetipbot 250 doge

2 Reply Give Award Share Report Save Follow

toomuchwater · 8 yr. ago
magic shibe
Many thanks! :)

1 Reply Give Award Share Report Save Follow

veryscience · 8 yr. ago
programmer shibe
Sounds like a great idea!

1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 100 doge

1 Reply Give Award Share Report Save Follow

flapsmaster · 8 yr. ago
voting shibe
hello world !

1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 50 doge

2 Reply Give Award Share Report Save Follow

flapsmaster · 8 yr. ago
voting shibe
wow wow so very thank you !

1 Reply Give Award Share Report Save Follow

rippler9 · 8 yr. ago
support shibe
All my respect to those how provide the technical background to the DOGE success!

1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 200 doge

1 Reply Give Award Share Report Save Follow

rippler9 · 8 yr. ago
support shibe
Thank you kindoge!

1 Reply Give Award Share Report Save Follow

Comment deleted by user · 8 yr. ago

HamsterLady · 8 yr. ago
Thank you for making it easier and letting us know!

1 Reply Give Award Share Report Save Follow

thornbackray · 8 yr. ago
shibe
Have a nice day kind sir

1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 100 doge
1 Reply Give Award Share Report Save Follow

Zab18977 · 8 yr. ago
astrodoge
Sounds good to me
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 100 doge
1 Reply Give Award Share Report Save Follow

QueenSlamster · 8 yr. ago
I love it when you shibes make things easier.

Thank you!
1 Reply Give Award Share Report Save Follow

kuoushi · 8 yr. ago
gamer shibe
Time to send some doges to the devs!
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
Huzzah

+/u/dogetipbot 1000 doge
1 Reply Give Award Share Report Save Follow

dogetipbot · 8 yr. ago
dogepool
[wow so ^verify]: /u/kindoge -> /u/kuoushi Ð1000.00000000 ^Dogecoin(s) _($0.600753)_ [help]
1 Reply Give Award Share Report Save Follow

catdoge420 · 8 yr. ago
poor shibe
Props to the devShibes
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 200 doge
1 Reply Give Award Share Report Save Follow

Comment deleted by user · 8 yr. ago

frontpagedoge · 8 yr. ago
robo shibe
Congrats on making the frontpage of r/dogecoin! Have some doge! +/u/dogetipbot 98 doge
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 1000 doge verify
1 Reply Give Award Share Report Save Follow

dogetipbot · 8 yr. ago
dogepool
[wow so ^verify]: /u/kindoge -> DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 Ð1000.00000000 ^Dogecoin(s) _($0.600753)_ [help]
1 Reply Give Award Share Report Save Follow

IamSlammaJamma · 8 yr. ago
rocket shibe
You make the Moon so much easier to reach.

Thank you
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 200 doge
1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago
Much win!
1 Reply Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 200 doge +/u/dogetipbot DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 500 doge verify
1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago
Very nice! Good luck with the fund.
1 Reply Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 100 doge verify
2 Reply Give Award Share Report Save Follow

dogetipbot · 8 yr. ago
dogepool
[wow so ^verify]: /u/kindoge -> /u/immorta1 Ð100.00000000 ^Dogecoin(s) _($0.0607743)_ [help]
1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago
Good luck with it
1 Reply Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 100 doge verify
1 Reply Give Award Share Report Save Follow

dogetipbot · 8 yr. ago
dogepool
[wow so ^verify]: /u/kindoge -> /u/zanywing Ð100.00000000 ^Dogecoin(s) _($0.0607743)_ [help]
1 Reply Give Award Share Report Save Follow

IJustTookAShit · 8 yr. ago
42 shibe
Much generous. Such awesome.
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 100 doge
1 Reply Give Award Share Report Save Follow

MaxtheBat · 8 yr. ago
dino shibe
You smell nice today *takes a big whiff* ahhh
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
lol

+/u/dogetipbot 250 doge
1 Reply Give Award Share Report Save Follow

Shibby_26 · 8 yr. ago
shibe
How can one shibe be so amazng!
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 100 doge
1 Reply Give Award Share Report Save Follow

QueenSlamster · 8 yr. ago
Much Wow, Such Awesome!

Thank you!
1 Reply Give Award Share Report Save Follow

GildedWalrus · 8 yr. ago · *edited 8 yr. ago*
gamer shibe
Hey everybody wonderful day here on r/dogecoin ain't it?
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
but it's r/dogecoin :/

+/u/dogetipbot 100 doge
1 Reply Give Award Share Report Save Follow

tinova · 8 yr. ago
coffee shibe
Good indeed to be a shibe! Upvoted to the moon!
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
To the moon!

+/u/dogetipbot 1000 doge
1 Reply Give Award Share Report Save Follow

dogetipbot · 8 yr. ago
dogepool
[wow so ^verify]: /u/kindoge -> /u/tinova Ð1000.00000000 ^Dogecoin(s) _($0.607743)_ [help]
1 Reply Give Award Share Report Save Follow

Gravegore · 8 yr. ago
confused shibe
I'm here before 5pm!
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
Much haste, such shibe :)

+/u/dogetipbot 200 doge
1 Reply Give Award Share Report Save Follow

TheAwer · 8 yr. ago
shibe
Doge! To the Moon!
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 100 doge
1 Reply Give Award Share Report Save Follow

TheAwer · 8 yr. ago
shibe
Thank you generous shibe!
1 Reply Give Award Share Report Save Follow

sirotan · 8 yr. ago
ball shibe
Support our Shibes! :)
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 250 doge
1 Reply Give Award Share Report Save Follow

heri93 · 8 yr. ago
alien shibe is trying to invade moon before shibes
support ! +/u/dogetipbot 100 doge verify
1 Reply Give Award Share Report Save Follow

dogetipbot · 8 yr. ago
dogepool
[wow so ^verify]: /u/heri93 -> /u/kindoge Ð100.00000000 ^Dogecoin(s) _($0.0607743)_ [help]
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 500 doge verify sent!
1 Reply Give Award Share Report Save Follow

dogetipbot · 8 yr. ago
dogepool
[wow so ^verify]: /u/kindoge -> DFundmtrigzA6E25Swr2pRe4Eb79bGP8G1 Ð500.00000000 ^Dogecoin(s) _($0.303872)_ [help]
1 Reply Give Award Share Report Save Follow

Rainman5419 · 8 yr. ago
digging shibe
Very nice!
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 50 doge
1 Reply Give Award Share Report Save Follow

Rainman5419 · 8 yr. ago
digging shibe
Thank you!
1 Reply Give Award Share Report Save Follow

impshum · 8 yr. ago
coder shibe
Good stuff. Onwards!
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
And upwards!

+/u/dogetipbot 500 doge
1 Reply Give Award Share Report Save Follow

impshum · 8 yr. ago
coder shibe
Such generosity. Much MOON!
1 Reply Give Award Share Report Save Follow

lilmeeh7 · 8 yr. ago
poor shibe
Upvoted!
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
Thanks shibe

+/u/dogetipbot 1000 doge
2 Reply Give Award Share Report Save Follow

dogetipbot · 8 yr. ago
dogepool
[wow so ^verify]: /u/kindoge -> /u/lilmeeh7 Ð1000.00000000 ^Dogecoin(s) _($0.607743)_ [help]
1 Reply Give Award Share Report Save Follow

lilmeeh7 · 8 yr. ago
poor shibe
Thank you mate!
1 Reply Give Award Share Report Save Follow

Nitrous_Ninja · 8 yr. ago
Paws Faster Than Lightning
I was here, I swear.

Uprocketed!
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
A shibe on time, early burly wise.. something. Yeah. To the moon!

+/u/dogetipbot 1000 doge
1 Reply Give Award Share Report Save Follow

dogetipbot · 8 yr. ago
dogepool
[wow so ^verify]: /u/kindoge -> /u/Nitrous_Ninja Ð1000.00000000 ^Dogecoin(s) _($0.607743)_ [help]
1 Reply Give Award Share Report Save Follow

Nitrous_Ninja · 8 yr. ago
Paws Faster Than Lightning
Wow, such rich shibe! Thanks!
1 Reply Give Award Share Report Save Follow

roddy0596 · 8 yr. ago
middle-class shibe
Yay go devs!
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 100 doge
1 Reply Give Award Share Report Save Follow

me123meme · 8 yr. ago
Whooo hoooo thanks devs :D

Also upvoting
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 100 doge
1 Reply Give Award Share Report Save Follow

Chur · 8 yr. ago
Thank you for SoChain, my favorite block explorer!
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
Glad to hear it :D

+/u/dogetipbot 1000 doge
1 Reply Give Award Share Report Save Follow

dogetipbot · 8 yr. ago
dogepool
[wow so ^verify]: /u/kindoge -> /u/Chur Ð1000.00000000 ^Dogecoin(s) _($0.607877)_ [help]
1 Reply Give Award Share Report Save Follow

Chur · 8 yr. ago
Wow, much generosity! =] Seriously though, the interface is great. Dogechain does a good job but the way transaction inputs and outputs are shown on SoChain makes it much easier to read. I also enjoy the address "flair". Maybe one day this Little Shibe will be a Rich Shibe. ;)
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
Glad to hear it :) Alot more to come! Exciting shibe times, man.

And here: +/u/dogetipbot 5000 doge verify

One step closer
1 Reply Give Award Share Report Save Follow

dogetipbot · 8 yr. ago
dogepool
[wow so ^verify]: /u/kindoge -> /u/Chur Ð5000.00000000 ^Dogecoin(s) _($3.03939)_ [help]
1 Reply Give Award Share Report Save Follow

Chur · 8 yr. ago
Wow.. XD. Perhaps a collaboration with the dogechain dev(s)? One thing I prefer about DC, as silly as it is.. is the popup doge.
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
hahaha, I do love it too

We'll add one with our multisig wallet service soon, how about that? :)
2 Reply Give Award Share Report Save Follow

1xhopeless · 8 yr. ago
confused shibe
Good stuff.Support our Shibes! :) Upvoted and thanks for the giveaway.
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
Glad to be in a position to spread the word :) shibe4life +/u/dogetipbot 500 doge
1 Reply Give Award Share Report Save Follow

1xhopeless · 8 yr. ago
confused shibe
WOW. Thank you very much. This is the sort of stuff we should be fundraising for to secure the future of our coin. I keep asking for such initiatives. Thanks again for the tip

http://www.reddit.com/r/dogecoin/comments/22pf42/giveaway_part_2_we_at_the_subreddit/cgp3mso
1 Reply Give Award Share Report Save Follow

vlaizev · 8 yr. ago
jedi shibe
Now that's the shibe spirit.. That is what its all about. The true spirit of giving. No more fighting please... Kid shibes get sad when big brothers and sisters quarrel. :-(
1 Reply Give Award Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
+/u/dogetipbot 150 doge
1 Reply Give Award Share Report Save Follow

vlaizev · 8 yr. ago
jedi shibe
Wow!!! Thank you!!! :D
1 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago
I will take my 50k in a mix of twenties, fifties & hundreds, thank you very much.
1 Reply Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com
lol +/u/dogetipbot 50 doge
2 Reply Give Award Share Report Save Follow

[deleted] · 8 yr. ago
-_^.
1 Reply Share Report Save Follow

kindoge OP · 8 yr. ago
Founder at SoChain.com

[illegible]