# True value - an open letter from Billy Markus, co-founder and original creator of Dogecoin

messages of Dogecoin - one of unexpected generosity. I'll explain that message with a story.

**"Save Dogemas"**

The first few weeks after Dogecoin was released was incredibly fast moving, and I think I would succinctly describe it as "complete utter insanity." It went from a silly joke to something worth something to people very quickly, and a community was developing fast, with lots of shady people and lots of new people, quickly putting up services and infrastructure around it.

One of those things was an online wallet - instead of having to download the clunky and slow main client where you have to download the whole blockchain, someone had provided a service to hold people's Dogecoin for them. Online wallets in the history of cryptocurrency have a history of being sketchy, however, and sure enough, on Christmas, the wallet was hacked, and 21 million Dogecoins were stolen in the process.

This type of story was all too common in cryptocurrency world, but what happened next was not. Some members of the community got together and started a Dogecoin fund to "Save Dogemas" - to try to return money to those who had lost it, and the community - to my great surprise - was willing to help. The Dogecoin community donated millions of coins to help those who had been victims of the bad actor - and that spirit didn't stop, the community would donate Dogecoins for both good causes, such as helping build water wells in Africa, helping connect service dogs and kids, and silly and amusing causes, such as helping send the Jamaican Bobsled team to the Olympics, or sponsoring a Nascar driver.

**True Value**

People are talking about Dogecoin going to $1 - that would make the "market cap" larger than actual companies that provide services to millions, such as Boeing, Starbucks, American Express, IBM. Does Dogecoin deserve that? That is not something I can comprehend, let alone answer.

Again, I have no real say in this, and everyone has the right to value the coin in any way they wish - it is just my wish, as the original creator, **that Dogecoin and the Dogecoin community can be a force for good**. And I don't mean that in some sanctimonious way where the only thing of value is giving to charity or directly helping others - anything that is amusing or fun has value as well. The fiat value of Dogecoin is quite literally whatever someone else is willing to pay for it at any point in time, and the intrinsic value is not something I will ever be able to define, so when I talk about value, I'm not talking about those things. I'm talking about "True Value", which I'd define as the positive things Dogecoin brings to the world.

Pump and dumping, rampant greed, scamming, bad faith actors, demanding from others, hype without research, taking advantage of others - those are all worthless. Worse than worthless, honestly, bringing more negativity to an already difficult world. As the creator, some have called me the "doge mother" so I say this with that mask - when I see things like that - and I've seen plenty of it through the last 7 years - I'm not mad, just disappointed.

Joy, kindness, learning, giving, empathy, fun, community, inspiration, creativity, generosity, silliness, absurdity. These types of things are what makes Dogecoin worthwhile to me. **If the community embodies these things, that's True Value.**

If you read this far, I appreciate it. Keep educating yourself as much as you can on how cryptocurrency works, how these markets work, never risk more than you could safely lose, be vigilant and aware. I wish you all the best.

1.7k Comments · Award · Share · Save · ...

Comment as StochasticLawyer

What are your thoughts?

Markdown Mode · Comment

Sort By: Best

View discussions in 25 other communities

Equivalent-Key-8283 · 2 yr. ago

We will do good, thank you for the words! Hope all is well!

424 · Reply · Give Award · Share · Report · Save · Follow

ItachiUchia003 · 2 yr. ago · edited 2 yr. ago

Exactly. Also ***more global small businesses are accepting doge as a form of payment***

https://www.reddit.com/r/dogecoin/comments/lfa3ek/amber_hotel_accepting_doge_and_get_upgraded_to/

https://www.reddit.com/r/dogecoin/comments/lfkz96/local_ford_dealer_accepts_dogecoin/

**Links to petitions for accepting doge as payment**

Microsoft https://www.change.org/p/microsft-to-accept-dogecoin-as-payment-method-microsoft-to-accept-dogecoin?recruiter=1168838613&utm_source=share_petition&utm_medium=copylink&utm_campaign=tap_basic_share&utm_term=tap_basic_share

Tesla https://www.change.org/p/elon-musk-doge4tesla-accept-dogecoin-as-a-payment-method

Amazon https://www.change.org/p/jeff-bezos-doge4amazon-accept-dogecoin-as-a-payment-method

Edit:

***You might be really interested after reading this too***

https://ark.io/blog/ark-announces-partnership-with-dogecoin-community/

https://twitter.com/PeterSchiff/status/1358773452975599619

144 · Reply · Give Award · Share · Report · Save · Follow

YA-I-EAT-VEGETABLES · 2 yr. ago

I cant believe Dogecoin of all coins is the one people are starting to actually accept. I had like 50 doge coins I got when everyone was posting their wallets on 4chan when it first kicked off. Wish I knew how to access it again I'd buy more

53 · Reply · Give Award · Share · Report · Save · Follow

ItachiUchia003 · 2 yr. ago

These are interesting times. And during these moments, we've impressed ourself and others with what's possible. This platform might be available for you

https://twitter.com/cryptocom/status/1358692635771195392?s=21

9 · Reply · Give Award · Share · Report · Save · Follow

2 more replies

5 more replies

2 more replies

Holy_Shit_Snacks · 2 yr. ago · edited 2 yr. ago · 2

doge of many hats

That True Value is what hooked me on the Dogecoin community 7 years ago! We were small, it was worth a fraction of a penny, but we did so many great things by pooling our collective value together to raise others up. Just imagine what we can do with a community that's now so much bigger!

Edit: just to share my own personal example from 6 years ago, I gave away 30,000 Dogecoins to design a Dogecondom packaging!

https://www.reddit.com/r/dogecoin/comments/1xx4fl/much_sex_so_safe_wow_its_the_great_dogecondom/?utm_source=share&utm_medium=ios_app&utm_name=iossmf

1.5k · Reply · Give Award · Share · Report · Save · Follow

Charly_blanco30 · 2 yr. ago

I got in at .04 and I'm loving every second of it because I believe in the underdog and a true happy ending and Dogecoin gives us that as a community let's keep it going.

595 · Reply · Give Award · Share · Report · Save · Follow

BleauFly · 2 yr. ago

I believe in the Underdoge

335 · Reply · Give Award · Share · Report · Save · Follow

OGPunkr · 2 yr. ago

There's no reason to fear! Underdoge is here!

101 · Reply · Give Award · Share · Report · Save · Follow

captainrustysail · 2 yr. ago

Up up and away! To the moon even. :)

4 · Reply · Give Award · Share · Report · Save · Follow

OGPunkr · 2 yr. ago

Aww, thanks! It's my first award and I'm so happy it's for such an uplifting post.

3 · Reply · Give Award · Share · Report · Save · Follow

3 more replies

Holy_Shit_Snacks · 2 yr. ago

doge of many hats

+u/sodogetip 10 Doge verify

20 · Reply · Give Award · Share · Report · Save · Follow

5 more replies

14 more replies

LastDragonMufasa · 2 yr. ago

Bruh what's your gains?

88 · Reply · Give Award · Share · Report · Save · Follow

Holy_Shit_Snacks · 2 yr. ago · edited 2 yr. ago

doge of many hats

Around 15,125% Total Gain currently (avg buy was 0.00053 back then).

I believed in Doge then and I believe in it now. It may not break any ground with cutting edge blockchain tech, but it's approachable, backed by a friendly community, and is fast and cheap (low fees) for everyday use. People aren't going to toss Bitcoin around for quick low cost purchases/tips, the fees are too high. Doge is the everyday coin!

519 · Reply · Give Award · Share · Report · Save · Follow

nblastoff · 2 yr. ago

Ahhh the old days were fun. I got a pile of doge for like $35. We used to give it to eachother. Someone made a good comment here, or helped me on stack overflow... You get 100 doge. Someone you just agreed with... 10 doge to you!

Group efforts for charity, or the less charitable dogecar.

220 · Reply · Give Award · Share · Report · Save · Follow

HansBlixJr · 2 yr. ago

shibe

> dogecar.

Josh WIse #98 4 evar

15 · Reply · Give Award · Share · Report · Save · Follow

EeSpoot · 2 yr. ago

minimum wage shibe

I still wear my #98 shirt from time to time. I love that shirt and the memories it carries.

12 · Reply · Give Award · Share · Report · Save · Follow

1 more reply

Holy_Shit_Snacks · 2 yr. ago

doge of many hats

+u/sodogetip 50 Doge verify

83 · Reply · Give Award · Share · Report · Save · Follow

conradical30 · 2 yr. ago

sherlock shibe

I was once dogetipped like 200 doge back in the day here on reddit. Not sure what happened to those or how to access them.

69 · Reply · Give Award · Share · Report · Save · Follow

Holy_Shit_Snacks · 2 yr. ago

doge of many hats

I gave away 30,000 Doge to someone that created a condom wrapper design!

https://www.reddit.com/r/dogecoin/comments/1xx4fl/much_sex_so_safe_wow_its_the_great_dogecondom/?utm_source=share&utm_medium=ios_app&utm_name=iossmf

48 · Reply · Give Award · Share · Report · Save · Follow

5 more replies

buckshot307 · 2 yr. ago

Same here. I got to looking one day and if it wasn't claimed within like 3 months it went back to whoever sent it. At least with the bot that did the tipping for me so probably the same.

21 · Reply · Give Award · Share · Report · Save · Follow

dbreidsbmw · 2 yr. ago

dogeconomist

Sadly the Doge tip bot was canibalized for doge by the developer who made it. It succumbed to needing money and the temptation corrupted his willpower.

He sold coins from cold storage to cover some expenses, thinking he just needed to get back on his feet. Sadly He wasn't able to, and eventually came clean.

30 · Reply · Give Award · Share · Report · Save · Follow

6 more replies

6 more replies

3 more replies

4 more replies

ch3rryredchariot · 2 yr. ago

OG! I remember seeing people toss around doge willy nilly on reddit a few years ago. I loved the idea of being able to just throw meme money at people.

96 · Reply · Give Award · Share · Report · Save · Follow

Illadelphian · 2 yr. ago

People used to toss around bitcoins too. There was a bitcoin tip bot that if bitcoin had the value it has now would have donated like 1k at least each time.

12 · Reply · Give Award · Share · Report · Save · Follow

[deleted] · 2 yr. ago

I think that'll happen again. For now, we're seeing an influx of people who're viewing it as a serious gambling (err, I meant "investment", sry) opportunity, and everyone else who's just holding on for dear life and curious about where things end up.

Maybe it'll go up, maybe it'll tank, maybe it'll stabilize, who cares. This is fun. Once the ride calms down a bit, we'll get back to goof.

3 · Reply · Share · Report · Save · Follow

1 more reply

gusfringsrighteye · 2 yr. ago

that's amazing

28 · Reply · Give Award · Share · Report · Save · Follow

2 more replies

TR-7989 · +2 · 2 yr. ago

family shibe

many respects ultimate hodler

79 · Reply · Give Award · Share · Report · Save · Follow

Holy_Shit_Snacks · 2 yr. ago

doge of many hats

+u/sodogetip 10 Doge verify

12 · Reply · Give Award · Share · Report · Save · Follow

2 more replies

gotdogecoin · 2 yr. ago

I'm a new and thought I got scammed then seen you guys and all that good stuff and thought at least nice people robbed me for a change then I laughed at memes and all was well the help here has made me feel more confident the other crypto dudes are salty don't understand their angle at all

45 · Reply · Give Award · Share · Report · Save · Follow

Holy_Shit_Snacks · 2 yr. ago

doge of many hats

Crypto in general is such a volatile market, but I do feel that Doge gets a bit more flack than it deserves. It's not trying to break new ground in blockchain tech, it's an old coin that's been around since the early days. It's power and value lies in the community behind it. I think that's why it's good for it to be dubbed "The People's Crypto."

89 · Reply · Give Award · Share · Report · Save · Follow

Neptunera · 2 yr. ago

I don't own any, am brought here by the recent news, but hopefully the doge can be to bitcoin like what dollar is to gold.

18 · Reply · Give Award · Share · Report · Save · Follow

5 more replies

3 more replies

2 more replies

11 more replies

35 more replies

Knoxrockets · 2 yr. ago

Can we do a gofundme to save his moms home and pay in doge? What a way we could all collectively give back to the creator of the most fun crypto.

247 · Reply · Give Award · Share · Report · Save · Follow

sylbarefoot · 2 yr. ago

This. This. Someone organize it.

73 · Reply · Give Award · Share · Report · Save · Follow

MishaBoar · +1 · 2 yr. ago

Billy has a Dogecoin address in his twitter account!

https://twitter.com/BillyM2k

62 · Reply · Give Award · Share · Report · Save · Follow

JohnGypsy · 2 yr. ago

That address is: DFFXRKAPacHnbJoynbSdKFG9WdGTTq3Bbh

Much tip! Such wow!

29 · Reply · Give Award · Share · Report · Save · Follow

2 more replies

patricklodder · +2 · 2 yr. ago
shibe

Hi Billy! Thank you for posting this.

+/u/sodogetip 500 doge verify

175 Reply Give Award Share Report Save Follow

billymarkus2k OP · 2 yr. ago
gamer shibe

I appreciate this Patrick!

I also want to say that you and the core dev team are the real heroes - I immensely appreciate your approach and rationality, and all the work - way more than I ever did - you've done to keep the coin alive and secure. It wouldn't be without you.

175 Reply Give Award Share Report Save Follow

[deleted] · 2 yr. ago

You guys are all awesome.

Please don't let the greedies get you down. Money always attracts aggressive people - it's in the nature of things. On top of that, we're living through some pretty crappy stuff, a lot of people are scared and insecure, and others are just jumping on bandwagons they just heard about.

Just look at the top discussions. People buying for a few bucks, and staying around, commenting on how awesome the community is. I think all the tipping will come back again with time - right now everyone is just dying to see where this all ends up. I am.

I'm waiting for Doge to hit $100, because then we're gonna buy France and rename it to Dogestan.

Meanwhile, thank you for creating something fun and awesome. I haven't laughed this much in a while.

86 Reply Share Report Save Follow

RealMurse · 2 yr. ago

Lol buy only France? Let's buy Antarctica and give the polar bears some Doge homes 😂

35 Reply Give Award Share Report Save Follow

Comment deleted by user · 2 yr. ago

6 more replies

4 more replies

Weak_Effective_2550 · 2 yr. ago

Thanks for this billy, we will keep fighting for your project and what it stands for. TO THE MOON 🚀🚀🚀🚀🚀🚀

19 Reply Give Award Share Report Save Follow

4 more replies

7 more replies

KVBeamin · 2 yr. ago
dogeconomist

God bless you DOGE MOTHER! The DOGE and the community will never let you down! Thank you for helping create something so amazing and fun! WOOF WOOF! 🚀🚀🚀🚀🚀🐕💰

168 Reply Give Award Share Report Save Follow

[deleted] · 2 yr. ago

Socks For The Homeless...What if The Doge Army Of Love re-directed enough of the world's money through Doge and into solving homelessness once and for all? I was there in 2015 and the recovery took years because it's such a misunderstood thing. By combining massive efforts and groundbreaking methods, we can definitely get tons of rich and famous people to Doge fund it.

52 Reply Share Report Save Follow

TechiedudeON · 2 yr. ago

Ill donate, I paid out for a couples peoples pets surgeries :) one was over 3k and another 1500. So I don't mind putting in for socks

7 Reply Give Award Share Report Save Follow

[deleted] · 2 yr. ago

Great shoes are important. I'm pretty sure the Doge community can locate a container of good shoes from some bankrupt company and buy it super cheap. Someone somewhere, knows something. Or a container of socks :)

7 Reply Share Report Save Follow

1 more reply

2 more replies

1 more reply

Pufflekun · 2 yr. ago
pc master shibe

I love how a huge chunk of the development time was spent on implementing Comic Sans.

86 Reply Give Award Share Report Save Follow

billymarkus2k OP · 2 yr. ago
gamer shibe

To add on to this, if I didn't figure that out relatively quickly, I probably wouldn't have bothered to release it at all. It was pretty essential in my head to make the core client look ridiculous.

15 Reply Give Award Share Report Save Follow

1 more reply

undrgrndsqrdncrs · 2 yr. ago

The best part

27 Reply Give Award Share Report Save Follow

Mullernuller · 2 yr. ago

This is what Dogecoin is. I know it's a joke, you know it's a joke, everyone knows it's a joke. We don't take ourselves too seriously. But it's also about community and charity and being good boys and girls. And sure, everyone talks about it now and it's not quite worthless anymore, but it's still what it has always been, a bunch of people having fun together and bringing a bit of good into the world.

Also I've made like 20$ this week TO THE MEEEWWN!

123 Reply Give Award Share Report Save Follow

9 more replies

Shepherd_Biscuits · 2 yr. ago

Ill donate a portion of what I make to a charity. Force for good.

143 Reply Give Award Share Report Save Follow

[deleted] · 2 yr. ago

Ditto. Gonna wait and see where this ends up. When we hit $10 I'm dropping $10k on my local animal hospital.

90 Reply Share Report Save Follow

Tarrish · 2 yr. ago · edited 2 yr. ago

That would awesome. Could you imagine everyone giving to their local animal charity (or however they choose to spend their currency). 🥰

33 Reply Give Award Share Report Save Follow

[deleted] · 2 yr. ago

Let's just say that I'm a bit, err, skeptical of $10, but I hodl anyway. When I feel things have run their course for now, I'll give them a proportional donation anyway.

23 Reply Share Report Save Follow

MissAspenWild · 2 yr. ago

If i told you, in 2013, bitcoin would hit 40'000$ a coin would you have been skeptical?

13 Reply Give Award Share Report Save Follow

4 more replies

6 more replies

Alternative-Chair535 · 2 yr. ago

Same ! I vow to give back to the community I'll always be a lifetime share holder

14 Reply Give Award Share Report Save Follow

1 more reply

3 more replies

Sexykylla79 · 2 yr. ago

I have always been philanthropic, so I already intend to help ppl as much as I can

26 Reply Give Award Share Report Save Follow

4 more replies

Think004 · 2 yr. ago

I gotta say, messages like these make me proud to be in this community! It's not a currency, it's a movement! 🐕

20 Reply Give Award Share Report Save Follow

DankTankActual · 2 yr. ago

This is genuine, it reads that way all the way through. Thank you for your commitment, your candor, and your transparency. We got it from here boss! 🚀 🚀

17 Reply Give Award Share Report Save Follow

Put_It_All_On_Blck · 2 yr. ago

**TLDR;** Dogecoins true value isnt the market price but the friendships we made along the way.

69 Reply Give Award Share Report Save Follow

billymarkus2k OP · 2 yr. ago
gamer shibe

This made me crack up xD

45 Reply Give Award Share Report Save Follow

1 more reply

1 more reply

M2theA · 2 yr. ago

Thanks for sharing. You truly do have a great core community surrounding Doge. It's nothing short of inspiring! Do you see any chance of getting back in the driver seat? No pressure. Wish you the very best helping your mom. Much love. #Doge

31 Reply Give Award Share Report Save Follow

cehma14 · 2 yr. ago

I am writting this with my soul in my hand,i never thought that a coin that i was waiting to buy since i was 14 became so valuable.

Peace from Mexico.

I will donate part of my money to pay my mom's debts and the other one to patrocinate a covid mexican vaccine.

Doge is love!

I have not much but it´s honest job :D

28 Reply Give Award Share Report Save Follow

DeepSeaMarty · 2 yr. ago

Amazing you took the time do this.

53 Reply Give Award Share Report Save Follow

MelonSodas · 2 yr. ago
moon shibe

Thanks Billy, I love this community and it's really fun watching Doge grow- I just wish I knew about this years earlier! Fate does love irony.

49 Reply Give Award Share Report Save Follow

grinline · 2 yr. ago

That was AWESOME!

Thanks Billy. Actually did bring a ton of perspective and really...deeper interest in all this.

I "accidentally" bought a bunch of dogecoin before the current spike in interest, and I only did so because I could use my cash balance and get more for my buck than the ONE Ethereum coin I wanted :D

But....I'm now even happier I did. Not just because of the exponential increase it sent me (to my shock) ...but because there seems to be a great heart and attitude behind it in your character.

Will do good with it.

19 Reply Give Award Share Report Save Follow

babyheadedcat · 2 yr. ago

Thank you for all of your service to this community. It honestly sucks to see the original spirit of doge perverted into some sort sort of get rich quick scheme. I am certainly glad it's doing well after all of these years, I just hope it won't be at the expense of the newcomers who have invested life savings, college funds, etc.

62 Reply Give Award Share Report Save Follow

[deleted] · 2 yr. ago

I'm actually compelled to give back even more now. Thank you for the message.

## tothemoon

52 Reply Share Report Save Follow

moonboundshibe · 2 yr. ago
spock shibe

That was a helluva post. Meant a lot to me. I have been here for the full ride, too - from the wallet hack (10,000 was my loss), to the Jamaican bobsled team, to that race car driver, the wells, to trying mining for the first time, Dogemas, and so much more. They were heady times. And they are heady times again now.

Thank you for your words and the positive reminders of who and how we should try to be. As a community we have so much transformative potential. May that spirit again come to define us.

Peace.

44 Reply Give Award Share Report Save Follow

fraxiiinus · 2 yr. ago

Honestly I was mainly sad to miss the GME hype not because I wanted to make bank, but because I wanted to be one of those people who took their earnings and bought game systems and toys for hospital kids.

I've got about 10k doge, and if it hit $1 that would not only pay off the debt I collected trying to float through COVID, but it would be a way for me to give back. Mainly I'd wanna make a donation to something animal related, maybe Save the Manatee because they're my favorite animals! And some to my local aspca, too.

8 Reply Give Award Share Report Save Follow

Sufficient-Ad-2767 · 2 yr. ago

This needs to be pinned at the top of our group forever!

8 Reply Give Award Share Report Save Follow

JarzieG · 2 yr. ago

Doge fund me pages for charities? Good way to help communities.

15 Reply Give Award Share Report Save Follow

1 more reply

Rthoutex · 2 yr. ago

I say if we make it to $1, $10, $100 everyone gifts Billy some DOGE. Hardly seems right that the creator has not benefited from the gains at all. Just a thought ❤️

32 Reply Give Award Share Report Save Follow

1 more reply

mdituri · 2 yr. ago

Joy, kindness, learning, giving, empathy, fun, community, inspiration, creativity, generosity, silliness, absurdity. These types of things are what makes Dogecoin worthwhile to me. **If the community embodies these things, that's True Value.**

This is literally why I exist. "A life lived for others is a life worthwhile". I don't mind making some coin, but as my friends have said, if she ever wins the lottery, she will give it all away. I love dogecoin. It is pawsome! 🐾🐾💎💎🐾🐾🖤🖤🚀🚀

7 Reply Give Award Share Report Save Follow

Turil · 2 yr. ago
alien shibe

Years ago I asked my husband what he would do if he ever won a million dollars. He replied that he'd give it to me, because I'd do something good with it. (For the world.)

I might not have a million dollars, but I have a lot of Dogecoin and Bitcoin and one smaller crypto, and it's helping me make our dreams come true of getting a farm to use as a creative, geeky community center.

I'm sure you'll do something awesome with your Doge, too!

3 Reply Give Award Share Report Save Follow

aDropButAlsoTheSea · 2 yr. ago · *edited 2 yr. ago*

+/u/sodogetip 50 doge verify

I encourage Y'all to tip the Doge Mother if you can.

Read this if you don't know how to:

https://www.reddit.com/r/sodogetip/wiki/index

26 Reply Give Award Share Report Save Follow

**5 more replies**

baronvonstames · 2 yr. ago

Thank you for your creation man, we are thankful!

10 Reply Give Award Share Report Save Follow

Imcatprobably · 2 yr. ago

Nothing but good intentions. If there is anyway you could set up a go fund me for your mother I'd be more than willing to donate. Your family deserves to feel comfortable you created a very beautiful community. Much Wow.

11 Reply Give Award Share Report Save Follow

CloudedVGK · 2 yr. ago

We will do what's right and keep the community strong. I myself used to give away my extra doge to introduce more people to the community and even used to search Reddit for people who got scammed. I always made it a point to educate people before I gave what they lost so they didn't make the same mistakes down the road. Unfortunately I can no longer do this as I've lost access to my wallet and my funds do to trusting the person I thought I'd spend the rest of my life with. But if I ever get a good stack again I'll keep the positivity up.

11 Reply Give Award Share Report Save Follow

Misspelled_uzername · 2 yr. ago

Thank you so much for this letter. I am one of the people who was drawn to Doge because of the fun nature of it (that cute shiba inu is a total winner) and the just good-natured-fun of it all!. My son bought Doge for both of us and it has been on heck of a fun ride with (at least so far) one of the coolest investment communities I have yet met---which is kind of a low bar since I haven't known ANY investment communities before this! So, at 57 and for the first time in my life I am involved in crypto. SO, now for the meat of this post. I saw, from your Twitter than you live in the city. I am originally from SF. Grew up there but had to leave the old family home of multi generations when it became too expensive. My son is in NY and he has brought me out here to live with him now, but what you mentioned about your mom losing her house struck me. I don't know the mechanics of doing something like this but would it be cool if we set up a Go Fund Me to help her out? I know how expensive the city or surrounding areas are, and I know how much it broke my heart to be forced out of the area. I would be willing to do this and if all our fellow Diamond Shibe could contribute at least 1 dollar we might be able to help with this. Does anyone else on here know how to do this thing? I have no problem setting it up but then would come the promotion part of it...and I wouldn't want to do something like this without your permission. Anyway, it's a thought. I have to head out to the store but will check back in at intervals. Heck, I STILL miss Bartlett Street and I had to leave the city back in the mid 1980s. Being forced out of your home is a sucky place to be.

11 Reply Give Award Share Report Save Follow

Famous-Imagination-9 · 2 yr. ago

Thank you for sharing Billy!

32 Reply Give Award Share Report Save Follow

elribonazo · 2 yr. ago

Amazing letter... thanks for Sharing!

21 Reply Give Award Share Report Save Follow

LeRubsBubs · 2 yr. ago
clown shibe

thank you mr. billy

8 Reply Give Award Share Report Save Follow

irresponsiblezombie 💎 · 2 yr. ago
elder shibe

Thank you so much for being such a positive sound in this very gloomy world filled with cries of hatred. You sir, are a true treasure

10 Reply Give Award Share Report Save Follow

zoneuno · 2 yr. ago

Thank you, for taking the time to write this for us. ❤️

9 Reply Give Award Share Report Save Follow

ktucan1 · 2 yr. ago

God bless you and thank you. To the moon!!! 🚀

11 Reply Give Award Share Report Save Follow

GuttersnipeJess · 2 yr. ago

Thank you so much for focusing on the good. I refuse to believe that hope isn't a thing worth investing in. Blessed be.

10 Reply Give Award Share Report Save Follow

tdawg_1 · 2 yr. ago

Very much appreciate you, and your input!

20 Reply Give Award Share Report Save Follow

UglyOldToad · 2 yr. ago

I'm so sorry to hear about your mother. I wish you, her, and your family well. Thank you for taking the time to post this. All the best to you.

18 Reply Give Award Share Report Save Follow

pingucat · 2 yr. ago
aristodoge

We love you, doge mother. Thanks for reminding all the new shibes what dogecoin's roots and spirit is. I'd totally forgotten about Save Dogemas, but not the spirit of generosity that has always been the backbone of this community.

18 Reply Give Award Share Report Save Follow

ube1kenobi · 2 yr. ago

Thanks for posting. Nice to meet you. I chose dogecoin last year (way before this craziness) cuz I loved the meme already and, heck, why not start somewhere. I wanted to see how far my investment would go...b/c eventually it would go up IMHO. I was shocked that it went up significantly and I feel proud to finally choose something that actually would hopefully in the future, help my family out. Folks thought I'm wasting money but you're not really wasting money when you have 1) faith in it and 2) like what you chose.

It's why I'm still holding...would probably still hold even if it ever reaches $100 or beyond. Yeah I'll take some out to spend/pay bills, but I'll still leave some there b/c this crypto was my first investment/start into cryptocurrency.

9 Reply Give Award Share Report Save Follow

spilegs · 2 yr. ago

This was truly enlightening. I love the honest words from someone with truly nothing to gain from this crazy moment in time. I hope that this can really be used for good instead of for ill will

9 Reply Give Award Share Report Save Follow

DickTesticulous · 2 yr. ago

THAT's why I love this coin! DOGE 4evah! 💕

9 Reply Give Award Share Report Save Follow

Substantial-Elk9791 · 2 yr. ago

Thank you. It's difficult to find kindness in this world. As Doge grows, I hope that it will retain the positivity that I've so often found here.

8 Reply Give Award Share Report Save Follow

HeadCromulon · 2 yr. ago

Brilliant!

17 Reply Give Award Share Report Save Follow

FamiliarHawk · 2 yr. ago

Appreciate you sir! Thank you