Gate 2.25 cs MEET MH... Document 0.20... Fees 86622... Page 1 of 1        Help improve Coinranking

# 🟢 Coinranking

Cryptocurrencies   Exchanges   🔍  ☰

Coins › Dogecoin › Exchanges

New v   Fiat bonuses   Crypto Center   USD v   24h v   EN v   🔗 ↗

D **Dogecoin** DOGE #9   $ 0.06699 Live        Overview   Exchanges   Markets

## Exchange listings

🔍 Find an exchange

| | EXCHANGES | DOGE PRICE | 24H TRADE VOLUME | RECOMMENDED |
|---|---|---|---|---|
| 1 | Binance | $ 0.06695 | $ 45.28 million | ✅ |
| 2 | OKX | $ 0.06696 | $ 13.33 million | ✅ |
| 3 | Gate.io | $ 0.06701 | $ 12.83 million | ✅ |
| 4 | Coinbase Pro | $ 0.06704 | $ 12.52 million | ✅ |
| 5 | AAX | $ 0.06700 | $ 11.79 million | ✅ |
| 6 | DigiFinex | $ 0.06700 | $ 8.22 million | ✅ |
| 7 | Kucoin | $ 0.06683 | $ 7.25 million | ✅ |
| 8 | FTX | $ 0.06699 | $ 7.00 million | ✅ |
| 9 | BitMart | $ 0.06704 | $ 5.92 million | ✅ |
| 10 | Huobi Global | $ 0.06701 | $ 2.66 million | ✅ |
| 11 | Currency.com | $ 0.06707 | $ 2.09 million | ✅ |
| 12 | Bybit | $ 0.06699 | $ 1.77 million | ✅ |
| 13 | Crypto.com | $ 0.06697 | $ 768,765.26 | ✅ |
| 14 | Bitfinex | $ 0.06686 | $ 485,676.52 | ✅ |
| 15 | Indodax | $ 0.06727 | $ 377,389.24 | ✅ |
| 16 | PancakeSwap v2 | $ 0.06707 | $ 261,376.01 | ✅ |
| 17 | Bitvavo | $ 0.06695 | $ 151,542.45 | ✅ |
| 18 | Bittrex | $ 0.06697 | $ 45,970.40 | ✅ |
| 19 | Exmo | $ 0.06705 | $ 44,421.83 | ✅ |
| 20 | CoinList | $ 0.06710 | $ 44,061.04 | ✅ |
| 21 | OKCoin | $ 0.06703 | $ 18,181.22 | ✅ |
| 22 | STEX | $ 0.06715 | $ 15,871.59 | ✅ |
| 23 | WazirX | $ 0.06708 | $ 1,149.07 | ✅ |
| 24 | CoinW | $ 0.06699 | $ 96.28 million | ♡ |
| 25 | Nami | $ 0.06700 | $ 77.51 million | ♡ |
| 26 | BKEX | $ 0.06706 | $ 13.65 million | ♡ |
| 27 | WhiteBIT | $ 0.06701 | $ 12.13 million | ♡ |
| 28 | XT.COM | $ 0.06702 | $ 8.47 million | ♡ |
| 29 | Bitget | $ 0.06699 | $ 6.21 million | ♡ |
| 30 | MEXC Global | $ 0.06703 | $ 4.96 million | ♡ |
| 31 | Bitrue | $ 0.06703 | $ 3.81 million | ♡ |
| 32 | Bitforex | $ 0.06697 | $ 2.86 million | ♡ |
| 33 | LBank | $ 0.06700 | $ 2.60 million | ♡ |
| 34 | Catex | $ 0.06703 | $ 2.22 million | ♡ |
| 35 | Bibox | $ 0.06699 | $ 2.09 million | ♡ |
| 36 | AEX | $ 0.06706 | $ 2.04 million | ♡ |
| 37 | Dex-Trade | $ 0.06700 | $ 1.84 million | ♡ |
| 38 | BingX | $ 0.06699 | $ 1.57 million | ♡ |
| 39 | ZB Global | $ 0.06693 | $ 1.13 million | ♡ |
| 40 | BTSE | $ 0.06686 | $ 966,167.09 | ♡ |
| 41 | CoinEx | $ 0.06689 | $ 638,588.39 | ♡ |
| 42 | OceanEx | $ 0.06689 | $ 539,434.31 | ♡ |
| 43 | KickEX | $ 0.06690 | $ 506,195.35 | ♡ |
| 44 | CoinTiger | $ 0.06702 | $ 504,677.68 | ♡ |
| 45 | AscendEX (BitMax) | $ 0.06723 | $ 440,854.74 | ♡ |
| 46 | FINEXBOX | $ 0.06698 | $ 150.70 | ♡ |
| 47 | SouthXchange | $ 0.06702 | $ 30.64 | ♡ |
| 48 | Graviex | $ 0.06698 | $ 23.75 | ♡ |
| 49 | Unnamed.Exchange | $ 0.06700 | $ 11.53 | ♡ |
| 50 | Bololex | $ 0.06700 | $ 4.76 | ♡ |

◀   **1**   2   ▶

Advertise here

Exchanges   24h trade volume
**51**   **$ 315.62 million**

Coins › Dogecoin › Exchanges

**Partners & clients**

Binance   Bitvavo   Coinvy   Neutrino Protocol   Odyssey   BPSAA   Jaxx
KuCoin   Coinex   DDKoin   Waves   eToro   Rarible   Curri
Gate.io   OKX   Coingaming   Paradox   Indacoin   ChainLink   Coins

**Preferences**

USD v
EN v

**Products**
Advertise
Coinranking API
Commodibet
Android app
Windows app

**Resources**
List a cryptocurrency
Edit a cryptocurrency
API documentation
API pricing
Support & FAQ
Community Forum

**Info**
About us
Methodology
Changelog
Branding
Feedback
Contact

**Social**
Twitter
Telegram Group
Telegram Bot
Telegram News
Instagram
Facebook
LinkedIn
Reddit
GitHub
Blog