# TWEETS

| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 4/2/2019 | 19,200 | 2,102 | 1,041 | Elon Musk @elonmusk · Apr 2, 2019 — Dogecoin value may vary [theonion.com: Bitcoin Plunge Reveals Possible Vulnerabilities In Crazy Imaginary Inter...] 1,041  2,102  19.2K |
| 4/2/2019 | 14,900 | 527 | 217 | Elon Musk @elonmusk · Apr 2, 2019 — Replying to @dogecoin — Uh oh   217  527  14.9K |

| Date | Likes | Retweets | Replies | Tweet |
|---|---|---|---|---|
| 4/2/2019 | 12,000 | 4,109 | 725 | Elon Musk @elonmusk · Apr 2, 2019<br>Replying to @iamhodler<br>**Dogecoin** might be my fav cryptocurrency. It's pretty cool.<br>💬 725   🔁 4,109   ♥ 12K |
| 4/2/2019 | 133,400 | 16,800 | 1,719 | "doge cigarette"<br>Doge?! I haven't heard that name in years. |
| 4/25/2020 | 2,285 | 293 | 126 | Elon Musk @elonmusk · Apr 25, 2020<br>Replying to @28delayslater and @justpaulinelol<br>**Dogecoin** Mode<br>💬 126   🔁 293   ♥ 2,285 |
| 7/18/2020 | 183,000 | | | Elon Musk @elonmusk<br>It's inevitable<br>[image: dogecoin standard / global financial system]<br>8:58 AM · Jul 18, 2020 · Twitter for iPhone<br>21.7K Retweets and comments   182.4K Likes |
| 12/20/2020 | 212,000 | | | Elon Musk @elonmusk<br>One word: Doge<br>4:30 AM · Dec 20, 2020 · Twitter for iPhone<br>24.7K Retweets   7,003 Quote Tweets   212.8K Likes |

| Date | | | | | |
|---|---|---|---|---|---|
| 2/4/2021 | 527,500 | 110,100 | 18,300 | | Elon Musk @elonmusk · Feb 4, 2021 — Dogecoin is the people's crypto — 18.3K  110.1K  527.5K |
| 2/4/2021 | 950,000 | 137,000 | | | Elon Musk @elonmusk — ur welcome [image of Musk lifting doge] — 2:57 AM · Feb 4, 2021 · Twitter Web App — 137K Retweets  19.9K Quote Tweets  950K Likes |
| 2/5/2021 | 248,700 | 64,000 | | | Elon Musk @elonmusk — The future currency of Earth — Dogecoin to the Moooonn 71.3% — All other crypto combined 28.7% — 2,432,725 votes · Final results — 11:51 PM · Feb 5, 2021 · Twitter for iPhone — 56.8K Retweets  8,037 Quote Tweets  248.7K Likes |
| 2/10/2021 | 521,000 | 64,000 | 26,900 | | Elon Musk @elonmusk · Feb 10, 2021 — Bought some Dogecoin for lil X, so he can be a toddler hodler — 26.9K  64K  521.4K |

| Date | Likes | Retweets | Replies | Tweet |
|---|---|---|---|---|
| 2/11/2021 | 235,700 | 32,100 | 18,400 | Elon Musk @elonmusk · Feb 11, 2021 — "Frodo was the underdoge, All thought he would fail, Himself most of all." [image of crypto prices with ring: "ONE COIN TO RULE THEM ALL"] |
| 2/14/2021 | 313,700 | 38,100 | 26,800 | Elon Musk @elonmusk · Feb 14, 2021 — "If major Dogecoin holders sell most of their coins, it will get my full support. Too much concentration is the only real issue imo." |
| 2/20/2021 | 53,100 | 7,155 | 2,835 | Elon Musk @elonmusk · Feb 20, 2021 — Replying to @dogecoin "I just set up some little Doge mining rigs with my kids. It was fun." |
| 2/24/2021 | 547,200 | 71,400 | 21,000 | Elon Musk @elonmusk · Feb 24, 2021 — "Literally" [image of Doge astronaut on the moon] |
| 2/21/2021 | 309,800 | 34,200 | 18,400 | Elon Musk @elonmusk · Feb 21, 2021 — "Dojo 4 Doge" |
| 3/1/2021 | 270,500 | 27,000 | 8,901 | Elon Musk @elonmusk · Mar 1, 2021 — "Doge meme shield (legendary item)" [meme image] |

| Date | Likes | Retweets | Replies | Tweet |
|---|---|---|---|---|
| 3/2/2021 | 15,000 | 2,774 | 915 | Elon Musk @elonmusk · Mar 2, 2021<br>Replying to @draecomino<br>2022: Dogecoin is dumb<br>915  2,774  15K |
| 3/5/2021 | 389,100 | 40,500 | 19,400 | Elon Musk @elonmusk · Mar 5, 2021<br>Doge spelled backwards is Egod<br>19.4K  40.5K  389.1K |
| 3/13/2021 | 73,000 | 7,829 | 2,332 | Elon Musk @elonmusk · Mar 13, 2021<br>Origin of Doge Day Afternoon:<br>The ancient Romans sacrificed a Dogecoin at the beginning of the Doge Days to appease the rage of Sirius, believing that the star was the cause of the hot, sultry weather.<br>2,332  7,829  73K |
| 3/13/2021 | 166,900 | 19,200 | 6,949 | Elon Musk @elonmusk · Mar 13, 2021<br>Doge day afternoon<br>6,949  19.2K  166.9K<br>Show this thread |
| 3/13/2021 | 73,000 | 7,829 | 2,331 | Elon Musk @elonmusk · Mar 13, 2021<br>Origin of Doge Day Afternoon:<br>The ancient Romans sacrificed a Dogecoin at the beginning of the Doge Days to appease the rage of Sirius, believing that the star was the cause of the hot, sultry weather.<br>2,331  7,829  73K |
| 3/15/2021 | 76,100 | 5,251 | 2,381 | Elon Musk @elonmusk · Mar 15, 2021<br>Replying to @beeple<br>420M Doge<br>2381  5,251  76.1K |
| 3/18/2021 | 46,800 | 3,610 | 1,567 | Elon Musk @elonmusk · Mar 18, 2021<br>Replying to @lexfridman<br>Sometimes it's about Doge<br>1,567  3,610  46.8K |
| 4/1/2021 | 521,800 | 58,500 | 24,500 | Elon Musk @elonmusk · Apr 1, 2021<br>SpaceX is going to put a literal Dogecoin on the literal moon<br>24.5K  58.5K  521.8K |
| 4/15/2021 | 320,000 | 52,000 | 21,500 | Elon Musk @elonmusk · Apr 15, 2021<br>Doge Barking at the Moon |



| Date | Likes | Retweets | Replies |
|---|---|---|---|
| 5/15/2021 | 53,900 | 17,200 | 10,000 |
| 5/15/2021 | 22,700 | 4,861 | 4,757 |
| 5/16/2021 | 80,600 | 20,000 | 12,600 |
| 5/20/2021 | 299,700 | 59,800 | 69,900 |
| 5/20/2021 | 50,500 | 13,600 | 5,013 |
| 5/20/2021 | 23,000 | 2,763 | 939 |
| 5/20/2021 | 6,353 | 1,449 | |
| 5/24/2021 | 186,000 | 34,200 | 21,100 |
| 5/24/2021 | 126,700 | 12,500 | 7,890 |

| Date | Col2 | Col3 | Col4 | Tweet |
|---|---|---|---|---|
| 5/24/2021 | 186,000 | 34,200 | 21,100 | |
| 5/25/2021 | 48,100 | 9,092 | 5,699 | |
| 5/25/2021 | 32,100 | 4,613 | 3,905 | |
| 5/25/2021 | 48,100 | 9,094 | 5,700 | |
| 6/5/2021 | 23,800 | 3,851 | 1,921 | |
| 6/5/2021 | 23,800 | 3,849 | 1,921 | |

| Date | Likes | Retweets | Replies | Tweet |
|---|---|---|---|---|
| 7/1/2021 | 126,900 | 17,100 | 10,900 | Elon Musk @elonmusk · Jul 1, 2021 — "Release the Doge!" [image: "YOU COME TO ME AT RUNTIME TO TELL ME THE CODE YOU ARE EXECUTING DOES NOT COMPILE"] 10.9K / 17.1K / 126.9K |
| 7/1/2021 | 291,200 | 71,700 | 51,400 | Elon Musk @elonmusk · Jul 1, 2021 — "Baby Doge, doo, doo, doo, doo, doo, Baby Doge, doo, doo, doo, doo, doo, Baby Doge, doo, doo, doo, doo, doo, Baby Doge" 51.4K / 71.7K / 291.2K |
| 7/1/2021 | 16,300 | 3,602 | 1,404 | Elon Musk @elonmusk · Jul 1, 2021 — Replying to @RenataKonkoly @thesheetztweetz and 4 others — "But can I pay in Doge?" 1,404 / 3,602 / 16.3K |
| 7/9/2021 | 26,100 | 7,800 | 6,555 | Elon Musk @elonmusk · Jul 9, 2021 — Replying to @MattWallace888 — "BTC & ETH are pursuing a multilayer transaction system, but base layer transaction rate is slow & transaction cost is high. There is merit imo to Doge maximizing base layer transaction rate & minimizing transaction cost with exchanges acting as the de facto secondary layer." 6,555 / 7,800 / 26.1K |
| 7/12/2021 | 21,500 | 4,116 | 1,944 | Elon Musk @elonmusk · Jul 12, 2021 — Replying to @CGDaveMac — "Maybe if it sees a Shiba Inu, the car renders a Dogecoin …" 1,944 / 4,116 / 21.5K |
| 7/17/2021 | 14,500 | 3,028 | 1,199 | Elon Musk @elonmusk · Jul 17, 2021 — Replying to @AshleyIllusion1 and @lexfridman — "Lil X is hodling his Doge like a champ. Literally never said the word "sell" even once!" 1,199 / 3,028 / 14.5K |

| Date | Likes | Retweets | Replies | Tweet |
|---|---|---|---|---|
| 7/25/2021 | 261,700 | 33,500 | 25,800 | Elon Musk @elonmusk · Jul 25, 2021 — And finally. [Image: Matrix meme — "What are you trying to tell me, that I can make a lot of money with Dogecoin?" "No, Neo. I'm trying to tell you that Dogecoin is money."] 25.8K / 33.5K / 261.7K |
| 7/31/2021 | 1,710 | 73 | 100 | Elon Musk @elonmusk · Jul 31, 2021 — Replying to @doge_southern @truth_tesla and @ConsumerReports: They do. 100 / 73 / 1,710 |
| 8/23/2021 | 12,300 | 1,547 | 834 | Elon Musk @elonmusk · Aug 23, 2021 — Replying to @OptimoPrincipi: Ancient Doges. 834 / 1,547 / 12.3K |
| 9/2/2021 | 11,400 | 2,433 | 1,037 | Elon Musk @elonmusk · Sep 2, 2021 — Replying to @dogecoin_devs: Good progress. Applying information theory to currency (which is just information), lower fees reduce noise & faster & more consistent sync time improve latency & jitter. 1,037 / 2,433 / 11.4K |
| 9/22/2021 | 23,500 | 4,490 | 2,194 | Elon Musk @elonmusk · Sep 22, 2021 — Replying to @BillyM2k: Super important for Doge fees to drop to make things like buying movie tix viable. 2,194 / 4,490 / 23.5K |
| 10/22/2021 | 56,900 | 11,700 | 6,424 | Elon Musk @elonmusk · Oct 22, 2021 — Replying to @UberFacts: *In Dogecoin. 6,424 / 11.7K / 56.9K |
| 10/24/2021 | 32,700 | 7,929 | 3,978 | Elon Musk @elonmusk · Oct 24, 2021 — Replying to @ProTheDoge: Lots of people I talked to on the production lines at Tesla or building rockets at SpaceX own Doge. They aren't financial experts or Silicon Valley technologists. That's why I decided to support Doge – it felt like the people's crypto. 3,978 / 7,929 / 32.7K |

| Date | Likes | Retweets | Replies | Category | Tweet |
|---|---|---|---|---|---|
| 10/24/2021 | 35,700 | 7,415 | 5,326 | | Elon Musk @elonmusk · Oct 24, 2021 — Replying to @Filasophical and @ShibaInuHodler: "Out of curiosity, I acquired some ascii hash strings called 'Bitcoin, Ethereum & Doge'. That's it. As I've said before, don't bet the farm on crypto! True value is building products & providing services to your fellow human beings, not money in any form." |
| 10/24/2021 | | | | Contact with Doge | Tesla in the Gong @TeslaGong · Oct 23, 2021 — Replying to @elonmusk @mishaboar and @DogecoinFdn: "Have u had recent interactions with the doge dev team Elon. The roadmap is promising particularly NFT integrations." / Elon Musk @elonmusk · Oct 24, 2021: "Not recently. What matters imo is lowering fees, decreasing block time & increasing block size. A single layer network with exchanges as de facto layer 2 seems like the simplest solution for a medium of exchange." |
| 10/27/2021 | 46,100 | 6,795 | 10,600 | | Elon Musk @elonmusk · Oct 27, 2021 — Replying to @BillyM2k: "If I send you 2 Doge, will you promise to send me 1 Doge?" |
| 10/31/2021 | 238,300 | 24,600 | 25,300 | | Elon Musk @elonmusk · Oct 31, 2021: "Tuition is in Dogecoin & u get a discount if u have a dog" |
| 10/31/2021 | 16,800 | | | Crypto Scams | Shibetoshi Nakamoto @BillyM2k · Oct 23, 2021: "twitter is essentially a big advertising board mixed with complaining" / Elon Musk @elonmusk: "Plus crypto scams haha" |
| 11/2/2021 | 25,300 | 5,376 | 5,720 | | Elon Musk @elonmusk · Nov 2, 2021 — Replying to @BillyM2k: "How about my lil doge Floki? He would make a great CEO! His judgment is 👍." |
| 11/23/2021 | 24,500 | 4,511 | 4,594 | | Elon Musk @elonmusk · Nov 23, 2021 — Replying to @CoinDesk @binance and @egreechee: "Hey @cz_binance, what's going on with your Doge customers? Sounds shady." |
| 11/23/2021 | 21,400 | 3,592 | 3,207 | | Elon Musk @elonmusk · Nov 23, 2021 — Replying to @binance @CoinDesk and 2 others: "Doge holders using Binance should be protected from errors that are not their fault" |
| 11/23/2021 | 19,000 | 2,772 | 3,435 | | Elon Musk @elonmusk · Nov 23, 2021 — Replying to @cz_binance @CoinDesk and 2 others: "I don't use Binance (tried at one point, but signup was too many hoops to jump through), so no inconvenience to me personally. Just raising this issue on behalf of other Doge holders." |

| Date | Likes | Retweets | Replies | Tweet |
|---|---|---|---|---|
| 11/25/2021 | 14,800 | 480 | 732 | Elon Musk @elonmusk · Nov 25, 2021 — Replying to @GailAlfarATX @SpaceX and 9 others — Absolutely! (732, 480, 14.8K) |
| 11/25/2021 | 14,800 | 480 | 732 | Elon Musk @elonmusk · Nov 25, 2021 — Replying to @GailAlfarATX @SpaceX and 9 others — Absolutely! (732, 480, 14.8K) |
| 12/10/2021 | 4,465 | 384 | 513 | Elon Musk @elonmusk · Dec 10, 2021 — Replying to @GailAlfarATX @SawyerMerritt and @dogecoin — Imbued gold/bronze color would be sick (513, 384, 4,465) |
| 12/14/2021 | 359,700 | 65,600 | 52,900 | Elon Musk @elonmusk · Dec 14, 2021 — Tesla will make some merch buyable with Doge & see how it goes (52.9K, 65.6K, 359.7K) |
| 12/23/2021 | 30,400 | 6,661 | 4,121 | Elon Musk @elonmusk · Dec 23, 2021 — Replying to @BillyM2k @jack and 6 others — That's why I'm pro Doge (4,121, 6,661, 30.4K) |
| 1/14/2022 | 327,700 | 57,700 | 37,900 | Elon Musk @elonmusk · Jan 14 — Tesla merch buyable with Dogecoin (37.9K, 57.7K, 327.7K) |
| 1/25/2022 | 415,500 | 65,900 | 30,200 | Elon Musk @elonmusk · Jan 25 — I will eat a happy meal on tv if @McDonalds accepts Dogecoin (30.2K, 65.9K, 415.5K) |
| 3/14/2022 | 59,400 | 16,800 | 4,058 | Elon Musk @elonmusk · Mar 14 — Replying to @elonmusk and @saylor — As a general principle, for those looking for advice from this thread, it is generally better to own physical things like a home or stock in companies you think make good products, than dollars when inflation is high. I still own & won't sell my Bitcoin, Ethereum or Doge fwiw. (4,058, 16.8K, 59.4K) |
| 4/9/2022 | 34,300 | 5,284 | 2,856 | Elon Musk @elonmusk · Apr 9 — Replying to @elonmusk and @GonzaAbalos — Maybe even an option to pay in Doge? (2,856, 5,284, 34.3K) |
| 5/3/2022 | 106,500 | 3,445 | 3,476 | Elon Musk @elonmusk · May 3 — Replying to @dogecoin_empire — I was going full Looney Tunes haha (3,476, 3,445, 106.5K) |
| 5/3/2022 | 93,100 | 3,067 | 4,132 | Elon Musk @elonmusk · May 3 — Replying to @cb_doge — Making funny faces at the Met (4,132, 3,067, 93.1K) |

| Date | Likes | Retweets | Comments | | Tweet |
|---|---|---|---|---|---|
| 5/3/2022 | 26,500 | 1,950 | 2,137 | | Elon Musk @elonmusk · May 3 — Replying to @BillyM2k and @cb_doge — Can only read one side. Looks like "ax the itch"? — 2,137  1,950  26.5K |
| 5/17/2022 | 57,100 | 2,720 | 1,712 | | Elon Musk @elonmusk · May 17 — Replying to @cb_doge — The audience laughter says it all — 1,712  2,720  57.1K |
| 5/25/2022 | 13,700 | 816 | 830 | | Elon Musk @elonmusk · May 25 — Replying to @cb_doge — Yikes. Def not me. — 830  816  13.7K |
| 5/26/2022 | 17,400 | 2,562 | 1,395 | | Elon Musk @elonmusk · May 26 — Replying to @davidgokhshtein — Dogecoin Trillionaire, the Movie 🍿 — 1,395  2,562  17.4K |
| 5/27/2022 | 204,100 | 22,400 | 13,900 | | Elon Musk @elonmusk · May 27 — Tesla merch can be bought with Doge, soon SpaceX merch too — 13.9K  22.4K  204.1K |
| 5/31/2022 | 12,200 | 1,316 | 939 | | Elon Musk @elonmusk · May 31 — Replying to @BillyM2k @PinballReed and 3 others — You're humble bro. Billy's sense of humor & irreverence is a big part of why people love Dogecoin. — 939  1,316  12.2K |
| 5/31/2022 | 3,676 | 353 | 218 | | Elon Musk @elonmusk · May 31 — Replying to @elonmusk @PinballReed and 3 others — And Palmer always forgets to mention that he never wrote a single line of Dogecoin code … — 218  353  3,676 |
| 6/19/2022 | 394,600 | 43,400 | 37,400 | | Elon Musk @elonmusk · Jun 19 — I will keep supporting Dogecoin — 37.4K  43.4K  394.6K |
| | **TOTAL LIKES** | **TOTAL RETWEETS** | **TOTAL COMMENTS** | | **TOTAL RECORDED INTERACTIONS** |
| | **13,276,189** | **2,017,441** | **1,049,492** | | **16,343,122** |