# Elon Musk
@elonmusk

Followers you know | Followers | **Following**

**SpaceX** @SpaceX — Follow
SpaceX designs, manufactures and launches the world's most advanced rockets and spacecraft

**Maye Musk** @mayemusk — Follow
Bestselling International Author #AWomanMakesAPlan 📖 Dietitian with 2 MSc degrees 🤓 Supermodel😉💃 #ItsGreatToBe74 Model/Speaking/Literary Agents ⬇️

**Joe Rogan** @joerogan — Follow
Stand up comic/mixed martial arts fanatic/psychedelic adventurer Host of The Joe Rogan Experience #FreakParty facebook.com/JOEROGAN

**Everyday Astronaut** @Erdayastronaut — Follow
Professional rocket orientation specialist, chasing rockets and capturing photons. Bringing space down to Earth for everyday people 🚀

**Jared Isaacman** @rookisaacman — Follow
Pilot, Astronaut & Commander of Polaris Dawn mission to space 🚀🐉. Founder & CEO of @Shift4. Inspiration4 🧑‍🚀, former Airshow Pilot & sometimes climb 🏔️

**News from Science** @NewsfromScience — Follow
The latest stories in science, brought to you by the @ScienceMagazine news team.

**Science Magazine** @ScienceMagazine — Follow
The world's leading outlet for cutting-edge research in all areas of science. Follow @NewsfromScience for stories from our news team.

**Russell Brand** @rustyrockets — Follow
Sign up here to receive vital messages directly from me and to get your place on the ark if we can't sort this sh*t out. linktr.ee/RussellBrand

**NASA Webb Telescope** @NASAWebb — Follow
Launched: Dec. 25, 2021. First images revealed: July 12, 2022. Follow along as the world's most powerful space telescope continues to #UnfoldTheUniverse!

**HIRO MIZUNO** @hiromichimizuno — Follow
UN Special Envoy, Tesla Board, Danone Mission committee, The B Team, Milken Institute, CFA Institute, HBS, Oxford, Kellogg, Cambridge,

**Walter Isaacson** @WalterIsaacson — Follow
Author of The Code Breaker, The Innovators, Leonardo, Franklin, Einstein, Steve Jobs. Professor @Tulane. Formerly Time, CNN, & Aspen Institute. Next: Elon Musk.

**Sam Altman** @sama — Follow
@OpenAI

**Mike Solana** @micsolana — Follow

**MachinePix** @MachinePix — Follow
Amazing feats of engineering. Tweeted by @kane and root.vc

**Chris Bergin - NSF** @NASASpaceflight — Follow
NASASpaceFlight.com (NSF) Managing Editor.

**Brett Winton** @wintonARK — Follow
Director of Research @ARKInvest. Disruptive Tech: Ƀ / 🧬 🔬 🧬 ✂️ / 🤖 🚕 🔋 / 🧠 💻 ☁️ / 🚀 🤖 🤖 🖨️ Disclosure: arkinv.st/2rxmMRG

**Tasha Keeney** @TashaARK — Follow
I cover autonomous technology that flies and rolls and additive manufacturing @ARKInvest. Female mathematician 💪 Disclosure arkinv.st/2rxmMRG

**Archillect** @archillect — Follow
The ocular engine. Sources: @archillinks archillect.com

**Sam Korus** @skorusARK — Follow
Robotics, EVs, energy storage, alt energy, and space @ARKinvest. Disclosure: bit.ly/1C5DBVL

**Wonder of Science** @wonderofscience — Follow
"The most beautiful thing we can experience is the mysterious. It is the source of all true art and science" - Albert Einstein

**Gen. Jay Raymond** @SpaceForceCSO — Follow
Official Twitter account of the Chief of Space Operations, US Space Force. *Retweets, likes and follows do not imply endorsement.

**United States Space Force** @SpaceForceDoD — Follow
Official United States Space Force twitter: Stay up to date on all things Space Force! (Following, RTs & likes ≠ endorsement)

**Liv Boeree** @Liv_Boeree — Following
Just a small town girl, living in a positive-sum world. Watch my new video 👇

**Shivon Zilis** @shivon — Following
Artificial intelligence, biological intelligence, and whatever exists in between and beyond. Made in Canada.

**Neil deGrasse Tyson** @neiltyson — Following
Astrophysicist

**WLOP** @wlopwangling — Follow
Patreon: patreon.com/wlop Painting videos and Tutorials: gumroad.com/wlop Art Prints: artstation.com/wlop/prints Foundation:foundation.app/wlop

**Brian Berger** @Brian_J_Berger — Follow
@SpaceNews_Inc editor-in-chief. I've been covering the business and politics of space in print and on the web since 1998.

**Cathie Wood** @CathieDWood — Follow
Founder, CEO and CIO @ARKInvest. Thematic portfolio manager for disruptive innovation, mom, economist, and women's advocate. Disclosure: bit.ly/1C5DBVL

**Lex Fridman** @lexfridman — Following
Host of Lex Fridman Podcast. Research Scientist at MIT. Interested in robots and humans.

**Mars** @4thFromOurStar — Follow
4th from the Sun, also known as the Red Planet.

**BBC Science News** @BBCScienceNews — Follow
News, features and analysis from the BBC Science & Environment news desk.

**The Stoic Emperor** @TheStoicEmperor — Follow
Modern meditations. Wisdom for the world of today. These are new thoughts, not quotes.

**Dan Carlin** @HardcoreHistory — Follow
Dan Carlin's Hardcore History Twitter feed quote: Yes, I know the show is late... endquote

**Jon Favreau** @Jon_Favreau — Follow
actor/writer/director

**前澤友作 | MZDAOスタート** @yousuck2020 — Following
僕と一緒に会社(DAO)作りませんか? mzdao.jp

**Marc Andreessen** @pmarca — Follow
The Jacob Urowsky Professor of Entrepreneurship at Sand Hill University

**World of Engineering** @engineers_feed — Follow
The most fun way to learn something new everyday with the biggest account on Twitter with no checkmark.

**BBC Comedy** @bbccomedy — Follow
chicken bhuna, lamb bhuna and prawn bhuna, mushroom rice, bag of chips, keema naan and 9 poppadoms

**Ken Levine** @levine — Follow
Creative Director, Ghost Story Games (formerly Irrational). Current Project: bit.ly/2nsxtF5 Getting into the games industry? bit.ly/2DP9n2k

**Niche Gamer** @nichegamer — Follow
The premiere enthusiast gaming site and community for niche and unique video games across the globe.

**Tosca Musk** @ToscaMusk — Following
Passionflix.com

**Lisa Joy** @lisajoynolan — Follow

**BBC Breaking News** @BBCBreaking — Following
Breaking news alerts and updates from the BBC. For news, features, analysis follow @BBCWorld (international) or @BBCNews (UK). Latest sport news @BBCSport.

**GeekWire** @geekwire — Follow
Breaking news and analysis on Amazon, Microsoft, Pacific Northwest startups, health tech, geek life, more. Subscribe to our newsletter: geekwire.com/newsletters

**SwiftOnSecurity** @SwiftOnSecurity — Follow
Security person at a place. former helpdesk. they/them/tay. Microsoft MVP, Client Security

**CGP Grey** 🐝 @cgpgrey — Follow

**bill lee** 🐾 @westcoastbill — Follow
building mydoge.com 21x.com investor: @spacex @opensea @neuralink @coinbase @tesla @boringcompany

**Fermat's Library** @fermatslibrary — Follow
A platform for illuminating academic papers. We publish an annotated paper every week. Our chrome extension for arXiv: fermatslibrary.com/librarian

**Rick and Morty** @RickandMorty — Follow
Season 6 coming September 4th

**NASA JPL** @NASAJPL — Follow
NASA Jet Propulsion Laboratory manages many of NASA's robotic missions exploring Earth, the solar system and our universe. Tweets from JPL's News Office.

**International Space Station** @Space_Station — Following
NASA's page for updates from the International Space Station, the world-class lab orbiting Earth 250 miles above. For the latest research, follow @ISS_Research.

**The Boring Company** @boringcompany — Follow
Beat the snail

**World and Science** @WorldAndScience — Follow
Frequently updated assortment of tweets related to the world of science (with some side tracking) - As an Amazon Associate we earn from qualifying purchases

**Hyperloop** @Hyperloop — Follow
Official Twitter account for the @SpaceX Hyperloop Pod Competition

**Medical Xpress** @medical_xpress — Follow
Latest research news on health and medicine

**South Park** @SouthPark — Follow
South Park at Red Rocks 8/9 & 8/10. Tailgate opened to the public at 11:30AM. Concert doors at 6.

**History In Pictures** @HistoryInPics — Follow
Sharing the most interesting moments in history. History should not be censored

**Rebecca Newberger Goldstein** @platobooktour — Follow
Philosopher and novelist; 2014 National Humanities Medal

**NASA** @NASA — Following
There's space for everybody. ✨

**DEVELOP** @developonline — Follow
DEVELOP, part of @MCV_DEVELOP, analyses and supports the global games dev community. Tweets from @zptr and @wallacec42. DMs open, get in touch!

**The Hacker News** @TheHackersNews — Follow
The most trusted, widely read, independent source for breaking news and tech coverage on #cybersecurity, #infosec, #hacking. t.me/thehackernews

**XKCD Comic** @xkcdComic — Follow
XKCD comic feed with images and mobile friendly links. Unofficial, run by @dghubble

**Tim Urban** @waitbutwhy — Follow
Writer, infant

**@arxivblog** @arxivblog — Follow
The best new ideas in science and technology. Now blogging at Discover Magazine, previously at Technology Review and Medium

**Neuroskeptic** 🟦🟨 @Neuro_Skeptic — Follow
Neuroscience, psychology and psychiatry through a skeptical lens. Just a brain with some eyes. Formerly blogged for @DiscoverMag.

**Phys.org** @physorg_com — Follow
Science news, Technology news. Physics, Space, Biology, Chemistry, Engineering, Math, Electronics, Nanotechnology, Materials, Computers, Health, Earth Science.

**TeslaRoadTrip** @TeslaRoadTrip — Follow
Tesla Owners Organization that promotes EV's and long distance driving. Enjoying the scenic beauty of this great country!

**Khan Academy** @khanacademy — Follow
Working to make a free, world-class education available for anyone, anywhere.🚀✨ Teachers: follow us @TeachWithKhan! Parents of littles: follow @KhanAcademyKids

**Tesla** @Tesla — Following
electric cars, giant batteries and solar

Messages