UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH JOHNSON, COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, JAMES DUONG, FERNANDO URIZA, MICHAEL TWOMEY, and JESSICA CALKINS, individually and on behalf of all others similarly situated,<br><br>                            Plaintiffs,<br><br>- versus -<br><br>ELON MUSK, SPACE EXPLORATION TECHNOLOGIES CORP dba SPACEX, TESLA, INC., THE BORING COMPANY, DOGECOIN FOUNDATION, INC., BILLY MARKUS, JACKSON PALMER, DOGECOIN DEVELOPERS class representative ROSS NICHOLL and DOGE ARMY class representative MATT WALLACE, individually and on behalf of all others similarly situated,<br><br>                            Defendants. | Case No.: 1:22-cv-05037-AKH<br><br><br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

THIS MATTER having been brought before the court on motion by Evan Spencer Law, PLLC and Santos A Perez, Esq, attorneys for Plaintiffs, and good cause having been shown,

IT IS on this _____ day of _____, ORDERED Plaintiffs motion for leave to file a second amended complaint is GRANTED.  Plaintiff shall file and serve the second amended complaint on or before _____.

IT IS SO ORDERED.

DATED:

                                                                                      _____
                                                                                       Honorable Alvin K. Hellerstein