

| DATE | Likes | Retweets | Comments | | Tweet |
|------|-------|----------|----------|---|-------|
| 4/2/2019 | 19,200 | 2,102 | 1,041 | | |
| 4/2/2019 | 14,900 | 527 | 217 | | |
| 4/2/2019 | 12,000 | 4,109 | 725 | | |
| 4/2/2019 | 133,400 | 16,800 | 1,719 | | |
| 4/25/2020 | 2,285 | 293 | 126 | | |
| 7/18/2020 | 183,000 | | | | |
| 12/20/2020 | 212,000 | | | | |

**TWEETS**



| 2/4/2021 | 527,500 | 110,100 | 18,300 |
| 2/4/2021 | 401,000 | 38,700 | 6,697 |
| 2/4/2021 | 242,400 | 48,700 | 8,639 |
| 2/4/2021 | 950,000 | 137,000 | |
| 2/5/2021 | 248,700 | 64,000 | |
| 2/10/2021 | 521,000 | 64,000 | 26,900 |
| 2/11/2021 | 235,700 | 32,100 | 18,400 |

| Date | | | | |
|---|---|---|---|---|
| 2/14/2021 | 313,700 | 38,100 | 26,800 | Elon Musk @elonmusk · Feb 14, 2021<br>If major **Dogecoin** holders sell most of their coins, it will get my full support. Too much concentration is the only real issue imo.<br>26.8K   38.1K   313.7K |
| 2/20/2021 | 53,100 | 7,155 | 2,835 | Elon Musk @elonmusk · Feb 20, 2021<br>Replying to @dogecoin<br>I just set up some little Doge mining rigs with my kids. It was fun.<br>2,835   7,155   53.1K |
| 2/24/2021 | 547,200 | 71,400 | 21,000 | |
| 2/21/2021 | 309,800 | 34,200 | 18,400 | Elon Musk @elonmusk · Feb 21, 2021<br>**Dojo** 4 Doge<br>18.4K   34.2K   309.8K |
| 3/1/2021 | 270,500 | 27,000 | 8,901 | Elon Musk @elonmusk · Mar 1, 2021<br>Doge meme shield (legendary item)<br><br>8.9K   27K   270K |
| 3/2/2021 | 15,000 | 2,774 | 915 | Elon Musk @elonmusk · Mar 2, 2021<br>Replying to @dogecoinliko<br>2022: **Dogecoin** is stamp<br>915   2,774   15K |
| 3/5/2021 | 389,100 | 40,500 | 19,400 | Elon Musk @elonmusk · Mar 5, 2021<br>Doge spelled backwards is Egod<br>19.4K   40.5K   389.1K |
| 3/13/2021 | 73,000 | 7,829 | 2,332 | Elon Musk @elonmusk · Mar 13, 2021<br>Origin of Doge Day Afternoon:<br>The ancient Romans sacrificed a **Dogecoin** at the beginning of the Doge Days to appease the rage of Sirius, believing that the star was the cause of the hot, sultry weather.<br>2,332   7,829   73K |
| 3/13/2021 | 166,900 | 19,200 | 6,949 | Elon Musk @elonmusk · Mar 13, 2021<br>Doge day afternoon<br>6,949   19.2K   166.9K<br>Show this thread |
| 3/13/2021 | 73,000 | 7,829 | 2,331 | Elon Musk @elonmusk · Mar 13, 2021<br>Origin of **Doge** Day Afternoon:<br>The ancient Romans sacrificed a Dogecoin at the beginning of the **Doge** Days to appease the rage of Sirius, believing that the star was the cause of the hot, sultry weather.<br>2,331   7,829   73K |
| 3/13/2022 | 228,300 | 19,000 | 8,727 | Elon Musk @elonmusk · Mar 13, 2021<br>Why are you so **dogematic**, they ask<br>8,727   19K   228.3K |
| 3/15/2021 | 76,100 | 5,251 | 2,381 | Elon Musk @elonmusk · Mar 15, 2021<br>Replying to @lhcsphi<br>420M Doge<br>2,381   5,251   76.1K |



| Date | | | |
|---|---|---|---|
| 3/18/2021 | 46,800 | 3,610 | 1,567 |
| 4/1/2021 | 521,800 | 58,500 | 24,500 |
| 4/15/2021 | 320,000 | 52,000 | 21,500 |
| 4/15/2021 | 20,700 | 2,695 | 847 |
| 4/24/2021 | 435,500 | 33,100 | 49,600 |
| 4/28/2021 | 441,000 | 83,600 | 35,900 |
| 5/9/2021 | 521,000 | 125,900 | 34,500 |
| 5/11/2021 | 388,900 | 109,700 | 95,500 |
| 5/13/2021 | 527,500 | 101,700 | 62,400 |
| 5/13/2021 | 347,500 | 49,400 | 34,800 |

| | | | |
|---|---|---|---|
| 5/15/2021 | 53,900 | 17,200 | 10,000 |
| 5/15/2021 | 22,700 | 4,861 | 4,757 |
| 5/16/2021 | 80,600 | 20,000 | 12,600 |
| 5/20/2021 | 299,700 | 59,800 | 69,900 |
| 5/20/2021 | 50,500 | 13,600 | 5,013 |
| 5/20/2021 | 23,000 | 2,763 | 939 |
| 5/20/2021 | 6,353 | 1,449 | |
| 5/24/2021 | 186,000 | 34,200 | 21,100 |
| 5/24/2021 | 126,700 | 12,500 | 7,890 |
| 5/24/2021 | 186,000 | 34,200 | 21,100 |



| Date | | | | | |
|---|---|---|---|---|---|
| 5/25/2021 | 48,100 | 9,092 | 5,699 | | Elon Musk @elonmusk · May 25, 2021<br>Replying to @heydave7 and @dogecoin_devs<br>Doge has dogs & memes, whereas the others do not<br>5,699    9,092    48.1K |
| 5/25/2021 | 32,100 | 4,613 | 3,905 | | Elon Musk @elonmusk · May 25, 2021<br>Replying to @itsALLrisky<br>Please note **Dogecoin** has no formal organization & no one reports to me, so my ability to take action is limited<br>3,905    4,613    32.1K |
| 5/25/2021 | 48,100 | 9,094 | 5,700 | | Elon Musk @elonmusk · May 25, 2021<br>Replying to @heydave7 and @dogecoin_devs<br>**Doge** has dogs & memes, whereas the others do not<br>5,700    9,094    48.1K |
| 6/5/2021 | 23,800 | 3,851 | 1,921 | | Elon Musk @elonmusk · Jun 5, 2021<br>Replying to @lexfridman @VitalikButerin and 8 others<br>I pretty much agree with Vitalik<br>1,921    3,851    23.8K |
| 6/5/2021 | 23,800 | 3,849 | 1,921 | | Elon Musk @elonmusk · Jun 5, 2021<br>Replying to @lexfridman @VitalikButerin and 8 others<br>I pretty much agree with Vitalik<br>1,921    3,849    23.8K |
| 7/1/2021 | 126,900 | 17,100 | 10,900 | | Elon Musk @elonmusk · Jul 1, 2021<br>Release the Doge!<br> |
| 7/1/2021 | 291,200 | 71,700 | 51,400 | | Elon Musk @elonmusk · Jul 1, 2021<br>Baby **Doge**, doo, doo, doo, doo, doo.<br>Baby **Doge**, doo, doo, doo, doo, doo.<br>Baby **Doge**, doo, doo, doo, doo, doo.<br>Baby **Doge**<br>51.4K    71.7K    291.2K |
| 7/1/2021 | 16,300 | 3,602 | 1,404 | | Elon Musk @elonmusk · Jul 1, 2021<br>Replying to @RenataKonkoly @thesheetztweetz and 4 others<br>But can I pay in Doge?<br>1,404    3,602    16.3K |
| 7/2/2021 | 197,000 | 21,000 | 16,000 | | Elon Musk @elonmusk · Jul 2, 2021<br><br>dogecoin<br>Polytopia |

| Date | | | | |
|---|---|---|---|---|
| 7/9/2021 | 26,100 | 7,800 | 6,555 | Elon Musk @elonmusk · Jul 9, 2021<br>Replying to @MattWallace888<br>BTC & ETH are pursuing a multilayer transaction system, but base layer transaction rate is slow & transaction cost is high.<br>There is merit imo to Doge maximizing base layer transaction rate & minimizing transaction cost with exchanges acting as the de facto secondary layer.<br>6,555  7,800  26.1K |
| 7/12/2021 | 21,500 | 4,116 | 1,944 | Elon Musk @elonmusk · Jul 12, 2021<br>Replying to @CGDaveMac<br>Maybe if it sees a Shiba Inu, the car renders a Dogecoin ...<br>1,944  4,116  21.5K |
| 7/17/2021 | 14,500 | 3,028 | 1,199 | Elon Musk @elonmusk · Jul 17, 2021<br>Replying to @AshleyIllusion1 and @lexfridman<br>Lil X is hodling his Doge like a champ. Literally never said the word "sell" even once!<br>1,199  3,028  14.5K |
| 7/25/2021 | 261,700 | 33,500 | 25,800 | Elon Musk @elonmusk · Jul 25, 2021<br>And finally<br>What are you trying to tell me, that I can make a lot of money with Dogecoin?<br>No, Neo. I'm trying to tell you that Dogecoin is money. |
| 7/31/2021 | 1,710 | 73 | 100 | Elon Musk @elonmusk · Jul 31, 2021<br>Replying to @doge_southern @truth_tesla and @ConsumerReports<br>They do<br>100  73  1,710 |
| 8/23/2021 | 12,300 | 1,547 | 834 | Elon Musk @elonmusk · Aug 23, 2021<br>Replying to @OptimoPrincipi<br>Ancient Doges<br>834  1,547  123K |
| 9/2/2021 | 11,400 | 2,433 | 1,037 | Elon Musk @elonmusk · Sep 2, 2021<br>Replying to @dogecoin_devs<br>Good progress. Applying information theory to currency (which is just information), lower fees reduce noise & faster & more consistent sync time improve latency & jitter.<br>1,037  2,433  11.4K |
| 9/22/2021 | 23,500 | 4,490 | 2,194 | Elon Musk @elonmusk · Sep 22, 2021<br>Replying to @BillyM2k<br>Super important for Doge fees to drop to make things like buying movie tix viable<br>2,194  4,490  23.5K |
| 10/22/2021 | 56,900 | 11,700 | 6,424 | Elon Musk @elonmusk · Oct 22, 2021<br>Replying to @UberFacts<br>*In Dogecoin<br>6,424  11.7K  56.9K |
| 10/24/2021 | 32,700 | 7,929 | 3,978 | Elon Musk @elonmusk · Oct 24, 2021<br>Replying to @ProTheDoge<br>Lots of people I talked to on the production lines at Tesla or building rockets at SpaceX own Doge. They aren't financial experts or Silicon Valley technologists. That's why I decided to support Doge – it felt like the people's crypto.<br>3,978  7,929  32.7K |

| Date | | | | |
|---|---|---|---|---|
| 10/24/2021 | 35,700 | 7,415 | 5,326 | |
| 10/24/2021 | | | | Contact with Dog |
| 10/27/2021 | 46,100 | 6,795 | 10,600 | |
| 10/31/2021 | 238,300 | 24,600 | 25,300 | |
| 10/31/2021 | 16,800 | | | Crypto Scams |
| 11/2/2021 | 25,300 | 5,376 | 5,720 | |
| 11/23/2021 | 24,500 | 4,511 | 4,594 | |
| 11/23/2021 | 21,400 | 3,592 | 3,207 | |
| 11/23/2021 | 19,000 | 2,772 | 3,435 | |
| 11/25/2021 | 14,800 | 480 | 732 | |
| 11/25/2021 | 14,800 | 480 | 732 | |

| Date | | | |
|---|---|---|---|
| 12/10/2021 | 4,465 | 384 | 513 |
| 12/14/2021 | 359,700 | 65,600 | 52,900 |
| 12/23/2021 | 30,400 | 6,661 | 4,121 |
| 1/14/2022 | 327,700 | 57,700 | 37,900 |
| 1/25/2022 | 415,500 | 65,900 | 30,200 |
| 2/18/2022 | 23,000 | 4,300 | 700 |
| 3/14/2022 | 59,400 | 16,800 | 4,058 |
| 4/9/2022 | 34,300 | 5,284 | 2,856 |
| 5/12/2022 | 48,000 | 45,511 | 3,588 |
| 5/26/2022 | 17,400 | 2,562 | 1,395 |
| 5/27/2022 | 204,100 | 22,400 | 13,900 |
| 5/31/2022 | 12,200 | 1,316 | 939 |
| 5/31/2022 | 3,676 | 353 | 218 |

| 6/19/2022 | 394,600 | 43,400 | 37,400 | | |
|---|---|---|---|---|---|
| 7/6/2022 | 10,300 | 2,280 | 1,144 | | |
| 8/1/2022 | 42,000 | 3,509 | 3,877 | | |
| 9/13/2022 | 90,000 | 8,000 | | | |
| 10/11/2022 | 37,700 | 3,000 | | | |





| | | | | | |
|---|---|---|---|---|---|
| 11/1/2022 | 1,000,000 | 80,900 | 35,200 | | |
| 11/4/2022 | 14,500 | 1,116 | 1,535 | | |
| | **TOTAL LIKES** | **TOTAL RETWEETS** | **TOTAL COMMENTS** | | **TOTAL RECORDED INTERACTIONS** |
| | **15,660,989** | **2,330,859** | **1,158,112** | | **19,149,960** |