| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 2/10/2021 | 521,000 | 64,000 | 26,900 |  |

**Elon Musk** @elonmusk · Feb 10, 2021
Bought some **Dogecoin** for lil X, so he can be a toddler hodler

💬 26.9K   🔁 64K   ♡ 521.4K

Exhibit D
Johnson V. Musk et al
Case No.: 1:22-cv-05037