| DATE | Likes | Retweets | Comments | Tweet |
| --- | --- | --- | --- | --- |
| 3/1/2021 | 270,500 | 27,000 | 8,901 |  |

