| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 3/5/2021 | 389,100 | 40,500 | 19,400 |  |



Exhibit F
Johnson V. Musk et al
Case No.: 1:22-cv-05037