| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 3/13/2021 | 73,000 | 7,829 | 2,332 | |
| 3/13/2021 | 166,900 | 19,200 | 6,949 | |
| 3/13/2021 | 73,000 | 7,829 | 2,331 | |
| 3/13/2022 | 228,300 | 19,000 | 8,727 | |

