| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 10/24/2021 | 32,700 | 7,929 | 3,978 |  |

**Elon Musk** @elonmusk · Oct 24, 2021
Replying to @ProTheDoge

Lots of people I talked to on the production lines at Tesla or building rockets at SpaceX own **Doge**. They aren't financial experts or Silicon Valley technologists. That's why I decided to support **Doge** – it felt like the people's crypto.

◯ 3,978    ⟲ 7,929    ♡ 32.7K    ⬆

Exhibit P
Johnson V. Musk et al
Case No.: 1:22-cv-05037