

Exhibit S
Johnson V. Musk et al
Case No.: 1:22-cv-05037