**Table 3. Event study results for Bitcoin log returns.** Cumulative abnormal return (CAR) of Bitcoin around Bitcoin-specific tweets by Elon Musk for non-negative and negative events.

| Class | Event | Tweet | [0, 1] | | [0, 5] | | [0, 10] | | [0, 60] | | [0, 120] | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | CAR | t-stat. | CAR | t-stat. | CAR | t-stat. | CAR | t-stat. | CAR | t-stat. |
| Non-negative events | 2 | Bitcoin is *not* my safe word | 0.302% | 0.37 | 0.025% | 0.19 | 0.034% | 0.25 | -0.381% | -0.88 | -0.477% | -0.78 |
| | 4 | Bitcoin is my safe word | -0.035% | -0.11 | 0.048% | 0.18 | 0.220% | 0.72 | -0.253% | -0.46 | -0.101% | -1.18 |
| | 8 | In retrospect, it was inevitable [*Twitter bio change*] | -0.029% | -0.66 | 0.075% | 0.20 | 0.331% | 0.56 | 13.645% | 1.94* | 14.258% | 1.76 |
| | 13 | This is true power haha | 0.080% | 10.44*** | 0.110% | 0.18 | -0.016% | -0.02 | -0.548% | -0.51 | 0.494% | 0.36 |
| | 17 | Cryptocurrency explained | 0.189% | 18.19*** | 0.743% | 1.82* | 1.087% | 1.80* | 1.743% | 1.62 | 2.909% | 2.16* |
| | 23 | BTC (Bitcoin) is an anagram of TBC | -0.004% | -0.01 | -0.261% | -0.44 | -0.108% | -0.18 | -0.945% | -0.95 | -1.606% | -1.18 |
| | 25 | You can now buy a Tesla with Bitcoin | 0.800% | 0.99 | 0.989% | 0.90 | 0.112% | 1.00 | 1.630% | 1.17 | 2.829% | 1.63 |
| | 37 | Tesla has 💎🙌 | -0.084% | -0.07 | 3.259% | 1.05 | 4.933% | 1.52 | 9.328% | 1.83* | 16.927% | 2.69** |
| | 39 | Spoke with North American Bitcoin miners | 1.236% | 1.15 | 3.307% | 1.22 | 3.771% | 1.37 | 2.428% | 0.74 | 1.538% | 0.42 |
| | 43 | How many Bitcoin maxis does it take | -0.170% | -9.73*** | 0.887% | 1.37 | 0.065% | 0.07 | -0.213% | -0.21 | 0.398% | 0.28 |
| | Full sample (n=10) | | 0.258% | 1.41 | 1.049% | 2.23* | 1.043% | 2.05* | 2.643% | 1.79* | 3.717% | 1.81* |
| Negative evennts | 21 | Scammers & crypto should get a room | 0.024% | 0.08 | 0.374% | 0.62 | 0.425% | 0.68 | 0.450% | 0.43 | 0.915% | 0.56 |
| | 34 | Tesla & Bitcoin | -1.200% | -0.86 | -3.861% | -1.73 | -2.858% | -1.02 | -3.174% | -0.91 | -11.865% | -1.84* |
| | 35 | Energy usage trend over past few months | 0.112% | 0.14 | 0.177% | 0.19 | 0.916% | 0.95 | -0.244% | -0.12 | 1.250% | 0.46 |
| | 42 | #Bitcoin [*picture of a couple's conversation*] | 0.076% | 0.27 | -0.750% | -1.44 | -2.183% | -2.77*** | -2.144% | -1.50 | -2.882% | -1.58 |
| | Full sample (n=4) | | -0.246% | -0.78 | -1.015% | -1.04 | -0.925% | -0.99 | -1.279% | -1.53 | -3.145% | -1.03 |

*, **, *** indicate significance at the 10%, 5% and 1% level.

15

Exhibit W
Johnson V. Musk et al
Case No.: 1:22-cv-05037

Table 3 shows event study results for negative versus non-negative events. Individual CARs for each event are also presented to allow readers to evaluate individual events and to devise their own classification. For the ten non-negative events, we find that, except for the two-minute period after the event, all periods considered are associated with significant positive abnormal returns. They amount to around 1% in the first 5 and 10 minutes, increase to 2.6% over one hour, and reach 3.7% after two hours. Thus, contrary to our earlier results, here we find that Musk's tweets do have a significant impact on Bitcoin returns. Note, however, that the effects vary substantially, depending on the contents of the tweets. In particular, the tweets on the Twitter bio change (13.645% after one hour and 14.258% after two hours) and on Tesla having diamond hands (9.328% and 16.927%) triggered especially large effects.

In the sample of negative events, we fail to identify any significant abnormal effect for the full group, which may be due to the low number of observations. However, the abnormal returns are consistently negative. The tweet *Tesla & Bitcoin* (Tesla suspending Bitcoin for vehicle purchases) has the largest individual effects, with a significant negative abnormal return of 11.865% over a two-hour period. In sum, we conclude that the evaluation of tweets is a significant and important characteristic for the understanding or identification of short-term price and volume effects and that the effects of negative and non-negative events cancel each other out across the set of Bitcoin tweets.

## 5   Discussion

This article has aimed to identify the extent to which cryptocurrency-related tweets by Elon Musk directly affect the pricing and trading volume of cryptocurrencies. Being one of the richest and most influential people in the world, Musk regularly comments on cryptocurrencies, creating much resonance and discussion. Therefore, it is reasonable to assume that his statements influence investor behavior and consequently have a market impact. At the same time, his motives often remain unclear or become apparent only incidentally (e.g. Tesla buying Bitcoin). The extent of Musk's influence can be valuable information for the decision-making of (individual) investors or the regulatory process. For these reasons, we have sought to assess (1) the effect of Musk's cryptocurrency-related Tweets on the pricing and trading volume of cryptocurrencies and (2) whether the effects differ by cryptocurrency. Answering these questions can improve our understanding of the role of information, social networks, leadership and influencers on cryptocurrency markets. The results provide a way to determine the impact of unanticipated tweets on the informational efficiency of cryptocurrencies and provide insights into the perceived quality of influencer content in the context of signaling theory.

Musk's tweets on cryptocurrency allow us to test weak-form market efficiency using event study methodology. The results clearly show that Musk's tweets have significant impact on cryptocurrency markets in terms of pricing and trading volume, confirming our first research question. On average, a cryptocurrency-related tweet leads to significant abnormal returns of 1.46% already within the minute of posting, followed by another 1.50% and 0.62% in the next two minutes. Over a period of 30 minutes, the significant cumulative abnormal return amounts to about 4.5%. The effects on trading volume are even stronger. We identify highly significant increases in trading volume in every single minute and all aggregate time intervals following a

tweet. This result is in line with existing studies on the significance of individual tweets by influential people for both stock markets (Brans and Scholtens, 2020; Ge et al., 2019) and cryptocurrency markets (Huynh, 2021).

We also find that the effects differ by cryptocurrency, affirming our second research question. Tweets that concern Dogecoin consistently drive significant positive returns and elevated trading volume of that currency, while the analogous relationship only holds for Bitcoin-related tweets regarding trading volume. We speculate that this is because Musk's tweets about Dogecoin are almost all positive, while the Bitcoin-related tweets are of varying tone, so positive and negative effects may cancel each other out. To investigate this conjecture, we divide the Bitcoin-related tweets into a non-negative and a negative sample. Indeed, tweets with a non-negative undertone are associated with significant positive abnormal returns. This result illustrates that Musk's tweets cannot be universally interpreted as a positive signal for cryptocurrency; instead, their content, framing or sentiment matters. This is no surprise, as the framing of information is a major determinant of its interpretation (framing effects, Tversky and Kahneman, 1981). Elon Musk's cryptocurrency-related tweets create attention—which is always positive for trading volume but ambivalent for pricing.

The results suggest that—in line with the concept of transference (Andersen and Baum, 1994)—Musk's followers lean on his reputation for success when evaluating new information about Bitcoin or Dogecoin, resulting in abnormal price and volume effects. As predicted by cognitive balance theory (Heider, 2013), followers try to strike a balance between Musk's statements and their image of him as a person. A positive assessment of Elon Musk entails a corresponding perception of the tweet on cryptocurrency, so the attitude towards the person is transferred onto the "product" (Ohanian, 1991). Mechanisms such as these underlie the power that influential people have in social networks. Does such power represent a problem? Signaling theory (Spence, 1973) would consider Musk's tweets to be quality signals to the market, which are immediately priced. Musk does not incur any signaling costs in the conventional sense but rather puts his reputation on the line and risks counter-signaling, e.g., by other opinion leaders (Feltovich et al., 2002; Wang et al., 2019). The market will only react as long as the signal (i.e. the tweet) has added value. If the market participants lose faith in the quality of the signal, they will simply ignore it. According to this view of the "Musk Effect", it is an uncritical aspect of financial market efficiency. The weak form of the market efficiency hypothesis states that markets reflect all available information (Fama, 1970), so only relevant information can have an effect. Yet the question of market efficiency is a purely theoretical one that ignores all moral aspects regarding the welfare of investors, especially given Musk's potential conflicts of interest, arising for example from Tesla's investment in Bitcoin.

As Bitcoin, Dogecoin or Ethereum do not pay dividends or otherwise share profits, their return hinges solely on increasing prices. Whoever buys at or near the highest price is bound to lose money. If a well-known person influences (retail) investors to buy cryptocurrency, this raises the probability that they end up paying the highest price—be it due to a cascade effect or, to use a popular term in the cryptocurrency market, FOMO (fear of missing out). Such influence over investors could be exploited in a fraudulent 'pump and dump' scheme, where the price of an asset is pumped up quickly before dumping it on stragglers (e.g., Hamrick et al., 2018).

While we do not mean to imply that this was Elon Musk's intention, the sort of influence he wields clearly raises complex moral questions. On the one hand, we aspire to freedom of speech, but on the other hand, uninformed investors must be protected. Elon Musk plausibly claims that his tweets about Dogecoin were meant as a joke (Krishnan et al., 2021). Regarding Bitcoin, however, his motives appear less likely to be pure, considering that Tesla has acquired large holdings in that currency (U.S. Securities and Exchange Commission, 2021). A strategic campaign to influence investors could have a significant impact on society and the economy: If the richest person in the world alone can raise the price of Bitcoin by 16.9% or depress it by 11.8% through a simple social network message (cf. Table 3), it does not bear thinking about what a concerted effort by a group of rich people could do for their own wealth at the detriment of others. Furthermore, such a scheme could extend not just to cryptocurrencies but also to the more heavily regulated securities sector (cf. Brans and Scholtens, 2020; Ge et al., 2019). Clearly, freedom of speech comes at a cost.

To put these grave implications into perspective, however, we must note that this study is subject to several limitations, of which we can only list the most substantial ones. First, the tweet data were collected manually; we may well have missed relevant events (for example, tweets that merely allude to cryptocurrency). The list of all events in the appendix is intended to permit verification of our sampling. Second, it is important to keep in mind that our events may consist of several consecutive tweets. Of course, a second tweet within the same event can either strengthen or weaken any effect of the first tweet. While our analysis does not account for such compound effects, for the sake of transparency, the appendix shows the grouping of tweets into events. Finally, for lack of a better way, we classified Bitcoin-related tweets in a somewhat subjective manner. To minimize subjectivity, we had several experts rate the tweets, and we presented the rating and individual results transparently so that readers can easily explore alternative approaches.

Besides fixing these limitations, several other avenues for further research present themselves. While Elon Musk is clearly an extreme example in terms of social media influence, many less influential individuals, groups and companies also communicate their opinions on cryptocurrency via social media. A systematic classification of influencers in terms of their short-term impact on cryptocurrencies could be worthwhile, especially considering the risk of coordinated manipulation via 'pump and dump' schemes, as discussed above (Mirtaheri et al., 2019; Pacheco et al., 2020). Additionally, informed trading could be investigated by looking at trading volume before specific social media events (Ante, 2020; Feng et al., 2018) or by analyzing the transparent on-chain flow of cryptocurrencies and stablecoins (Ante et al., 2021). While the cryptocurrency-related Twitter activity of Elon Musk continues to warrant monitoring in the future, similar announcements worth investigating include those by *Michael Saylor*, CEO of Nasdaq-listed *MicroStrategy Inc.*, announcing the corporate acquisition of Bitcoins (e.g., Saylor, 2020), and El Salvador's president *Nayib Bukele*, announcing the acquisition of Bitcoin for his country (e.g., Bukele, 2021).

18

## 6   Conclusion

We investigate the impact of 46 Twitter events by Elon Musk on the returns and trading volume of the cryptocurrencies he comments on. Across all events, the event study reveals significant increases in trading volume. Within two minutes after a tweet, there is a significant abnormal return of 3.58% and a highly significant increase in the trading volume of the cryptocurrencies mentioned in the tweets. Within the first hour after a tweet, the abnormal return even increases to 4.79%. More in-depth analysis shows that the significant return effects accrue exclusively to Dogecoin (5.11% over two minutes and 6.33% over one hour) but not to Bitcoin. Individual events regarding Dogecoin yield abnormal returns of up to 12.5% over 2 minutes and 26.5% over one hour. A more in-depth analysis of the Bitcoin tweets shows that the reason for the lack of significant results regarding this currency is likely an offsetting of negative and positive news. Considered in isolation, non-negative tweets from Musk lead to significantly positive abnormal Bitcoin returns. Individual tweets do raise the price of Bitcoin by 16.9% or reduce it by almost 11.8%. We thus conclude that Elon Musk's tweets do influence the cryptocurrency market. However, the identified "Musk Effect" of course need not persist in the future.

Our results beg the question under what conditions people of public interest should (be allowed to) comment on specific cryptocurrencies. A single tweet can cause a major movement in the price and trading volume of a cryptocurrency, which raises concerns about investor protection. No simple "solution" to that challenge is in sight, given the fundamental nature of the right to freedom of expression. With cryptocurrency markets still being largely unregulated, much analytical and regulatory work remains to be done here compared to, for example, stock markets, where similar challenges exist (e.g., Ge et al., 2019). While restrictions on the freedom of speech seem inconceivable at this stage, future legal research may want to look into a potential duty for influential individuals who publicly comment on individual cryptocurrencies to disclose any amounts of those currencies held by themselves or by entities under their control. Of course, any such initiative raises numerous challenges of implementation, such as how to define an influential individual or entity.

This study contributes to the research on information aggregation on the internet, especially in social networks by so-called influencers. It also provides a basis to gauge the impact of opinions expressed by highly influential people on the subject of cryptocurrency and financial markets. The results provide market participants with a better basis for deciding on the significance of specific tweets. Investors could develop an alternative investment strategy based on this information, regulators could analyze the need for market intervention and the influencers themselves can better judge the implications of their behavior on Twitter.

## References

Admati, A.R., Pfleiderer, P., 1988. Selling and Trading on Information in Financial Markets. Am. Econ. Rev. 78, 96–103.

Agnew, J.R., Szykman, L.R., 2005. Asset Allocation and Information Overload: The Influence of Information Display, Asset Choice, and Investor Experience. J. Behav. Financ. 6, 57–70. https://doi.org/10.1207/s15427579jpfm0602_2

Ajinkya, B.B., Jain, P.C., 1989. The behavior of daily stock market trading volume. J.

Account. Econ. 11, 331–359. https://doi.org/10.1016/0165-4101(89)90018-9

Alghawi, I.A., Yan, J., Wei, C., 2014. Professional or interactive: CEOs' image strategies in the microblogging context. Comput. Human Behav. 41, 184–189. https://doi.org/10.1016/j.chb.2014.09.027

Andersen, S.M., Baum, A., 1994. Transference in Interpersonal Relations: Inferences and Affect Based on Significant-Other Representations. J. Pers. 62, 459–497. https://doi.org/10.1111/j.1467-6494.1994.tb00306.x

Ante, L., 2020. Bitcoin transactions, information asymmetry and trading volume. Quant. Financ. Econ. 4, 365–381. https://doi.org/10.3934/QFE.2020017

Ante, L., Fiedler, I., Strehle, E., 2021. The impact of transparent money flows: Effects of stablecoin transfers on the returns and trading volume of bitcoin. Technol. Forecast. Soc. Change 170, 120851. https://doi.org/10.1016/j.techfore.2021.120851

Ante, L., Sandner, P., Fiedler, I., 2018. Blockchain-Based ICOs: Pure Hype or the Dawn of a New Era of Startup Financing? J. Risk Financ. Manag. 11, 80. https://doi.org/10.3390/jrfm11040080

Armitage, S., 1995. Event study methods and evidence on their performance. J. Econ. Surv. 9, 25–52. https://doi.org/10.1111/j.1467-6419.1995.tb00109.x

Barrett, R., Maglio, P.P., 1999. Intermediaries: An approach to manipulating information streams. IBM Syst. J. 38, 629–641. https://doi.org/10.1147/sj.384.0629

Bollen, J., Mao, H., Zeng, X., 2011. Twitter mood predicts the stock market. J. Comput. Sci. 2, 1–8. https://doi.org/10.1016/j.jocs.2010.12.007

Boyd, D.M., Ellison, N.B., 2007. Social Network Sites: Definition, History, and Scholarship. J. Comput. Commun. 13, 210–230. https://doi.org/10.1111/j.1083-6101.2007.00393.x

Brans, H., Scholtens, B., 2020. Under his thumb the effect of president Donald Trump's Twitter messages on the US stock market. PLoS One 15, e0229931. https://doi.org/10.1371/journal.pone.0229931

Brown, S.J., Warner, J.B., 1985. Using daily stock returns. The case of event studies. J. Financ. Econ. 14, 3–31. https://doi.org/10.1016/0304-405X(85)90042-X

Bukele, N., 2021. El Salvador just bought the dip! [WWW Document]. URL https://twitter.com/nayibbukele/status/1467000621354135555

Campbell, C.J., Wasley, C.E., 1996. Measuring abnormal daily trading volume for samples of NYSE/ASE and NASDAQ securities using parametric and nonparametric test statistics. Rev. Quant. Financ. Account. 6, 309–326. https://doi.org/10.1007/BF00245187

Cary, M., 2021. Down with the #Dogefather: Evidence of a Cryptocurrency Responding in Real Time to a Crypto-Tastemaker. J. Theor. Appl. Electron. Commer. Res. https://doi.org/10.3390/jtaer16060123

Chae, J., 2005. Trading volume, information asymmetry, and timing information. J. Finance 60, 413–442. https://doi.org/10.1111/j.1540-6261.2005.00734.x

Choi, H., 2020. Investor attention and bitcoin liquidity: Evidence from bitcoin tweets. Financ. Res. Lett. 101555. https://doi.org/10.1016/j.frl.2020.101555

Coleman, W., Warren, W.E., Huston, R., 1996. Perceived Risk and the Information Search Process in the Selection of a New Dentist. Health Mark. Q. 13, 27–41. https://doi.org/10.1300/J026v13n02_03

Connelly, B.L., Derto, T.S., Ireland, R.D., Reutzel, C.R., 2011. Signaling Theory : A Review and Assessment. J. Manage. 37, 39–67. https://doi.org/10.1177/0149206310388419

Cready, W.M., Ramanan, R., 1991. The power of tests employing log-transformed volume in detecting abnormal trading. J. Account. Econ. 14, 203–214. https://doi.org/10.1016/0165-4101(91)90005-9

Debevec, K., Iyer, E., 1986. The Influence of Spokespersons in Altering a Product's Gender Image: Implications for Advertising Effectiveness. J. Advert. 15, 12–20.

20

https://doi.org/10.1080/00913367.1986.10673033
DeCambre, M., 2021. Why an Elon Musk tweet led to a 5,675% surge in Signal Advance's stock [WWW Document]. MarketWatch. URL www.marketwatch.com/story/why-an-elon-musk-tweet-led-to-a-5-675-surge-in-health-care-stock-signal-advance-11610400141 (accessed 1.31.21).
Deephouse, D.L., 2000. Media Reputation as a Strategic Resource: An Integration of Mass Communication and Resource-Based Theories. J. Manage. 26, 1091–1112. https://doi.org/10.1177/014920630002600602
Dwyer, F.R., Schurr, P.H., Oh, S., 1987. Developing Buyer-Seller Relationships. J. Mark. 51, 11–27. https://doi.org/10.1177/002224298705100202
Elliott, W.B., Grant, S.M., Hodge, F.D., 2018. Negative News and Investor Trust: The Role of $Firm and #CEO Twitter Use. J. Account. Res. 56, 1483–1519. https://doi.org/10.1111/1475-679X.12217
Fama, E.F., 1970. Efficient Capital Markets: A Review of Theory and Empirical Work. J. Finance 25, 383–417. https://doi.org/10.2307/2325486
Feltovich, N., Harbaugh, R., To, T., 2002. Too Cool for School? Signalling and Countersignalling. RAND J. Econ. 33, 630–649. https://doi.org/10.2307/3087478
Feng, L., Hu, Y., Li, B., Stanley, H.E., Havlin, S., Braunstein, L.A., 2015. Competing for Attention in Social Media under Information Overload Conditions. PLoS One 10, e0126090.
Feng, W., Wang, Y., Zhang, Z., 2018. Informed trading in the Bitcoin market. Financ. Res. Lett. 26, 63–70. https://doi.org/10.1016/j.frl.2017.11.009
Gabrovšek, P., Aleksovski, D., Mozetič, I., Grčar, M., 2017. Twitter sentiment around the Earnings Announcement events. PLoS One 12, e0173151.
Gaski, J.F., Nevin, J.R., 1985. The Differential Effects of Exercised and Unexercised Power Sources in a Marketing Channel. J. Mark. Res. 22, 130–142. https://doi.org/10.1177/002224378502200203
Ge, Q., Kurov, A., Wolfe, M.H., 2019. Do Investors Care About Presidential Company-Specific Tweets? J. Financ. Res. 42, 213–242. https://doi.org/10.1111/jfir.12177
Grant, S.M., Hodge, F.D., Sinha, R.K., 2018. How disclosure medium affects investor reactions to CEO bragging, modesty, and humblebragging. Accounting, Organ. Soc. 68–69, 118–134. https://doi.org/10.1016/j.aos.2018.03.006
Hamrick, J.T., Rouhi, F., Mukherjee, A., Feder, A., Moore, T., Vasek, M., 2018. The Economics of Cryptocurrency Pump and Dump Schemes. CEPR Discuss. Pap. No. 13404 1–19.
Heavey, C., Simsek, Z., Kyprianou, C., Risius, M., 2020. How do strategic leaders engage with social media? A theoretical framework for research and practice. Strateg. Manag. J. 41, 1490–1527. https://doi.org/10.1002/smj.3156
Heider, F., 2013. The psychology of interpersonal relations. Psychology Press.
Hu, H., Krishen, A.S., 2019. When is enough, enough? Investigating product reviews and information overload from a consumer empowerment perspective. J. Bus. Res. 100, 27–37. https://doi.org/10.1016/j.jbusres.2019.03.011
Huang, L.V., Yeo, T.E.D., 2018. Tweeting #Leaders: Social media communication and retweetability of Fortune 1000 chief executive officers on Twitter. Internet Res. 28, 123–142. https://doi.org/10.1108/IntR-08-2016-0248
Huynh, T.L.D., 2021. Does Bitcoin React to Trump's Tweets? J. Behav. Exp. Financ. 31, 100546. https://doi.org/10.1016/j.jbef.2021.100546
Jacoby, J., 1984. Perspectives on Information Overload. J. Consum. Res. 10, 432–435.
Johnson, E.J., 2001. Digitizing Consumer Research. J. Consum. Res. 28, 331–336. https://doi.org/10.1086/322908

21

Jung, M.J., Naughton, J.P., Tahoun, A., Wang, C., 2017. Do Firms Strategically Disseminate? Evidence from Corporate Use of Social Media. Account. Rev. 93, 225–252. https://doi.org/10.2308/accr-51906

Klebnikov, S., 2021. Elon Musk Is The Richest Person In The World—Again [WWW Document]. Forbes. URL www.forbes.com/sites/sergeiklebnikov/2021/01/14/elon-musk-is-the-richest-person-in-the-world-again (accessed 1.31.21).

Kleinberg, J., 2008. The Convergence of Social and Technological Networks. Commun. ACM 51, 29–29. https://doi.org/10.1007/978-3-642-29952-0_8

Kraaijeveld, O., De Smedt, J., 2020. The predictive power of public Twitter sentiment for forecasting cryptocurrency prices. J. Int. Financ. Mark. Institutions Money 65, 101188. https://doi.org/10.1016/j.intfin.2020.101188

Krishnan, S., Andreessen, M., Sinofsky, S., Ramamurthy, A., Musk, E., Tan, G., 2021. Elon Musk on Good Time [WWW Document]. Clubh. - Good Time. URL www.joinclubhouse.com/event/PQ488GWn (accessed 1.31.21).

Langmeyer, L., Walker, M., 1991. A First Step to Identify the Meaning in Celebrity Endorsers. ACR North Am. Adv.

Lee, J., Cho, J., 2005. Consumers' Use of Information Intermediaries and the Impact on Their Information Search Behavior in the Financial Market. J. Consum. Aff. 39, 95–120.

Lo, A.W., 2004. The Adaptive Markets Hypothesis. J. Portf. Manag. 30, 15–29. https://doi.org/10.3905/jpm.2004.442611

Lusardi, A., Mitchelli, O.S., 2007. Financial Literacy and Retirement Preparedness: Evidence and Implications for Financial Education. Bus. Econ. 42, 35–44. https://doi.org/10.2145/20070104

MacKinlay, A.C., 1997. Event Studies in Economics and Finance. J. Econ. Lit. 35, 13–39.

Mai, F., Shan, Z., Bai, Q., Wang, X. (Shane), Chiang, R.H.L., 2018. How Does Social Media Impact Bitcoin Value? A Test of the Silent Majority Hypothesis. J. Manag. Inf. Syst. 35, 19–52. https://doi.org/10.1080/07421222.2018.1440774

Mirtaheri, M., Abu-El-Haija, S., Morstatter, F., Ver Steeg, G., Galstyan, A., 2019. Identifying and analyzing cryptocurrency manipulations in social media. https://doi.org/10.31219/osf.io/dqz89

Musk, E., 2021a. Tweet 07 Jan 2021: Use Signal [WWW Document]. URL https://twitter.com/elonmusk/status/1347165127036977153 (accessed 1.30.21).

Musk, E., 2021b. The future currency of Earth [WWW Document]. URL https://twitter.com/elonmusk/status/1357914696645414913

Musk, E., 2020. Tweet 16th May 2020: I still only own 0.25 Bitcoins btw [WWW Document]. URL https://twitter.com/elonmusk/status/1261429085999296512 (accessed 1.31.21).

Musk, E., 2018. Tweet 07 Aug 2018: Am considering taking Tesla private at $420. Funding secured. [WWW Document]. URL https://twitter.com/elonmusk/status/1026872652290379776 (accessed 1.29.21).

Naeem, M.A., Mbarki, I., Suleman, M.T., Vo, X.V., Shahzad, S.J.H., 2020. Does Twitter Happiness Sentiment predict cryptocurrency? Int. Rev. Financ. 21(4), 1529–1538. https://doi.org/10.1111/irfi.12339

Ohanian, R., 1991. The impact of celebrity spokespersons' perceived image on consumers' intention to purchase. J. Advert. Res. 31, 46–54.

Pacheco, D., Hui, P.M., Torres-Lugo, C., Truong, B.T., Flammini, A., Menczer, F., 2020. Uncovering coordinated networks on social media: Methods and case studies. arXiv.

Pfarrer, M.D., Pollock, T.G., Rindova, V.P., 2010. A Tale of Two Assets: The Effects of Firm Reputation and Celebrity on Earnings Surprises and Investors' Reactions. Acad. Manag. J. 53, 1131–1152. https://doi.org/10.5465/amj.2010.54533222

Philippas, D., Rjiba, H., Guesmi, K., Goutte, S., 2019. Media attention and Bitcoin prices. Financ. Res. Lett. 30, 37–43. https://doi.org/10.1016/j.frl.2019.03.031

Rose, F., 1999. The Economics, Concept, and Design of Information Intermediaries: A Theoretic Approach. Physica-Verlag Heidelberg. https://doi.org/10.1007/978-3-642-99805-8

Ruvio, A., Gavish, Y., Shoham, A., 2013. Consumer's doppelganger: A role model perspective on intentional consumer mimicry. J. Consum. Behav. 12, 60–69. https://doi.org/10.1002/cb.1415

Sasaki, Y., Kawai, D., Kitamura, S., 2016. Unfriend or ignore tweets?: A time series analysis on Japanese Twitter users suffering from information overload. Comput. Human Behav. 64, 914–922. https://doi.org/10.1016/j.chb.2016.07.059

Saylor, M., 2020. Tweet 15 Sep 2020: On September 14, 2020, MicroStrategy completed its acquisition of 16,796 additional bitcoins at an aggregate purchase price of $175 million. To date, we have purchased a total of 38,250 bitcoins at an aggregate purchase price of $425 mi [WWW Document]. URL https://twitter.com/michael_saylor/status/1305850568531947520 (accessed 2.2.21).

Scheer, L.K., Stern, L.W., 1992. The Effect of Influence Type and Performance Outcomes on Attitude toward the Influencer. J. Mark. Res. 29, 128–142. https://doi.org/10.1177/002224379202900111

Schumaker, R.P., Chen, H., 2009. Textual Analysis of Stock Market Prediction Using Breaking Financial News: The AZFin Text System. ACM Trans. Inf. Syst. 27. https://doi.org/10.1145/1462198.1462204

Shen, D., Urquhart, A., Wang, P., 2019. Does twitter predict Bitcoin? Econ. Lett. 174, 118–122. https://doi.org/10.1016/j.econlet.2018.11.007

Spence, M., 1973. Job Market Signaling. Q. J. Econ. 87, 355–374. https://doi.org/10.1055/s-2004-820924

Steinert, L., Herff, C., 2018. Predicting altcoin returns using social media. PLoS One 13, e0208119. https://doi.org/10.1371/journal.pone.0208119

Tversky, A., Kahneman, D., 1981. The Framing of Decisions and the Psychology of Choice. Science 211, 453–458. https://doi.org/10.1126/science.7455683

U.S. Securities and Exchange Commission, 2021. TESLA, INC. FORM 10-Q FOR THE QUARTER ENDED MARCH 31, 2021.

U.S. Securities and Exchange Commission, 2018. Elon Musk Settles SEC Fraud Charges; Tesla Charged With and Resolves Securities Law Charge [WWW Document]. URL www.sec.gov/news/press-release/2018-226 (accessed 1.31.21).

van Rooij, M., Lusardi, A., Alessie, R., 2011. Financial literacy and stock market participation. J. financ. econ. 101, 449–472. https://doi.org/10.1016/j.jfineco.2011.03.006

Wang, X., Reger, R.K., Pfarrer, M.D., 2019. Faster, Hotter, and More Linked In: Managing Social Disapproval in the Social Media Era. Acad. Manag. Rev. 46, 275–298. https://doi.org/10.5465/amr.2017.0375

Wilcoxon, F., 1945. Individual Comparisons by Ranking Methods. Biometrics Bull. 1, 80–83.

Zavyalova, A., Pfarrer, M.D., Reger, R.K., Shapiro, D.L., 2012. Managing the Message: The Effects of Firm Actions and Industry Spillovers on Media Coverage Following Wrongdoing. Acad. Manag. J. 55, 1079–1101. https://doi.org/10.5465/amj.2010.0608

Appendix

Table A.1. Cryptocurrency-related tweets of Elon Musk.

| No | Event | Date | Time | Tweet | Coin | Link | Picture | Video | Link |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 02.04.19 | 22:16:00 | Dogecoin rulz [*picture of a doge with the caption "\*draws cigarette\* Doge? I haven't heard that name in years"*] | DOGE | no | yes | no | Link |
| 2 | | 02.04.19 | 22:38:00 | Dogecoin value may vary [*link to an article entitled "Bitcoin Plunge Reveals Possible Vulnerabilities In Crazy Imaginary Internet Money"*] | DOGE | yes | no | no | Link |
| 3 | 1 | 30.04.19 | 03:15:00 | Ethereum | ETH | no | no | no | Link |
| 4 | 2 | 10.01.20 | 07:53:00 | Bitcoin is \*not\* my safe word | BTC | no | no | no | Link |
| 5 | 3 | 18.07.20 | 01:58:00 | It's inevitable [*picture of a "dogecoin standard" flooding the "global financial system"*] | DOGE | no | yes | no | Link |
| 6 | 4 | 20.12.20 | 09:21:00 | Bitcoin is my safe word | BTC | no | no | no | Link |
| 7 | | 20.12.20 | 09:24:00 | Bitcoin is almost as bs as fiat money | BTC | no | no | no | Link |
| 8 | 5 | 20.12.20 | 10:30:00 | One word: Doge | DOGE | no | no | no | Link |
| 9 | 6 | 25.12.20 | 17:47:00 | Merry Christmas & happy holidays! 🔶 [*picture of doge underwear*] | DOGE | no | yes | no | Link |
| 10 | 7 | 28.01.21 | 23:47:00 | [*Picture of a "Dogue" magazine cover (as in Vogue)*] | DOGE | no | yes | no | Link |
| 11 | 8 | 29.01.21 | 09:22:00 | In retrospect, it was inevitable [*Twitter bio change to #bitcoin*] | BTC | no | no | no | Link |
| 12 | 9 | 04.02.21 | 08:35:00 | Doge | DOGE | no | no | no | Link |
| 13 | | 04.02.21 | 08:57:00 | Ur welcome [*edited photo from Disney's Lion King where Musk holds a "baby Simba" doge*] | DOGE | no | yes | no | Link |
| 14 | | 04.02.21 | 09:15:00 | Dogecoin is the people's crypto | DOGE | no | no | no | Link |
| 15 | | 04.02.21 | 09:27:00 | No highs, no lows, only Doge | DOGE | no | no | no | Link |
| 16 | 10 | 06.02.21 | 05:02:00 | Much wow! | DOGE | no | no | no | Link |
| 17 | | 06.02.21 | 05:51:00 | The future currency of Earth [*Twitter poll with "Dogecoin to the Moooonn" and "All other crypto combined" as choices*] | DOGE | no | no | no | Link |
| 18 | 11 | 07.02.21 | 08:41:00 | So … it's finally come to this … [*even more edited photo from Disney's Lion King where Musk holds Gene Simmons, who holds Snoop Dogg, who holds a "baby Simba" doge*] | DOGE | no | yes | no | Link |

24

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 19 | 12 | 07.02.21 | 23:25:00 | 🎵 Who let the Doge out 🎵 | DOGE | no | no | no | Link |
| 20 | | 08.02.21 | 02:13:00 | Đ is for Đogecoin! Instructional video. [*link to a YouTube video about Dogecoin*] | DOGE | no | no | yes | Link |
| 21 | 13 | 10.02.21 | 08:18:00 | This is true power haha [*picture of Chuck Norris stating "Chuck Norris can withdraw Bitcoins from Mt. Gox"*] | BTC | no | yes | no | Link |
| 22 | 14 | 10.02.21 | 16:08:00 | Bought some Dogecoin for lil X, so he can be a toddler hodler | DOGE | no | no | no | Link |
| 23 | 15 | 11.02.21 | 10:08:00 | Frodo was the underdoge, All thought he would fail, Himself most of all. [*picture with pricing of different altcoin/BTC pairs that underperform against BTC; large ring with the Bitcoin logo and the phrase "One coin to rule them all"*] | DOGE | no | yes | no | Link |
| 24 | 16 | 15.02.21 | 00:25:00 | If major Dogecoin holders sell most of their coins, it will get my full support. Too much concentration is the only real issue imo. | DOGE | no | no | no | Link |
| 25 | 17 | 21.02.21 | 00:42:00 | Cryptocurrency explained [*link to a humorous YouTube video about Bitcoin*] | BTC | no | no | yes | Link |
| 26 | 18 | 21.02.21 | 22:27:00 | Dojo 4 Doge | DOGE | no | no | no | Link |
| 27 | 19 | 24.02.21 | 14:00:00 | Literally [*picture of a doge holding a doge flag on the moon*] | DOGE | no | yes | no | Link |
| 28 | | 24.02.21 | 14:10:00 | On the actual moon | DOGE | no | no | no | Link |
| 29 | 20 | 01.03.21 | 20:57:00 | Doge meme shield (legendary item) [*picture showing a man in camouflage shielding Dogecoin. The picture features the words "Dogecoin vaule dropping", "memes" and "Dogecoin".*] | DOGE | no | yes | no | Link |
| 30 | 21 | 02.03.21 | 18:50:00 | Scammers & crypto should get a room | BTC | no | no | no | Link |
| 31 | 22 | 06.03.21 | 05:40:00 | Doge spelled backwards is Egod | DOGE | no | no | no | Link |
| 32 | 23 | 12.03.21 | 19:58:00 | BTC (Bitcoin) is an anagram of TBC (The Boring Company) What a coincidence! | BTC | no | no | no | Link |
| 33 | | 12.03.21 | 20:00:00 | Both do mining & use blocks & chains | | no | no | no | Link |
| 34 | 24 | 14.03.21 | 00:40:00 | Doge day afternoon | DOGE | no | no | no | Link |
| 35 | | 14.03.21 | 00:46:00 | Origin of Doge Day Afternoon: The ancient Romans sacrificed a Dogecoin at the beginning of the Doge Days to appease the rage of Sirius, believing that the star was the cause of the hot, sultry weather. | DOGE | no | no | no | Link |
| 36 | | 14.03.21 | 01:51:00 | Why are you so dogematic, they ask | DOGE | no | no | no | Link |
| 37 | | 14.03.21 | 04:54:00 | I'm getting a Shiba Inu #resistanceisfutile | DOGE | no | no | no | Link |
| 38 | 25 | 24.03.21 | 08:02:00 | You can now buy a Tesla with Bitcoin | BTC | no | no | no | Link |

25

| # | # | Date | Time | Content | Coin | | | | Link |
|---|---|------|------|---------|------|---|---|---|------|
| 39 | | 24.03.21 | 08:09:00 | Tesla is using only internal & open source software & operates Bitcoin nodes directly. Bitcoin paid to Tesla will be retained as Bitcoin, not converted to fiat currency. | BTC | no | no | no | Link |
| 40 | | 24.03.21 | 08:10:00 | Pay by Bitcoin capability available outside US later this year | BTC | no | no | no | Link |
| 41 | 26 | 01.04.21 | 12:25:00 | SpaceX is going to put a literal Dogecoin on the literal moon | DOGE | no | no | no | Link |
| 42 | 27 | 09.04.21 | 09:32:00 | [picture comparing bacteria in nature to bacteria in the lab using two doges for illustration] | DOGE | yes | no | no | Link |
| 43 | 28 | 15.04.21 | 06:33:00 | Doge Barking at the Moon [picture of a dog barking at the moon] | DOGE | yes | no | no | Link |
| 44 | 29 | 16.04.21 | 19:01:00 | Eyes emoji [referencing his own tweet from July 2020 with a picture of a "dogecoin standard" flooding the "global financial system"] | DOGE | no | no | no | Link |
| 45 | 30 | 28.04.21 | 08:20:00 | The Dogefather SNL May 8 | DOGE | no | no | no | Link |
| 46 | 31 | 07.05.21 | 18:24:00 | Cryptocurrency is promising, but please invest with caution! [link to a video entitled "Elon Musk Says Dogecoin Could Be the Future of Cryptocurrency | TMZ" - an interview in which he comments on the future of cryptocurrency, speculation and risks for investors] | DOGE | no | no | yes | Link |
| 47 | 32 | 10.05.21 | 00:41:00 | SpaceX launching satellite Doge-1 to the moon next year – Mission paid for in Doge – 1st crypto in space – 1st meme in space To the mooooonm!! [link to a video entitled "Dogecoin Song - To the Moon"] | DOGE | no | no | yes | Link |
| 48 | 33 | 11.05.21 | 10:13:00 | Do you want Tesla to accept Doge? [Twitter poll with "Yes" and "No" as choices] | DOGE | no | no | no | Link |
| 49 | 34 | 13.05.21 | 00:06:00 | Tesla & Bitcoin [picture with the caption: "Tesla has suspended vehicle purchases using Bitcoin. We are concerned about rapidly increasing use of fossil fuels for Bitcoin mining and transactions, especially coal, which has the worst emissions of any fuel. Cryptocurrency is a good idea on many levels and we believe it has a promising future, but this cannot come at great cost to the environment. Tesla will not be selling any Bitcoin and we intend to use it for transactions as soon as mining transitions to more sustainable energy. We are also looking at other cryptocurrencies that use <1% of Bitcoin's energy/transaction."] | BTC | no | yes | no | Link |
| 50 | 35 | 13.05.21 | 11:54:00 | Energy usage trend over past few months is insane cbeci.org [picture showing Bitcoin's estimated energy consumption over time] | BTC | yes | yes | no | Link |
| 51 | 36 | 14.05.21 | 00:45:00 | Working with Doge devs to improve system transaction efficiency. Potentially promising. | DOGE | no | no | no | Link |
| 52 | 37 | 19.05.21 | 16:42:00 | Tesla has 💎🙌 | BTC | no | no | no | Link |
| 53 | | 19.05.21 | 17:41:00 | Credit to our Master of Coin | BTC | no | no | no | Link |
| 54 | 38 | 20.05.21 | 12:41:00 | How much is that Doge in the window? [picture showing the word "Cyberviking" and a dollar bill with a doge logo on a laptop] | DOGE | no | yes | no | Link |

Exhibit W
Johnson V. Musk et al
Case No.: 1:22-cv-05037

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 55 | 39 | 24.05.21 | 21:42:00 | Spoke with North American Bitcoin miners. They committed to publish current & planned renewable usage & to ask miners WW to do so. Potentially promising. | BTC | no | no | no | Link |
| 56 | 40 | 24.05.21 | 21:49:00 | If you'd like to help develop Doge, please submit ideas on GitHub & http://reddit.com/r/dogecoin/ @dogecoin_devs | DOGE | yes | no | no | Link |
| 57 | | 24.05.21 | 22:29:00 | Someone suggested changing Dogecoin fees based on phases of the moon, which is pretty awesome haha | DOGE | no | no | no | Link |
| 58 | 41 | 02.06.21 | 09:05:00 | Found this pic of me as a child [picture of a doge in front of a computer stating "1980: I have to keep my passen hidden from the public or I'll be socially ostracized".] | DOGE | no | yes | no | Link |
| 59 | 42 | 04.06.21 | 03:07:00 | #Bitcoin 💔 [picture of a couple's conversation: "Her: I know I said it would be over between us if you quoted another Linkin Park song but I've found someone else. Him: So in the end it didn't even matter?"] | BTC | no | yes | no | Link |
| 60 | | 04.06.21 | 04:49:00 | [picture of a couple's video chat where the male cries because of falling prices on a financial market] | BTC | no | yes | no | Link |
| 61 | 43 | 25.06.21 | 04:10:00 | How many Bitcoin maxis does it take to screw in a lightbulb? | BTC | no | no | no | Link |
| 62 | | 25.06.21 | 04:11:00 | "That's not funny!" – Bitcoin maxis | BTC | no | no | no | Link |
| 63 | 44 | 25.06.21 | 13:03:00 | My Shiba Inu will be named Floki | DOGE | no | no | no | Link |
| 64 | 45 | 01.07.21 | 10:43:00 | Release the Doge! [picture from the movie The Godfather with the caption "You come to me at runtime to tell me the code you are executing does not compile".] | DOGE | no | yes | no | Link |
| 65 | | 01.07.21 | 11:24:00 | Baby Doge, doo, doo, doo, doo, doo, Baby Doge, doo, doo, doo, doo, Baby Doge, doo, doo, doo, doo, doo, Baby Doge | DOGE | no | no | no | Link |
| 66 | 46 | 02.07.21 | 15:20:00 | [picture of a male solely focusing on his laptop with a dogecoin price charts stating "Polytopia", while women are kissing around him.] | DOGE | no | yes | no | Link |
| 67 | 47 | 25.07.21 | 06:23:00 | [picture from the movie Matrix where Neo asks: "What are you trying to tell me, that I can make a lot of money with Dogecoin?" A doge resembling Morpheus answers: "No, Neo. I'm trying to tell you that Dogecoin is money."] | DOGE | no | yes | no | Link |

Exhibit W
Johnson V. Musk et al
Case No.: 1:22-cv-05037

## Declarations

### Availability of data and materials

The datasets used and/or analyzed during the current study are publicly available.

### Conflicts of interest

Not applicable.

### Funding

Not applicable.

### Acknowledgements

The author thanks Elias Strehle and Ingo Fiedler for reviewing an earlier version of the manuscript.

### About the Blockchain Research Lab

The Blockchain Research Lab promotes independent science and research on blockchain technologies and the publication of the results in the form of scientific papers and contributions to conferences and other media. The BRL is a non-profit organization aiming, on the one hand, to further the general understanding of the blockchain technology and, on the other hand, to analyze the resulting challenges and opportunities as well as their socio-economic consequences.

www.blockchainresearchlab.org



28