| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 4/2/2019 | 12,000 | 4,109 | 725 |  |

**Exhibit A
Johnson V. Musk et al
Case No.: 1:22-cv-05037**