



| Date | | | | Tweet |
|---|---:|---:|---:|---|
| 2/14/2021 | 313,700 | 38,100 | 26,800 | Elon Musk @elonmusk · Feb 14, 2021 — If major Dogecoin holders sell most of their coins, it will get my full support. Too much concentration is the only real issue imo. 26.8K / 38.1K / 313.7K |
| 2/20/2021 | 53,100 | 7,155 | 2,835 | Elon Musk @elonmusk · Feb 20, 2021 — Replying to @dogecoin. I just set up some little Doge mining rigs with my kids. It was fun. 2,835 / 7,155 / 53.1K |
| 2/24/2021 | 547,200 | 71,400 | 21,000 | [image of astronaut/Doge on moon] |
| 2/21/2021 | 309,800 | 34,200 | 18,400 | Elon Musk @elonmusk · Feb 21, 2021 — Dojo 4 Doge. 18.4K / 34.2K / 309.8K |
| 3/1/2021 | 270,500 | 27,000 | 8,901 | Elon Musk @elonmusk · Mar 1, 2021 — Doge meme shield (legendary item) [meme image: DOGECOIN VALUE DROPPING / MEMES / DOGECOIN] |
| 3/2/2021 | 15,000 | 2,774 | 915 | Elon Musk @elonmusk · Mar 2, 2021 — Replying to @cioccomino. 2022: Dogecoin is dumb. 915 / 2,774 / 15K |
| 3/5/2021 | 389,100 | 40,500 | 19,400 | Elon Musk @elonmusk · Mar 5, 2021 — Doge spelled backwards is Egod. 19.4K / 40.5K / 389.1K |
| 3/13/2021 | 73,000 | 7,829 | 2,332 | Elon Musk @elonmusk · Mar 13, 2021 — Origin of Doge Day Afternoon: The ancient Romans sacrificed a Dogecoin at the beginning of the Doge Days to appease the rage of Sirius, believing that the star was the cause of the hot, sultry weather. |
| 3/13/2021 | 166,900 | 19,200 | 6,949 | Elon Musk @elonmusk · Mar 13, 2021 — Doge day afternoon. 6,949 / 19.2K / 166.9K. Show this thread |
| 3/13/2021 | 73,000 | 7,829 | 2,331 | Elon Musk @elonmusk · Mar 13, 2021 — Origin of Doge Day Afternoon: The ancient Romans sacrificed a Dogecoin at the beginning of the Doge Days to appease the rage of Sirius, believing that the star was the cause of the hot, sultry weather. 2,331 / 7,829 / 73K |
| 3/13/2022 | 228,300 | 19,000 | 8,727 | Elon Musk @elonmusk · Mar 13, 2021 — Why are you so dogematic, they ask. 8,727 / 19K / 228.3K |
| 3/15/2021 | 76,100 | 5,251 | 2,381 | Elon Musk @elonmusk · Mar 15, 2021 — Replying to @bcepik. 420M Doge. 2,381 / 5,251 / 76.1K |



| Date | | | | |
|---|---|---|---|---|
| 3/18/2021 | 46,800 | 3,610 | 1,567 | |
| 4/1/2021 | 521,800 | 58,500 | 24,500 | |
| 4/15/2021 | 320,000 | 52,000 | 21,500 | |
| 4/15/2021 | 20,700 | 2,695 | 847 | |
| 4/24/2021 | 435,500 | 33,100 | 49,600 | |
| 4/28/2021 | 441,000 | 83,600 | 35,900 | |
| 5/9/2021 | 521,000 | 125,900 | 34,500 | |
| 5/11/2021 | 388,900 | 109,700 | 95,500 | |
| 5/13/2021 | 527,500 | 101,700 | 62,400 | |
| 5/13/2021 | 347,500 | 49,400 | 34,800 | |

| Date | | | | | |
|---|---|---|---|---|---|
| 5/15/2021 | 53,900 | 17,200 | 10,000 | |  |
| 5/15/2021 | 22,700 | 4,861 | 4,757 | | |
| 5/16/2021 | 80,600 | 20,000 | 12,600 | | |
| 5/20/2021 | 299,700 | 59,800 | 69,900 | | |
| 5/20/2021 | 50,500 | 13,600 | 5,013 | | |
| 5/20/2021 | 23,000 | 2,763 | 939 | | |
| 5/20/2021 | 6,353 | 1,449 | | | |
| 5/24/2021 | 186,000 | 34,200 | 21,100 | | |
| 5/24/2021 | 126,700 | 12,500 | 7,890 | | |
| 5/24/2021 | 186,000 | 34,200 | 21,100 | | |

| Date | Likes | Retweets | Replies | Tweet |
|---|---|---|---|---|
| 5/25/2021 | 48,100 | 9,092 | 5,699 | Elon Musk @elonmusk · May 25, 2021 — Replying to @heydave7 and @dogecoin_devs — Doge has dogs & memes, whereas the others do not (5,699 / 9,092 / 48.1K) |
| 5/25/2021 | 32,100 | 4,613 | 3,905 | Elon Musk @elonmusk · May 25, 2021 — Replying to @itsALLrisky — Please note Dogecoin has no formal organization & no one reports to me, so my ability to take action is limited (3,905 / 4,613 / 32.1K) |
| 5/25/2021 | 48,100 | 9,094 | 5,700 | Elon Musk @elonmusk · May 25, 2021 — Replying to @heydave7 and @dogecoin_devs — Doge has dogs & memes, whereas the others do not (5,700 / 9,094 / 48.1K) |
| 6/5/2021 | 23,800 | 3,851 | 1,921 | Elon Musk @elonmusk · Jun 5, 2021 — Replying to @lexfridman @VitalikButerin and 8 others — I pretty much agree with Vitalik (1,921 / 3,851 / 23.8K) |
| 6/5/2021 | 23,800 | 3,849 | 1,921 | Elon Musk @elonmusk · Jun 5, 2021 — Replying to @lexfridman @VitalikButerin and 8 others — I pretty much agree with Vitalik (1,921 / 3,849 / 23.8K) |
| 7/1/2021 | 126,900 | 17,100 | 10,900 | Elon Musk @elonmusk · Jul 1, 2021 — Release the Doge! [image: "YOU COME TO ME AT RUNTIME TO TELL ME THE CODE YOU ARE EXECUTING DOES NOT COMPILE"] (10.9K / 17.1K / 126.9K) |
| 7/1/2021 | 291,200 | 71,700 | 51,400 | Elon Musk @elonmusk · Jul 1, 2021 — Baby Doge, doo, doo, doo, doo, doo, Baby Doge, doo, doo, doo, doo, doo, Baby Doge, doo, doo, doo, doo, doo, Baby Doge (51.4K / 71.7K / 291.2K) |
| 7/1/2021 | 16,300 | 3,602 | 1,404 | Elon Musk @elonmusk · Jul 1, 2021 — Replying to @RenataKonkoly @thesheetztweetz and 4 others — But can I pay in Doge? (1,404 / 3,602 / 16.3K) |
| 7/2/2021 | 197,000 | 21,000 | 16,000 | Elon Musk @elonmusk · Jul 2, 2021 — [image with dogecoin / Polytopia] |

| Date | Likes | Retweets | Replies | Tweet |
|---|---|---|---|---|
| 7/9/2021 | 26,100 | 7,800 | 6,555 | Elon Musk @elonmusk · Jul 9, 2021<br>Replying to @MattWallace888<br>BTC & ETH are pursuing a multilayer transaction system, but base layer transaction rate is slow & transaction cost is high.<br><br>There is merit imo to Doge maximizing base layer transaction rate & minimizing transaction cost with exchanges acting as the de facto secondary layer. |
| 7/12/2021 | 21,500 | 4,116 | 1,944 | Elon Musk @elonmusk · Jul 12, 2021<br>Replying to @CGDaveMac<br>Maybe if it sees a Shiba Inu, the car renders a Dogecoin ... |
| 7/17/2021 | 14,500 | 3,028 | 1,199 | Elon Musk @elonmusk · Jul 17, 2021<br>Replying to @AshleyIllusion1 and @lexfridman<br>Lil X is hodling his Doge like a champ. Literally never said the word "sell" even once! |
| 7/25/2021 | 261,700 | 33,500 | 25,800 | Elon Musk @elonmusk · Jul 25, 2021<br>And finally<br>[image: "What are you trying to tell me, that I can make a lot of money with Dogecoin?" / "No, Neo. I'm trying to tell you that Dogecoin is money."] |
| 7/31/2021 | 1,710 | 73 | 100 | Elon Musk @elonmusk · Jul 31, 2021<br>Replying to @doge_southern @truth_tesla and @ConsumerReports<br>They do |
| 8/23/2021 | 12,300 | 1,547 | 834 | Elon Musk @elonmusk · Aug 23, 2021<br>Replying to @OptimoPrincipi<br>Ancient Doges |
| 9/2/2021 | 11,400 | 2,433 | 1,037 | Elon Musk @elonmusk · Sep 2, 2021<br>Replying to @dogecoin_devs<br>Good progress. Applying information theory to currency (which is just information), lower fees reduce noise & faster & more consistent sync time improve latency & jitter. |
| 9/22/2021 | 23,500 | 4,490 | 2,194 | Elon Musk @elonmusk · Sep 22, 2021<br>Replying to @BillyM2k<br>Super important for Doge fees to drop to make things like buying movie tix viable |
| 10/22/2021 | 56,900 | 11,700 | 6,424 | Elon Musk @elonmusk · Oct 22, 2021<br>Replying to @UberFacts<br>*In Dogecoin |
| 10/24/2021 | 32,700 | 7,929 | 3,978 | Elon Musk @elonmusk · Oct 24, 2021<br>Replying to @ProTheDoge<br>Lots of people I talked to on the production lines at Tesla or building rockets at SpaceX own Doge. They aren't financial experts or Silicon Valley technologists. That's why I decided to support Doge – it felt like the people's crypto. |

| Date | Likes | Retweets | Replies | Topic | Tweet |
|---|---|---|---|---|---|
| 10/24/2021 | 35,700 | 7,415 | 5,326 | | Elon Musk @elonmusk · Oct 24, 2021 — Replying to @Filasophical and @ShibalnuHodler: "Out of curiosity, I acquired some ascii hash strings called 'Bitcoin, Ethereum & Doge'. That's it. As I've said before, don't bet the farm on crypto! True value is building products & providing services to your fellow human beings, not money in any form." 5,326 / 7,415 / 35.7K |
| 10/24/2021 | | | | Contact with Doge | Tesla in the Gong @TeslaGong · Oct 23, 2021 — Replying to @elonmusk @mishaboar and @DogecoinFdn: "Have u had recent interactions with the doge dev team Elon. The roadmap is promising particularly NFT integrations." 12 / 37 / 390. Elon Musk @elonmusk · Oct 24, 2021: "Not recently. What matters imo is lowering fees, decreasing block time & increasing block size. A single layer network with exchanges as de facto layer 2 seems like the simplest solution for a medium of exchange." 806 / 761 / 3,439 |
| 10/27/2021 | 46,100 | 6,795 | 10,600 | | Elon Musk @elonmusk · Oct 27, 2021 — Replying to @BillyM2k: "If I send you 2 Doge, will you promise to send me 1 Doge?" 10.6K / 6,795 / 46.1K |
| 10/31/2021 | 238,300 | 24,600 | 25,300 | | Elon Musk @elonmusk · Oct 31, 2021: "Tuition is in Dogecoin & u get a discount if u have a dog" 25.3K / 24.6K / 238.3K |
| 10/31/2021 | 16,800 | | | Crypto Scams | Shibetoshi Nakamoto @BillyM2k · Oct 23, 2021: "twitter is essentially a big advertising board mixed with complaining" 326 / 649 / 8,495. Elon Musk @elonmusk replying to @BillyM2k: "Plus crypto scams haha" 4:11 AM · Oct 24, 2021 · Twitter for iPhone. 1,271 Retweets 215 Quote Tweets 16.8K Likes |
| 11/2/2021 | 25,300 | 5,376 | 5,720 | | Elon Musk @elonmusk · Nov 2, 2021 — Replying to @BillyM2k: "How about my lil doge Floki? He would make a great CEO! His judgment is 👍." 5,720 / 5,376 / 25.3K |
| 11/23/2021 | 24,500 | 4,511 | 4,594 | | Elon Musk @elonmusk · Nov 23, 2021 — Replying to @CoinDesk @binance and @egreechee: "Hey @cz_binance, what's going on with your Doge customers? Sounds shady." 4,594 / 4,511 / 24.5K |
| 11/23/2021 | 21,400 | 3,592 | 3,207 | | Elon Musk @elonmusk · Nov 23, 2021 — Replying to @binance @CoinDesk and 2 others: "Doge holders using Binance should be protected from errors that are not their fault" 3,207 / 3,592 / 21.4K |
| 11/23/2021 | 19,000 | 2,772 | 3,435 | | Elon Musk @elonmusk · Nov 23, 2021 — Replying to @cz_binance @CoinDesk and 2 others: "I don't use Binance (tried at one point, but signup was too many hoops to jump through), so no inconvenience to me personally. Just raising this issue on behalf of other Doge holders." 3,435 / 2,772 / 19K |
| 11/25/2021 | 14,800 | 480 | 732 | | Elon Musk @elonmusk · Nov 25, 2021 — Replying to @GailAlfarATX @SpaceX and 9 others: "Absolutely!" 732 / 480 / 14.8K |
| 11/25/2021 | 14,800 | 480 | 732 | | Elon Musk @elonmusk · Nov 25, 2021 — Replying to @GailAlfarATX @SpaceX and 9 others: "Absolutely!" 732 / 480 / 14.8K |

| Date | Likes | Retweets | Replies | Tweet |
|---|---|---|---|---|
| 12/10/2021 | 4,465 | 384 | 513 | Elon Musk @elonmusk · Dec 10, 2021 — Replying to @GailAlfarATX @SawyerMerritt and @dogecoin — Imbued gold/bronze color would be sick — 513 / 384 / 4,465 |
| 12/14/2021 | 359,700 | 65,600 | 52,900 | Elon Musk @elonmusk · Dec 14, 2021 — Tesla will make some merch buyable with Doge & see how it goes — 52.9K / 65.6K / 359.7K |
| 12/23/2021 | 30,400 | 6,661 | 4,121 | Elon Musk @elonmusk · Dec 23, 2021 — Replying to @BillyM2k @jack and 6 others — That's why I'm pro Doge — 4,121 / 6,661 / 30.4K |
| 1/14/2022 | 327,700 | 57,700 | 37,900 | Elon Musk @elonmusk · Jan 14 — Tesla merch buyable with Dogecoin — 37.9K / 57.7K / 327.7K |
| 1/25/2022 | 415,500 | 65,900 | 30,200 | Elon Musk @elonmusk · Jan 25 — I will eat a happy meal on tv if @McDonalds accepts Dogecoin — 30.2K / 65.9K / 415.5K |
| 2/18/2022 | 23,000 | 4,300 | 700 | Elon Musk @elonmusk · Feb 18 — Replying to @RyanZohoury @TeslaCharging and @Tesla — And futuristic diner / drive-in theater planned for Hollywood area! — 615 / 884 / 10.7K —— Elon Musk @elonmusk — Replying to @elonmusk @RyanZohoury and 2 others — And, of course, you can pay in Ðoge — 8:05 PM · Feb 18, 2022 · Twitter for iPhone — 2,827 Retweets 386 Quote Tweets 13.5K Likes |
| 3/14/2022 | 59,400 | 16,800 | 4,058 | Elon Musk @elonmusk · Mar 14 — Replying to @elonmusk and @saylor — As a general principle, for those looking for advice from this thread, it is generally better to own physical things like a home or stock in companies you think make good products, than dollars when inflation is high. I still own & won't sell my Bitcoin, Ethereum or Doge fwiw. — 4,058 / 16.8K / 59.4K |
| 4/9/2022 | 34,300 | 5,284 | 2,856 | Elon Musk @elonmusk · Apr 9 — Replying to @elonmusk and @GonzaAbalos — Maybe even an option to pay in Doge? — 2,856 / 5,284 / 34.3K |
| 5/12/2022 | 48,000 | 45,511 | 3,588 | Elon Musk @elonmusk · May 12 — Replying to @BillyM2k — It has potential as a currency — 3,588 / 4,551 / 48.1K |
| 5/26/2022 | 17,400 | 2,562 | 1,395 | Elon Musk @elonmusk · May 26 — Replying to @davidgokhshtein — Dogecoin Trillionaire, the Movie — 1,395 / 2,562 / 17.4K |
| 5/27/2022 | 204,100 | 22,400 | 13,900 | Elon Musk @elonmusk · May 27 — Tesla merch can be bought with Doge, soon SpaceX merch too — 13.9K / 22.4K / 204.1K |
| 5/31/2022 | 12,200 | 1,316 | 939 | Elon Musk @elonmusk · May 31 — Replying to @BillyM2k @PinballReed and 3 others — You're humble bro. Billy's sense of humor & irreverence is a big part of why people love Dogecoin. — 939 / 1,316 / 12.2K |
| 5/31/2022 | 3,676 | 353 | 218 | Elon Musk @elonmusk · May 31 — Replying to @elonmusk @PinballReed and 3 others — And Palmer always forgets to mention that he never wrote a single line of Dogecoin code … — 218 / 353 / 3,676 |

| Date | | | | |
|---|---|---|---|---|
| 6/19/2022 | 394,600 | 43,400 | 37,400 |  |
| 7/6/2022 | 10,300 | 2,280 | 1,144 | |
| 8/1/2022 | 42,000 | 3,509 | 3,877 | |
| 9/13/2022 | 90,000 | 8,000 | | |
| 10/11/2022 | 37,700 | 3,000 | | |

| Date | Likes | Retweets | Comments | | Tweet |
|---|---|---|---|---|---|
| 11/1/2022 | 1,000,000 | 80,900 | 35,200 | | Elon Musk @elonmusk · Nov 1 [image of Shiba Inu dog with pumpkin and Twitter shirt] 35.2K  80.9K  1M |
| 11/4/2022 | 14,500 | 1,116 | 1,535 | | Elon Musk @elonmusk · Nov 4 Replying to @BillyM2k 🐜 —> 💰 ... 💩 1,535  1,116  14.5K |
| | **TOTAL LIKES** | **TOTAL RETWEETS** | **TOTAL COMMENTS** | | **TOTAL RECORDED INTERACTIONS** |
| | 15,660,989 | 2,330,859 | 1,158,112 | | 19,149,960 |

Exhibit B
Johnson V. Musk et al
Case No.: 1:22-cv-05037