| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 2/4/2021 | 950,000 | 137,000 | |  |



Exhibit C
Johnson V. Musk et al
Case No.: 1:22-cv-05037