| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 2/10/2021 | 521,000 | 64,000 | 26,900 |  Elon Musk @elonmusk · Feb 10, 2021<br>Bought some **Dogecoin** for lil X, so he can be a toddler hodler<br>26.9K　64K　521.4K |