| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 3/1/2021 | 270,500 | 27,000 | 8,901 |  |



Exhibit E
Johnson V. Musk et al
Case No.: 1:22-cv-05037