| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 3/13/2021 | 73,000 | 7,829 | 2,332 | Elon Musk @elonmusk · Mar 13, 2021 — Origin of Doge Day Afternoon: The ancient Romans sacrificed a Dogecoin at the beginning of the Doge Days to appease the rage of Sirius, believing that the star was the cause of the hot, sultry weather. (2,332 / 7,829 / 73K) |
| 3/13/2021 | 166,900 | 19,200 | 6,949 | Elon Musk @elonmusk · Mar 13, 2021 — Doge day afternoon (6,949 / 19.2K / 166.9K) |
| 3/13/2021 | 73,000 | 7,829 | 2,331 | Elon Musk @elonmusk · Mar 13, 2021 — Origin of Doge Day Afternoon: The ancient Romans sacrificed a Dogecoin at the beginning of the Doge Days to appease the rage of Sirius, believing that the star was the cause of the hot, sultry weather. (2,331 / 7,829 / 73K) |
| 3/13/2022 | 228,300 | 19,000 | 8,727 | Elon Musk @elonmusk · Mar 13, 2021 — Why are you so dogematic, they ask (8,727 / 19K / 228.3K) |



Exhibit G
Johnson V. Musk et al
Case No.: 1:22-cv-05037