| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 5/13/2021 | 527,500 | 101,700 | 62,400 |  |



Elon Musk @elonmusk · May 13, 2021

Working with **Doge** devs to improve system transaction efficiency. Potentially promising.

💬 62.4K   🔁 101.7K   ♡ 527.5K