| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 5/20/2021 | 50,500 | 13,600 | 5,013 | Elon Musk @elonmusk · May 20, 2021<br>Replying to @heydave7<br>Yeah, I haven't & won't sell any Doge<br>💬 5,013   🔁 13.6K   ♡ 50.5K |



Elon Musk @elonmusk · May 20, 2021
Replying to @heydave7
Yeah, I haven't & won't sell any **Doge**

💬 5,013   🔁 13.6K   ♡ 50.5K

Exhibit K
Johnson V. Musk et al
Case No.: 1:22-cv-05037