| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 5/20/2021 | 299,700 | 59,800 | 69,900 | |
| 5/20/2021 | 50,500 | 13,600 | 5,013 | |
| 5/20/2021 | 23,000 | 2,763 | 939 | |
| 5/20/2021 | 6,353 | 1,449 | | |





Exhibit L
Johnson V. Musk et al
Case No.: 1:22-cv-05037