| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 5/25/2021 | 32,100 | 4,613 | 3,905 |  |



**Elon Musk** @elonmusk · May 25, 2021
Replying to @itsALLrisky
Please note **Dogecoin** has no formal organization & no one reports to me, so my ability to take action is limited

3,905    4,613    32.1K

Exhibit M
Johnson V. Musk et al
Case No.: 1:22-cv-05037