| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 7/1/2021 | 126,900 | 17,100 | 10,900 | |
| 7/1/2021 | 291,200 | 71,700 | 51,400 | |
| 7/1/2021 | 16,300 | 3,602 | 1,404 | |
| 7/2/2021 | 197,000 | 21,000 | 16,000 | |



Exhibit N
Johnson V. Musk et al
Case No.: 1:22-cv-05037