
| DATE | Likes | Retweets | Comments | | Tweet |
|---|---|---|---|---|---|
| 1/14/2022 | 327,700 | 57,700 | 37,900 | | Elon Musk @elonmusk · Jan 14 Tesla merch buyable with **Dogecoin** 37.9K 57.7K 327.7K |

Exhibit R
Johnson V. Musk et al
Case No.: 1:22-cv-05037