| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 5/12/2022 | 48,000 | 45,511 | 3,588 | Elon Musk @elonmusk · May 12<br>Replying to @BillyM2k<br>It has potential as a currency<br>💬 3,588  🔁 4,551  ♡ 48.1K |



Elon Musk @elonmusk · May 12
Replying to @BillyM2k
It has potential as a currency

💬 3,588    🔁 4,551    ♡ 48.1K

Exhibit T
Johnson V. Musk et al
Case No.: 1:22-cv-05037