UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH JOHNSON, COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,<br><br>                        Plaintiffs,<br><br>- versus -<br><br>ELON MUSK, TESLA, INC. and the DOGECOIN FOUNDATION, INC.<br><br>                        Defendants. | Case No.: 1:22-cv-05037-AKH<br><br><br>**PLAINTIFF CERTIFICATION**<br>**LOUIS ROBINSON** |

I, Louis Robinson, do swear under penalty of perjury as follows:

i) I am a Plaintiff in this matter. I reviewed and approved the second amended complaint before it was filed.

(ii) I did not purchase the security that is the subject of the second amended complaint at the direction of Plaintiffs' counsel or in order to participate in any private action arising under this chapter;

(iii) I understand the duties and responsibilities as a Plaintiff under the Private Securities Litigation Reform Act.

(iv) I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

(v) My Dogecoin transactions are as follows:

| No. | DATE | * | BUY/SELL | * | COINS | * | PRICE | * | COST |
|---|---|---|---|---|---|---|---|---|---|
| 1) | 1/9/21 | | Buy | | 9,715 | | $0.01 | | $99.99 |
| 2) | 1/11/21 | | Buy | | 3,011 | | $0.01 | | $24.96 |
| 3) | 1/22/21 | | Buy | | 32 | | $0.01 | | $0.28 |
| 4) | 1/29/21 | | Buy | | 2,132 | | $0.04 | | $90.17 |
| 5) | 1/30/21 | | Buy | | 63 | | $0.03 | | $1.79 |
| 6) | 2/6/21 | | Buy | | 2,625 | | $0.07 | | $170.28 |
| 7) | 2/14/21 | | Buy | | 2,526 | | $0.05 | | $134.97 |
| 8) | 2/28/21 | | Buy | | 59 | | $0.05 | | $2.90 |
| 9) | 3/26/21 | | Buy | | 1,882 | | $0.05 | | $100.01 |

| | | | | | |
|---|---|---|---|---|---|
| 10) | 4/24/21 | Buy | 201 | $0.28 | $55.77 |
| 11) | 5/22/21 | Buy | 14 | $0.36 | $5.00 |
| 12) | 5/26/21 | Buy | 9 | $0.35 | $3.00 |
| 13) | 5/26/21 | Buy | 14 | $0.35 | $5.00 |
| 14) | 5/28/21 | Buy | 797 | $0.31 | $250.00 |
| 15) | 6/9/21 | Buy | 20 | $0.34 | $7.00 |
| 16) | 6/14/21 | Buy | 1,173 | $0.33 | $386.91 |
| 17) | 7/2/21 | Sell | 8,287 | $0.24 | $2,000.00 |
| 18) | 7/9/21 | Sell | 6,813 | $0.22 | $1,500.00 |
| 19) | 7/12/21 | Sell | 4,312 | $0.21 | $900.00 |
| 20) | 7/14/21 | Buy | 5 | $0.20 | $1.00 |
| 21) | 7/15/21 | Sell | 4,867 | $0.19 | $924.10 |
| 22) | 7/17/21 | Buy | 115 | $0.17 | $20.00 |
| 23) | 7/21/21 | Buy | 126 | $0.20 | $25.00 |
| 24) | 7/21/21 | Buy | 248 | $0.20 | $50.00 |
| 25) | 7/21/21 | Buy | 27 | $0.19 | $5.00 |
| 26) | 7/23/21 | Buy | 255 | $0.20 | $50.00 |
| 27) | 7/23/21 | Buy | 104 | $0.20 | $20.00 |
| 28) | 7/25/21 | Buy | 130 | $0.20 | $26.00 |
| 29) | 7/29/21 | Buy | 121 | $0.21 | $25.00 |
| 30) | 7/31/21 | Buy | 143 | $0.21 | $30.00 |
| 31) | 8/2/21 | Sell | 99 | $0.20 | $20.00 |
| 32) | 8/4/21 | Buy | 253 | $0.20 | $50.00 |
| 33) | 8/4/21 | Buy | 100 | $0.20 | $20.00 |
| 34) | 8/5/21 | Buy | 151 | $0.20 | $30.00 |
| 35) | 8/7/21 | Buy | 132 | $0.23 | $30.00 |
| 36) | 8/7/21 | Buy | 22 | $0.25 | $5.50 |
| 37) | 8/10/21 | Buy | 251 | $0.26 | $65.00 |
| 38) | 8/11/21 | Buy | 359 | $0.28 | $100.00 |
| 39) | 8/15/21 | Buy | 37 | $0.30 | $11.00 |
| 40) | 9/2/21 | Buy | 168 | $0.30 | $50.00 |
| 41) | 9/22/21 | Buy | 188 | $0.21 | $40.00 |
| 42) | 9/27/21 | Buy | 397 | $0.21 | $80.00 |
| 43) | 10/6/21 | Buy | 32 | $0.25 | $8.00 |
| 44) | 10/8/21 | Buy | 80 | $0.25 | $20.00 |
| 45) | 10/13/21 | Buy | 109 | $0.23 | $25.00 |
| 46) | 10/18/21 | Buy | 387 | $0.26 | $100.00 |
| 47) | 10/20/21 | Buy | 670 | $0.25 | $170.00 |
| 48) | 10/21/21 | Buy | 58 | $0.26 | $15.00 |
| 49) | 11/1/21 | Buy | 185 | $0.27 | $50.00 |
| 50) | 11/8/21 | Buy | 358 | $0.28 | $100.00 |
| 51) | 11/20/21 | Buy | 106 | $0.24 | $25.00 |
| 52) | 11/22/21 | Buy | 45 | $0.22 | $10.00 |

| # | Date | Action | Shares | Price | Amount |
|---|------|--------|--------|-------|--------|
| 53) | 12/4/21 | Buy | 166 | $0.18 | $30.00 |
| 54) | 1/9/22 | Sell | 5,425 | $0.15 | $818.00 |
| 55) | 1/10/22. | Buy | 725 | $0.15 | $110.00 |
| 56) | 1/12/22 | Buy | 118 | $0.17 | $20.00 |
| 57) | 1/14/22 | Buy | 180 | $0.19 | $35.00 |
| 58) | 1/20/22 | Buy | 1,200 | $0.17 | $200.00 |
| 59) | 1/25/22 | Buy | 36 | $0.14 | $5.00 |
| 60) | 1/26/22 | Buy | 3,013 | $0.15 | $450.00 |
| 61) | 4/13/22 | Buy | 462 | $0.14 | $65.00 |
| 62) | 4/25/22 | Buy | 719 | $0.14 | $100.00 |
| 63) | 4/25/22 | Buy | 1,631 | $0.17 | $270.00 |
| 64) | 4/29/22 | Sell | 70 | $0.14 | $10.00 |
| 65) | 4/30/22 | Sell | 15 | $0.14 | $2.00 |
| 66) | 5/3/22 | Buy | 767 | $0.13 | $100.00 |
| 67) | 5/3/22 | Sell | 385 | $0.13 | $50.00 |
| 68) | 5/13/22 | Sell | 8,382 | $0.09 | $750.00 |
| 69) | 5/17/22 | Buy | 5,492 | $0.09 | $500.00 |
| 70) | 5/23/22 | Sell | 5,492 | $0.08 | $459.00 |
| 71) | 5/26/22 | Buy | 459 | $0.08 | $38.00 |
| 72) | 5/26/22 | Buy | 4,949 | $0.08 | $400.00 |
| 73) | 5/27/22 | Buy | 629 | $0.08 | $50.00 |
| 74) | 5/27/22 | Buy | 4,448 | $0.08 | $370.00 |
| 75) | 5/27/22 | Buy | 622 | $0.08 | $50.00 |
| 76) | 5/27/22 | Buy | 99 | $0.08 | $80.00 |
| 77) | 5/27/22 | Buy | 112 | $0.08 | $9.00 |
| 78) | 6/7/22 | Sell | 62 | $0.08 | $5.00 |
| 79) | 6/7/22 | Buy | 263 | $0.08 | $21.00 |
| 80) | 6/8/22 | Sell | 11,518 | $0.08 | $918.00 |
| 81) | 6/11/22 | Buy | 3,016 | $0.07 | $200.00 |
| 82) | 6/15/22 | Sell | 3,016 | $0.05 | $163.00 |
| 83) | 6/17/22 | Buy | 1,559 | $0.06 | $90.00 |
| 84) | 6/17/22 | Buy | 6,993 | $0.06 | $400.00 |
| 85) | 8/3/22 | Sell | 8,698 | $0.07 | $587.00 |
| 86) | 8/24/22 | Sell | 8,718 | $0.07 | $592.00 |

(vii)  I will not accept any payment for serving as a representative party on behalf of a class beyond the Plaintiffs' pro rata share of any recovery, except as ordered or approved by the Court.

(vi)  I have not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years.

I swear or affirm that the foregoing statements made by me are true.  I am aware that if same are willfully false, I may be subject to punishment.

SIGNED: /s/ *Louis Robinson*

DATED:  December 12, 2022

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of December 2022, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system giving notice to all parties in this action.

*s/Evan Spencer*
Evan Spencer
