



| Date | | | |
|---|---|---|---|
| 2/4/2021 | 527,500 | 110,100 | 18,300 |
| 2/4/2021 | 401,000 | 38,700 | 6,697 |
| 2/4/2021 | 242,400 | 48,700 | 8,639 |
| 2/4/2021 | 950,000 | 137,000 | |
| 2/5/2021 | 248,700 | 64,000 | |
| 2/10/2021 | 521,000 | 64,000 | 26,900 |
| 2/11/2021 | 235,700 | 32,100 | 18,400 |

| Date | Likes | Retweets | Replies | Tweet |
|---|---|---|---|---|
| 2/14/2021 | 313,700 | 38,100 | 26,800 | Elon Musk @elonmusk · Feb 14, 2021 — If major Dogecoin holders sell most of their coins, it will get my full support. Too much concentration is the only real issue imo. (26.8K / 38.1K / 313.7K) |
| 2/20/2021 | 53,100 | 7,155 | 2,835 | Elon Musk @elonmusk · Feb 20, 2021 — Replying to @dogecoin — I just set up some little Doge mining rigs with my kids. It was fun. (2,835 / 7,155 / 53.1K) |
| 2/24/2021 | 547,200 | 71,400 | 21,000 | [image of astronaut on moon with flag] |
| 2/21/2021 | 309,800 | 34,200 | 18,400 | Elon Musk @elonmusk · Feb 21, 2021 — Dojo 4 Doge (18.4K / 34.2K / 309.8K) |
| 3/1/2021 | 270,500 | 27,000 | 8,901 | Elon Musk @elonmusk · Mar 1, 2021 — Doge meme shield (legendary item) [meme image: DOGECOIN VALUE DROPPING / MEMES / DOGECOIN] (8,901 / 12K / 270K) |
| 3/2/2021 | 15,000 | 2,774 | 915 | Elon Musk @elonmusk · Mar 2, 2021 — Replying to @cincccomino — 2022: Dogecoin is dumb (915 / 2,774 / 15K) |
| 3/5/2021 | 389,100 | 40,500 | 19,400 | Elon Musk @elonmusk · Mar 5, 2021 — Doge spelled backwards is Egod (19.4K / 40.5K / 389.1K) |
| 3/13/2021 | 73,000 | 7,829 | 2,332 | Elon Musk @elonmusk · Mar 13, 2021 — Origin of Doge Day Afternoon: The ancient Romans sacrificed a Dogecoin at the beginning of the Doge Days to appease the rage of Sirius, believing that the star was the cause of the hot, sultry weather. (2,332 / 7,829 / 73K) |
| 3/13/2021 | 166,900 | 19,200 | 6,949 | Elon Musk @elonmusk · Mar 13, 2021 — Doge day afternoon (6,949 / 19.2K / 166.9K) Show this thread |
| 3/13/2021 | 73,000 | 7,829 | 2,331 | Elon Musk @elonmusk · Mar 13, 2021 — Origin of Doge Day Afternoon: The ancient Romans sacrificed a Dogecoin at the beginning of the Doge Days to appease the rage of Sirius, believing that the star was the cause of the hot, sultry weather. (2,331 / 7,829 / 73K) |
| 3/13/2022 | 228,300 | 19,000 | 8,727 | Elon Musk @elonmusk · Mar 13, 2021 — Why are you so dogematic, they ask (8,727 / 19K / 228.3K) |
| 3/15/2021 | 76,100 | 5,251 | 2,381 | Elon Musk @elonmusk · Mar 15, 2021 — Replying to @boophi — 420M Doge (2,381 / 5,251 / 76.1K) |



| Date | | | | |
|---|---|---|---|---|
| 3/18/2021 | 46,800 | 3,610 | 1,567 | |
| 4/1/2021 | 521,800 | 58,500 | 24,500 | |
| 4/15/2021 | 320,000 | 52,000 | 21,500 | |
| 4/15/2021 | 20,700 | 2,695 | 847 | |
| 4/24/2021 | 435,500 | 33,100 | 49,600 | |
| 4/28/2021 | 441,000 | 83,600 | 35,900 | |
| 5/9/2021 | 521,000 | 125,900 | 34,500 | |
| 5/11/2021 | 388,900 | 109,700 | 95,500 | |
| 5/13/2021 | 527,500 | 101,700 | 62,400 | |
| 5/13/2021 | 347,500 | 49,400 | 34,800 | |

| Date | Likes | Retweets | Replies | Tweet |
|---|---|---|---|---|
| 5/15/2021 | 53,900 | 17,200 | 10,000 | |
| 5/15/2021 | 22,700 | 4,861 | 4,757 | |
| 5/16/2021 | 80,600 | 20,000 | 12,600 | |
| 5/20/2021 | 299,700 | 59,800 | 69,900 | |
| 5/20/2021 | 50,500 | 13,600 | 5,013 | |
| 5/20/2021 | 23,000 | 2,763 | 939 | |
| 5/20/2021 | 6,353 | 1,449 | | |
| 5/24/2021 | 186,000 | 34,200 | 21,100 | |
| 5/24/2021 | 126,700 | 12,500 | 7,890 | |
| 5/24/2021 | 186,000 | 34,200 | 21,100 | |



| Date | Likes | Retweets | Replies | Tweet |
|---|---|---|---|---|
| 5/25/2021 | 48,100 | 9,092 | 5,699 | Elon Musk @elonmusk · May 25, 2021 — Replying to @heydave7 and @dogecoin_devs — Doge has dogs & memes, whereas the others do not |
| 5/25/2021 | 32,100 | 4,613 | 3,905 | Elon Musk @elonmusk · May 25, 2021 — Replying to @itsALLrisky — Please note Dogecoin has no formal organization & no one reports to me, so my ability to take action is limited |
| 5/25/2021 | 48,100 | 9,094 | 5,700 | Elon Musk @elonmusk · May 25, 2021 — Replying to @heydave7 and @dogecoin_devs — Doge has dogs & memes, whereas the others do not |
| 6/5/2021 | 23,800 | 3,851 | 1,921 | Elon Musk @elonmusk · Jun 5, 2021 — Replying to @lexfridman @VitalikButerin and 8 others — I pretty much agree with Vitalik |
| 6/5/2021 | 23,800 | 3,849 | 1,921 | Elon Musk @elonmusk · Jun 5, 2021 — Replying to @lexfridman @VitalikButerin and 8 others — I pretty much agree with Vitalik |
| 7/1/2021 | 126,900 | 17,100 | 10,900 | Elon Musk @elonmusk · Jul 1, 2021 — Release the Doge! [Godfather meme: "YOU COME TO ME AT RUNTIME TO TELL ME THE CODE YOU ARE EXECUTING DOES NOT COMPILE"] |
| 7/1/2021 | 291,200 | 71,700 | 51,400 | Elon Musk @elonmusk · Jul 1, 2021 — Baby Doge, doo, doo, doo, doo, doo, Baby Doge, doo, doo, doo, doo, doo, Baby Doge, doo, doo, doo, doo, doo, Baby Doge |
| 7/1/2021 | 16,300 | 3,602 | 1,404 | Elon Musk @elonmusk · Jul 1, 2021 — Replying to @RenataKonkoly @thesheetztweetz and 4 others — But can I pay in Doge? |
| 7/2/2021 | 197,000 | 21,000 | 16,000 | Elon Musk @elonmusk · Jul 2, 2021 — [Image with "dogecoin Polytopia"] |

| Date | Likes | Retweets | Replies | Tweet |
|---|---|---|---|---|
| 7/9/2021 | 26,100 | 7,800 | 6,555 | Elon Musk @elonmusk · Jul 9, 2021 — Replying to @MattWallace888: BTC & ETH are pursuing a multilayer transaction system, but base layer transaction rate is slow & transaction cost is high. There is merit imo to Doge maximizing base layer transaction rate & minimizing transaction cost with exchanges acting as the de facto secondary layer. (6,555 / 7,800 / 26.1K) |
| 7/12/2021 | 21,500 | 4,116 | 1,944 | Elon Musk @elonmusk · Jul 12, 2021 — Replying to @CGDaveMac: Maybe if it sees a Shiba Inu, the car renders a Dogecoin ... (1,944 / 4,116 / 21.5K) |
| 7/17/2021 | 14,500 | 3,028 | 1,199 | Elon Musk @elonmusk · Jul 17, 2021 — Replying to @AshleyIllusion1 and @lexfridman: Lil X is hodling his Doge like a champ. Literally never said the word "sell" even once! (1,199 / 3,028 / 14.5K) |
| 7/25/2021 | 261,700 | 33,500 | 25,800 | Elon Musk @elonmusk · Jul 25, 2021 — And finally [image: Matrix meme — "What are you trying to tell me, that I can make a lot of money with Dogecoin?" "No, Neo. I'm trying to tell you that Dogecoin is money."] |
| 7/31/2021 | 1,710 | 73 | 100 | Elon Musk @elonmusk · Jul 31, 2021 — Replying to @doge_southern @truth_tesla and @ConsumerReports: They do (100 / 73 / 1,710) |
| 8/23/2021 | 12,300 | 1,547 | 834 | Elon Musk @elonmusk · Aug 23, 2021 — Replying to @OptimoPrincipi: Ancient Doges (834 / 1,547 / 12.3K) |
| 9/2/2021 | 11,400 | 2,433 | 1,037 | Elon Musk @elonmusk · Sep 2, 2021 — Replying to @dogecoin_devs: Good progress. Applying information theory to currency (which is just information), lower fees reduce noise & faster & more consistent sync time improve latency & jitter. (1,037 / 2,433 / 11.4K) |
| 9/22/2021 | 23,500 | 4,490 | 2,194 | Elon Musk @elonmusk · Sep 22, 2021 — Replying to @BillyM2k: Super important for Doge fees to drop to make things like buying movie tix viable (2,194 / 4,490 / 23.5K) |
| 10/22/2021 | 56,900 | 11,700 | 6,424 | Elon Musk @elonmusk · Oct 22, 2021 — Replying to @UberFacts: *In Dogecoin (6,424 / 11.7K / 56.9K) |
| 10/24/2021 | 32,700 | 7,929 | 3,978 | Elon Musk @elonmusk · Oct 24, 2021 — Replying to @ProTheDoge: Lots of people I talked to on the production lines at Tesla or building rockets at SpaceX own Doge. They aren't financial experts or Silicon Valley technologists. That's why I decided to support Doge – it felt like the people's crypto. (3,978 / 7,929 / 32.7K) |

| Date | | | | | |
|---|---|---|---|---|---|
| 10/24/2021 | 35,700 | 7,415 | 5,326 | | |
| 10/24/2021 | | | | Contact with Doge | |
| 10/27/2021 | 46,100 | 6,795 | 10,600 | | |
| 10/31/2021 | 238,300 | 24,600 | 25,300 | | |
| 10/31/2021 | 16,800 | | | Crypto Scams | |
| 11/2/2021 | 25,300 | 5,376 | 5,720 | | |
| 11/23/2021 | 24,500 | 4,511 | 4,594 | | |
| 11/23/2021 | 21,400 | 3,592 | 3,207 | | |
| 11/23/2021 | 19,000 | 2,772 | 3,435 | | |
| 11/25/2021 | 14,800 | 480 | 732 | | |
| 11/25/2021 | 14,800 | 480 | 732 | | |

| Date | Likes | Retweets | Replies | Tweet |
|---|---|---|---|---|
| 12/10/2021 | 4,465 | 384 | 513 | Elon Musk @elonmusk · Dec 10, 2021 — Replying to @GailAlfarATX @SawyerMerritt and @dogecoin — Imbued gold/bronze color would be sick — 513 / 384 / 4,465 |
| 12/14/2021 | 359,700 | 65,600 | 52,900 | Elon Musk @elonmusk · Dec 14, 2021 — Tesla will make some merch buyable with Doge & see how it goes — 52.9K / 65.6K / 359.7K |
| 12/23/2021 | 30,400 | 6,661 | 4,121 | Elon Musk @elonmusk · Dec 23, 2021 — Replying to @BillyM2k @jack and 6 others — That's why I'm pro Doge — 4,121 / 6,661 / 30.4K |
| 1/14/2022 | 327,700 | 57,700 | 37,900 | Elon Musk @elonmusk · Jan 14 — Tesla merch buyable with Dogecoin — 37.9K / 57.7K / 327.7K |
| 1/25/2022 | 415,500 | 65,900 | 30,200 | Elon Musk @elonmusk · Jan 25 — I will eat a happy meal on tv if @McDonalds accepts Dogecoin — 30.2K / 65.9K / 415.5K |
| 2/18/2022 | 23,000 | 4,300 | 700 | Elon Musk @elonmusk · Feb 18 — Replying to @RyanZohoury @TeslaCharging and @Tesla — And futuristic diner / drive-in theater planned for Hollywood area! — 615 / 884 / 10.7K. Elon Musk @elonmusk — Replying to @elonmusk @RyanZohoury and 2 others — And, of course, you can pay in Ðoge — 8:05 PM · Feb 18, 2022 · Twitter for iPhone — 2,827 Retweets  386 Quote Tweets  13.5K Likes |
| 3/14/2022 | 59,400 | 16,800 | 4,058 | Elon Musk @elonmusk · Mar 14 — Replying to @elonmusk and @saylor — As a general principle, for those looking for advice from this thread, it is generally better to own physical things like a home or stock in companies you think make good products, than dollars when inflation is high. I still own & won't sell my Bitcoin, Ethereum or Doge fwiw. — 4,058 / 16.8K / 59.4K |
| 4/9/2022 | 34,300 | 5,284 | 2,856 | Elon Musk @elonmusk · Apr 9 — Replying to @elonmusk and @GonzaAbalos — Maybe even an option to pay in Doge? — 2,856 / 5,284 / 34.3K |
| 5/12/2022 | 48,000 | 45,511 | 3,588 | Elon Musk @elonmusk · May 12 — Replying to @BillyM2k — It has potential as a currency — 3,588 / 4,551 / 48.1K |
| 5/26/2022 | 17,400 | 2,562 | 1,395 | Elon Musk @elonmusk · May 26 — Replying to @davidgokhshtein — Dogecoin Trillionaire, the Movie — 1,395 / 2,562 / 17.4K |
| 5/27/2022 | 204,100 | 22,400 | 13,900 | Elon Musk @elonmusk · May 27 — Tesla merch can be bought with Doge, soon SpaceX merch too — 13.9K / 22.4K / 204.1K |
| 5/31/2022 | 12,200 | 1,316 | 939 | Elon Musk @elonmusk · May 31 — Replying to @BillyM2k @PinballReed and 3 others — You're humble bro. Billy's sense of humor & irreverence is a big part of why people love Dogecoin. — 939 / 1,316 / 12.2K |
| 5/31/2022 | 3,676 | 353 | 218 | Elon Musk @elonmusk · May 31 — Replying to @elonmusk @PinballReed and 3 others — And Palmer always forgets to mention that he never wrote a single line of Dogecoin code ... — 218 / 353 / 3,676 |

| Date | | | | |
|---|---|---|---|---|
| 6/19/2022 | 394,600 | 43,400 | 37,400 | |
| 7/6/2022 | 10,300 | 2,280 | 1,144 | |
| 8/1/2022 | 42,000 | 3,509 | 3,877 | |
| 9/13/2022 | 90,000 | 8,000 | | |
| 10/11/2022 | 37,700 | 3,000 | | |



Exhibit B
Johnson V. Musk et al
Case No.: 1:22-cv-05037

| Date | Likes | Retweets | Comments | | Tweet |
|---|---|---|---|---|---|
| 11/1/2022 | 1,000,000 | 80,900 | 35,200 | | Elon Musk @elonmusk · Nov 1 — 35.2K / 80.9K / 1M |
| 11/4/2022 | 14,500 | 1,116 | 1,535 | | Elon Musk @elonmusk · Nov 4 — Replying to @BillyM2k — 1,535 / 1,116 / 14.5K |
| | **TOTAL LIKES** | **TOTAL RETWEETS** | **TOTAL COMMENTS** | | **TOTAL RECORDED INTERACTIONS** |
| | 15,660,989 | 2,330,859 | 1,158,112 | | 19,149,960 |