| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 2/10/2021 | 521,000 | 64,000 | 26,900 |  |

![Elon Musk @elonmusk · Feb 10, 2021 — Bought some **Dogecoin** for lil X, so he can be a toddler hodler. 26.9K  64K  521.4K]

Exhibit D
Johnson V. Musk et al
Case No.: 1:22-cv-05037