| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 3/13/2021 | 73,000 | 7,829 | 2,332 | Elon Musk @elonmusk · Mar 13, 2021 — Origin of Doge Day Afternoon: The ancient Romans sacrificed a Dogecoin at the beginning of the Doge Days to appease the rage of Sirius, believing that the star was the cause of the hot, sultry weather. 2,332  7,829  73K |
| 3/13/2021 | 166,900 | 19,200 | 6,949 | Elon Musk @elonmusk · Mar 13, 2021 — Doge day afternoon. 6,949  19.2K  166.9K  Show this thread |
| 3/13/2021 | 73,000 | 7,829 | 2,331 | Elon Musk @elonmusk · Mar 13, 2021 — Origin of Doge Day Afternoon: The ancient Romans sacrificed a Dogecoin at the beginning of the Doge Days to appease the rage of Sirius, believing that the star was the cause of the hot, sultry weather. 2,331  7,829  73K |
| 3/13/2022 | 228,300 | 19,000 | 8,727 | Elon Musk @elonmusk · Mar 13, 2021 — Why are you so dogematic, they ask. 8,727  19K  228.3K |



Exhibit G
Johnson V. Musk et al
Case No.: 1:22-cv-05037