| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 4/28/2021 | 441,000 | 83,600 | 35,900 |  |

Exhibit H
Johnson V. Musk et al
Case No.: 1:22-cv-05037