| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 5/13/2021 | 347,500 | 49,400 | 34,800 |  |



Exhibit I
Johnson V. Musk et al
Case No.: 1:22-cv-05037