| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 5/13/2021 | 527,500 | 101,700 | 62,400 |  |



Elon Musk @elonmusk · May 13, 2021
Working with **Doge** devs to improve system transaction efficiency. Potentially promising.

💬 62.4K　　🔁 101.7K　　♡ 527.5K

Exhibit J
Johnson V. Musk et al
Case No.: 1:22-cv-05037