| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 5/20/2021 | 50,500 | 13,600 | 5,013 |  |



Exhibit K
Johnson V. Musk et al
Case No.: 1:22-cv-05037