| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 7/25/2021 | 261,700 | 33,500 | 25,800 |  |



Exhibit O
Johnson V. Musk et al
Case No.: 1:22-cv-05037