| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 10/24/2021 | 32,700 | 7,929 | 3,978 |  Elon Musk @elonmusk · Oct 24, 2021<br>Replying to @ProTheDoge<br>Lots of people I talked to on the production lines at Tesla or building rockets at SpaceX own Doge. They aren't financial experts or Silicon Valley technologists. That's why I decided to support Doge – it felt like the people's crypto.<br>3,978   7,929   32.7K |

Elon Musk @elonmusk · Oct 24, 2021
Replying to @ProTheDoge

Lots of people I talked to on the production lines at Tesla or building rockets at SpaceX own **Doge**. They aren't financial experts or Silicon Valley technologists. That's why I decided to support **Doge** – it felt like the people's crypto.

3,978    7,929    32.7K

Exhibit P
Johnson V. Musk et al
Case No.: 1:22-cv-05037