| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 1/25/2022 | 415,500 | 65,900 | 30,200 |  |



Exhibit Q
Johnson V. Musk et al
Case No.: 1:22-cv-05037