| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 1/14/2022 | 327,700 | 57,700 | 37,900 |  |



Exhibit R
Johnson V. Musk et al
Case No.: 1:22-cv-05037