| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 5/12/2022 | 48,000 | 45,511 | 3,588 |  |



Exhibit T
Johnson V. Musk et al
Case No.: 1:22-cv-05037