| DATE | Likes | Retweets | Comments | Tweet |
|---|---|---|---|---|
| 11/1/2022 | 1,000,000 | 80,900 | 35,200 |  |



Exhibit U
Johnson V. Musk et al
Case No.: 1:22-cv-05037