UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH JOHNSON, COLBY GOROG, JOSHUSA FLINT, LOUIS ROBINSON and MICHAEL LERRO,<br><br>Plaintiffs,<br><br>- versus -<br><br>ELON MUSK, TESLA, INC. and THE DOGECOIN FOUNDATION, INC.<br><br>Defendants. | Case No.: 1:22-cv-05037-AKH<br><br>**PLAINTIFFS' MOTION TO APPOINT LEAD PLAINTIFFS AND APPROVE LEAD COUNSEL**<br><br>*The motion is granted in all respects. 1/3/23. [signature]* |

It is respectfully requested that this Court as soon as the matter may be heard before the Honorable Alvin K. Hellerstein, United States District Judge, in Courtroom 14D, of the Daniel Patrick Moynihan Federal District Courthouse located at 500 Pearl Street, New York, NY 10007-1312, Plaintiffs Colby Gorog, Joshua Flint, Louis Robinson, and Michael Lerro ("Plaintiffs") will and do hereby move this Court for an order appointing Plaintiffs Gorog, Flint, Robinson and Lerro as Lead Plaintiffs, and approving Plaintiffs' selection of Evan Spencer Law, PLLC as Lead Counsel.

This Motion is made pursuant to the Private Securities Litigation Reform Act (PSLRA) of 1995 on the grounds that Plaintiffs satisfy the PSLRA's notice requirement, have the largest financial interest in the litigation, are typical of the other members of the Classes, and will adequately represent and protect the interests of the Classes. This Motion is based upon this Notice of Motion, Brief, Plaintiffs' Certifications, the Declaration of Evan Spencer in Support of Plaintiffs' Motion for Appointment as Lead Plaintiffs, the Accesswire notice publication, and all exhibits thereto, all other pleadings and papers on file and such other arguments and materials as may be presented before the Motion is taken under submission.

Respectfully Submitted,

Dated: December 22, 2022

By: */s/ Evan Spencer*
Evan Spencer
Evan Spencer Law, PLLC
305 Broadway, 7th Floor
New York, NY 10007
Tel. 917.547.4665
Evan@EvanSpencerLaw.com

ATTORNEY FOR PLAINTIFFS
AND THE CLASSES

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 22nd day of December 2022, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system giving notice to all parties in this action.

*s/Evan Spencer*
Evan Spencer