UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH JOHNSON, COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ELON MUSK, TESLA, INC., and DOGECOIN FOUNDATION, INC.<br><br>    Defendants. | Civil Action No.: 1:22-cv-05037-AKH |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT I, Seth L. Levine, Esq. of Levine Lee LLP, hereby enter my appearance on behalf of Defendant Dogecoin Foundation, Inc., in the above-captioned action, and request that all copies of all papers be served upon me at the address set forth below. I certify that I am admitted to practice before this Court.

Dated: January 18, 2023
      New York, New York

                                                                         Respectfully Submitted,

                                                                        */s/ Seth L. Levine*

                                                                        Seth L. Levine
                                                                        **LEVINE LEE LLP**
                                                                        1500 Broadway, Suite 2501
                                                                        New York, New York 10036
                                                                         Telephone: (212) 223-4400
                                                                        slevine@levinelee.com

                                                                        *Counsel for Defendant Dogecoin Foundation, Inc.*