**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KEITH JOHNSON, COLBY GOROG,
JOSHUA FLINT, LOUIS ROBINSON, and
MICHAEL LERRO, individually and on
behalf of all others similarly situated,

        Plaintiffs,

  v.

ELON MUSK, TESLA, INC., and
DOGECOIN FOUNDATION, INC.

        Defendants.

Civil Action No.: 1:22-cv-05037-AKH

## RULE 7.1 STATEMENT OF DOGECOIN FOUNDATION, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate disqualification or recusal, Defendant Dogecoin Foundation, Inc. certifies the following: (1) Dogecoin Foundation, Inc. has no parent corporation; and (2) no publicly held corporation owns 10% or more of Dogecoin Foundation, Inc.

Dated: January 18, 2023
    New York, New York

Respectfully Submitted,

*/s/ Seth L. Levine*

Seth L. Levine
**LEVINE LEE LLP**
1500 Broadway, Suite 2501
New York, New York 10036
Telephone: (212) 223-4400
slevine@levinelee.com

*Counsel for Defendant Dogecoin
Foundation, Inc.*