UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH JOHNSON, COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, TESLA, INC., and DOGECOIN FOUNDATION, INC.<br><br>Defendants. | Civil Action No.: 1:22-cv-05037-AKH |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT I, Chad P. Albert, Esq. of Levine Lee LLP, hereby enter my appearance on behalf of Defendant Dogecoin Foundation, Inc., in the above-captioned action, and request that all copies of all papers be served upon me at the address set forth below. I certify that I am admitted to practice before this Court.

Dated: January 18, 2023
         New York, New York

                                              Respectfully Submitted,

                                              */s/ Chad P. Albert*

                                              Chad P. Albert
                                              **LEVINE LEE LLP**
                                              1500 Broadway, Suite 2501
                                              New York, New York 10036
                                              Telephone: (212) 223-4400
                                              calbert@levinelee.com

                                              *Counsel for Defendant Dogecoin Foundation, Inc.*