UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH JOHNSON, COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| ELON MUSK, TESLA, INC., and THE DOGECOIN FOUNDATION, INC. | Civil Action No.: 1:22-cv-05037-AKH |
| Defendants. | **JOINT STIPULATION TO ADJOURN INITIAL COURT CONFERENCE** |

The parties have agreed to and respectfully request the Court adopt the following Stipulation:

WHEREAS, the Court set an Initial Conference in the above-captioned action for January 20, 2023 at 10:00 a.m. (Dkt. No. 36);

WHEREAS, the parties conferred and consent to the adjournment of the Initial Conference to the extent this Court seems a conference necessary;

WHEREAS, neither party has made a previous request to adjourn the Initial Conference;

WHEREAS, there are no other dates previously scheduled after the original date;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the Court's approval, that:

1. The Initial Conference shall be adjourned from January 20, 2023 to February 17, 2023 to the extent the Court deems a conference necessary.

Dated: New York, New York
January 18, 2023

/s/ Sarah Heaton Concannon
Sarah Heaton Concannon
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: 202-538-8122
Fax: 202-538-8100
sarahconcannon@quinnemanuel.com

*/s/ Evan Spencer*
Evan Spencer
Evan Spencer Law, PLLC
305 Broadway, 7th Floor
New York, NY 10007
Tel: 917-547-4664
Evan@EvanSpencerLaw.com

1

2

        */s/ Chad Albert*
        Seth L. Levine
        Chad P. Albert
        Levine Lee LLP
        1500 Broadway, Suite 2501
        New York, NY 10036
        Telephone: (212) 223-4400
        slevine@levinelee.com
        calbert@levineee.com

        *Attorneys for Defendant Dogecoin Foundation, Inc.*

SO ORDERED.

_____
Hon. Alvin K. Hellerstein