UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH JOHNSON, COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br> v.<br><br>ELON MUSK, TESLA, INC., and THE DOGECOIN FOUNDATION, INC.<br><br>  Defendants. | Civil Action No.: 1:22-cv-05037-AKH<br><br>**DEFENDANT TESLA, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

 Defendant, Tesla, Inc. ("Tesla"), makes the following disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

 Tesla states that no parent corporation or any publicly held corporation own 10 percent or more of its stock.

 DATED: January 18, 2023

               */s/ Sarah Heaton Concannon*
               Sarah Heaton Concannon
               QUINN EMANUEL URQUHART & SULLIVAN, LLP
               51 Madison Avenue, 22nd Floor
               New York, New York 10010
               Tel: 202-538-8122
               Fax: 202-538-8100
               sarahconcannon@quinnemanuel.com