UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH JOHNSON, COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ELON MUSK, TESLA, INC., and THE DOGECOIN FOUNDATION, INC.<br><br>    Defendants. | Civil Action No.: 1:22-cv-05037-AKH<br><br>**JOINT STIPULATION TO ADJOURN INITIAL COURT CONFERENCE** |

    The parties have agreed to and respectfully request the Court adopt the following Stipulation:

    WHEREAS, the Court set an Initial Conference in the above-captioned action for January 20, 2023 at 10:00 a.m. (Dkt. No. 36);

    WHEREAS, the parties conferred and consent to the adjournment of the Initial Conference to the extent this Court seems a conference necessary;

    WHEREAS, neither party has made a previous request to adjourn the Initial Conference;

    WHEREAS, there are no other dates previously scheduled after the original date;

    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the Court's approval, that:

1. The Initial Conference shall be adjourned from January 20, 2023 to February 17, 2023 to the extent the Court deems a conference necessary.

Dated: New York, New York
January 18, 2023

/s/ Sarah Concannon
Sarah Heaton Concannon
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: 202-538-8122
Fax: 202-538-8100
sarahconcannon@quinnemanuel.com

/s/ Evan Spencer
Evan Spencer
Evan Spencer Law, PLLC
305 Broadway, 7th Floor
New York, NY 10007
Tel: 917-547-4664
Evan@EvanSpencerLaw.com

/s/ Chad Albert
Seth L. Levine
Chad P. Albert
Levine Lee LLP
1500 Broadway, Suite 2501
New York, NY 10036
Telephone: (212) 223-4400
slevine@levinelee.com
calbert@levineee.com

*Attorneys for Defendant Dogecoin Foundation, Inc.*

SO ORDERED.

/s/ Alvin K. Hellerstein
Hon. Alvin K. Hellerstein
1-18-2023