UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH JOHNSON, COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>ELON MUSK, TESLA, INC., and THE DOGECOIN FOUNDATION, INC.<br><br>      Defendants. | Civil Action No.: 1:22-cv-05037-AKH<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Brenna Nelinson, a member of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP and of the Bar of this Court, hereby enters her appearance on behalf of Defendants Elon Musk and Tesla, Inc.

Dated: New York, New York
      February 22, 2023

*/s/ Brenna Nelinson*
Brenna Nelinson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: 212-849-7000
Fax: 212-849-7100
brennanelinson@quinnemanuel.com