UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH JOHNSON, COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>ELON MUSK, TESLA, INC., and THE DOGECOIN FOUNDATION, INC.<br><br>    Defendants. | Civil Action No.: 1:22-cv-05037-AKH<br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Adam G. Mehes, Associate General Counsel at Tesla, Inc., and a member of the Bar of this Court, hereby enters his appearance on behalf of Defendants Elon Musk and Tesla, Inc. in the above-captioned action.

Dated: Austin, TX
March 2, 2023

*s/ Adam G. Mehes*
Adam G. Mehes
TESLA, INC.
13101 Tesla Road
Austin, TX 78725
Tel: 347-417-4940
amehes@tesla.com