UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW
YORK

| | |
|---|---|
| KEITH JOHNSON, COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON and MICHAEL LERRO,<br><br>        Plaintiffs<br><br> v.<br><br><br><br>ELON MUSK, TESLA, INC. and THE DOGECOIN FOUNDATION, INC.    Defendants. | Case No.: 1:22-cv-05037-AKH<br><br>**MOTION FOR ADMISSION PRO HAC VICE**<br><br>**ECF CASE** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the undersigned, Allison Huebert, moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Tesla, Inc. and Elon Musk in the above-captioned action.

I am a member in good standing of the bar of the States of Texas and Illinois and have never been convicted of a felony, never been censured, suspended, disbarred or denied admission or readmission by any court, and there are no disciplinary actions pending against me in any state or federal court. Certificates of Good Standing issued within the last year are attached.

Respectfully submitted this 2nd day of March 2023.

Allison Huebert
TESLA, INC.
1 Tesla Road
Austin, TX 78725
Telephone: (512) 557-8797
Email: ahuebert@tesla.com

*Attorney for Defendants Tesla, Inc. and Elon Musk*

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Allison Huebert

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/01/2012 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 22nd day of February, 2023.

Cynthia A. Grant

Clerk,
Supreme Court of the State of Illinois

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Allison Huebert**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 26th day of August, 2021.

I further certify that the records of this office show that, as of this date

**Allison Huebert**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature

and the seal of the Supreme Court of

Texas at the City of Austin, this, the

20th day of February, 2023.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 2015C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.