UNITED STATES DISTRICT
COURT
SOUTHERN DISTRICT OF NEW
YORK

| | |
|---|---|
| KEITH JOHNSON, COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON and MICHAEL LERRO,<br><br>           Plaintiffs,<br><br>  v.<br><br><br><br>ELON MUSK, TESLA, INC. and THE DOGECOIN FOUNDATION, INC.     Defendants. | Case No.: 1:22-cv-05037-AKH<br><br><br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**<br><br>**ECF CASE** |

I, Allison Huebert, declare under penalty of perjury in accordance with 28 U.S.C. §1746.

1.    I am over the age of eighteen years. I am an attorney that represents Defendants Tesla, Inc. and Elon Musk in the above-titled action. I have personal knowledge of the facts set forth in this declaration, and if called to testify I would testify to the following facts.

2.    I make this declaration pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York in support of my motion for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Tesla, Inc. and Elon Musk in the above-captioned action.

3.    I have never been convicted of a felony.

4.    I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5.    There are no disciplinary proceedings presently against me.

- 2 -

Executed on March 2, 2023 in Austin, Texas.

Allison Huebert
TESLA, INC.
1 Tesla Road
Austin, TX 78725
Telephone: (512) 557-8797
Email: ahuebert@tesla.com

*Attorney for Defendants Tesla,
Inc. and Elon Musk*

# TEXAS NOTARY ACKNOWLEDGMENT

State of Texas

County of Travis

Before me, Emily McDonald, on this day personally appeared Allison Huebert, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 2nd day of March 2023.



_____
Notary Public Signature

EMILY JEAN MCDONALD
Notary ID #133669546
My Commission Expires
March 25, 2026