UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH JOHNSON, COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, TESLA, INC., and THE DOGECOIN FOUNDATION, INC.,<br><br>Defendants. | Civil Action No.: 1:22-cv-05037-AKH<br><br>ECF CASE |

**NOTICE OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

`       PLEASE TAKE NOTICE that upon the accompanying memorandum of law in support thereof, and all prior pleadings and proceedings herein, Defendants Elon Musk and Tesla Inc., by their undersigned counsel, will move this Court on a date and time to be designated by the Court, before the Honorable Alvin K. Hellerstein, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an Order dismissing the Second Amended Complaint and any other and further relief the Court deems just and proper.

1

Dated: March 31, 2023
New York, New York

    Respectfully submitted,
    /s/ *Adam G. Mehes*
    Adam G. Mehes
    Allison Huebert (*pro hac vice* pending)
    TESLA, INC.
    1 Tesla Road
    Austin, TX 78725
    Tel: (347) 417-4940
    amehes@tesla.com
    ahuebert@tesla.com

    Sarah Heaton Concannon
    Brenna Nelinson
    QUINN EMANUEL URQUHART &
    SULLIVAN LLP
    51 Madison Avenue, 22nd Floor
    New York, New York 10038
    Tel: 202-538-8122
    Fax: 202-538-8100
    sarahconcannon@quinnemanuel.com
    brennanelinson@quinnemanuel.com

    *Attorneys for Defendants Tesla, Inc. and Elon Musk*