UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH JOHNSON, COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>ELON MUSK, TESLA, INC., and THE DOGECOIN FOUNDATION, INC.<br><br>    Defendants. | <br><br><br><br><br><br><br><br>Civil Action No.: 1:22-cv-05037-AKH<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Alex Spiro, a member of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP and of the Bar of this Court, hereby enters his appearance on behalf of Defendants Elon Musk and Tesla, Inc.  I certify that I am a member in good standing of the Bar of this Court.

Dated: New York, New York
      April 3, 2023

*/s/ Alex Spiro*
Alex Spiro
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: 212-849-7000
Fax: 212-849-7100
alexspiro@quinnemanuel.com