UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,<br><br>                            Plaintiffs,<br>v.<br><br>ELON MUSK, TESLA, INC. and DOGECOIN FOUNDATION<br><br>                            Defendants. | Civil Action No.: 1:22-cv-05037-AKH<br><br><br>**PLAINTIFFS' MOTION TO STAY BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS** |

*Submitted By:*

EVAN SPENCER LAW, PLLC
Evan Spencer, Esq.
305 Broadway, 7th Floor
New York, NY 10007
(917) 547-4665
Evan@EvanSpencerLaw.com
EvanSpencerLaw.com

*Lead Attorney for Plaintiffs and the Class*

      Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiffs file this motion requesting an Order from this Court, staying the pending briefing schedule of Defendants' motions to dismiss the Second Amended Complaint, including Plaintiffs' responsive brief(s) due May 31, 2023, Defendants' reply briefs due July 18, 2023, and the Court's rulings on said motions.

      Plaintiffs submit a brief and the proposed Third Amended Complaint in support.

Respectfully Submitted,

Dated: May 26, 2023

By: */s/ Evan Spencer*
Evan Spencer
Evan Spencer Law, PLLC
305 Broadway, 7th Floor
New York, NY 10007
Tel. 917.547.4665
Evan@EvanSpencerLaw.com

*Attorney for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 26th day of May 2023, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system giving notice to all parties in this action.

*s/Evan Spencer*
Evan Spencer