UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>ELON MUSK, TESLA, INC., and DOGECOIN FOUNDATION, INC.<br><br>      Defendants. | Civil Action No.: 1:22-cv-05037-AKH<br><br><br>**PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT DOGECOIN FOUNDATION, INC.** |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned action, by and through their undersigned counsel, hereby give notice that the above-captioned action is dismissed without prejudice as to Defendant Dogecoin Foundation, Inc. only, with each party bearing their own costs, expenses, and attorneys' fees.

                  Respectfully Submitted,

                  *s/Evan Spencer*

Dated: May 31, 2023

                  Evan Spencer Law, PLLC
                  305 Broadway, 7th Floor
                  New York, NY  10007
                  Tel. 917.547.466
                  Evan@EvanSpencerLaw.com
                  EvanSpencerLaw.com

                  *Attorney for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 31st day of May 2023, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system giving notice to all parties in this action.

*s/Evan Spencer*
Evan Spencer
