**EXHIBIT E**

