## <u>EXHIBIT G</u>

 **Elon Musk** ☑ 🐦
@elonmusk

                                                            •••

Dogecoin rulz



2:16 PM · Apr 2, 2019

**15.3K** Retweets   **1,080** Quotes   **128.8K** Likes   **398** Bookmarks