**EXHIBIT H**

