# **EXHIBIT I**



**Elon Musk**
@elonmusk

One word: Doge

2:30 AM · Dec 20, 2020

**23.6K** Retweets   **7,049** Quotes   **205.1K** Likes   **624** Bookmarks