**EXHIBIT K**

