## EXHIBIT M

