# EXHIBIT O



**@itsALLrisky · Feb 7, 2021**
Why will #DogecoinRise?

- it's cheap
- it's funny
- it's ironic
- cute dog much wow
- celebrity endorsement
- it's anti-establishment
- people want a single unit of something, not a fraction #DogeBowl #Dogecoin

💬 611        ↻ 4,327        ♡ 32.9K        📊        ↥

**Elon Musk** ✔ 🐦
@elonmusk

Doge appears to be inflationary, but is not meaningfully so (fixed # of coins per unit time), whereas BTC is arguably deflationary to a fault.

Transaction speed of Doge should ideally be a few orders of magnitude faster.

10:27 PM · Feb 7, 2021

**3,127** Retweets    **580** Quotes    **14.1K** Likes    **171** Bookmarks