**EXHIBIT P**



Elon Musk
@elonmusk

Bought some Dogecoin for lil X, so he can be a toddler hodler

8:08 AM · Feb 10, 2021

52.5K Retweets   9,285 Quotes   502.7K Likes   809 Bookmarks