# **EXHIBIT Q**

