# **EXHIBIT R**



**Elon Musk** ✓ 🐦 @elonmusk · Feb 24, 2021  ···
Literally

💬 20.5K      🔁 68.9K      ♡ 528.4K      📊      ⬆️

**Elon Musk** ✓ 🐦      ···
@elonmusk

On the actual moon

6:10 AM · Feb 24, 2021