## EXHIBIT S



Elon Musk
@elonmusk

Doge meme shield (legendary item)



12:57 PM · Mar 1, 2021

**23.9K** Retweets    **2,072** Quotes    **261K** Likes    **494** Bookmarks