# **EXHIBIT U**

