## EXHIBIT V



**Elon Musk** @elonmusk

What does the future hodl?

2:54 AM · Apr 24, 2021

**26.7K** Retweets   **5,065** Quotes   **413.5K** Likes   **441** Bookmarks