# **EXHIBIT W**

