# **EXHIBIT X**

