# **EXHIBIT Y**

