## **EXHIBIT Z**



Elon Musk
@elonmusk

As always

5:30 PM · May 13, 2021

**42.6K** Retweets  **5,840** Quotes  **341.8K** Likes  **604** Bookmarks