**EXHIBIT AA**



Elon Musk
@elonmusk

Working with Doge devs to improve system transaction efficiency. Potentially promising.

4:45 PM · May 13, 2021

**77.1K** Retweets   **21K** Quotes   **508.4K** Likes   **1,026** Bookmarks