**EXHIBIT BB**

