**EXHIBIT CC**

