**EXHIBIT DD**

