## EXHIBIT EE



**Mishaboar** ✓ @mishaboar · Oct 23, 2021

Ross made an important note about advisors and the @DogecoinFdn. For example, Jared Birchall represents @elonmusk, but as all advisors he has no direct voting rights. This guarantees the foundation stays independent while taking advantage of the expertise of shibes like Elon.

💬 104    🔁 180    ♡ 1,363



**Elon Musk** ✓
@elonmusk

Neither Jared, nor me, nor anyone I know has anything to do with this foundation

6:48 PM · Oct 23, 2021

**445** Retweets   **141** Quotes   **4,746** Likes   **18** Bookmarks