# **EXHIBIT FF**





**Binance** @binance · Nov 23, 2021
Hey @elonmusk - no, not shady - just frustrating and we're working on it - details here ⬇️

> **Binance** @binance · Nov 23, 2021
> (Thread) An update on the issue we're having with $DOGE withdrawals:
>
> The root cause is a technical issue during the recent upgrade process that caused old transactions to be resent to 1,674 users.
> Show this thread

626    231    1,906    Tip

**Elon Musk** @elonmusk · Nov 23, 2021
Doge holders using Binance should be protected from errors that are not their fault

3,110    3,415    20.6K    Tip

**Elon Musk** @elonmusk

👇

> 🪙 **Dogecoin Developers** @dogecoin_devs · Nov 11, 2021
> Providing some clarification the Binance situation: 1) A bit over a year ago, Binance notified us that they had stuck transactions. We were not shown these transactions, but it was suggested that they were 'stuck' due to insufficient fees...
> Show this thread

3:55 AM · Nov 23, 2021