**EXHIBIT GG**



Elon Musk @elonmusk

Tesla will make some merch buyable with Doge & see how it goes

3:34 AM · Dec 14, 2021