**EXHIBIT HH**

