**EXHIBIT II**



Maybe even an option to pay in Doge?

8:45 PM · Apr 9, 2022