**EXHIBIT JJ**

