# **EXHIBIT KK**

