# **EXHIBIT LL**

