## EXHIBIT MM



**Elon Musk** ✔ 🐦
@elonmusk

😉



10:17 PM · Oct 31, 2022

**69.3K** Retweets    **8,032** Quotes    **984.9K** Likes    **2,250** Bookmarks