## EXHIBIT NN

