**EXHIBIT OO**

