# EXHIBIT PP

