**EXHIBIT QQ**

