**EXHIBIT RR**

