# **EXHIBIT SS**



**Elon Musk** @elonmusk

Lots of people I talked to on the production lines at Tesla or building rockets at SpaceX own Doge. They aren't financial experts or Silicon Valley technologists. That's why I decided to support Doge – it felt like the people's crypto.

12:55 PM · Oct 24, 2021

**6,695** Retweets   **969** Quotes   **31.6K** Likes   **171** Bookmarks