# EXHIBIT TT

