# **EXHIBIT UU**



**Elon Musk** @elonmusk

Out of curiosity, I acquired some ascii hash strings called "Bitcoin, Ethereum & Doge". That's it.

As I've said before, don't bet the farm on crypto! True value is building products & providing services to your fellow human beings, not money in any form.

12:01 PM · Oct 24, 2021

**5,751** Retweets   **1,367** Quotes   **34.3K** Likes   **438** Bookmarks