**EXHIBIT VV**

