**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(202) 538-8121**

WRITER'S EMAIL ADDRESS
sarahconcannon@quinnemanuel.com

June 14, 2023

<u>VIA ECF</u>

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Johnson v. Musk, et al., Case No. 1:22-cv-05037*

Dear Judge Hellerstein:

We represent Defendants Elon Musk and Tesla, Inc. in the above-referenced matter. We write to respectfully inquire regarding the status of a *pro-hac vice* motion submitted on behalf of Allison Huebert, in house counsel at Tesla, Inc., on March 3, 2023. Dkt. 58. On March 6, 2023, the docket was updated with a notice that the motion and supporting papers were reviewed by the Clerk's Office Staff and no deficiencies were identified.

We write to respectfully inquire about the status of this motion.

Respectfully submitted,

*/s/ Sarah Concannon*

Sarah Heaton Concannon

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON |
LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY |
SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH