UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH JOHNSON, COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>ELON MUSK, TESLA, INC., and THE DOGECOIN FOUNDATION, INC.<br><br>    Defendants. | Case No.: 1:22-cv-05037-AKH<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br><br>ECF CASE |

    The motion of Allison Huebert for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has stated that she is a member in good standing of the bar of the states of Texas and Illinois and that her contact information is as follows:

Allison Huebert
TESLA, INC.
1 Tesla Road
Austin, TX 78725
Telephone: (512) 557-8797
Email: ahuebert@tesla.com

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Tesla, Inc. and Elon Musk in the above captioned action;

    IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the

Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  June 14, 2023              /s/ Alvin K. Hellerstein

                                                                                 Hon. Alvin K. Hellerstein

                                                                                 U.S. District Judge