UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COLBY GOROG, JOSHUA FLINT, LOUIS
ROBINSON, and MICHAEL LERRO,
individually and on behalf of all others
similarly situated,

        Plaintiffs,

v.

ELON MUSK and TESLA, INC.,

        Defendants.

Civil Action No.: 1:22-cv-05037-AKH

## <u>MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL</u>

Pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Southern District of New York, Adam Gabor Mehes hereby moves for leave of the Court to withdraw his appearance as counsel for the Elon Musk and Tesla, Inc. (together, "Defendants") in the above-referenced action.

As set forth in the accompanying Declaration, Mr. Mehes is no longer affiliated with Tesla, Inc.  Defendants will continue to be represented in this case by the attorneys of record from Quinn Emanuel Urquhart & Sullivan, LLP and Tesla, Inc. and thus no prejudice will occur.  A proposed order is attached to this motion.

Dated: New York, NY
      June 19, 2023

Respectfully submitted,

/s/ *Adam G. Mehes*

Adam G. Mehes
Allison Huebert (*pro hac vice*)
TESLA, INC.
1 Tesla Road
Austin, TX 78725
Tel: (347) 417 – 4940
amehes@tesla.com
ahuebert@tesla.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2023, I caused the foregoing Motion for Leave to Withdraw Appearance of Counsel and Declaration in support thereof to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

By:   *Adam G. Mehes*
          Adam G. Mehes
          Allison Huebert (*pro hac vice*)
          TESLA, INC.
          1 Tesla Road
          Austin, TX 78725
          Tel: (347) 417 – 4940
          amehes@tesla.com
          ahuebert@tesla.com