UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>ELON MUSK and TESLA, INC.,<br><br>      Defendants. | Civil Action No.: 1:22-cv-05037-AKH |

## DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

I, Adam Gabor Mehes, declare under penalties of perjury pursuant to 18 U.S.C. § 1746, as follows:

1. I submit this Declaration pursuant to Local Rule 1.4 in support of the motion for leave to withdraw my appearance as counsel and attorney of record for Elon Musk and Tesla, Inc. (together, "Defendants") in the above-referenced action (the "Motion").

2. I am no longer affiliated with Tesla, Inc.

3. Defendants consent to this withdrawal.

4. I do not assert a retaining or charging lien.

5. Pursuant to Local Rule 1.4, a copy of the Motion will be served upon all parties by ECF.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

1

2

Dated: New York, New York
       June 19, 2023

                      *Adam G. Mehes*
                      Adam Gabor Mehes

2