UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ELON MUSK and TESLA, INC.,<br><br>　　　　Defendants. | Civil Action No.: 1:22-cv-05037-AKH |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL**

Adam Gabor Mehes' motion pursuant to Local Rule 1.4 for leave to withdraw his appearance as one of the attorneys for Elon Musk and Tesla, Inc., is GRANTED.

SO ORDERED THIS ___ day of June, 2023 by:

_____
The Honorable Alvin K. Hellerstein
United States District Judge