UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br> v.<br><br>ELON MUSK and TESLA, INC.,<br><br>       Defendants. | Civil Action No.: 1:22-cv-05037-AKH<br><br>**PLAINTIFFS' MOTION TO DISQUALIFY AND SANCTION DEFENSE COUNSEL** |

*Submitted By:*

EVAN SPENCER LAW, PLLC
Evan Spencer, Esq.
305 Broadway, 7th Floor
New York, NY 10007
(917) 547-4665
Evan@EvanSpencerLaw.com
EvanSpencerLaw.com

*Attorney for Plaintiffs and the Class*

1

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on July 10, 2023, or as soon thereafter as the matter may be heard before the Honorable Alvin K. Hellerstein, United States District Judge, in Courtroom 14D, of the Daniel Patrick Moynihan Federal District Courthouse located at 500 Pearl Street, New York, NY 10007-1312, Plaintiffs Colby Gorog, Joshua Flint, Louis Robinson, and Michael Lerro ("Plaintiffs") will and do hereby move this Court for an order disqualifying and monetarily sanctioning the law firm of Quinn Emanual Urquhart & Sullivan LLP, including defense counsel Alex Spiro, Sarah Concannon, Brenna Nelinson, and Tesla's counsel Allison Huebert.

This motion is made pursuant to the Court's inherent authority to impose sanctions on attorneys appearing before it, and pursuant to 28 U.S.C. § 1927, and the New York Rules of Professional Conduct, based upon conflicts of interest and attorney misconduct as set forth in Plaintiffs' attached memorandum in support.

DATED: June 25, 2023

By: */s/ Evan Spencer*
Evan Spencer Law, PLLC
305 Broadway, 7th Floor
New York, NY 10007
Tel. 917.547.4665
Evan@EvanSpencerLaw.com

*Attorney for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th of June 2023, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, giving notice to all parties in this action.

*/s/Evan Spencer*
Evan Spencer