

SECTIONS

JULY 9, 2023

EXHIBIT B

# JOSH KOSMAN



✉ EMAIL THE AUTHOR    🐦 FOLLOW ON TWITTER    🔊 GET AUTHOR RSS FEED

### About the Author

Josh Kosman has been a New York Post business reporter for 13 years. In addition to mergers and acquisitions, Josh has regularly broken news on major stories including Elon Musk's takeover of Twitter and upheaval at the Subway fast-food franchise. He wrote the 2009 expose "The Buyout of America" for Penguin Publishing. When he was in college, Kosman gave sports updates on Dr. Dre's hip-hop radio show, where he met rappers including Flavor Flav.