# EXHIBIT C6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

ELON MUSK and TESLA, INC.,

      Defendants.

Civil Action No.: 1:22-cv-05037-AKH

---

### DECLARATION OF SUK PATEL IN SUPPORT OF DEFENDANTS' MOTION FOR RULE 11 SANCTIONS

I, Suk Patel, state that I am over 18 years of age, and declare as follows:

1. I make this declaration based on my personal, firsthand knowledge and review of relevant records, and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Defendants' Motion for Rule 11 Sanctions.

3. I am a Director of IT Risk and Compliance for Tesla.

4. I have reviewed Tesla's Dogecoin wallets.

5. None of the following wallets belongs to Tesla:

   - DJ6KcPsxiWQAXigrk3xwoq1xYb1ZNCxB3o
   - DH5yaieqoZN36fDVciNyRueRGvGLR3mr7L
   - DPDLBAe3RGQ2GiPxDzhgjcmpZCZD8cSBgZ
   - DRSqEwcnJX3GZWH9Twtwk8D5ewqdJzi13k
   - DSP3H2VZ8hKAGhhAhQnasu4YMFpEwzeXy2
   - D6dqAr2G8EmhA1zDnJKr1AfkkHmowy3PvN

1

- DDuXGMFNGpGjaAqyDunSMvceMBruc1wwKF

- D8ZEVbgf4yPs3MK8dMJJ7PpSyBKsbd66TX

6. Tesla has not sold Dogecoin using any cryptowallet since it began accepting Dogecoin as payment for certain merchandise on January 13, 2022.

7. Tesla has not sold Dogecoin at any time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 22, 2023

_____
Suk Patel