UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>   v.<br><br>ELON MUSK and TESLA, INC.,<br><br>         Defendants. | Civil Action No.: 1:22-cv-05037-AKH |

### DECLARATION OF JARED BIRCHALL IN SUPPORT OF DEFENDANTS' MOTION FOR RULE 11 SANCTIONS

I, Jared Birchall, state that I am over 18 years of age, and declare as follows:

1. I make this declaration based on my personal, firsthand knowledge and review of relevant records, and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Defendants' Motion for Rule 11 Sanctions.

3. Since 2016, I have worked with Defendant, Elon Musk, as the President and manager of Excession LLC. Excession is Mr. Musk's family office. As Manager of Excession, I assist Mr. Musk in matters related to his businesses and personal finances. Based on my experience and as part of my responsibilities at Excession, I am the sole person who directs trades on Mr. Musk's behalf through cryptocurrency wallets.

4. I have reviewed Mr. Musk's wallets.

5. None of the following wallets belong to Mr. Musk:

   - DJ6KcPsxiWQAXigrk3xwoq1xYb1ZNCxB3o

   - DH5yaieqoZN36fDVciNyRueRGvGLR3mr7L

1

- DPDLBAe3RGQ2GiPxDzhgjcmpZCZD8cSBgZ
- DRSqEwcnJX3GZWH9Twtwk8D5ewqdJzi13k
- DSP3H2VZ8hKAGhhAhQnasu4YMFpEwzeXy2
- D6dqAr2G8EmhA1zDnJKr1AfkkHmowy3PvN
- DDuXGMFNGpGjaAqyDunSMvceMBruc1wwKF
- D8ZEVbgf4yPs3MK8dMJJ7PpSyBKsbd66TX

6. Mr. Musk has not sold Dogecoin using any other cryptowallet.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 14, 2023

Jared Birchall