UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,

   Plaintiffs,

 v.

ELON MUSK and TESLA, INC.,

   Defendants.

Civil Action No.: 1:22-cv-05037-AKH

---

**SUPPLEMENTAL DECLARATION OF ALEX SPIRO IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR RULE 11 SANCTIONS**

I, Alex Spiro, declare pursuant to 28 U.S.C. § 1746 as follows:

1.  I am a member of the bar of this Court and of the firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants Elon Musk and Tesla, Inc. in the above-captioned action.

2.  I respectfully submit this supplemental declaration in support of Defendants' Motion For Rule 11 Sanctions (Dkt. 86).

3.  Attached hereto as **Exhibit A** is a true and correct copy of email correspondence, with attachment, from Evan Spencer to Alex Spiro with carbon copies to Rob Kimtis, Sarah Heaton Concannon, Brenna Nelinson, and ahuebert@tesla.com dated July 14, 2023.

4.  Attached as **Exhibit B** is a true and correct copy of a redline comparison of the Rule 11 motion served on Plaintiffs on June 22, 2023 and the Rule 11 motion filed on July 14, 2023 (Dkt. 87).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2023 in New York, New York.

*Alex Spiro*
Alex Spiro