## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,

                    Plaintiffs,

     v.

ELON MUSK, TESLA, INC., and THE DOGECOIN FOUNDATION, INC.,

                  Defendants.

Civil Action No.: 1:22-cv-05037-AKH

ECF CASE

## NOTICE OF MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying memorandum of law in support thereof, and all prior pleadings and proceedings herein, Defendants Elon Musk and Tesla Inc., by their undersigned counsel, will move this Court on a date and time to be designated by the Court, before the Honorable Alvin K. Hellerstein, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an Order dismissing the Third Amended Complaint and any other and further relief the Court deems just and proper.

Dated:  August 7, 2023
       New York, New York

Respectfully submitted,

/s/ *Alex Spiro*

Alex Spiro
Sarah Heaton Concannon
Brenna Nelinson
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10038
Tel: 202-538-8122
Fax: 202-538-8100
alexspiro@quinnemanuel.com
sarahconcannon@quinnemanuel.com
brennanelinson@quinnemanuel.com

Allison Huebert (*pro hac vice*)
TESLA, INC.
1 Tesla Road
Austin, TX 78725
Tel: (512) 557-8797
ahuebert@tesla.com

*Attorneys for Defendants Tesla, Inc. and Elon Musk*