UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>ELON MUSK and TESLA, INC.,<br><br>      Defendants. | Civil Action No.: 1:22-cv-05037-AKH |

**DECLARATION OF ALEX SPIRO IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' CROSS-MOTION FOR
<u>LEAVE TO FILE FOURTH AMENDED CLASS ACTION COMPLAINT</u>**

I, Alex Spiro, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of the bar of this Court and of the firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants Elon Musk and Tesla, Inc. in the above-captioned action.

2. I respectfully submit this declaration in support of Defendants' Opposition to Plaintiffs' Cross-Motion for Leave to File Fourth Amended Class Action Complaint.

3. Annexed hereto as **Exhibit 1** is a true and correct copy of a redline comparing the Third Amended Complaint, Dkt. No. 77, with the proposed Fourth Amended Complaint, Dkt No. 98-1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2023 in New York, New York.

                                                                                       */s/ Alex Spiro*
                                                                                       Alex Spiro