UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                              :
COLBY GOROG, JOSHUA FLINT, LOUIS            :
ROBINSON, and MICHAEL LERRO, individually  :     **<u>ORDER</u>**
and on behalf of all others similarly situated,     :
                                                              :     22 Civ. 5037 (AKH)
                                        Plaintiffs,       :
                                                              :
             -against-                                   :
                                                              :
ELON MUSK and TESLA, INC.,                      :
                                                              :
                                        Defendants.    :
                                                              :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:


        The Clerk is instructed to terminate the open motions at ECF Nos. 61, 65, 73 and 97,

which are made moot by the order granting Defendants' motion to dismiss at ECF No. 103 and

prior rulings.



        SO ORDERED.

Dated:        December 11, 2023                        /s/ Alvin K. Hellerstein
              New York, New York                      ALVIN K. HELLERSTEIN
                                                      United States District Judge