UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK and TESLA, INC.,<br><br>Defendants. | Civil Action No.: 1:22-cv-05037-AKH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |

Plaintiffs Colby Gorog, Joshua Flint, Louis Robinson, and Michael Lerro, individually and on behalf of all others similarly situated ("Plaintiffs"), by and through their undersigned counsel, and Defendants Elon Musk and Tesla, Inc. ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows.

WHEREAS, Defendants moved to dismiss the Third Amended Class Action Complaint ("Third Amended Complaint") on August 7, 2023 (Dkt. Nos. 94-95);

WHEREAS, Plaintiffs filed an opposition to the motion to dismiss together with a cross-motion to file a Fourth Amended Class Action Complaint ("Fourth Amended Complaint") (Dkt Nos. 96-98);

WHEREAS, Defendants filed a reply in support of their motion to dismiss the Third Amended Complaint together with an opposition to Plaintiffs' cross-motion to file a Fourth Amended Complaint (Dkt Nos. 99-101);

WHEREAS, Plaintiffs filed a reply in support of their cross motion to file a Fourth Amended Complaint (Dkt No. 102);

WHEREAS, the Court granted Defendants' motion to dismiss without prejudice to file a Fourth Amended Complaint and ordered the parties to submit a stipulated briefing schedule by December 14, 2023 (Dkt. No. 103);

WHEREAS, the parties have conferred and agreed to a schedule for the filing of Plaintiffs' Fourth Amended Complaint and Defendants' motion to dismiss the Fourth Amended Complaint, which accounts for the upcoming holidays and related scheduling conflicts;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval:

1. Plaintiffs will file a revised Fourth Amended Complaint, in accordance with the Court's order, by January 24, 2024;

2. Defendants will move to dismiss or otherwise respond to the Fourth Amended Complaint ~~sixty days after Plaintiffs file the Fourth Amended Complaint;~~ by March 1, 2024 [AKH]

3. Plaintiffs will file an opposition to any motion to dismiss ~~within sixty days of receipt of Defendants' motion to dismiss;~~ by March 29, 2024. [AKH]

4. Defendants will file any reply to Plaintiffs' opposition ~~within forty-five days of receipt of Plaintiffs' opposition;~~ by April 12, 2024. [AKH]

5. All rights, claims, and defenses, including with respect to personal jurisdiction and venue, are preserved by all parties.

DATED: New York, New York
       December 11, 2023

2

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | EVAN SPENCER LAW, PLLC |

*/s/ Evan Spencer*

Alex Spiro
Sarah Heaton Concannon
Brenna Nelinson
51 Madison Avenue, 22nd Floor
New York, New York 10038
Tel: 202-538-8122
Fax: 202-538-8100
alexspiro@quinnemanuel.com
sarahconcannon@quinnemanuel.com
brennanelinson@quinnemanuel.com

Allison Huebert (*pro hac vice*)
TESLA, INC.
1 Tesla Road
Austin, TX 78725
Tel: 512-557-8797
ahuebert@tesla.com

*Attorneys for Defendants Elon Musk and Tesla, Inc.*

Evan Spencer
305 Broadway, 7th Floor
New York, New York 10007
Tel: 917-547-4665
Evan@EvanSpencerLaw.com

*Attorney for Plaintiffs*

SO ORDERED, as amended

DATED: Dec. 12, 2023

Hon. Alvin K. Hellerstein
U.S. District Judge

3