**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
COLBY GOROG, JOSHUA FLINT, LOUIS
ROBINSON, and MICHAEL LERRO, individually
and on behalf of all others similarly situated,

                Plaintiffs,

    -against-                                        22 **CIVIL** 5037 (AKH)

                                                        **JUDGMENT**

ELON MUSK and TESLA, INC.,

                Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated August 29, 2024, Defendants' motion to dismiss the Fourth Amended Complaint is granted with prejudice. Judgment is entered in Defendants' favor and tax costs, dismiss the Fourth Amended Complaint with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      August 30, 2024

                                                         **DANIEL ORTIZ**
                                                        **Acting Clerk of Court**

                    **BY:**

                                                         **Deputy Clerk**