UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ELON MUSK and TESLA, INC.,<br><br>　　　　　　Defendants. | Civil Action No.: 1:22-cv-05037-AKH<br><br>ECF CASE |

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO AMEND, MAKE ADDITIONAL FINDINGS, AND AMEND FINAL JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 52(b) AND 59(e) AND 15 U.S.C. § 78u-4(c)**

1

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the Declaration of Sarah Heaton Concannon in Support of Defendants' Motion, Defendants' Motion to Dismiss the Second Amended Class Action Complaint and memorandum of law in support thereof (Dkt. Nos. 61-62), Defendants' Motion for Rule 11 Sanctions and memorandum of law and declarations in support thereof (Dkt. Nos. 86-90), Defendants' Motion to Dismiss the Third Amended Class Action Complaint and memorandum of law in support thereof (Dkt. Nos. 94-95), Defendants' Opposition to Plaintiffs' Cross-Motion for Leave to File the Fourth Amended Class Action Complaint (Dkt. No. 100), and Defendants' Motion to Dismiss the Fourth Amended Complaint and memorandum of law in support thereof (Dkt. Nos. 109-110), and any other arguments or materials that the Court may consider before this motion is taken under submission, Defendants Elon Musk and Tesla, Inc. ("Defendants") hereby move this Court, before the Honorable Alvin K. Hellerstein, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, pursuant to Federal Rules of Civil Procedure 52(b) and 59(e), to:

(i) amend, make additional findings, and amend the Court's final judgment dismissing with prejudice Plaintiffs' Fourth Amended Class Action Complaint for the limited purpose of making specific findings regarding compliance by Plaintiffs and Plaintiffs' counsel with each requirement of Rule 11(b) of the Federal Rules of Civil Procedure as to each complaint and responsive pleading pursuant to the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(c)(1);

(ii) find that Plaintiffs and Plaintiffs' counsel's conduct substantially violates the requirements of Rule 11(b) of the Federal Rules of Civil Procedure, *id.*; and

(iii) impose sanctions on Plaintiffs and Plaintiffs' counsel in accordance with Rule 11

of the Federal Rules of Civil Procedure, including an award of Defendants' reasonable attorneys' fees and other expenses incurred in the action pursuant to 15 U.S.C. § 78u-4(c)(2) and (3)(A)(ii).

Opposition and reply papers are to be filed pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern District of New York.

DATED: September 27, 2024
New York, New York

Respectfully submitted,

*/s/ Alex Spiro*

Alex Spiro
Sarah Heaton Concannon
Brenna Nelinson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10038
Tel: 202-538-8122
Email: alexspiro@quinnemanuel.com
sarahconcannon@quinnemanuel.com
brennanelinson@quinnemanuel.com

Allison Huebert (*pro hac vice*)
TESLA, INC.
1 Tesla Road
Austin, TX 78725
Tel: 512-557-8797
Email: ahuebert@tesla.com

*Attorneys for Defendants Elon Musk and Tesla, Inc.*