UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>     v.<br><br>ELON MUSK and TESLA, INC.,<br><br>              Defendants. | Civil Action No.: 1:22-cv-05037-AKH<br><br>ECF CASE |

### DECLARATION OF SARAH HEATON CONCANNON IN SUPPORT OF DEFENDANTS' MOTION TO AMEND, MAKE ADDITIONAL FINDINGS, AND AMEND FINAL JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 52(b) AND 59(e) AND 15 U.S.C. § 78u-4(c)

I, Sarah Heaton Concannon, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I am a member of the bar of this Court and of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants Elon Musk and Tesla, Inc. ("Defendants") in the above-captioned action.

2.     I respectfully submit this declaration in support of Defendants' Motion to Amend, Make Additional Findings, and Amend Final Judgment Pursuant to Federal Rules of Civil Procedure 52(b) and 59(e) and 15 U.S.C. § 78u-4(c) (the "Motion").

3.     Based on my review of true and accurate invoices for legal services rendered in this action, dated between July 21, 2022 and September 6, 2024, Defendants have expended approximately $750,000.00 in attorneys' fees (including paralegal and legal support), which does not include fees for the preparation of the Motion.

1

4.   Based on my review of true and accurate records of expenses in this matter, Defendants have incurred expenses of $200.00.

5.   On September 25, 2024 at 10:46 a.m. ET, I contacted Plaintiffs' counsel, Evan Spencer, by email to request a telephonic meeting to discuss Plaintiffs' Notice of Appeal, Dkt. No. 115.  Annexed hereto as **Exhibit 1** is a true and accurate copy of this email correspondence.

6.   On September 25, 2024, at 5:06 p.m., Plaintiffs' counsel, Evan Spencer, responded to my email.  Annexed hereto as **Exhibit 1** is a true and accurate copy of this email correspondence, redacting an appended report and the name of an individual not relevant to the instant Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2024 in New York, New York.

Sarah Heaton Concannon