# EXHIBIT 1

| | |
|---|---|
| From: | Evan Spencer <evan@evanspencerlaw.com> |
| Sent: | Wednesday, September 25, 2024 5:06 PM |
| To: | Sarah Heaton Concannon |
| Cc: | Alex Spiro |
| Subject: | Re: FW: Activity in Case 1:22-cv-05037-AKH Johnson v. Musk et al Transmission of Notice of Appeal and Docket Sheet to USCA |
| Attachments: | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

**[EXTERNAL EMAIL from evan@evanspencerlaw.com]**

Dear Sarah,

I am writing in response to your email and with regards to settlement. Presently, I have around 130 clients in addition to the four named Plaintiffs. Total losses are approximately $5 million. I have attached a report from our expert witness ▮▮▮▮▮ who estimates there are approximately 7 million class members with collective losses of $5 billion. My clients have given me authority to settle. Based upon Judge Hellerstein's 1 ½ page decision, I believe we have a reasonable chance of the reversal by the Second Circuit. They ruled against your client previously in the SEC case. If they do so in this case, I have multiple top class action firms that would like to take over the case for discovery, class certification, and trial. That could turn a $5 million case into a $5 billion case.

In the event your clients are not interested in settlement, please let me know what documents you would like to include in the appellate record. I believe the following are needed, but it's possible that 109, 114, and 115 are not necessary:

108 (Fourth Amended Complaint)

109 (Motion to Dismiss)

110 (Memorandum in Support)

111 (Memorandum in Opposition)

112 (Reply Memorandum)

113 (Order Granting MTD)

114 (Clerk's Judgment)

115 (Notice of Appeal)

Please let me know by Monday if you are interested in settlement and if not, what documents you would like to be part of the record. My filing deadline with the Second Circuit is October 3, 2024.

I am also available to talk Friday afternoon anytime between 2 - 4 pm since you requested to speak tomorrow or Friday.

Sincerely,

*Evan Spencer*

**EVAN SPENCER**
Evan Spencer Law, PLLC

Tel. 917.547.4665
Evan@EvanSpencerLaw.com
EvanSpencerLaw.com

305 Broadway, 7th Floor
New York, NY 10007

On Wed, Sep 25, 2024 at 10:46 AM Sarah Heaton Concannon <sarahconcannon@quinnemanuel.com> wrote:

> Evan,
>
> We'd like to discuss. Please let me know what times tomorrow or Friday work for you.
>
> Thank you
>
> Sarah
>
> Sarah Heaton Concannon
> *Partner and Co-Chair of SEC Enforcement Defense Practice*
> **Quinn Emanuel Urquhart & Sullivan, LLP**
>
> 1300 I Street, NW, Suite 900
> Washington, D.C. 20005
>
> 51 Madison Ave., 22nd Floor
>
> New York, N.Y. 10010

2

202.538.8122 Direct

703.554.5521 Cell
sarahconcannon@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Thursday, September 19, 2024 4:32 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:22-cv-05037-AKH Johnson v. Musk et al Transmission of Notice of Appeal and Docket Sheet to USCA

[EXTERNAL EMAIL from nysd_ecf_pool@nysd.uscourts.gov]

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 9/19/2024 at 4:31 PM EDT and filed on 9/19/2024

**Case Name:**        Johnson v. Musk et al
**Case Number:**      1:22-cv-05037-AKH
**Filer:**
**WARNING: CASE CLOSED on 08/30/2024**
**Document Number:** No document attached

**Docket Text:**
**Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [115] Notice of Appeal.(km)**

**1:22-cv-05037-AKH Notice has been electronically mailed to:**

Seth L. Levine     slevine@levinelee.com, managingclerk@levinelee.com

Alex Spiro     alexspiro@quinnemanuel.com, newyorkcalendar@quinnemanuel.com

Evan Spencer     Evan@EvanSpencerEsq.com, evan@evanspencerlaw.com

Sarah Heaton Concannon     sarahconcannon@quinnemanuel.com

Chad Albert     calbert@levinelee.com

Brenna D Nelinson     brennanelinson@quinnemanuel.com

Santos A Perez     sperez@njlawcounsel.com

**1:22-cv-05037-AKH Notice has been delivered by other means to:**