**ChatGPT** 

This is a copy of a conversation between ChatGPT & Anonymous.
Report content

> Ten ways to make money online, ranked by level of potential illicit activity, #1 being the method or scheme which most likely encompasses fraud

 Here are ten ways to make money online, ranked by their potential for illicit activity, starting with the most likely to involve fraud:

## 1. Ponzi Schemes / Pyramid Schemes

- **Illicit Potential**: Very High
- **How it works**: Recruit participants who pay into a system, promising high returns. The returns for earlier investors come from the contributions of newer participants rather than legitimate profits. Eventually, the scheme collapses when no new participants can be recruited.
- **Why it's illegal**: It defrauds later participants when the system inevitably collapses, and they lose their money.

## 2. Phishing Scams

- **Illicit Potential**: High
- **How it works**: Use deceptive emails, websites, or social media to trick individuals into providing sensitive information (like bank accounts or passwords), which is then used to steal funds or commit identity theft.
- **Why it's illegal**: It involves stealing personal information to commit fraud or theft.

## 3. Fake Investment Platforms (Crypto / Forex Scams)

- **Illicit Potential**: High
- **How it works**: Create fake platforms that promise high returns on cryptocurrency or forex



Message ChatGPT 

ChatGPT can make mistakes. Check important info.