UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLBY GOROG, JOSHUA FLINT, LOUIS ROBINSON, and MICHAEL LERRO, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br>v.<br><br>ELON MUSK and TESLA, INC.,<br><br>       Defendants. | Civil Action No.: 1:22-cv-05037-AKH<br><br>**DECLARATION OF PLAINTIFF LOUIS ROBINSON IN OPPOSITION TO DEFENDANTS' MOTION TO AMEND, MAKE ADDITIONAL FINDINGS, AND AMEND FINAL JUDGMENT** |

I, Louis Robinson, pursuant to 28 U.S.C. Section 1746, hereby declare as follows:

1. My name is Louis Robinson and I am one of the four Lead Plaintiffs appointed by the Court.

2. I am a Pastor and cancer survivor who lives in the southern United States

3. I submit this declaration in opposition to Defendants' motion for post-judgment relief.

4. After this case was filed in June 2022, I heard about it in the media and contacted Plaintiffs' attorney Evan Spencer.

5. I lost more than $17,000 trading Dogecoin and I believed that Elon Musk was responsible for my losses because of his false statements and broken promises.

6. This money constitutes most of my life savings.

7. I only invested in Dogecoin due to Elon Musk's constant tweets and promotions.

8. Over the last two years, Mr. Spencer has been working hard on this case with his team.

9. We have spoken many times on the phone and we text and email each other frequently.

10. I also spoke many times with his paralegal.

11. Mr. Spencer has shown me all documents before they were filed with the Court and he has been very patient explaining everything to me.

12. Recently, I was emailed copies of the Court's order of dismissal and Defendants' motion for sanctions.

13. I approved the Notice of Appeal and settlement offer made to Defendants.

I DECLARE UNDER PENALTY OF PERJURY THAT THE
FOREGOING STATEMENT IS TRUE AND CORRECT.

SWORN TO THIS 10th DAY OF OCTOBER, 2024 BY:

*s/Louis Robinson*
**Louis Robinson**
*Lead Plaintiff*

\

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th Day of October, 2024, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, giving notice to all parties in this action.

*/s/Evan Spencer*
Evan Spencer, Esq.