quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(202) 538-8122**

WRITER'S EMAIL ADDRESS
sarahconcannon@quinnemanuel.com

October 14, 2024

<u>**VIA ECF**</u>

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Johnson v. Musk, et al.*, Case No. 1:22-cv-05037-AKH

Dear Judge Hellerstein:

We represent Defendants Elon Musk and Tesla, Inc. in the above-referenced matter, and write pursuant to Your Honor's Individual Rules, Section 4.B, to respectfully request that the Court seal the pleadings previously submitted to the Court at Dkt. Nos. 117 and 118-1 and to request leave to file proposed redacted public versions of these documents, submitted herewith as **Exhibits 1 and 2**.  Pursuant to Your Honor's Individual Rules, unredacted copies of **Exhibits 1 and 2** will be submitted to Chambers.

As grounds therefore, on September 27, 2024, Defendants publicly filed Dkt. No. 117 and Dkt. No. 118-1 in support of Defendants' Motion to Amend, Make Additional Findings, and Amend Final Judgment Pursuant to Federal Rules of Civil Procedure 52(b) and 59(e) and 15 U.S.C. § 78u-4(c).  On Thursday, October 10, 2024, in their opposition submissions (Dkt. Nos. 120, 121-24) and a separate cross motion (Dkt. Nos. 125-27), Plaintiffs asserted for the first time that certain information described in Defendants' pleadings is private and confidential.  Although Plaintiffs did not previously designate this information as private and confidential or assert any applicable privilege under the Federal Rules of Evidence, Defendants do not object to Plaintiffs' designation of these materials as private and confidential.  Defendants therefore request that these materials be temporarily filed under seal to allow Plaintiffs' counsel the opportunity to show that "sealing is essential to preserve higher values and is narrowly tailored to serve that interest."

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

Respectfully submitted,

*/s/ Sarah Heaton Concannon*

Sarah Heaton Concannon