# EVAN SPENCER LAW, PLLC
305 Broadway, 7th Floor
New York, NY 10007
Tel. 917.547.4665
Evan@EvanSpencerLaw.com
EvanSpencerLaw.com

October 14, 2024

VIA ECF
The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Johnson v. Musk, et al., Case No. 1:22-cv-05037-AKH

Dear Judge Hellerstein:

    I represent the Lead Plaintiffs in this case. I have no opposition to Defendants' letter motions of October 11, 2024, and October 14, 2024, including requests for extensions and to seal documents.

    I was unavailable on Friday, October 11, 2024, during the 5-hour period that Ms. Concannon was trying to contact me.

    Sincerely,

*s/Evan Spencer*
Evan Spencer