Gmail

Evan Spencer <evan@evanspencerlaw.com>

## Activity in Case 1:22-cv-05037-AKH Johnson v. Musk et al Transmission of Notice of Appeal and Docket Sheet to USCA

7 messages

---

**NYSD_ECF_Pool@nysd.uscourts.gov** <NYSD_ECF_Pool@nysd.uscourts.gov>
To: CourtMail@nysd.uscourts.gov

Thu, Sep 19, 2024 at 1:31 PM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 9/19/2024 at 4:31 PM EDT and filed on 9/19/2024
**Case Name:**     Johnson v. Musk et al
**Case Number:**   1:22-cv-05037-AKH
**Filer:**
**WARNING: CASE CLOSED on 08/30/2024**
**Document Number:** No document attached

**Docket Text:**
**Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [115] Notice of Appeal.(km)**

**1:22-cv-05037-AKH Notice has been electronically mailed to:**

Seth L. Levine     slevine@levinelee.com, managingclerk@levinelee.com

Alex Spiro     alexspiro@quinnemanuel.com, newyorkcalendar@quinnemanuel.com

Evan Spencer     Evan@EvanSpencerEsq.com, evan@evanspencerlaw.com

Sarah Heaton Concannon     sarahconcannon@quinnemanuel.com

Chad Albert     calbert@levinelee.com

Brenna D Nelinson     brennanelinson@quinnemanuel.com

Santos A Perez     sperez@njlawcounsel.com

**1:22-cv-05037-AKH Notice has been delivered by other means to:**

---

**Sarah Heaton Concannon** <sarahconcannon@quinnemanuel.com>
To: Evan Spencer <Evan@evanspencerlaw.com>
Cc: Alex Spiro <alexspiro@quinnemanuel.com>

Wed, Sep 25, 2024 at 10:46 AM

Evan,

We'd like to discuss. Please let me know what times tomorrow or Friday work for you.

Thank you

Sarah

**Sarah Heaton Concannon**
*Partner and Co-Chair of SEC Enforcement Defense Practice*
**Quinn Emanuel Urquhart & Sullivan, LLP**

1300 I Street, NW, Suite 900
Washington, D.C. 20005

51 Madison Ave., 22nd Floor

New York, N.Y. 10010

202.538.8122 Direct

703.554.5521 Cell
sarahconcannon@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Thursday, September 19, 2024 4:32 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:22-cv-05037-AKH Johnson v. Musk et al Transmission of Notice of Appeal and Docket Sheet to USCA

[EXTERNAL EMAIL from nysd_ecf_pool@nysd.uscourts.gov]