Evan Spencer &lt;evan@evanspencerlaw.com&gt;

## 1:22-cv-05037-AKH Johnson v. Musk: TC
1 message

**Sarah Heaton Concannon** &lt;sarahconcannon@quinnemanuel.com&gt;     Wed, Sep 25, 2024 at 2:43 PM
To: "Evan@EvanSpencerLaw.com" &lt;Evan@evanspencerlaw.com&gt;
Cc: Alex Spiro &lt;alexspiro@quinnemanuel.com&gt;, Rachel Frank &lt;rachelfrank@quinnemanuel.com&gt;

Sarah Concannon is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://quinnemanuel.zoom.us/j/83954728225

Meeting ID: 839 5472 8225
One tap mobile
+17866351003,,83954728225# US (Miami)
+12678310333,,83954728225# US (Philadelphia)

Dial by your location
    +1 786 635 1003 US (Miami)
    +1 267 831 0333 US (Philadelphia)
    +1 301 715 8592 US (Washington DC)
    +1 312 626 6799 US (Chicago)
    +1 470 250 9358 US (Atlanta)
    +1 470 381 2552 US (Atlanta)
    +1 646 518 9805 US (New York)
    +1 646 558 8656 US (New York)
    +1 651 372 8299 US (Minnesota)
    +1 971 247 1195 US (Portland)
    +1 206 337 9723 US (Seattle)
    +1 213 338 8477 US (Los Angeles)
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    +1 602 753 0140 US (Phoenix)
    +1 669 219 2599 US (San Jose)
    +1 720 928 9299 US (Denver)
Meeting ID: 839 5472 8225

Alternate Dial-in Numbers: https://quinnemanuel.zoom.us/u/kdYDE2DMWW

Join by SIP
83954728225@zoomcrc.com

**invite.ics**
4K