**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of December, two thousand twenty-four,

_____

Colby Gorog, individually and on behalf of all others similarly situated, Joshua Flint, individually and on behalf of all others similarly situated, Louis Robinson, individually and on behalf of all others similarly situated, Michael Lerro, individually and on behalf of all others similarly situated,

       Plaintiff - Appellants,

Keith Johnson, individually and on behalf of all others similarly situated, James Duong, individually and on behalf of all others similarly situated, Fernando Uriza, individually and on behalf of all others similarly situated, Jessica Calkins, individually and on behalf of all other similarly situated, Michael Twomey, individually and on behalf of all others similarly situated,

       Plaintiffs,

  v.

Elon Musk, Tesla, Inc.,

       Defendants - Appellees,

Space Exploration Technologies Corp., doing business as SpaceX, The Boring Company, Dogecoin Foundation, Inc., Billy Markus, Jackson Palmer, Dogecoin Developers, Ross Nicholl, Class Representative, Doge Army, Matt Wallace, Class Representative, individually and on behalf of all others similarly situated,

       Defendants.

_____

**ORDER**
Docket No. 24-2501

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 04, 2024

**MANDATE ISSUED ON 12/04/2024**

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit